**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| STACY COSTA, RYAN BUTLER, MARK GANDARA, NATHANIEL GUERRERO, DAVID HAYDEN, PATRICK KEMPF, WALLACE MCDUFFEY, TIMOTHY MIDDLEBROOKS, MISSY ROBINSON, MISTY ROMBACH, KRISTEN TATA, MELANIE FIORUCCI, LAMONT KINCAID, and LESLIE LAMANNA individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | Case No. 1:24-cv-00188-MN<br><br>**SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs Stacy Costa, Ryan Butler, Mark Gandara, Nathaniel Guerrero, David Hayden, Patrick Kempf, Wallace McDuffey, Timothy Middlebrooks, Missy Robinson, Misty Rombach, Kristen Tata, Melanie Fiorucci, Lamont Kincaid, and Leslie LaManna ("Plaintiffs"), individually, and on behalf of all others similarly situated, by and through their undersigned counsel, allege as follows based upon personal knowledge as to their own acts and experiences, and as to all other matters, upon information and belief, including the investigation conducted by Plaintiffs' counsel.

## INTRODUCTION

1. Plaintiffs bring this class action against Defendant Whirlpool Corporation ("Whirlpool" or "Defendant") on behalf of themselves and all other similarly situated consumers who purchased certain side-by-side or French-door style Whirlpool-, Maytag-, KitchenAid-, Jenn-Air-, Amana-, and Kenmore-branded refrigerators manufactured by Defendant with in-door

control panels, ice makers, ice dispensers, and water dispensers that contain defective wiring (referred to herein as the "Class Refrigerators"), which breaks in a short time with normal use, rendering the ice maker, ice dispenser, water dispenser, and/or door control panel useless.[1]

2. The ice maker, in-door ice-dispenser, and water dispenser are central, advertised functions of the Class Refrigerators. Indeed, Whirlpool advertises these as "Key Features" of the Class Refrigerators. Studies reveal that ice-makers and ice and water dispensers are highly important to American consumers, and consumers pay hundreds of dollars more for refrigerators with ice makers and/or ice and water dispensers than comparable models without those functions.

3. The control panel is also central to the functionality of the Class Refrigerators since it is used to control refrigerator and freezer temperature, lighting functions, and other functions, such as measured water fill.

4. In the Class Refrigerators, the functions of the ice maker, ice dispenser, water dispenser, and control panel are controlled by electrical wires that run from the refrigerator body through the hinge areas of the freezer door (typically at the bottom), to a control panel in the freezer

[1] While Plaintiffs' investigation into the models include is ongoing, upon information and belief, the Defect occurs in all models of refrigerators manufactured by Whirlpool that have side-by-side doors, and/or French doors, and an in-door ice maker, water dispenser, and/or control panel. The term "Class Refrigerators" includes, but is not limited to, at least the following Whirlpool model refrigerators: 106.51133213, 106.51783412, 10651769511, 10651773510, GSC25C4EYY03, GSF26C4EXY03, JSC23C9EEM00, KRFC704FPS, KRFF577KPS, KRMF706ESS, KRSC500ESS00, KRSF705HPS01, MFI2570FEZ, MSS25C4MGZ, MSC21C6MFZ, WMH31017HZ, WRS335SDHM03, WRS511CIH6101, WRS526SIAE, WRS555SIHB03, WRS555SIHZ03, WRS57109638, WRS571C1H201, WRS571C1HZOO, WRS571CHZ, WRS571CID, WRS571CIDB, WRS571CIDM, WRS571CIH, WRS571CIHV, WRS571CIHWO1, WRS571CIHZ01, WRS571CIHZ02, WRS571CIHV04, WRS576FIDW01, WRS576CIDW00, WRS586FIEM04, WRS586FLDB00, WRS973CIHZ00, WRS588FIHB, WRS588FIHV, WRS588FIHZ, WRS588FIHW, WRS588FIHZ, WRS688FIHV, WRS965CIAE, WRS970CIHZ, WRS975SIDM, WRS97CIDE, WRSA71CIHZ, WRSA88FIHN, WRSA88FIHZ, WSF26C2EXY02, WSF26C2EXB01, WSF26C2EXF01, and WSF26C3EXF01. Plaintiffs reserve the right to add to or amend the definition of Class Refrigerators as more information becomes available.

door.

5. Because these wires necessarily flex as a result of opening and closing the freezer door, Whirlpool knew that it was necessary to use wire material that could withstand such repeated flexing. Indeed, international electrical safety standards require appliance manufacturers to: (a) ensure that different parts of an appliance that can move relative to each other in normal use do not cause undue stress to electrical connections; and (b) test such connections by flexing them thousands of times in pre-production testing.

6. Unfortunately, Whirlpool did not use wires that are capable of withstanding the flexing that occurs as a result of ordinary use of the refrigerators. Instead, Whirlpool utilized defective, brittle wire that quickly breaks, severing the electrical connection under normal use (the "Defect"). When these wires break, the ice maker, ice dispenser, water dispenser, and/or door panel will no longer function. In some cases, consumers have reported that their Class Refrigerator will also no longer cool properly as a result of the Defect likely because the control panel ceases to function. Often the Defect manifests just outside of Whirlpool's one-year warranty and very commonly within about two to three years of purchase. Because of the defective wire material, breakage is virtually inevitable long before the end of the life expectancy of the Class Refrigerators.

7. In addition to rendering key features of the Class Refrigerators useless, the Defect also creates a serious safety hazard because it results in exposed live wires that shift every time the door is opened or closed, which creates a significant risk of short circuits, shocks, and fires. As discussed below, many consumers have reported to the Consumer Product Safety Commission and/or to Whirlpool that they experienced shocks and sparks due to the broken wires, along with other safety concerns. In at least some instances, Whirlpool and its service technicians have

advised consumers that they should unplug and cease using the refrigerators when the wires break due to safety concerns.

8. A household appliance should never have broken, exposed live wires. This is well known by refrigerator manufacturers, such as Whirlpool. Moreover, in many, if not all, models of Class Refrigerators, these broken, live wires are located near an evaporative tray that collects water when the refrigerator goes through an automatic defrost cycle.

9. Whirlpool has been aware of this defect for more than a decade, yet it has continued to sell defective Class Refrigerators to unsuspecting consumers. As discussed more fully below, online reports from consumers show that the Defect has existed ***since at least 2012***. Over the past decade, at least hundreds—and more likely thousands—of consumers have complained directly to Whirlpool about the Defect, including on Whirlpool's website, its social media accounts, its authorized retailers' websites, which Whirlpool monitors, and on public forums that Whirlpool personnel monitor.

10. Those complaints also necessitated Whirlpool's communications with repair technicians and service representatives about the Defect, which further evidences Whirlpool's awareness of the problems. Many service technicians have stated that this is a known defect with Whirlpool refrigerators.

11. Moreover, due to the nature of the Defect, which results from defective wiring, Whirlpool necessarily would have discovered it in the course of its design, testing, and manufacture of the Class Refrigerators, particularly since international electrical safety standards require such testing.

12. Furthermore, the Defect is virtually irreparable. As Whirlpool technicians have acknowledged, the only way to safely and properly repair the refrigerators once the wires have

broken is to replace the entire freezer door, but the replacement doors suffer from the same defective wiring, meaning the defect will simply manifest again in a few years. Moreover, replacement doors are often totally unavailable or on a months-long backorder, and, even if they are available, the cost to replace the entire freezer door often costs more than purchasing a new refrigerator.

13. In its marketing, Whirlpool touts that "Whirlpool brand refrigerators have the lowest repair rate among side-by-side refrigerators."[2] Perhaps this is because this highly-prevalent Defect in its side-by-side refrigerators is practically unrepairable. As a result of the Defect, consumers must either spend a thousand dollars or more to purchase a new door that suffers from the same defect, buy a new refrigerator, or forego the use of the basic functions that were part of the basis of their bargain with Whirlpool. Upon information and belief, most choose one of the latter two options since replacing the door, even if a replacement is available, is cost-prohibitive and the replacements suffer from the same Defect.

14. The ice maker and in-door ice dispenser, water dispenser, and control panel are key advertised features that form part of the basis of the bargain between Whirlpool and consumers. Indeed, Whirlpool specifically describes the "Key Features" of Class Refrigerators to include "Exterior Ice and Water Dispenser."[3] Whirlpool also states that with a Class Refrigerator, the consumer will not need to "worry about refilling ice trays with this pre-installed ice maker that makes sure you always have plenty of ice on hand"[4] and that it "churns out all the ice cubes you

---

[2] *See, e.g.*, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.33-inch-wide-side-by-side-refrigerator-21-cu.-ft.wrs321sdhz.html? (last visited April 4, 2024).
[3] https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-counter-depth-side-by-side-refrigerator-21-cu.-ft.wrs571cihz.html.
[4] https://www.whirlpool.com/kitchen/refrigeration/refrigerators/french-door/p.36-inch-wide-counter-depth-french-door-refrigerator-20-cu.-ft.wrf550cdhz.html.

need, all year round."[5]

> **Factory-Installed Icemaker**
>
> Don't worry about refilling ice trays with this pre-installed icemaker that makes sure you always have plenty of ice on hand.

> **Factory-installed ice maker**
>
> A factory-installed ice maker churns out all the ice cubes you need, all year round.

15. Whirlpool also advertises the consumer can "Access filtered water and ice without opening the refrigerator door."[6]

> **Exterior Ice and Water Dispenser with EveryDrop™ Filtration**
>
> Access fresh filtered water and ice without ever opening the refrigerator door.

16. Whirlpool promotes the Class Refrigerators' ice maker/dispensers and water dispensers in its marketing because it knows these functions are important to consumers when deciding which refrigerator to purchase. Plaintiffs and consumers relied on Whirlpool's

---

[5] https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.33-inch-wide-side-by-side-refrigerator-21-cu.-ft.wrs321sdhz.html.

[6] https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-counter-depth-side-by-side-refrigerator-21-cu.-ft.wrs571cihz.html; https://www.whirlpool.com/content/whirlpoolv2/en_us/kitchen/refrigeration/refrigerators/side-by-side/p.WRS321SDHZ.html?bvstate=pg:2/ct:r; https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-28-cu.-ft.wrs588fihz.html; https://www.whirlpool.com/kitchen/refrigeration/refrigerators/french-door/p.36-inch-wide-counter-depth-french-door-refrigerator-20-cu.-ft.wrf550cdhz.html.

representations regarding the ice maker/dispenser, water dispenser, and control panel. But Whirlpool failed to disclose that the defective wiring it used will result in premature failure of these functions in a very high percentage of Class Refrigerators, if not all, despite the fact that Whirlpool unquestionably knew about it. Because of the Defect, consumers are deprived of the benefit of basic features that were part of the basis of their bargain.

17. The functions of making and dispensing ice and dispensing water are central functions of the Class Refrigerators.

18. Whirlpool has continued to market and sell defective Class Refrigerators while misrepresenting their quality and features and omitting and otherwise failing to disclose the known Defect despite that the Defect poses a safety risk, adversely affects the central function of the Class Refrigerators, is essentially irreparable, and that Whirlpool has been aware of it for over a decade.

19. Had Plaintiffs and other consumers known about the Defect within their Class Refrigerators, they would not have purchased them or would have paid substantially less than they did for them.

20. As set forth herein, Whirlpool has committed unfair, deceptive, and misleading practices in connection with the design, manufacture, marketing, and sale of its refrigerators, and breached express and implied warranties, and Plaintiffs and other consumers have suffered an ascertainable loss, injury in fact, and have otherwise been harmed by Whirlpool’s conduct.

21. Accordingly, Plaintiffs bring this class action against Whirlpool for its violations of state consumer protection statutes, common law fraud, and breaches of express and implied warranties, and violations of the Magnuson–Moss Warranty Act, 15 U.S.C. §§ 2301, *et seq.* (“MMWA”). Plaintiffs seek monetary, injunctive, and other appropriate relief for damages they and all similarly situated consumers suffered and continue to suffer.

## JURISDICTION AND VENUE

22. This action is properly before this Court, and this Court has subject matter jurisdiction over this action under the Class Action Fairness Act. At least one member of the proposed class is a citizen of a different state than Whirlpool, the number of proposed class members exceeds 100, and the amount in controversy exceeds the sum or value of $5,000,000.00 exclusive of interests and costs. *See* 28 U.S.C. § 1332(d)(2)(A).

23. In addition, under 28 U.S.C. § 1367, this Court may exercise supplemental jurisdiction over the state law claims because all the claims are derived from a common nucleus of operative facts and are such that Plaintiffs would ordinarily expect to try them in one judicial proceeding. Further, this Court may also exercise supplemental jurisdiction over Plaintiffs' MMWA claims.

24. This Court has personal jurisdiction over Defendant because it is incorporated in the State of Delaware; has consented to jurisdiction by registering to conduct business in the state; maintains sufficient minimum contacts in Delaware; and otherwise intentionally avails itself of the markets within Delaware through promotion, sale, marketing, and distribution of its Class Refrigerators, which renders the exercise of jurisdiction by this Court proper and necessary as Whirlpool is "at home" in Delaware.

25. Venue is proper in this District pursuant to 28 U.S.C. § 1391(a)–(c). A substantial part of the events or omissions giving rise to the claims occurred in this District. Plaintiffs may properly sue Whirlpool in this District because Delaware is Whirlpool's state of incorporation.

## THE PARTIES

### A. Plaintiffs

**Plaintiff Ryan Butler**

26. Ryan Butler is a citizen of Michigan.

27. Plaintiff Butler purchased a Whirlpool side-by-side refrigerator, model number WRS571CIHZ, in or around April 15, 2020, for a total purchase price of $1,512.94 from Lowe's website. Safety, reliability, and having a functioning ice maker, ice dispenser, and water dispenser were important factors in Plaintiff Butler's decision to purchase his Class Refrigerator.

28. Before making his purchase, Plaintiff Butler researched Whirlpool refrigerators and reviewed information regarding the refrigerator on Lowe's website and other websites. The refrigerator was advertised as being high-quality, reliable, and having an ice maker, in-door ice dispenser, and water dispenser. None of the information he reviewed or to which he was exposed disclosed the Defect, even though Whirlpool unquestionably knew about it.

29. In or around December 2023, Plaintiff Butler's ice maker failed and did not produce ice. Plaintiff Butler contacted a local appliance repair company, which sent out a technician who quickly identified broken wires in the refrigerator door as the cause of the failure. The technician informed him that the "repair" would require a replacement door that would cost over $1,600—which was more than the price Plaintiff Butler had paid for the refrigerator. Plaintiff Butler was charged $99 for the service call. Plaintiff Butler then contacted Whirlpool for assistance, but it refused to repair or replace his refrigerator. Instead, Whirlpool offered that Plaintiff Butler could purchase an extended one-year warranty for $400, which would cover the attempted "repair." Plaintiff Butler declined.

30. Plaintiff Butler attempted a temporary repair of his refrigerator by soldering the wires back together, for which he spent $33. Although this self-repair temporarily restored his ice maker's functionality, it was not a permanent fix for the Defect because the wires and soldering broke again shortly after the attempted repair, which yet again rendered the ice maker functionless.

It is simply a matter of time until more wires on his door sever, and he is left without a functioning water dispenser, and/or other central functions of the refrigerator.

31. A functioning ice maker/dispenser and Whirlpool's representations regarding its ice makers/dispensers and water dispensers were important factors in Plaintiff Butler's decision to purchase his refrigerator, for which he paid a premium. Had Plaintiff been aware of the Defect at the time of purchase, he would have either not purchased the refrigerator or purchased it for a substantially lower price.

**Plaintiff Stacy Costa**

32. Plaintiff Stacy Costa is a citizen of Florida.

33. Plaintiff Costa purchased a Whirlpool side-by-side refrigerator, model number WRS571CIHZ02, in or about May 2021, from Home Depot for approximately $1,732. Safety, reliability, and having a functioning ice maker, ice dispenser, and water dispenser were important factors in Plaintiff Costa's decision to purchase her Class Refrigerator.

34. Prior to purchase, Plaintiff Costa did extensive online research and specifically wanted and reviewed a refrigerator with an in-door ice maker and water dispenser. Plaintiff Costa reviewed Whirlpool models with in-door ice makers and water dispensers online at Lowe's, Home Depot's, and Famous Tate's websites. Plaintiff Costa then visited her local Famous Tate's appliance store and examined the Whirlpool floor model and its attached product booklet and warranty. Plaintiff Costa then went to Home Depot and examined the floor model and product booklet, which was located inside the model. The refrigerator was advertised as being high-quality, reliable, and having an ice maker, in-door ice dispenser, and water dispenser. None of the information to which she was exposed disclosed the Defect, even though Whirlpool unquestionably knew about it.

35. In or around April 2023, her refrigerator's ice maker started to intermittently fail.

While it made ice, it would not consistently dispense ice. A few weeks later, it stopped dispensing ice altogether. In June 2023, a repair technician replaced the auger motor and charged her $180, but it did not solve the issue because the failure was caused by broken wires in the door. After paying for that failed repair, Plaintiff Costa discovered that the wires running to the door had broken and were severed simply from the normal act of opening and closing the door.

36. She contacted Whirlpool, and Whirlpool set up an appointment with an authorized technician, who did not show up on the scheduled day. A second appointment was made, and the Whirlpool-authorized technician informed her that the only repair was a replacement door that would cost over $1,000. She did not purchase the replacement door because it was cost prohibitive, and the replacement door would contain the same Defect, but she still had to pay the technician's service fee of $89. Her ice maker no longer dispenses ice. It is simply a matter of time until more wires on her door sever, and she is left without a functioning ice maker, water dispenser, and/or other central functions of the refrigerator.

37. A functioning ice maker/dispenser and Whirlpool's representations regarding its ice makers/dispensers and water dispensers were important factors in Plaintiff Costa's decision to purchase her refrigerator, for which she paid a premium. Had Plaintiff been aware of the Defect at the time of purchase, she would have either not purchased the refrigerator or purchased it for a substantially lower price.

38. On January 30, 2024, through her counsel, she sent a letter to Whirlpool notifying it of its breaches of express and implied warranties, demanding relief on behalf of herself and all others similarly situated, and notifying Whirlpool of her intent to bring claims alleged herein if Whirlpool did not comply.

**Plaintiff Mark Gandara**

39. Plaintiff Mark Gandara is a citizen of California.

40. In July 2021, Plaintiff Gandara purchased a Whirlpool side-by-side refrigerator, model number WRS588FIHZ00, online from Costco for a total purchase price of approximately $2,000. Safety, reliability, and having a functioning ice maker, ice dispenser, and water dispenser were important factors in Plaintiff Gandara's decision to purchase his Class Refrigerator.

41. Before making his purchase, Plaintiff Gandara reviewed Whirlpool information regarding the refrigerator available on Costco's website, and it included information regarding the refrigerator's features such as the ice maker and water dispenser. The refrigerator was advertised as being high-quality, reliable, and having an ice maker, in-door ice dispenser, and water dispenser. None of the information to which he was exposed disclosed the Defect, even though Whirlpool unquestionably knew about it.

42. In November 2023, Plaintiff Gandara's ice maker stopped working, and he discovered that the failure was caused by severed wires leading to the freezer door. Around the same time, Plaintiff Gandara called Whirlpool for assistance, but Whirlpool refused because the representative stated there was no recall for his refrigerator. Plaintiff Gandara attempted to repair the wires with a wire extender, but that did not remedy the Defect. Plaintiff Gandara owns a refrigerator without a functioning ice maker and dispenser.

43. A functioning ice maker/dispenser and Whirlpool's representations regarding its ice makers/dispensers and water dispensers were important factors in Plaintiff Gandara's decision to purchase his refrigerator, for which he paid a premium. Had Plaintiff been aware of the Defect at the time of purchase, he would have either not purchased the refrigerator or purchased it for a substantially lower price.

44. On March 19, 2024, through his counsel, he sent a letter to Whirlpool notifying it

of its breaches of express and implied warranties, as well as violations of California law, including outlining specific violations of the Consumers Legal Remedies Act ("CLRA"), Cal. Civ. Code §§ 1750–1785, and a demand for relief on behalf of himself and all others similarly situated.

**Plaintiff Melanie Fiorucci**

45. Plaintiff Melanie Fiorucci is a citizen of Arizona.

46. Plaintiff Fiorucci purchased a Whirlpool side-by-side refrigerator, model number WRS571CIHV04, on or about January 1, 2022 from Home Depot for approximately $1,982.95. Safety, reliability, and having a functioning ice maker, ice dispenser, and water dispenser were important factors in Plaintiff Fiorucci's decision to purchase her Class Refrigerator.

47. Plaintiff Fiorucci specifically wanted and reviewed a counter-depth refrigerator with an in-door ice maker and water dispenser that could make ice faster than her current refrigerator. Plaintiff Fiorucci liked that the in-door ice maker took up less room in the freezer. None of the information to which Plaintiff Fiorucci was exposed disclosed the Defect, even though Whirlpool unquestionably knew about it at the time of Plaintiff Fiorucci's purchase.

48. In or around December 2023, Plaintiff Fiorucci noticed that the refrigerator's ice maker suddenly stopped working. Research quickly revealed that this was a common problem for their model refrigerator, and the problem was caused by wires breaking where the door connects with the main body of the refrigerator. Plaintiff Fiorucci confirmed this by examining the broken wires on the refrigerator.

49. As the refrigerator was outside of the warranty period, Plaintiff Fiorucci contacted an independent repairperson to repair the refrigerator. The repair person informed Plaintiff Fiorucci that any repair would not be lasting or permanent, as the refrigerator door would continue to cause the wires to break, and neither repairing the wires manually nor replacing the door for

approximately $1,000 would fix the problem permanently. Plaintiff Fiorucci chose not to spend money on a temporary repair, and instead spent approximately $100 on a countertop ice maker.

50. A functioning ice maker/dispenser and Whirlpool's representations regarding its ice makers/dispensers and water dispensers were important factors in Plaintiff Fiorucci's decision to purchase her refrigerator, for which she paid a premium. Had Plaintiff Fiorucci been aware of the Defect at the time of purchase, she would have either not purchased the refrigerator or purchased it for a substantially lower price.

51. On March 12, 2024, Plaintiff Fiorucci, individually and on behalf of the Class, sent a notice letter to Defendant, informing Defendant of Plaintiff Fiorucci's intent to bring claims alleged herein unless Defendant remedied its misconduct. The letter included a demand, individually and on behalf of the Class, that Whirlpool rectify its breaches of warranty.

**Plaintiff Nathaniel Guerrero**

52. Plaintiff Nathaniel Guerrero is a citizen of California.

53. Plaintiff Guerrero purchased a Whirlpool refrigerator, model number WRS973CIHZ00, in or about February 2020, for a total purchase price of $3,261.41 from Home Depot. Safety, reliability, and having a functioning ice maker, ice dispenser, and water dispenser were important factors in Plaintiff Guerrero's decision to purchase his Class Refrigerator.

54. Prior to making his purchase, Plaintiff Guerrero conducted extensive research on Whirlpool refrigerators, including, for example, sizing, how the water connections worked, and how the ice maker worked. Plaintiff Guerrero also conducted internet research, including extensive searches on Consumer Reports and consumer reviews by model number. Plaintiff Guerrero also conducted research on Whirlpool's website and saw the information posted there regarding his refrigerator model, the ice maker, and water dispenser. He also reviewed Whirlpool information

available on Home Depot's and Lowe's websites. Plaintiff Guerrero specifically recalls seeing Whirlpool's marketing regarding how the in-door ice maker saves space in the freezer. At Home Depot, Plaintiff Guerrero looked at the floor model and reviewed the Whirlpool product information booklet. The refrigerator was advertised as being high-quality, reliable, and having an in-door ice maker, ice dispenser, and water dispenser. None of the information to which he was exposed disclosed the Defect, even though Whirlpool unquestionably knew about it.

55. On or about June 17, 2023, his refrigerator's ice maker stopped working. Plaintiff Guerrero contacted Whirlpool for assistance, but Whirlpool provided none. He then paid $100 to replace his ice maker, which did not solve the problem because the failure was caused by broken wires in the door. His ice maker currently does not function. And it is simply a matter of time until more wires on his refrigerator door sever, and he is left without a water dispenser or other central functions of the refrigerator.

56. A functioning ice maker and Whirlpool's representations regarding its ice makers/dispensers and water dispensers were important factors in Plaintiff Guerrero's decision to purchase his refrigerator, for which he paid a premium. Plaintiff Guerrero was unaware of the Defect at the time of purchase. Had Plaintiff been aware of the Defect, he would have either not purchased the refrigerator or purchased it for a substantially lower price.

57. On November 10, 2023, through his counsel, Plaintiff Guerrero sent a letter to Whirlpool notifying it of its breaches of express and implied warranties, as well as violations of California law, including outlining specific violations of the CLRA, and a demand for relief.

**Plaintiff David Hayden**

58. Plaintiff David Hayden is a citizen of Nevada.

59. Plaintiff Hayden purchased a Whirlpool branded side-by-side refrigerator, model

number WRS970CIHZ, on or about August 29, 2020, for a total purchase price of about $2,249.99 from Best Buy. Safety, reliability, and having a functioning ice maker, ice dispenser, and water dispenser were important factors in Plaintiff Hayden's decision to purchase his Class Refrigerator.

60. Before making his purchase, Plaintiff Hayden conducted internet research on the Whirlpool model he was interested in and ultimately bought. Plaintiff Hayden visited the Best Buy website for the model number WRS970CIHZ, which contained Whirlpool statements that the in-door ice maker results in extra freezer storage space. Plaintiff Hayden also visited Whirlpool's website that made the same representation regarding freezer space and reviewed a Whirlpool "feature sheet" with information regarding the model he was researching, which additionally noted that the refrigerator had an exterior ice and water dispenser with EveryDrop Filtration that permits access to fresh filtered water and ice without ever opening the refrigerator door. Plaintiff Hayden also reviewed a "performance data sheet" on Whirlpool's website that represented the water dispenser, and its EveryDrop filtration system, was ideal for producing drinking and cooking water from a well, which Plaintiff Hayden uses. The refrigerator was advertised as being high-quality, reliable, and having an ice maker, in-door ice dispenser, and water dispenser capable of filtration. None of the information to which he was exposed disclosed the Defect, even though Whirlpool unquestionably knew about it.

61. In or around October 2022, his refrigerator's ice maker began to intermittently fail. The ice maker would only dispense ice through the door sometimes, and often after multiple attempts to do so. In or around March 2023, the ice maker failed altogether.

62. Plaintiff Hayden then replaced the auger motor at his own expense, which did not repair the issue.

63. Then, in or around June 2023, his refrigerator's water dispenser started to

intermittently fail by only dispensing water through the door sometimes.

64. By about July 2023, all functionalities related to the ice maker and water dispenser failed.

65. Plaintiff Hayden reached out to a Whirlpool repair technician about the issue who informed him that the failures of the ice maker and water dispenser are known issues, and have been known by Whirlpool for many years, and are due to defective wiring in the refrigerator door. The technician advised Plaintiff Hayden that purchasing a new refrigerator door was the only way to resolve the issue. The technician quoted him $1,200 plus the cost of installation. He did not purchase the replacement door because it was cost prohibitive. Nonetheless he was charged a $119 service fee only to be left with the same issues.

66. In or around August 2023, Plaintiff contacted Whirlpool regarding the issue. Whirlpool did not respond.

67. Plaintiff Hayden attempted to repair the defective wiring himself, only to find that there was insufficient slack where the wires were broken to perform the repair. Plaintiff spent $100 in supplies for the repair.

68. In or around January 2024, Plaintiff Hayden again contacted Whirlpool regarding the issue. Whirlpool finally responded that a service technician needed to come out to repair the issue. Plaintiff Hayden explained to Whirlpool that had already occurred, and that repair was not possible. Whirlpool then told Plaintiff that since his refrigerator is out of warranty, it is unable to assist.

69. Plaintiff Hayden currently owns a refrigerator that has no functioning ice maker or water dispenser. He also purchased a water filter because his Class Refrigerator no longer has an operating ice maker and water dispenser capable of filtering his water, which is sourced by a well.

The filter takes up a substantial portion of available space in his Class Refrigerator.

70. A functioning ice maker and water dispenser and Whirlpool's representations regarding its ice makers/dispensers and water dispensers were important factors in Plaintiff Hayden's decision to purchase her refrigerator, for which he paid a premium. And had Plaintiff Hayden been aware of the Defect at the time of purchase, he would have either not purchased the refrigerator or purchased it for a substantially lower price.

**Plaintiff Patrick Kempf**

71. Plaintiff Patrick Kempf is a citizen of Missouri.

72. Plaintiff Kempf purchased a side-by-side Whirlpool refrigerator, model number WRS588FIHZ04, on or about April 22, 2022, for a total purchase price of about $1,699 from Lowe's. Safety, reliability, and having a functioning ice maker, ice dispenser, and water dispenser were important factors in Plaintiff Kempf's decision to purchase his Class Refrigerator.

73. Before making his purchase, Plaintiff Kempf saw Whirlpool information in Lowe's, including Whirlpool information regarding the design of the ice maker, its ease of access, and how its placement on the freezer door made more space available in the freezer and, also, the labels and stickers on the display model. The refrigerator was advertised as being high-quality, reliable, and having an ice maker, in-door ice dispenser, and water dispenser. None of the information to which he was exposed disclosed the Defect, even though Whirlpool unquestionably knew about it.

74. In December 2023, Plaintiff Kempf's ice maker stopped dispensing ice. Mr. Kempf attempted to self-diagnose the cause of the failure but discovered there were no issues with his ice maker's auger. Then in early March 2024, the ice maker completely failed and stopped making ice. Plaintiff Kempf then discovered exposed, broken wires in his refrigerator door. Plaintiff Kempf currently owns a refrigerator that does not have a functioning ice maker. It is simply a

matter of time until more wires on his refrigerator door sever, and he is left without a functioning water dispenser and/or other central functions of the refrigerator.

75. On March 11, 2024, Plaintiff Kempf sent Whirlpool a message on its website saying that his ice maker failed as a result of broken wires. Whirlpool responded a week later, but it did not offer him assistance despite its knowledge of the Defect.

76. A functioning ice maker/dispenser and Whirlpool's representations regarding its ice makers/dispensers and water dispensers were important factors in Plaintiff Kempf's decision to purchase his refrigerator, for which he paid a premium. Had Plaintiff Kempf been aware of the Defect at the time of purchase, he would have either not purchased the refrigerator or purchased it for a substantially lower price.

**Plaintiff Lamont Kincaid**

77. Plaintiff Lamont Kincaid is a citizen of Tennessee.

78. Plaintiff Kincaid purchased a Whirlpool side-by-side refrigerator, model number WRS571CIHZ02, on or about August 2, 2021, from Lowe's for approximately $1,462.18 plus tax. Safety, reliability, and having a functioning ice maker, ice dispenser, and water dispenser were important factors in Plaintiff Kincaid's decision to purchase her Class Refrigerator.

79. Prior to purchase, Plaintiff Kincaid reviewed consumer reports and Whirlpool marketing materials. None of the information to which Plaintiff Kincaid was exposed disclosed the Defect, even though Whirlpool unquestionably knew about it at the time of Plaintiff Kincaid's purchase.

80. On or about January 12, 2024, Plaintiff Kincaid discovered that the ice maker had suddenly stopped working. As the refrigerator was outside of the warranty period, Plaintiff Kincaid contacted MidState Appliance Service to fix the issue. The repairperson charged $76.46 to

diagnose the issue and found that the wires connecting the door to the main refrigerator body were broken, and replacing the door would cost approximately $1,000. Further, replacing the door would only be a temporary remedy, as the door would continue to cause the wires to break. Plaintiff Kincaid also contacted Lowe's customer service, which informed Plaintiff Kincaid that they could offer a new refrigerator for 20% off.

81. A functioning ice maker/dispenser and Whirlpool's representations regarding its ice makers/dispensers and water dispensers were important factors in Plaintiff Kincaid's decision to purchase her refrigerator, for which she paid a premium. Had Plaintiff Kincaid been aware of the Defect at the time of purchase, she would have either not purchased the refrigerator or purchased it for a substantially lower price.

82. On March 12, 2024, Plaintiff Kincaid, individually and on behalf of the Class, sent a notice letter to Defendant, informing Defendant of Plaintiff Kincaid's intent to bring claims alleged herein unless Defendant remedied its misconduct. The letter included a demand, individually and on behalf of the Class, that Whirlpool rectify its breaches of warranty.

**Plaintiff Leslie LaManna**

83. Plaintiff Leslie LaManna is a citizen and resident of California.

84. Plaintiff LaManna purchased a Whirlpool side-by-side refrigerator, model number WRS571CIHZ04, on or about September 10, 2021, from Costco for approximately $1,848.74. Safety, reliability, and having a functioning ice maker, ice dispenser, and water dispenser were important factors in Plaintiff LaManna's decision to purchase her Class Refrigerator.

85. Prior to purchase, Plaintiff LaManna specifically wanted and searched for a refrigerator with an in-door ice maker and water dispenser. Plaintiff LaManna examined refrigerators with in-door ice makers and water dispensers online at Lowe's, Home Depot's, and

Costco's websites. Plaintiff LaManna read the customer reviews on Costco's website to ensure the high quality of the refrigerators. The refrigerator was advertised as having an ice maker, in-door ice dispenser, and water dispenser. None of the information to which she was exposed disclosed the Defect, even though Whirlpool unquestionably knew about it at the time of Plaintiff LaManna's purchase.

86. Around the end of October 2023, Plaintiff LaManna's refrigerator stopped producing ice. Plaintiff LaManna called a repairman in November of 2023. On November 23, 2023, the repairman replaced the icemaker and charged $363.30, but this did not fix the issue.

87. Plaintiff LaManna contacted Whirlpool via a phone call, and Whirlpool referred her to an authorized technician. On January 29, 2024, the Whirlpool-authorized technician performed an inspection and informed Plaintiff LaManna that the only repair was a replacement door that would cost over $1,600. Plaintiff LaManna did not purchase the replacement door because it was cost prohibitive, and the replacement door would contain the same Defect, but she still had to pay the technician's service fee of $139.95. Plaintiff LaManna now owns a refrigerator without a functioning ice dispenser. It is simply a matter of time until more wires on her door sever, and she is left without a functioning ice maker, water dispenser, and/or other central functions of the refrigerator. A photograph of Plaintiff LaManna's defective refrigerator door wiring is below:



88. A functioning ice maker/dispenser and Whirlpool's representations regarding its ice makers/dispensers and water dispensers were important factors in Plaintiff LaManna's decision to purchase her refrigerator, for which she paid a premium. Had Plaintiff been aware of the Defect at the time of purchase, she would have either not purchased the refrigerator or purchased it for a substantially lower price.

89. On February 15, 2024, Plaintiff LaManna, individually and on behalf of the Class, sent a notice letter to Defendant, informing Defendant of Plaintiff LaManna's intent to bring the claims alleged herein unless Defendant remedied its misconduct.

**Plaintiff Wallace McDuffey**

90. Plaintiff Wallace McDuffey is a citizen of Illinois.

91. On August 25, 2020, Plaintiff McDuffey purchased a Whirlpool refrigerator, model number WRS588FIHZ00, for a total purchase price of $1,657.66 from Lowe's. Safety, reliability, and having a functioning refrigerator, ice maker, ice dispenser, and water dispenser were important

factors in Plaintiff McDuffey's decision to purchase his Class Refrigerator.

92. Before making his purchase, Plaintiff McDuffey went to Lowe's, reviewed the floor models, Whirlpool product information on the floor models, and looked at several Whirlpool models and noted several model numbers he was interested in. He then went home and researched the Whirlpool model numbers on the internet and recalls seeing customer reviews on Lowe's and Home Depot's websites. He also recalls comparing Whirlpool models to LG models, and because, for example, he saw negative reviews complaining of defects with certain LG models, Plaintiff McDuffey focused on Whirlpool refrigerators. The refrigerator was advertised as being high-quality, reliable, and having an ice maker, in-door ice dispenser, and water dispenser. None of the information to which he was exposed disclosed the Defect, even though Whirlpool unquestionably knew about it.

93. In or around May 2023, the ice maker on Plaintiff McDuffey's refrigerator door stopped working, so he removed the ice bucket and cleaned it out. That, however, did not fix his icemaker. In fact, the next day, Plaintiff McDuffey discovered that his entire control panel on the refrigerator door was not functioning—it was non-responsive, and all the lights were out. The front control panel is not operational at all. And now, there is no way to control any function on the refrigerator. Plaintiff McDuffey discovered that the refrigerator's failure was caused by numerous broken wires running to the freezer door. A picture of his refrigerator's broken wires is provided below.



94. Plaintiff McDuffey's refrigerator is not operational and, if plugged in, he believes it presents a safety hazard. His refrigerator has not been operational since it failed in May 2023. Currently, because his refrigerator is non-operational and he believes it poses a safety risk, Plaintiff McDuffey is unable to use his Whirlpool refrigerator, which now sits unplugged in his kitchen.

95. A functioning refrigerator, ice maker/dispenser, and control panel, and Whirlpool's representations regarding its refrigerators, ice makers/dispensers, and water dispensers were important factors in Plaintiff McDuffey's decision to purchase his refrigerator, for which he paid a premium. Had Plaintiff McDuffey been aware of the Defect at the time of purchase, he would have either not purchased the refrigerator or purchased it for a substantially lower price.

96. Mr. McDuffey called a repair company who informed him that no repairs would be covered under Whirlpool's warranty. On March 13, 2024, Plaintiff McDuffey, through his counsel, sent a letter to Whirlpool notifying it of its breaches of express and implied warranties, which included a demand for repair and/or replacement individually and on behalf of the Class, as well as other violations of Illinois law, and a demand for relief.

**Plaintiff Timothy Middlebrooks**

97. Plaintiff Timothy Middlebrooks is a citizen of New Jersey.

98. In or around late December 2019, Mr. Middlebrooks purchased a Whirlpool side-by-side refrigerator, model no. WRS588FIHZ00, for approximately $1,380 from Best Buy. Safety, reliability, and having a functioning ice maker, ice dispenser, and water dispenser were important factors in Plaintiff Middlebrooks's decision to purchase his Class Refrigerator. That the refrigerator had an ice maker in the door was an important feature in Plaintiff Middlebrooks's search for a new refrigerator.

99. Before making his purchase, Plaintiff Middlebrooks recalls that attached to the floor model at Best Buy was a booklet of Whirlpool information that he reviewed prior to purchase. The refrigerator was advertised as being high-quality, reliable, and having an ice maker, in-door ice dispenser, and water dispenser. None of the information to which he was exposed disclosed the Defect, even though Whirlpool unquestionably knew about it.

100. In or around October 2023, the ice maker on Mr. Middlebrooks's refrigerator door stopped working. He contacted Best Buy about the issue, and it sent a technician to inspect the refrigerator. The technician replaced the ice maker in Mr. Middlebrooks's refrigerator. Mr. Middlebrooks paid $600 for the replacement, but it did not resolve the defect. Shortly after being replaced, the ice maker again stopped working. Another technician came out and discovered that broken wires were the cause of the ice maker's failure. He now has a non-functioning ice maker. It is simply a matter of time until more wires on his refrigerator door sever, and he is left without a functioning water dispenser and/or other central functions of the refrigerator.

101. A functioning ice maker/dispenser and Whirlpool's representations regarding its ice makers/dispensers and water dispensers were important factors in Plaintiff Middlebrooks's decision to purchase his refrigerator, for which he paid a premium. Had Plaintiff been aware of the

Defect at the time of purchase, he would have either not purchased the refrigerator or purchased it for a substantially lower price.

102. On March 18, 2024, Mr. Middlebrooks, through his counsel, sent a letter to Whirlpool notifying it of its breaches of express and implied warranties, which included a demand for repair and/or replacement individually and on behalf of the Class, as well as other violations of New Jersey law, and a demand for relief.

**Plaintiff Missy Robinson**

103. Plaintiff Missy Robinson is a citizen of North Carolina.

104. Plaintiff Robinson purchased a KitchenAid-branded side-by-side refrigerator, model number KRSF705HPS01, in or around July 2021, for a total purchase price of about $1,900 from Appliance Rehab. Safety, reliability, and having a functioning ice maker, ice dispenser, and water dispenser were important factors in Plaintiff Robinson's decision to purchase her Class Refrigerator.

105. In connection with purchasing a new-construction home, Plaintiff Robinson began researching refrigerators to purchase in the summer of 2021. Plaintiff Robinson looked at Whirlpool Refrigerators in-person at Lowe's, Home Depot, and Best Buy, and talked to salespersons in those stores, and she looked the Whirlpool floor models and reviewed Whirlpool's labels, stickers, and other product information available at those retailers. Plaintiff Robinson then conducted internet research of Whirlpool models on Lowe's, Home Depot's, and Best Buy's websites, and because a reliable ice maker and water dispenser were important to Plaintiff Robinson, she filtered the search results for side-by-sides with an ice maker and water dispenser. On those websites, Plaintiff Robinson saw Whirlpool information regarding the ice maker and water dispenser, and she also reviewed consumer reviews of Whirlpool's side-by-side refrigerators

with in-door ice makers. Plaintiff Robinson then went to Appliance Rehab to purchase the Whirlpool model selected, but because it was out of stock, she purchased a virtually identical refrigerator manufactured by Whirlpool under the KitchenAid brand name. None of the information to which she was exposed disclosed the Defect, even though Whirlpool unquestionably knew about it.

106. In or around May 2023, her refrigerator's ice maker and water dispenser began to intermittently fail. Initially, the ice maker stopped dispensing ice, yet it was still making ice. It then ceased making ice altogether as a result of severed wires. The water dispenser also experienced a total failure.

107. Plaintiff Robinson reached out to several repair technicians about the issue who informed her that the failures of the ice maker and water dispenser are known issues and are due to defective wiring in the refrigerator door. The technicians advised Plaintiff Robinson that purchasing a new refrigerator would be cheaper than purchasing a replacement door. She did not purchase the replacement door. Plaintiff Robinson currently owns a refrigerator that has no functioning ice maker or water dispenser.

108. Plaintiff Robinson filed a complaint with the Better Business Bureau (BBB) regarding the Defect, and a KitchenAid representative responded to her complaint and informed her that KitchenAid would not provide any coverage of cost for a replacement refrigerator and that any replacement door would bear the same wires and, therefore, the same Defect.

109. A functioning ice maker and water dispenser and Whirlpool's representations regarding its ice makers/dispensers and water dispensers were important factors in Plaintiff Robinson's decision to purchase her refrigerator, for which she paid a premium. And had Plaintiff Robinson been aware of the Defect at the time of purchase, she would have either not purchased

the refrigerator or purchased it for a substantially lower price.

**Plaintiff Misty Rombach**

110. Plaintiff Misty Rombach is a citizen of Illinois.

111. Plaintiff Rombach purchased a Whirlpool refrigerator, model number WRS588FIHV, in or about June 2020, from Best Buy online for approximately $ 1,871.84. Safety, reliability, and having a functioning ice maker, ice dispenser, and water dispenser were important factors in Plaintiff Rombach's decision to purchase her Class Refrigerator.

112. Before making her purchase, she extensively researched Whirlpool information online. Plaintiff Rombach reviewed Best Buy's website for Whirlpool refrigerator models, including the model she ultimately purchased, and compared the models against each other. On Best Buy's website, Plaintiff Rombach reviewed customer reviews of the Whirlpool refrigerators, and she reviewed Whirlpool's product information regarding the ice maker and water dispenser. An ice maker with a consistent and plentiful ice output was a key feature in Plaintiff Rombach's search of information online. Plaintiff Rombach also reviewed, available on Best Buy's website, Whirlpool's owner's manual and warranty. The refrigerator was advertised as being high-quality, reliable, and having an ice maker, in-door ice dispenser, and water dispenser. None of the information to which she was exposed disclosed the Defect, even though Whirlpool unquestionably knew about it.

113. On or about August 1, 2023, her refrigerator's ice maker failed. The failure was due to broken wires in the door. Plaintiff Rombach paid a repair technician about $160 to repair the wires, but it did not work. The technician then quoted her $1,600 to replace the door entirely and she declined because it was cost prohibitive, and the replacement door was not guaranteed to not contain the same Defect.

114. Plaintiff Rombach's ice maker no longer dispenses ice. She now owns a refrigerator without a functioning ice dispenser. It is simply a matter of time until more wires on her door sever, and she is left without a functioning ice maker, water dispenser, and/or other central functions of the refrigerator.

115. A functioning ice maker/dispenser and Whirlpool's representations regarding its ice makers/dispensers and water dispensers were important factors in Plaintiff Rombach's decision to purchase her refrigerator, for which she paid a premium. Had Plaintiff been aware of the Defect at the time of purchase, she would have either not purchased the refrigerator or purchased it for a substantially lower price.

116. On November 10, 2023, Plaintiff Rombach, through her counsel, sent a letter to Whirlpool notifying it of its breaches of express and implied warranties, which included a demand for repair and/or replacement individually and on behalf of the Class, as well as other violations of Illinois law, and a demand for relief.

**Plaintiff Kristen Tata**

117. Ms. Tata is a citizen of Massachusetts.

118. Plaintiff Tata purchased a Whirlpool side-by-side refrigerator, model number WRS588FIH204, in or around September 2021 from her local Lowe's store for a total purchase price of about $1,963.94. Safety, reliability, and having a functioning ice maker, ice dispenser, and water dispenser were important factors in Plaintiff Tata's decision to purchase her Class Refrigerator.

119. Before making her purchase, Plaintiff Tata reviewed Whirlpool information regarding the refrigerator available on Lowe's website as well as researching Whirlpool refrigerators on other websites, and she also reviewed customer reviews of Whirlpool refrigerators.

Plaintiff Tata also looked at Whirlpool floor models at Home Depot, Manny's Appliances, and Lowe's. The refrigerator she purchased was advertised as being high-quality, reliable, and having an ice maker, in-door ice dispenser, and water dispenser. None of the information to which she was exposed disclosed the Defect, even though Whirlpool unquestionably knew about it.

120. Plaintiff Tata's ice maker failed in late December 2023 or early January 2024. At that time, she contacted a local technician to inspect her refrigerator. After a quick inspection of the refrigerator, the technician found that the ice maker had failed as result of broken wires found in the freezer door. According to the technician, the only fix available was to replace the freezer door with an entirely new one, which the technician informed would cost Plaintiff Tata $1,001.92. There was also no guarantee that the replacement freezer door would not experience the same issue as the first. Plaintiff Tata declined to replace the door. But Plaintiff Tata was still charged $100 for the service appointment. The technician advised that she reach out to Whirlpool to inquire if it would cover the costs of the replacement door.

121. Plaintiff Tata then called Whirlpool customer service, and the customer service agent informed her that she was no longer within the warranty period, and Whirlpool would only cover the costs associated with the needed repair if she had purchased an extended warranty plan for the refrigerator. The Customer Service agent only offered Plaintiff Tata a discount on the purchase of another refrigerator. Plaintiff Tata declined Whirlpool's offer. Plaintiff Tata now has a refrigerator with a non-functioning ice maker. It is simply a matter of time until more wires on her refrigerator door sever, and she is left without a functioning water dispenser and/or other central functions of the refrigerator.

122. A functioning ice maker/dispenser and Whirlpool's representations regarding its ice makers/dispensers and water dispensers were important factors in Plaintiff Tata's decision to

purchase her refrigerator, for which she paid a premium. Had Plaintiff been aware of the Defect at the time of purchase, she would have either not purchased the refrigerator or purchased it for a substantially lower price.

123. On March 6, 2024, through her counsel, Plaintiff Tata sent a letter to Whirlpool notifying it of its breaches of express and implied warranties, as well as its violations of Massachusetts law, including describing specific unfair and deceptive acts that Whirlpool committed in violation of the Massachusetts General Laws, Chapter 93A, a description of the injury suffered by Plaintiff Tata and similarly situated consumers, and a demand for relief.

**B. Defendant**

124. Defendant Whirlpool Corporation is a corporation organized and existing under the laws of Delaware with a principal place of business at 2000 N. M-63, Benton Harbor, Michigan 49022.

125. Whirlpool is a global designer, manufacturer, retailer, and marketer of home appliance products from laundry machines to cooking appliances. Whirlpool sells its products in all 50 states. Whirlpool owns many known household brands such as KitchenAid, Maytag, Jenn-Air, and many others.[7] In 2022, Whirlpool reported approximately $20 billion in annual sales, of which refrigerators represented 32%.[8]

## FACTUAL ALLEGATIONS

**A. The Defect**

126. As already stated, the Class Refrigerators are designed with wires running through the freezer door that control the ice maker, ice dispenser, and water dispenser, as well as the control

---

[7] *See* Whirlpool, Our Brand Portfolio, available at https://www.whirlpoolcorp.com/brands-we-love/.

[8] Whirlpool's 2022 10-K Annual Report at 7, available for download at https://www.whirlpoolcorp.com/2022Annual/index.php.

panel in the door. By design, this wiring necessarily flexes when the door is opened and closed. Due to Whirlpool's use of defective materials, however, the wires are too brittle to withstand flexing that occurs and is intended to occur with ordinary use. These wires frequently break within just one to three years of purchase, and virtually all will eventually break within the useful life of the refrigerator due to the Defect. Upon information and belief, for at least a decade, Whirlpool has been manufacturing Class Refrigerators that contain the Defect. Whirlpool service technicians have reported that Whirlpool has been aware of the defect but has refused to remedy it.

127. Consumers, however, cannot discover the defect until it manifests. The wires are concealed inside conduit or insulating material, hidden behind panels, and concealed within the freezer door. The Defect manifests in the failure of the Class Refrigerators' essential functions, including failure to make ice, failure to dispense ice, failure to dispense water, and loss of the control panel.

128. These functions are not only central to the operation of a modern refrigerator, but also, as Whirlpool knows, these functions are important to consumers. For example, Bosch, one of Whirlpool's competitors found that: "Americans view ice as a key element of enjoying a beverage. Eighty-three percent of individuals consume at least one glass of ice in a day . . . ."[9]

129. Consumers pay a premium—typically hundreds of dollars—for Class Refrigerators with an ice maker, ice dispenser, and water dispenser compared to refrigerators without these features.

130. The Defect also causes the live wires to become exposed and, therefore, poses a risk of shock, electrocution or fire. It is obvious that a home appliance should never have exposed live wires. And especially a refrigerator that is also susceptible to water or other fluids contacting

[9] https://www.globenewswire.com/en/news-release/2020/12/02/2138421/0/en/Bosch-Study-Reveals-Americans-Are-Ice-Obsessed-Consuming-400-Pounds-Each-Per-Year.html.

the wire and creating short circuits, shocks, or fires. This is well known by appliance manufacturers, including Whirlpool.

131. While consumers reasonably expect the key features of the Class Refrigerators to function for a decade or more,[10] the Defect here frequently results in failures within the first few years.

132. According to Whirlpool technicians, the only "repair" is to replace the entire door containing the broken wires, ice and water dispensers, and control panel. But that proffered repair is problematic for at least three reasons. First, a replacement door is expensive and, when the defect arises outside of the warranty period, is not covered by Whirlpool. Second, due to the prevalence of the Defect, replacement doors are on lengthy backorders. Third, even if the cost of a replacement door was covered by Whirlpool, it is not an adequate repair—it is a replacement of defective parts with more defective parts because the replacement door contains the same Defect (defective or substandard wires). Therefore, Whirlpool has offered no fair or adequate resolution to the Defect.

133. The Defect renders the Class Refrigerators virtually useless because they become incapable of executing the very functions for which they were, and are, advertised for sale, even when used in the manner directed by Whirlpool, and Whirlpool refuses to adequately address the problem.

134. With respect to the Class Refrigerators and the Defect, Whirlpool failed in its duty to properly manufacture its products and to ensure that its products are safe and free from material defects.

135. Due to Whirlpool's actions and omissions, Plaintiffs and consumers have suffered damages in the form of loss of use, failure of the Class Refrigerators' essential functionals, loss of

[10] https://www.consumerreports.org/cro/news/2009/03/by-the-numbers-how-long-will-your-appliances-last-it-depends/index.htm.

the benefit of their bargain, diminution of value and overpayment for their Class Refrigerators, and lost time and expense involved in contacting Whirlpool, repair technicians, and others about the problem and waiting for replacements and/or repairs.

**B. Whirlpool's False and Misleading Representations**

136. Whirlpool advertises Class Refrigerators as having functional and reliable ice makers/dispensers and water dispensers, and these false and misleading advertisements are posted on its own website, on its retailers' websites, and in its authorized retailers' stores, which ensures that consumers are exposed to them before purchasing Class Refrigerators.

137. As noted above, ¶¶ 13–14, Whirlpool's own website advertises the ice maker/dispenser and water dispenser as "Key Features" of Class Refrigerators. Underscoring that ice makers/dispensers and water dispensers are important to consumers, Whirlpool's website also advertises the Class Refrigerators as ones that "feature[ ] an exterior ice and water dispenser with EveryDrop™ filtration."




138. Whirlpool also ensures that its authorized retailers repeat the same representations regarding the ice maker/dispenser and water dispenser. This, in turn, ensures that consumers will be exposed to these misrepresentations regardless of where they purchase.

139. For example, the Lowe's website repeats the same Whirlpool representations regarding Class Refrigerators' ice makers/dispensers and water dispensers: (1) "Factory - installed ice maker – don't worry about refilling ice trays with this pre-installed ice maker that makes sure you always have plenty of ice on hand," and (2) "Exterior Ice and Water Dispenser with EveryDrop™ Water Filtration[:] Access Fresh filtered water and ice without ever opening the refrigerator door using dual pad sensors."[11]

[11] https://www.lowes.com/pd/Whirlpool-21-4-cu-ft-Side-By-Side-Refrigerator-with-Ice-and-Water-Dispenser-and-Can-Caddy-Fingerprint-Resistant-Stainless-Steel/5013699701.

**Factory-Installed Icemaker**

Don't worry about refilling ice trays with this pre-installed icemaker that makes sure you always have plenty of ice on hand.



**Exterior Ice and Water Dispenser with EveryDrop™ Water Filtration**

Access fresh filtered water and ice without ever opening the refrigerator door using dual pad dispensers.

140. The HomeDepot website repeats the same Whirlpool representations regarding Class Refrigerators' ice makers/dispensers and water dispensers:[12]

- Exterior Ice and Water Dispenser with EVERY DROP Filtration lets you access fresh filtered water and ice without ever opening the refrigerator door using dual pad dispensers
- Don't worry about refilling ice trays with the pre-installed icemaker that makes sure you always have plenty of ice on hand

141. Best Buy too repeats the same Whirlpool representations regarding Class Refrigerators' ice makers/dispensers and water dispensers:[13]

[12] https://www.homedepot.com/p/Whirlpool-24-6-cu-ft-Side-by-Side-Refrigerator-in-Fingerprint-Resistant-Stainless-Steel-WRS325SDHZ/302785353.
[13] https://www.bestbuy.com/site/whirlpool-24-6-cu-ft-side-by-side-refrigerator-stainless-

- **Exterior ice and water dispenser with EveryDrop water filtration**
  Access fresh filtered water and ice without ever opening the refrigerator door using dual pad dispensers.

- **Factory-installed icemaker**
  Don't worry about refilling ice trays with this pre-installed icemaker that makes sure you always have plenty of ice on hand.

142. Best Buy specifically stated that this information is "From the Manufacturer," Whirlpool:[14]

**From the Manufacturer**

Overview



Get purposefully-designed storage spaces for items you use most in this side-by-side refrigerator. An in-door can caddy frees up shelf space while frameless glass shelves in the refrigerator with ice and water dispenser lets you store more items on each shelf for loading flexibility. The deli drawer refrigerator gives you plenty of space to store meat and cheese, too.

143. Whirlpool ensures that consumers are exposed to these representations regarding

---

steel/5991300.p?skuId=5991300.

[14] https://www.bestbuy.com/site/whirlpool-21-4-cu-ft-side-by-side-refrigerator-with-fingerprint-resistant-stainless-steel/6076924.p?skuId=6076924&utm_source=feed&ref=212&loc=19610817328&gad_source=1&gclid=CjwKCAjwh4-wBhB3EiwAeJsppFV3RvRvIQR-RgOFn-JtwAbTZEPIy2KfjGmGmFAm0tkpS05MJASJxxoCdZsQAvD_BwE&gclsrc=aw.ds.

its ice makers/dispensers and water dispensers. But these express representations about the features, including the quality and durability of the ice maker ("pre-installed icemaker … makes sure you always have plenty of ice on hand"), were false and misleading given that Whirlpool knew, but never disclosed to consumers, that the wires which power and operate these functions were defective and would soon fail simply from opening and closing the door, rendering the Key Features of the Class Refrigerators non-functional, often just shortly after the warranty expires.

144. Whirlpool also omitted material information it should have disclosed. Whirlpool knew but never disclosed that the wires would break with normal use creating a serious safety hazard and rendering the Key Features of the Class Refrigerators—including the control panel, ice maker, ice dispenser, and/or water dispenser, completely inoperable. As discussed below, there is no question Whirlpool knew about the Defect, and had exclusive and superior knowledge of it, but never disclosed it to consumers. Instead, Whirlpool touted these Key Features of the refrigerators without ever disclosing the Defect and repeatedly told consumers who complained that Whirlpool was unaware of any defect with the wires. Often, when consumers posted negative reviews online, Whirlpool would respond by stating that they were "constantly working to improve" their engineering, thereby suggesting that other consumers need not heed the negative review.

145. This Defect is clearly material to consumers, and Whirlpool knew about it and intended that consumers would rely on the absence of any disclosed defect and be deceived into buying the defective Class Refrigerators. Whirlpool's failure to disclose this known Defect is particularly troubling since the Defect poses a serious safety risk to consumers.

## C. <u>The Defect Poses a Safety Hazard</u>

146. The Defect causes exposed, live electrical wires and, thus, presents safety hazards,

such as short circuits, electrical arcing, shocks, and fires. This is not a hypothetical risk. Consumers have reported arcing, shocks, and fires in complaints to the United States Consumer Product Safety Commission ("CPSC") and in online reviews of the Class Refrigerators. And Whirlpool itself and its Whirlpool technicians who diagnose the broken wires have advised customers that the exposed live wires represent a safety and fire hazard and, therefore, that the consumer should stop using the refrigerator. Even low voltage exposed wires can arc and start fires.[15]

147. At least as early as 2020, Whirlpool received reports from consumers about flames and any other safety issues caused by the Defect. For example, Whirlpool received the following consumer complaint about Model GSF26C4EXB.[16]

> **Fire hazard!!**
>
> "We've had this refrigerator for 5 years when the ice dispenser stopped working. That was inconvenient since we now had to open the door to get ice. But a bit later, the ice maker stopped making ice. Now that was REALLY inconvenient, because we had to go out and BUY ice. Before we could get a repairman out to fix any of this, the ice maker began to leak water. So I turned it off. Good thing, because I tried checking to see if maybe I cleared the existing ice out and tried again, it might start working again. Whejn I turned it on, smoke came out of the door and actual FLAMES came out from the lower door hinge, near the floor. HOLY COW... it's about to set my house on fire!!!! I turned it off as quickly as possible and am now shopping for a new refrigerator. Which is a shame since I had spent money on replacement plastic shelves when they broke. Sorry, no videos of my Whirlpool refrigerator in flames. I suppose I could plug it in again..."
>
> Originally posted on whirlpool.com Whirlpool
>
> **EngineerJames**, Lake Mary, Florida
> Posted 4 years ago
> **Recommends: No**

148. The U.S. CPSC also receives consumer reports regarding unsafe products. Over thirty safety complaints have been submitted to the CPSC through the "SaferProducts.gov" website regarding the Defect in the Class Refrigerators.

149. Notably, after a consumer reports an unsafe product, the CPSC reviews the reports,

---

[15] For example, nine-volt batteries touching paper clips are known to cause serious house fires. While Plaintiffs' investigation is ongoing, available wiring diagrams indicate that at least some of the wires at issue carry direct current, rather than alternating current. Direct current can arc across a bigger gap and may burn longer than alternating current.

[16] https://www.ajmadison.com/cgi-bin/ajmadison/GSF26C4EXB.html, last visited June 26, 2024.

adds them to its database, and then sends these reports *directly* to Whirlpool, which further demonstrates Whirlpool's knowledge of the Defect and its attendant safety hazards. *See infra* § D.3.

150. In report number 20201002-3A912-2020785, the consumer reported on October 2, 2020, regarding his Whirlpool model number WSF26C3EXW01, which the CPSC sent to Whirlpool on November 12, 2020:

> Incident Description: (09/29/2020) **The refrigerator caught on fire at the bottom of the unit.** The consumer disconnected the unit at the circuit breaker and **threw water on the flames to put the fire out**. The consumer stated that the ice maker is concealed in the freezer door. There is also a bundle of wires located on the bottom of the door that makes a 90 degree elbow. Opening and closing the door causes the wires to rub together. **After the consumer put the fire out, he could see that the wires were burnt**. The consumer contacted the manufacturer. He left messages and also filled out a form on line but have not received a response.[17]

151. The report also contained images of the severed and burnt wires:

[17] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=3163989. All emphasis in quotations of customer reviews/reports/complaints herein is added, unless otherwise noted.









152. In report number 20210405-B0599-2147364980, the consumer reported on April 5, 2021, regarding his Whirlpool model number WRS588FIHB00, which the CPSC sent to Whirlpool on April 9, 2021:

> Incident Description: I own a Whirlpool Refrigerator/Freezer with ice and water in the door. The dispenser motor had stopped working several months ago. After replacing the motor and the control board, it still didn't work. Then suddenly **I saw sparks ark out of the bottom of the door.** I thought it was from the motor since it looked like ice had jammed the agitator. After that arc, the ice maker stopped producing ice completely. I did some more troubleshooting today after reading some hints on the web and one said to check the wiring loom that comes out of the bottom of the door. **Sure enough, due to a terrible design flaw, the entire wiring harness had been severed. That explains the arcing and**

> **sparks coming out of the bottom of the door.** This item should be recalled due to safety issues as it prevents serious danger to consumers.[18]

153. In report number 20220406-2C6C8-2147356975, the consumer reported on April 6, 2022, regarding her Whirlpool model number WRS973CIDM00, which the CPSC sent to Whirlpool on April 7, 2022:

> Incident Description: Whirlpool Refrigerator/freezer...severed wires in freezer door harness from opening and closing freezer door. First lights in the freezer stopped working, then ice maker stopped working. Appliance repair came out and stated the wiring harness had severed and attempted to order a harness. Harness is no longer available. **Severed wires are a shock and fire hazard; later on smelled plastic overheated or melting and contacted Whirlpool around October 5, 2021**. On October 28 Whirlpool repair came out and they stated it required a whole new door, which they ordered. After almost 6 months the replacement door has never arrived and Whirlpool now admits it's unlikely it will ever arrive as they have no idea what the status is. A week ago Whirlpool agreed to give us an allowance of 50% towards a new refrigerator freezer but nothing reasonable suitable is in stock for us to choose from across any of their brands, although suitable models are available through [REDACTED] and other stores.[19]

154. In report number 20191224-C33A1-2147375843, the consumer reported on December 24, 2019, regarding her Kenmore model number 10651772510, which the CPSC sent to Whirlpool on January 23, 2020:

> To: Consumer Product Safety Commission (CPSC) I bought a Kenmore Elite Side by Side Refrigerator/Freezer and paid $2,000 for in June of 2017. I have purchased a warranty for 5 years and **called a service technician and I was told that my "ice maker" with exposed and broken wiring poses a serious electrical hazard** and also the "LED" lights that do not work and cannot be fixed because of the internal wiring that can **and will "short out the entire electrical system"** and Kenmore said "it is a pre existing condition" and they refuse to fix anything. PLEASE HELP! Sincerely, [REDACTED][20]

155. Customer reviews online also reveal that customers have suffered electrical shocks and fires from the exposed wires. In addition, Whirlpool and its technicians are informing customers that the exposed wires are a safety hazard and the Class Refrigerator should be

---

[18] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=3163989
[19] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=3651200
[20] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=1932663

unplugged and no longer used because they present a safety and fire hazard.

156. In April 2024—in a post on Whirlpool's own website—a consumer reported that her failed ice maker was caused by broken wires and that her "3 year old granddaughter was **playing on the floor and started screaming** when I reached down under the refrigerator **I got shocked**. I called back into **Whirlpool and now they tell me it's a safety hazard**[ ] **so I was told to unplug it**."[21] In addition, a Whirlpool representative responded to this post.


Shirley
|PA
Review 1
Votes 0

**Broken wires**

2 months ago

I bought this fridge in 2018. It ran great until September when everything started to freeze on the top shelves. Then we noticed that the icemaker wasn't working. When we found broken wires at the bottom of the freezer door we called Whirlpool and they said I had to have one of their technicians come out and look at it then they would send me a new door for free. So they sent a technician out which cost me $170.00. He had know clue what I was talking about and told me it would cost me a $1000.00 for him to get the door and replace it. I called Whirlpool back myself and they wanted me to buy the door from them. I said no! Then a month ago my 3 year old granddaughter was playing on the floor and started screaming when I reached down under the refrigerator I got shocked. I called back into Whirlpool and now they tell me it's a safety hazarded so I was told to unplug it. The best they can do is give me 50% off of a new fridge. If I don't have the money for a new door where am I supposed to get the money for a new fridge. All I need is a new door.

No, I do not recommend this product.

[21] https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-28-cu.-ft.wrs588fihz.html



Response from Whirlpool: 2 months ago

**Consumer Care**

Thank you for sharing your insights with us, Shirley. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Instagram https://www.instagram.com/whirlpoolusa/ , so we can look into this matter further for you. When responding please include your contact information and reference Case # 505515.
We're looking forward to hearing from you.
Marcos O

157. On March 13, 2020, a customer posted on Kitchenaid.com, which was reposted on HomeDepot's website, that she "had [an] electrical fire spark out of our KitchenAid fridge today."[22]

[22] https://www.homedepot.com/p/KitchenAid-19-8-cu-ft-Side-by-Side-Refrigerator-in-Stainless-Steel-with-PrintShield-Finish-Counter-Depth-KRSC700HPS/311345807.

Mar 13, 2020

**Fire hazard**

We had a electrical fire spark out of our KitchenAid fridge today. So of course I took to the internet to see if this is common and low and behold it is. Tons of sites with people having similar issues. Don't buy this!!!!!

by Sgp8126

KitchenAid
Customer review from kitchenaid.com

Helpful?

Showing **1-1** of **1** reviews

158. Similarly, in 2020, a consumer reported directly on Whirlpool's webpage that his repair technician "actually recommend[ed] unplugging the fridge since we have young kids and a dog in the house due to exposed wires."[23] Whirlpool responded to the post.

**Craig H**

Virginia

Review **1**

Votes **11**

**Dangerous and expensive design flaws**

4 years ago

Avoid this fridge! I don't normally write reviews but felt I obligated to warn others considering this model. We had issues with no ice being made and had a technician come diagnose it for us. Our regular appliance technician referred us directly to Whirlpool as he mentioned, this is the "4th one in the last week" on this fridge. We went through Whirlpool to have a service call. The technician indicated that the wires for the ice maker run through the door and are completely severed. The only fix was to replace the wires and install a new door which was $1000+. The recommendation from the technician was to just buy a new fridge. The technician actually recommending unplugging the fridge since we have young kids and a dog in the house due to the exposed wires. This is our only fridge at the moment so I'm still trying to figure how we will be able to manage that. This appears to be poor design in this fridge due to the way the door opens and the wire location. You can see the door passes right over where the wires are severed. The fridge is unfortunately out of warranty (less than 3 years old). I called Whirlpool to see what they could do. To me, this is a safety concern and they should have been willing to rectify the situation immediately. It's their design that caused this and now has put my children at risk. I'm forced to either get it fixed or a new fridge immediately due to the wires being exposed. It took me an hour+ of talking with multiple representatives but Whirlpool was only able to cover the parts, although I was originally told nothing could be done for me. They were unwilling to cover labor and service fee charges due to it being outside of warranty. We bought a Whirlpool as we believed them to be a reputable company. This experience has really changed my opinion of Whirlpool and their products. A reputable company would do the right thing and address the safety issue immediately. In talking with the technician, this is a common issue on the model and took him less than 10 minutes to diagnose, which is clear in the picture. I'm still not happy being stuck with the labor bill and am just dreading this same issue from happening again if we get it fixed as opposed to buy another brand.

Value 1.0

Design 1.0

Ease of Use 2.0

Innovation 1.0

[23] https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-28-cu.-ft.wrs588fihz.html

No, I do not recommend this product.



Helpful? (11) (0) Report

Response from Whirlpool: 3 years ago

**Social Care**

Hey Craig H, we value your time and would like to look into the concerns with your appliance. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

159. In 2021, a consumer posted directly on Whirlpool's website that her ice maker had failed just eleven months since its purchase (and, therefore, was within the limited warranty period when it failed). A Whirlpool technician quickly diagnosed the issue, temporarily re-connected the severed wires, and ordered a replacement door in July 2020. By September, the wires were again severed, the replacement door had still not arrived, and when the consumer reached out to Whirlpool directly, it informed her that "sorry your door is on order and being made, we have no idea when it will be available, and was told to **just unplug the unit until the door comes in**" because it is unsafe for use. Whirlpool again responded to the post.[24]

[24] https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-28-cu.-ft.wrs588fihv.html

BODER

Review 1

Votes 3

**Faulty refrigerator, & terrible customer service!**

3 years ago

We bought this refrigerator Aug 2019, the ice maker stopped working at 11 months in. Fine still under warranty, called Customer Service July 2020, no problem they sent a service person out to fix it. The technician knew in 5 mins what was wrong and pointed out, that the wires on the freezer door are being crimped and fraying. He temporarily fixed it and ordered a door. Now in Sept, & still no door and no ice either, more wires are fraying, Called Whirlpool back just to get, "sorry your door is on order and being made, we have no idea when it will be available, and was told to just unplug the unit until the door comes in". Really and do what for a refrigerator??? Thanks Whirlpool, thinking of a talking to a lawyer. How wrong is it to ignore issues, and tell someone to not use a fridge that broke while in warranty. They basically told us to go buy another fridge, because we refuse to help you! I use to love Whirlpool, and all of my other appliances lasted 15-22 yrs, but this company is no longer that company with quality products and great customer service. I Do Not Recommend this fridge or any Whirlpool products.

No, I do not recommend this product.

Response from Whirlpool: 3 years ago

**social care team**

Hey BODER, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

160. The Defect represents a real safety hazard to customers, their families, their pets, and their homes.

161. This is further confirmed by international electrical safety standards. The International Electrotechnical Commission ("IEC") establishes international standards related to electrical safety. Among other things, IEC standards require protection from access to live wires. Moreover, IEC standards require that "[d]ifferent parts of an appliance that can move relative to each other in normal use or during user maintenance shall not cause undue stress to electrical connections and internal conductors [such as the wires at issue here], including those providing earthing continuity." The IEC standard further requires that compliance with this standard should be tested as follows:

> Compliance is checked by inspection and by the following test. If flexing occurs in normal use, the appliance is placed in the normal position of use and is supplied at rated voltage and operated under normal operation. The movable part is moved

> backwards and forwards, so that the conductor is flexed through the largest angle allowed by the construction, the rate of flexing being 30 per minute. The number of flexings is: 10,000, for conductors flexed during normal use … The appliance shall not be damaged to the extent that compliance with this standard is impaired and it shall be fit for further use. In particular, the wiring and its connections shall withstand the electric strength test of 16.3, the test voltage being reduced to 1,000 V and applied between live parts and accessible metal parts only. In addition, not more than 10 % of the strands of any conductor of the internal wiring between the main part of the appliance and the movable part shall be broken. However, if the wiring supplies circuits that consume no more than 15 W, then no more than 30 % of the strands shall be broken.

162. As a result of normal use, the wires on the Class Refrigerators completely sever often within about 2-3 years, leaving the live, conductor material exposed. As reflected in the IEC standard, this is clearly a safety hazard.

## D. <u>Whirlpool's Knowledge and Concealment of the Defect</u>

### 1. Whirlpool's Design, Testing, and Manufacturing of Class Refrigerators Revealed the Defect.

163. Like all manufacturers that design and manufacture appliances, Whirlpool conducts performance and durability testing on refrigerators prior to releasing them for sale. Upon information and belief, Whirlpool's industry-standard testing of the Class Refrigerators would have necessarily revealed the Defect before Class Refrigerators were offered for sale.

164. There are at least two relevant standards and testing through which Whirlpool must have discovered the Defect.

165. First, as noted above, the IEC publishes minimum device safety requirements and testing procedures for household appliances. Upon information and belief, Whirlpool and appliance manufacturers follow these standards.

166. Further, Whirlpool conducts vigorous accelerated wear testing of its appliances, such as the IEC test described above. In conducting this testing, Whirlpool would have readily

discovered the Defect. Opening and closing a Class Refrigerator's door in an accelerated test 10,000 times would have revealed that the wires in Class Refrigerators cannot withstand ordinary use, and some, if not all, of the wires that control the ice maker, water dispenser, and the control panel would have severed in this testing.

167. Second, a door hinge stress test is another type of industry-standard test that refrigerator manufacturers conduct on their refrigerators prior to sale. Upon information and belief, Whirlpool conducts door hinge stress tests on its refrigerators.[25] The door hinge stress test is a type of accelerated life testing that is intended to replicate real-world conditions. In the door hinge stress test, the door is opened and closed thousands of times in continuous cycles to replicate years of ordinary use on an accelerated basis. Thus, the door hinge stress test evaluates the real-world reliability of refrigerator door hinges.

168. While designed to test the reliability of door hinges, it would have also revealed the Defect here because the defective wires are located directly at, and going through, the bottom hinge of the freezer door. Therefore, as a result of Whirlpool's door hinge stress test, Whirlpool knew of the Defect in Class Refrigerators.

169. Whirlpool had knowledge of the Defect many years ago when it conducted pre-sale testing of its Class Refrigerators.

**2. In-Warranty Claims Regarding the Defect Made to Whirlpool**

170. Additionally, many consumers have experienced broken wires within the warranty period. In fact, some consumers have reported that the wires were broken on delivery of their

---

[25] One of Whirlpool's subsidiaries (Whirlpool India Ltd.), in a different context, conducted testing of refrigerator doors, and it noted that it would further conduct analysis of door hinge stress. *See* https://www.researchgate.net/publication/335022776_Experimentation_Analysis_of_Door_Sag_for_Refrigerator

refrigerator. Due to the large amount of warranty claims regarding the Defect, Whirlpool has known about the Defect for many years.

171. One service technician posted online that of the 20 refrigerators he has seen with this issue, half were within an applicable warranty.[26]

172. Several complaints posted online reveal instances of in-warranty broken wires, and these are just a small fraction of the total number of in-warranty Defect claims Whirlpool has received.

173. For example, on April 12, 2019, a consumer reported that her refrigerator was replaced twice because of ice maker failures, and that the control panel was not operating correctly.[27]

By : Bubble blower
From: Wilton, CA
Submitted : 4/12/2019
Reviewed at: KitchenAid

3 | fairly nice refrigerator

Bought my refrigerator in November 2018. Had to have the refrigerator replaced twice because of defective ice maker. I like the old type ice makers instead if the itty bitty ice cubes. Still having problems with the panel not letting me set stuff and the water fill gives me 3 ounces in dribble but it says I"ve gotten over 20 ounces.

174. Another customer reported on May 16, 2019, that after the ice maker failed within the warranty period, a Whirlpool technician "spliced a wire where the door opens," which temporarily restored the ice maker's function. But three months later, the wires again severed, and the consumer was left without a functioning ice maker.[28] Whirlpool responded.

---

[26] *See* https://www.reddit.com/r/Appliances/comments/1c77ljm/whirlpool_will_finally_be_held_accountable_for/, last visited June 26, 2024.
[27] KitchenAid Model: KRSC503ESS, https://www.plessers.com/kitchenaid/krsf505ess#cart
[28] Whirlpool Model WRS588FIHZ, https://www.lowes.com/pd/Whirlpool-28-4-cu-ft-Side-by-Side-Refrigerator-with-Ice-Maker-Fingerprint-Resistant-Stainless-Steel/1000236845

Whirlpool Let Down

★★☆☆☆ Would Not Recommend

JZurcher
May 16, 2019
Sweepstakes

We bought this refrigerator on February 24, 2018, and were loving it until the ice dispenser quit dispensing ice. We called for a warranty repair barely under the one year warranty and the repairman came out. He spliced a wire where the door opens and stated if it broke again we may need a whole new door. Well it's only been 3 months and no ice is being dispensed. We purposely bought a whirlpool based on reviews and are so disappointed since our last frig lasted 25 years with no problems. We are now out of warranty and will have to live without the ice dispensing unless I want to pay for it. So disappointing that this would happen on an appliance that is so new. Needless to say, I am at a loss. Lowe's is always wonderful though and I will always go to them for products. Just a little upset that this has happened so soon. :(

— Read Less

Was this Review Helpful ? (3) | (0) | Report

Response from WhirlpoolTeam

WhirlpoolTeam
May 17, 2019
Whirlpool

Hey JZurcher, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

— Read Less

175. Another consumer reported on November 14, 2019, that the ice maker failed within a month of purchase, and a repair attempt was scheduled.[29]

Icemaker issues

★★★☆☆ Would Not Recommend

Tp22
November 14, 2019
From maytag.com

[This review was collected as part of a promotion.] Only had this month and the ice maker is broken already. Repair man coming 11/14

176. Another consumer posted on September 29, 2020, that his ice maker failed and required service twice within the first year, and he was waiting for Whirlpool to supply him with a replacement door under warranty.[30]

---

[29] MayTag Model: MSS25C4MGZ, https://www.lowes.com/pd/Maytag-24-5-cu-ft-Side-by-Side-Refrigerator-with-Ice-Maker-Fingerprint-Resistant-Stainless-Steel/1000690940?idProductFound=false&idExtracted=true

[30] Maytag Model:MSS25C4MGZ, https://www.lowes.com/pd/Maytag-24-5-cu-ft-Side-by-Side-Refrigerator-with-Ice-Maker-Fingerprint-Resistant-Stainless-Steel/1000690940?idProductFound=false&idExtracted=true



The freezer door has to be replaced

Would Not Recommend

[This review was collected as part of a promotion.] My refrigerator, which is less than a year old, has had service on the ice maker twice and I am now waiting on a new door for the freezer as the ice maker doesn't work. I bought this new appliance to replace one that was about 15 years old and had become noisy. I had hoped for a better quality fridge than the one that I received. All of my appliances are Maytags so I expected similar quality, but am disappointed. I hope that after these repairs that it will function without frequent visits from the service tech as the warranty will expire in a few months.

— Read Less

soprano

September 29, 2020

From maytag.com

177. Others similarly reported ice maker failures within a few short months, within the warranty period, but were told that there was a long wait for a backordered replacement door.

2020, source[31]



Wish I hadn't

INCENTIVIZED REVIEW

Valrico Florida

Review 1

Vote 1

Not very impressed.

4 years ago

I had this fridge 5 months and the ice maker quit. Then I find out that there's a factory defect in the wiring harness in the freezer door. So now iv been waiting for two months for a new Freezer door. So I'm not exactly happy with the machine.

No, I do not recommend this product.

Originally posted on 36-inch Wide Side-by-Side Refrigerator - 28 cu. ft.

Helpful? (1) (0) Report

Value 1.0

Design 1.0

Ease of Use 5.0

Innovation 1.0

Response from Whirlpool: 4 years ago

Social Care

Hey Wish I hadn't, we value your time and would like to look into the concerns with your appliance. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

June 2023, Source[32]

[31] Whirlpool Model: WRS588FIHV, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-28-cu.-ft.wrs588fihv.html

[32] Whirlpool Model WRS588FIHZ, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-28-cu.-ft.wrs588fihz.html



Bobby

INCENTIVIZED REVIEW

Review 1

Votes 0

**Ice Maker problems**

a year ago

The ice maker has been replaced and still doesn't work. Door has been ordered under warranty 2 months ago due to faulty wiring in door causing ice maker not to work. I think Whirlpool should replace the refrigerator.

No, I do not recommend this product.

Helpful? (0) (0) Report

Response from Whirlpool: a year ago

**Social Care**

Thank you for sharing your insights with us, Bobby. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare so we can look into this matter further for you. We're looking forward to hearing from you.

178. Another consumer reported that he had *three freezer doors* replaced within nine months, "and the part is on back order so we can't use the ice or water feature."[33]



granny

INCENTIVIZED REVIEW

Yucaipa Ca

Review 1

Votes 3

**Do not Buy**

2 years ago

We bought this 9 months ago On the 3RD freezer door and they sent the wrong part to hook it up and the part is on back order so we can't use the ice or water feature. also on our second defrost part -fingers crosses Repair man has been here 6 times still not right

No, I do not recommend this product.

Helpful? (3) (0) Report

Response from Whirlpool: 2 years ago

**Social Care**

Hey granny, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

179. Another consumer explained that she had warranty service twice for "freezer and water dispenser issues."[34]

---

[33] Whirlpool Model: WRS588FIHZ, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-28-cu.-ft.wrs588fihz.html

[34] Maytag Model:MSS25C4MGZ, https://www.lowes.com/pd/Maytag-24-5-cu-ft-Side-by-Side-Refrigerator-with-Ice-Maker-Fingerprint-Resistant-Stainless-Steel/1000690940?idProductFound=false&idExtracted=true



Ice dispenser broke at 15 months

Kris
December 30, 2020

Would Not Recommend

We had warranty service come out 2x on this machine for freezer and water dispenser issues. At month 15, ice maker burns out - $1400 to replace

Was this Review Helpful ? (3) | (0) | Report

Response from MaytagTeam

MaytagTeam
January 5, 2021

Hi Kris, thank you for your review. We regret to hear that your appliance is not living up to your standards. To easily schedule service online with ...

Read More

MAYTAG

180. Other consumers similarly reported multiple failures and in-warranty-repair attempts.[35]



Unhappymomma
INCENTIVIZED REVIEW
Greenwich, OH

WISH I COULD GET MY MONEY BACK

8 MONTHS AGO

This is the worst appliance we have ever bought. We have only owned it for 5 mo this and it has been a nightmare. I've NEVER works. The door with ice maker has already been replaced twice. The ice maker motor has been replaced once. I'm on a first name basis with the repair company. At this point I just wish I could exchange it or get my money back.

No, I do not recommend this product.

Originally posted on 36-Inch Wide Side-by-Side Refrigerator with Exterior Ice and Water Dispenser - 25 Cu. Ft.

Helpful? (1) (0) Report

Response from Maytag: 8 MONTHS AGO

Consumer Care

Thank you for bringing this to our attention.
We regret you are having these concerns with your Refrigerator, Unhappymomma. We value all of our customers, and we would like the opportunity to look into this further for you. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/maytag or Direct Message on Instagram at https://www.instagram.com/maytag/. When responding please include your contact information and reference Case # 405321.
Let's see what we can do for you!
Marie Q

April 2024, Source[36]

---

[35] MayTag Model MSS25C4MGB, https://www.maytag.com/kitchen/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-with-exterior-ice-and-water-dispenser-25-cu.-ft.mss25c4mgb.html

[36] Model KRSF705HPS, https://www.kitchenaid.com/major-appliances/refrigeration/freestanding-refrigerators/freestanding-side-by-side/p.24.8-cu-ft.-side-by-side-refrigerator-with-exterior-ice-and-water-and-printshield-finish.krsf705hps.html?

An American Tragedy

Reviews 3

Votes 3

★☆☆☆☆

**Design Flaw in the Wiring Harness, no support!**

2 months ago

Terrible experience all around. Multiple service calls both in and out of warranty. there is a design flaw in the wiring harness that supports all of the freezer door functions, ice maker, water dispenser, ice dispenser and lighting. Contacted customer care before posting this review and there offer of support was wholly inadequate. even spoke to a supervisor. we were forced to by and LG which we are3 very happy with. such as shame that an American company has gone downhill so badly.

Helpful? (3) (0) Report

Response from KitchenAid: a month ago

Consumer Care

Thank you for sharing your experience with us. We apologize for the concerns that you are experiencing with your Refrigerator and would like the opportunity to see if we can help. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/KitchenAid or Direct Message on Instagram at https://www.instagram.com/kitchenaidusa/. When responding please include your contact information and reference Case # 522035.
We look forward to speaking with you.
Marie Q

181. But the in-warranty replacements do not remedy the defect, so the consumer is left with out-of-pocket expenses when the wires inevitably break again. For example, one consumer reported when in warranty Whirlpool "had to replace [the] whole freezer door because of wiring to the icemaker [is on the] bottom of door causing the wires to pinch and break[. T]wo months after warranty expired same thing happened again can replace door for [two] thousand [dollars]…"[37]

★☆☆☆☆ Apr 6, 2022

**waist of money buyer beware**

Had this fridge less than 1 year . Ice maker stopped working . They had to replace whole freezer door because of wirng to the icemaker is on te bottom of door causing the wires to pinch and break two months after warranty expired same thing happened again can replace door for teo thousand indtalled terrible waist of money
by chapman007

**Response from KitchenAidTeam** Hide

Apr 6, 2022

Hello chapman007, thank you for your review. We sincerely apologize for the concerns with your Refrigerator and would like to review this further for you. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

Helpful? 1 found this review helpful

[37] KitchenAid Models KRSC700HPS/HBS, https://www.homedepot.com/p/KitchenAid-19-8-cu-ft-Side-by-Side-Refrigerator-in-Stainless-Steel-with-PrintShield-Finish-Counter-Depth-KRSC700HPS/311345807

182. Another consumer reported four ice maker failures and that Whirlpool only replaced the door the first time under warranty.[38]

Feb 15, 2022

**Beware the ice maker**

We have has this fridge f or about three years now and the ice maker has broken 4 times . First time tey replaced the door that was under warranty the otger times have been us is to fix.Pure junk dont buy .

by chapman007

**Response from KitchenAidTeam** Hide

Feb 15, 2022

Hello chapman007, thank you for your review. We sincerely apologize for the concerns with your appliance and would like to review this further for you. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

183. Similarly, one consumer reported in 2022 that she had "[w]arranty replaced the freezer door once already and now we are having issues again and Whirlpool is not willing to do anything about the poor design or fix the issue."[39]

jbmm

INCENTIVIZED REVIEW

Tulsa, OK

Review 1

Vote 1

**Poor wiring design**

2 years ago

When we first bought the fridge were very happy but then things started to go wrong in a matter of months. The wiring harness that goes up through the bottom of the freezer door had no protection on it, just bare wires. Warranty replaced the freezer door once already and now we are having issues again and Whirlpool is not willing to do anything about the poor design or fix the issue.

No, I do not recommend this product.

Helpful? (1) (0) Report

Response from Whirlpool: 2 years ago

**Social Care**

Hey jbmm, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

184. Other consumers reported ice maker failures upon delivery of their Class

[38] KitchenAid Models KRSC703HPS/ KRSC703HPSHBS, https://www.homedepot.com/p/KitchenAid-36-in-W-22-6-cu-ft-Side-by-Side-Refrigerator-in-Stainless-Steel-with-PrintShield-Finish-Counter-Depth-KRSC703HPS/310828100

[39] Whirlpool Model: WRS588FIHZ, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-28-cu.-ft.wrs588fihz.html

Refrigerators.

185. On consumer posted in 2020, that "the ice maker did not work right from the day we bought it."[40]


samjog

west columbia,sc

Reviews 2

Votes 14

**trouble from start**

4 years ago

bought 7/11/2017..wrs588fihz..the WORST refrigerator i have had and im 72yo..it did not do right from day 1.would ice up..the ice maker did not work right from the day we bought it.lucky i BOUGHT a 5 year warranty.it took 3 years for them to fix it..another words we did not have ice in door for 3 years.not fair as my warranty is over half way gone.they SHOULD have replaced it because of lemon law. after 3 years they found out the door going to controls on freezer had broken wires from factory.just not right. works fine now as it is 3 years old now..it is (was) a piece of trash..makes me wonder what would have happened if i did not have warranty.

No, I do not recommend this product.

Originally posted on 36-inch Wide Side-by-Side Refrigerator - 28 cu. ft.

Helpful? (14) (0) Report

Value 1.0

Design 1.0

Ease of Use 2.0

Innovation 1.0

Response from Whirlpool: 4 years ago

**Social Care**

Hey samjog, we value your time and would like to look into the concerns with your appliance. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

186. Another consumer reported that her refrigerator "was delivered and the ice maker did not work. Two visits later from the authorized service dealer and a new door needs to be ordered and installed [because] the ice dispenser cannot be corrected without the replacement of the door due to wiring from that manufacturer."[41]

---

[40] Whirlpool Model: WRS588FIHV, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-28-cu.-ft.wrs588fihv.html

[41] KitchenAid Model: KRSC703HPS/HBS, https://www.kitchenaid.com/major-appliances/refrigeration/refrigerators/side-by-side-refrigerators/p.22.6-cu-ft.-counter-depth-side-by-side-refrigerator-with-exterior-ice-and-water-and-printshield-finish.krsc703hps.html

Kitchen junk aid
INCENTIVIZED REVIEW
Sugar Hil
Review 1
Votes 0

★☆☆☆☆
**3rd times a charm**
3 years ago

This is the 3rd refrigerator of this model we have purchased. The first one completely failed after thee years. The second was delivered and the ice maker did not work. Two visits later from the authorized service dealer and a new door needs to be ordered and installed. A new door needs to be installed beach's the ice dispenser cannot be corrected without the replacement of the door due to wiring from the manufacturer. ( I would order another counter depth refrigerator but the kitchen was built around the dimensions to accommodate this KitchenAid.

No, I do not recommend this product.

Helpful? (0) (0) Report

Features 5.0
Innovation 3.0
Sound Levels 5.0
Capacity 5.0

Response from KitchenAid: 3 years ago

social care team

Hello Kitchen junk aid, thank you for your review. We sincerely apologize for the concerns with your Refrigerator and would like to review this further for you. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

187. Similarly, in 2022, a consumer reported, for example, that the wires had been severed a day after delivery.[42]

BFCC
INCENTIVIZED REVIEW
Westfield, MA
Review 1
Votes 0

★★★☆☆
**It's the little things that matter**
2 years ago

Overall, it seems to be a good fridge. However, there were two issues. When it was delivered, the icemaker didn't work. Whirlpool did send a repair guy who took a couple of hrs to find one small wire that had been severed. It was repaired and now works fine. The other is that the door handles don't line up with each other. The one on the fridge side is about 1/4" higher than the other one.

Helpful? (0) (0) Report

188. In addition to in-warranty claims made directly to Whirlpool regarding the Defect, Whirlpool has also received CPSC reports over the last decade.

### 3. Over Thirty U.S. CPSC Reports Have Been Sent to Whirlpool in the Last Decade.

189. As indicated above, CPSC reports are sent directly to Whirlpool by the U.S. CPSC. In addition to those noted above detailing actual incidents of electrical arcs, shorts, and fires, consumers reported their concerns about the Class Refrigerators' safety to the CPSC, which in turn reported them directly to Whirlpool.

[42] Whirlpool Model: WRS571CIHZ, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-counter-depth-side-by-side-refrigerator-21-cu.-ft.wrs571cihz.html

190. As early as May 18, 2012, Whirlpool was informed through a CPSC report that broken wires were causing failed ice makers and water dispensers. The May 18, 2012 CPSC report also informed Whirlpool that consumers were concerned regarding "frayed and broken electrical wires in a refrigerator/freezer may be a dangerous condition perhaps leading to electrical shock or worse."

> Incident Description: I have a KitchenAid refrigerator/freezer with an ice and water dispenser built into the door. About two years ago the ice and water dispenser stopped working. I then called the authorized KitchenAid repair service. The responding repair technician was able to fix the problem which had to do with wiring in the door. Recently, the same problem occurred and I again called the authorized service. The technician informed me that the problem is a recurrence of the original problem, namely, the same wires are frayed and broken and now they cannot be repaired. My concern is that frayed and broken electrical wires in a refrigerator/freezer may be a dangerous condition perhaps leading to electrical shock or worse.[43]

191. Similar reports continued for over a decade. The following chart summarizes the date the CPSC report was sent to Whirlpool and quotes the Incident Description.

| **Date the CPSC Reported Incident to Whirlpool** | **Incident Description** |
|---|---|
| 9/7/2017 | Incident Description: Kenmore Side by Side refrigerator 106.5113. The wires to the icemaker and water dispenser are at the bottom hinge area of the door. The ice maker stopped working so I called Sears service and a technician came out. **He stated that the refrigerator had a design flaw beceaseu the wire was continually being pinched by the door as it opened and closed.** The wiers eventually were severed and in doing that **exposed a hot wire to the ice maker, this is a potential fire and safety risk to usersThis could have injured someone if it was touched.** The wires will continually be severed as the door opens and closes so the entire dispenser will fail. This is a manuafacturer defect and should be recalled so there are no injuries. My guess is that they did not have this refrigerator in use long enough to determine that it was a hazard. Now that it is known it should be taken care of.[44] |

[43] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=1248176
[44] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=1671486

| | |
|---|---|
| 3/28/2019 | Incident Description: We bought a Kenmore side by side model #106.51139214; serial # HR73710169 on September 25, 2017. The ice maker quit working so we called a repairman. The wires in the wiring harness on the lower left freezer cabinet are sliced in two. This would include, we assume, the ground wire. **The repairman said he has seen this before** and that the door opening and shutting is causing the wires to snap. **We believe if this is not taken care of it could lead to the possibility of shocking a person**. The refrigerator is only 15 months old but 3 months out of warranty. The repairman said the door would have to be removed at a cost of around $800. We bought this on sale for $999.00!![45] |
| 3/29/2019 | Incident Description: The caller states that the **electrical wires at the bottom of his refrigerator delivered April 20th, 2017 are placed in a manner that causes them to rub against a metal foot that places undue stress on the wires which causes them to break**. This is an ongoing problem. The consumer is reporting a second issue at this time that there are metal shavings coming out in his cubed and crushed ice. He is reporting this as a safety hazard because if not noticed and the person drinks the liquid the ice is in there could be severe internal consequences. He said that this may have been happening much before it was noticed because he also found metal shavings built up under the ice area. There are no known injuries at this time He was contacted the manufacturer who referred him to CPSC. He states that due to the safety hazards, the less than two years age of the unit he would ask to have the refrigerator replaced with a different model.[46] |
| 6/27/2019 | Incident Description: The consumer indicates her refrigerator started giving her problems five months after it was purchased however it was not until 05/16/2019 that she found out the reason why after it was serviced. **The consumer believes her refrigerator poses a fire hazard because, upon inspection, the Service Technician indicated that the wires inside the refrigerator were severed due to a design flaw where they start to break up when the refrigerator door is opened and shut constantly as these actions pull on the wires**. The consumer notes that the issue with the wires made the ice maker stop working, the lights flash, the ice dispenser open and close by itself, the ice auger no longer works, among other things. The consumer contacted the Manufacturer and explained the situation however she was informed they could not provide assistance free of charge because the unit is not warrantied anymore and there is no recall. The consumer plans on keeping her refrigerator for the next thirty days in case an investigation ensues.[47] |

[45] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=1840209
[46] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=1840207
[47] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=1873783

| | |
|---|---|
| 2/7/2020 | Incident Description: We purchased a Kenmore Elite refrigerator Model 106.5177 or model 465177*51*. **The wires leading from the main unit to the freezer door became broken and wire is exposed that could cause a shock hazard or short circuit.** I have read and heard from others that have the same problem. Calling Kenmore resulting in a service technician telling us that the door had to be replaced for $1200. The refrigerator was only 1.5 years old and cost $1400. I believe that this is a design flaw and a recall should be issued. It is extremely unfair to the consumer to have to be responsible for this unsafe and expensive condition and repair.[48] |
| 2/19/2020 | Incident Description: **Several similar Whirlpool refrigerator models have a defect that causes electrical wires to become severed, causing a fire hazard and preventing the refrigerator from working properly**. There are two of these products in our home and both are exhibiting the same issue. The wire bundle connected to the freezer door rubs on a sharp edge each time the freezer door is opened, eventually exposing the wires and cutting them. Our refrigerators were manufactured in August and November of 2017 and the newer one is worse. Another consumer documented the same issue at [REDACTED] and five other consumers found that report useful (i.e., had the same problem). In our case, when the wires were severed, the ice maker stopped working. I called the Whirlpool Customer eXperience (sic) center at 800-253-1301 on 1/6/2020 to identify the hazard and they offered to send a repair technician out at my expense to give me a price quote to fix it. I realize that the refrigerator only had a 1 year warranty, but I'm worried that other consumers think the issue is minor and "just live with" the inconvenience of not having a working ice maker on a $1,300 refrigerator. **While these are relatively small wires, they are in close proximity to the highly flammable "dust bunnies" that commonly live under most refrigerators.**[49] |
| 3/10/2020 | Incident Description: **Freezer door 120V wires broken and exposed conductors due to fatigue.** Freezer door opening and closing flexes the wires until the insulation fails and then the conductors short out. This could cause a fire. **Short tripped breaker.**[50] |

[48] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=1934393
[49] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=1935236
[50] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=1955461

| | |
|---|---|
| 4/15/2020 | Incident Description: Model: Whirlpool WRS571CIDW00, Serial #HR54302027 Normal use - ice maker stopped working. Repair person replaced the icemaker... still no good. It was discovered that the design of the refrigerator freezer door created a pinch point that **cut electrical wires. This freaked us out... these are live electrical wires that could electrocute us and our grandkids.** I complained to Whirlpool without satisfaction - a simple sorry, we can't do anything for you. I paid $250 to have the refrigerator repaired and it is still not working. Whirlpool has a hazardous design flaw and will not resolve or acknowledge the issue. I want the refrigerator gone... returned/replaced with a full refund on the amount paid to date.[51] |
| 8/10/2020 | Incident Description: We purchased a Kenmore Elite fridge (Model No 10651773510) from Sears in 2017. In three short years, the ice maker has stopped working. We had a Sears Repair person examine it and the issue lies in a manufacturing defect on the freezer door. Per *regular* door use, a cluster of wires at the bottom of the door has broken in half. The damage is irreparable and would require a door replacement or new fridge. We certainly aren't paying for a new, expensive door only to have it break again in three years. Nor do we feel we should have to buy a new fridge. **But what started as an inconvenience (no ice) has now become a hazard in my kitchen. We have a 6yo and two pets and when the freezer door is open, several broken/open wires are exposed.** I imagine this issue will start cropping up more and more with this model. It is outrageous that such a 'young' and modern fridge has not only failed us but now poses an electrical issue-threat to my family. [REDACTED][52] |
| 1/28/2021 | Incident Description: I have a whirlpool refrigerator model number WRS571CIDM01 Serial number HR54410903 that has exposed broken wires in the bottom of the refrigerator door. After searching online I have found that this is a very common problem with these refrigerators and a very faulty design.[53] |

[51] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=1970788
[52] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=1998394
[53] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=2958296

| | |
|---|---|
| 3/18/2021 | Incident Description: I am reporting a safety issue with a Whirlpool Side by Side Refrigerator Freezer, Model # WRS576FIDM01. I had a repair person come to my home to troubleshoot why the icemaker stopped working. It turned out the wire assembly that controls this, sits under the freezer door hinge, and over time simply opening and closing the freezer door cut through the **wire package leaving them exposed and sticking out, where I could have been injured**. I wrapped the exposed wires and one that was sharp sticking straight up in electrical tape. I have a picture of the cut wires.[54] |
| 3/24/2021 | Incident Description: I purchased a Kenmore 106.51134 side by side refrigerator/freezer in October 10, 2017. February of 2020, the ice maker stopped working. An **appliance repair man inspected the refrigerator and informed me that this is a common problem with Kenmore and Whirlpool**, due to the poor design of running wires next to the freezer door hinge. Opening and closing the freezer door weakens the wiring harness and eventually severs it**. It is a fire hazard to have an appliance with broken electrical wires**. The service man said the only way to fix the problem is to replace the freezer door with another door with this defective engineering. **I contacted Kenmore in March of 2020** and they said it is not considered a defect and they will not rectify the situation.[55] |
| 6/15/2021 | Incident Description: Whirlpool side by side refrig / freezer Model WRS588FIHZ00, Serial HR71716380 - ice maker stopped working. Did research on internet to get ideas of what might be wrong. One clue led me to look at the wire harness that comes out the bottom and wraps around the freezer door hinge. Found 2 broken wires plus 2 other wires with insulation broken and wire exposed. **No injuries or tragedy yet - but ripe for potential fire - exposed wire, broken wires.** Called Whirlpool customer service number listed on their website on 6-10-2021. Explained issue to first person and asked if there was a product recall on this issue. She passed me on to repair, which turned out to be parts. No answer to the recall question. Parts gave me another number to call - which was to [REDACTED] promotion. This is not customer service but the issue is a safety / potential fire hazard that Whirlpool needs to address. Seems to me to be a serious design issue that has been complained about a number of times on this website by others.[56] |

[54] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=3128198
[55] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=3121745
[56] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=3348209

| | |
|---|---|
| 7/15/2021 | Incident Description: Ice Maker stopped working. Online search found wiring harness from refrigerator into freezer door was pinched every time door was opened and closed. Over time the harness cover tore open, then the wires pinched and broke. This appears to be a design flaw in this model, as there are hundreds or more postings regarding this issue.[57] |
| 8/12/2021 | Incident Description: whirlpool refridgerator. eposed wire in the door for ice maker. the wire frays and breaks off due to use. happened only 18 months after purchase.[58] |
| 9/22/2021 | Incident Description: The **consumer has a safety concern about the product**. (09/14/2021) The consumer stated that he had noticed previously that the ice maker had stopped working. When someone came out to check the product, **live wires** were found to be coming out of the bottom of the freezer. The consumer contacted the manufacturer but was advised that there is no recall for the product. They also provided a company for the consumer to contact for a service visit.[59] |
| 6/8/2022 | Incident Description: Caller stated he noticed that **the wires on his refrigerator/freezer door were frayed and broken which maybe a safety hazard**. He stated that his icemaker had stopped working which led him to the incident. He stated that there are numerous amounts of complaints online about this issue. Caller stated that that he contacted the manufacturer and they advised that the unit was no longer under warranty but could send out a service technician. Caller stated that he does not feel that the manufacturer is taking this matter seriously as a safety issue.[60] |
| 8/26/2022 | Incident Description: We have a Kitchenaid Model# KRSC503ESS00 Serial# HR63909172 which came with our home when we purchased it in May of 2017. It has a defective wiring harness (flawed design at the manufacturing stage) which can create a electrical shock, fire and possibly death if the severed wires come in contact with the metal surroundings. I've contacted Kitchenaid/Whirlpool and notified them, they offer no resolution. Also I've found numerous online accounts of consumers reporting the same issue. This is not a Warranty issue its a manufacturing/engineering flaw that should have a recall and resolution! Please Help!![61] |

[57] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=3383478
[58] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=3404591
[59] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=3441885
[60] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=3624835
[61] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=3874012

| | |
|---|---|
| 9/28/2022 | Incident Description: Product: 2018 (MFR Date: 201809) Maytag side-by-side refrigerator, Model#: MSC21C6MFZ00, Serial Number: HR83720244. Safety Concern: **Frayed/broken electrical wiring at the base of the freezer door presents exposed wiring and a risk of electrical shock or fire**. Operational Failure: The broken wiring results in failure of electrical components (ice maker, etc...) in freezer door. Root Cause: The design of the refrigerator allows the wiring for the freezer door to be pinched at or near the bottom hinge. Over the course of normal operation, the opening and closing of the freezer door eventually fatigues the wiring to the point the wire is either exposed or broken.[62] |
| 10/13/2022 | Incident Description: Needed to replace frayed wires , was told I could not purchase parts needed to repair refrigerator.[63] |
| 1/23/2023 | Incident Description: I purchased a Maytag Refrigerator in 2017. Due to a design defect, electrical wiring near the freezer door has frayed and is exposed. This a manufacturing defect that Maytag/Whirlpool has been aware of for a long time but will not take responsibility for.[64] |
| 4/10/2023 | Incident Description: Our Whirlpool Side-by-side refrigerator suddenly stopped making ice. Upon investigating, several wires inside the freezer door have been severed. It is clearly a design flaw that Whirlpool is aware of. In fact, it is a VERY COMMON problem among other owners, as we have read on a [REDACTED] thread with hundreds of complaints. Our family has used the product for 21 months of every day use, before this occurred. **There have not been any injuries, but wires are exposed and that is a fire hazard**.[65] |

[62] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=3918288
[63] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=3918991
[64] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=4055006
[65] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=4162077

| | |
|---|---|
| 8/18/2023 | Incident Description: **There is a risk of shock or electrocution in the design of whirlpool refrigerators**. The problem is well known, when the service technician came out he immediately knew the **120 volt AC wiring in the door had failed it is exposed not insulated**. When a consumer opens a Whirlpool refrigerator, there's insufficient protection in the electrical wiring. That 120 volt AC powerand other wiring powers the ice maker and 120 volt AC ice dispenser motor. I believe Whirlpool considers this the source of revenue when customers ice makers break which is a common occurrence due to unsafe wiring and sheath which has a high probability of failure, customers have their refrigerator serviced. The problem is **there is a risk of electrocution or shock to small children near the exposed wiring** when the refrigerator door is opened, as well as someone barefoot. I don't know if the refrigerator door is properly grounded once the wire breakage occurs, Whirlpool has known about this and their substandard safety practices put the general public at risk. UPDATED ON 8/23/2023: [I have contacted Whirlpool Corporate who refuse to put me in contact with the CEO [REDACTED], instead I'm on an endless loop with Whirlpool Customer Support. I am formally requesting a recall of all Whirlpool appliance which endangers Whirlpool customers. In my case I have found out based service technicians familiar with this issue, that all Whirlpool side-by-side refrigerators have 120 VAC electrical exposure problem and that Whirlpool will not fix this even on new appliances. I am holding Whirlpool and the CPSC liable and responsible for any eletricution or shock which can cause a fatality related to this complaint. The Whirlpool Corporation switchboard transferred me I eventually ended up talking to [REDACTED] who I made aware of the issue and who hung up the phone on me, I am adding this to my complaint.][66] |
| 12/22/2023 | Incident Description: Electrical wires have frayed at the bottom of the freezer door. Now, the ice maker does not work. This is definitely a design flaw as I see others who have purchased this model have had the same issue. Model: MSC21C6MFZ00 Serial Number: HR72206233[67] |
| 1/23/2024 | Incident Description: Whirlpool 28 cu. ft. Side by Side refrigerator. Model# WRS588FIHZ. Mfg date 9/2019 Bought Jan 12, 2020 at The Home Depot. Made in Mexico. Ice maker stopped working over a year ago. Replaced every part associated with ice maker. Further research revealed pending class action. Hinge on bottom of freezer door has severed seven wires. Unsure at this time if electrical/fire hazard.[68] |

[66] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=4339656
[67] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=4504136
[68] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=4572704

| | |
|---|---|
| 2/23/2024 | Incident Description: Wire frayed from main harness to door due to pitching of power lines to ice maker in the freezer door. Whirlpool refrigerator. Model WRS588FIHZ00, serial number [REDACTED][69] |
| 4/9/2024 | Incident Description: Ice maker on side-by-side refrigerator quit working. Repairman found the cause: wires on the freezer door that control the ice maker become severed over time from normal opening of the door. **Exposed wires are a fire hazard**.[70] |
| 5/2/2024 | Incident Description: Whirlpool refrigerator WRS588FIHZ exposed frayed wiring at bottom freezer door[71] |

192. Over the last decade, the CPSC has sent Whirlpool over thirty complaints regarding broken and frayed wires and consumers' concerns regarding the safety of exposed wires. On the basis of the CPSC reports alone, Whirlpool has had knowledge of the Defect since 2012.

### 4. A Massive Amount of Consumer Complaints Reveal that Whirlpool Has Known About the Defect for Over a Decade.

193. Over the last decade, consumers have also taken to the internet and reported the Defect on online blogs, to Whirlpool, its technicians, and its authorized retailers. Based on these internet complaints alone, Whirlpool has known about the Defect for over a decade.

194. One service technician indicated that he has seen this "countless times" and that "[Whirlpool] had this issue years ago, then they fixed the design, [and] then went back to it." *See infra* note 378. This comment is substantiated by a long history of reports of the Defect going back to at least 2012, *see infra* ¶ 214, in models that are now discontinued, and again in more recent models.

195. In 2013, consumers were complaining of the Defect in online forums. One blog, ApplianceBlog.com, amassed many Whirlpool complaints regarding broken or frayed wires in

[69] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=4616450
[70] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=4685590
[71] https://www.saferproducts.gov/PublicSearch/Detail?ReportId=4715533

Class Refrigerators, which caused ice makers/dispensers and water dispensers to fail.

196. In a December 3, 2013 post on ApplianceBlog.com, a consumer reported in a forum titled "GSF26C4EXY02 Whirlpool Gold Ice Maker Problem" that the ice maker in his side-by-side refrigerator stopped working. After investigation, on December 8, 2013, the consumer reported, "I dismounted the door and peeled back the wire loom at the bottom of the door … Guess what? Clear break within the loom."[72] The consumer included a picture of the broken wires:




197. On June 7, 2016, on the same thread, a consumer with similar model refrigerator GSF26C4EXB02, reported that he has "been trying to figure out my flaky ice maker for awhile."[73] After reading the thread the consumer discovered that the "tan and black/white wires were both severed at the same location of yours! The white and blue were also nearly severed."

198. In March 2016, other blogs were also discussing the Defect, and the consumers were reporting the same issues: "I went with my hunch and looked at the electrical wire bundle that enters the freezer door. As expected, the tan wire was completely severed as well as the

[72] https://www.applianceblog.com/mainforums/threads/gsf26c4exy02-whirlpool-gold-ice-maker-problem.42335/.
[73] *Id.*

green/yellow ground wire. The blue wire had exposed copper as well. The opening/closing of the freezer door over time caused the wires to completely snap."[74] Consumers on the thread reported the same issues in 2017 and 2018.

03-17-2016, 11:42 AM #26

eem3dsp
Patient
Join Date: Feb 2016
Posts: 10

I wanted to give an update on my ice maker saga. I got tired of the my make-shift bypass wire dangling from the freezer door so I went with my hunch and looked at the electrical wire bundle that enters the freezer door. As expected, the tan wire was completely severed as well as the green/yellow ground wire. The blue wire had exposed copper as well. The opening/closing of the freezer door over time caused the wires to completely snap.

See the attached pic. Hopefully, my attachment works.



199. On July 4, 2018, another consumer reported on the ApplianceBlog.com thread that the same thing had occurred to his KitchenAid model KSF26C7XYY00 refrigerator "but with three wires, not just one."[75] The consumer was able to identify the location of the problem thanks to the previous postings on the thread:

Thank you so much for this information. This is what happened with my Kitchenaid KSF26C7XYY00 side by side refrigerator as well, but with three wires, not just one.
I spent A LOT of time debugging this, not believing the problem could be a fixed insulated wire and not a connector, fuse, sensor, motor, valve, heater, switch, etc.
Your notes above pointed me to the location of the problem.
I had to remove the freezer door to fix this.
This appears to me to be a BASIC DESIGN FLAW...

200. On July 14, 2019, yet another consumer posted on the thread about his Whirlpool refrigerator model WSF26C2EXB01.[76] He was able to identify the same defect as the other consumers:

[74] Forum.Partsdr.com, https://forum.partsdr.com/showthread.php?2359-Whirlpool-in-door-ice-maker-replace-optics-can-you-jump-out-the-boards-to-test/page2
[75] *Supra* note 72.
[76] *Id.*




201. In a May 8, 2018 post on ApplianceBlog.com, in a forum titled "Whirlpool WSF26C2EXF01 Door Ice maker Not Working," another consumer reported that his refrigerator's ice maker was not working after various attempts to repair the issue himself. An administrator of the forum posted a response noting that other consumers had posted about the same and the likely problem is "frayed or broken wires underneath the freezer door."

202. Another consumer posted on ApplianceBlog.com on September 28, 2019, that he contacted Whirlpool directly regarding broken wires in his Class Refrigerator: "[c]ontacted Whirlpool. If they don't get back with some kinda repair options, gonna contact BBB."

203. On November 30, 2019, a consumer on ApplianceBlog.com requested assistance in diagnosing why his Class Refrigerator stopped dispensing ice, to which the administrator responded, "lots of members have found frayed and broken wires causing a short or dead completely to the ice maker." The consumer responded:


M
Mikeh861
Premium Member
Joined: Nov 30, 2019
Messages: 4
Location: Hanover, PA

Nov 30, 2019 #3

Right you are! I took off the kick plate, cut back some of the loom and two of the wires are broken:

204. Consumers also post and continue to post complaints online regarding the Defect on Whirlpool's websites and on the websites of Whirlpool's authorized retailers, including Lowe's, Home Depot, Best Buy, Costco, all of which Whirlpool monitors.

205. Many of the complaints on these websites are posted on Whirlpool.com directly or "from" or "originally posted on" Whirlpool.com, or "from" its other brands' websites, which further indicates Whirlpool's knowledge of the defect for over a decade.

206. In fact, Whirlpool monitors, catalogues, and has a quality control team of engineers that reviews these customer complaints. As a Whirlpool customer service representative admitted in a 2020 response to a customer report: "We are constantly working to improve our appliances and our service, and it is only through feedback from customers like you that we are able to do so. **We have documented all of the concerns you have mentioned, for review by our managers and engineers. Our engineers do regularly review our files, to look for areas in which we can**

**improve our products.**"[77]

Anonymous

Londonderry NH

Review 1

Votes 44

★☆☆☆☆

**Love the refrigerator, $600 design flaw**

4 years ago

We specifically bought a whirlpool do the fact that we have 12 year old washer and dryer's that are still running amazingly. We bought this refrigerator about two years ago and then all of a sudden the icemaker stopped working. I contacted whirlpool and they sent out a repair man. It took the repair man about 10 minutes to realize that it was a known design flaw with the freezer door that causes the wires to crimp and break. other than the $110 service call he advised it would be about $600 to replace the refrigerator door. Of course the manufacture warranty is only one year. After spending $1600 on a refrigerator and now I have to replace a refrigerator door for 600 that will probably break in another two years it's very disappointing. I have to decide if I want to replace the door every two years for 600 or just go out and buy a new refrigerator. Looking at all of the sites out there it does look like this is been an issue that whirlpool has known about for quite some time and has not corrected. I would advise anyone against buying this model until such time as the design flaw is fixed.

Value 1.0

Design 1.0

Ease of Use 5.0

Innovation 5.0

No, I do not recommend this product.



Originally posted on 36-inch Wide Side-by-Side Refrigerator - 28 cu. ft.

Helpful? (44) (1) Report

Response from Whirlpool: 4 years ago

**social care**

We are constantly working to improve our appliances and our service, and it is only through feedback from customers like you that we are able to do so. We have documented all of the concerns you have mentioned, for review by our managers and engineers. Our managers and engineers do regularly review our files, to look for areas in which we can improve our products. We know that can be disheartening; especially when you have just purchased a new and you have high expectations for it. We're sorry that we are not meeting/delivering these expectations.

207. Set forth below are *over 315 examples* of consumer complaints available online regarding broken wires and resultant failure of functions. Virtually all of these complaints were made directly to Whirlpool's websites or sites that Whirlpool monitors. Indeed, Whirlpool responded to the vast majority of the complaints.

208. The complaints herein are a mere sample of all the complaints available on the Whirlpool's websites and sites that it monitors. Based on these complaints alone—even without

[77] Whirlpool Model: WRS588FIHB, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-28-cu.-ft.wrs588fihb.html

considering the testing described above, in-warranty failures, the CPSC reports, other consumer complaints regarding safety, and the appliance blogs—Whirlpool has known about the Defect for over a decade and well before any of the Plaintiffs here purchased their Class Refrigerator.

209. In some cases, Whirlpool has apparently removed, or caused to be removed, and thereby concealed, public facing complaints about the Defect. For example, when consumers complain about the Defect in product reviews posted on Whirlpool's website, Whirlpool typically advises them to contact Whirlpool via Twitter or Facebook. As of May 2023, when Plaintiffs' counsel were investigating the Defect, dozens of complaints about the Defect at least as early as February 2020 were posted on Whirlpool's Facebook page, at: https://www.facebook.com/whirlpoolusa/posts/we-bought-a-whirlpool-side-by-side-refrigerator-model-wrs588fihz00-in-august-of-/2658662387504101/. After Plaintiffs served a demand letter, but before they filed this lawsuit, all of those complaints were removed from Whirlpool's Facebook page, along with all other consumer complaints that had been previously posted there. Discovery in this case will show whether Whirlpool intentionally spoliated evidence after receiving demand letters from Plaintiffs, but, even if not, these complaints posted on Whirlpool's Facebook page going back to at least February 2020 further demonstrate Whirlpool's knowledge of the Defect.

210. In other instances, consumer complaints online are no longer available because Whirlpool changed model numbers or made other changes to the Class Refrigerators, and Whirlpool and retailers generally remove webpages and consumer reviews for products that are no longer sold. So, while Whirlpool sold Class Refrigerators with the Defect going back to at least 2012, consumer reviews for these earlier model numbers are no longer publicly available.

211. Moreover, despite the fact that Whirlpool has known about the defect via consumer

complaints for at least a decade, consumers have not been privy to the same information, in part because product reviews posted by consumers on Whirlpool's and other authorized retailers' websites are model number-specific—down to the color (e.g., stainless steel, black, or white).[78] This means that when a consumer researches a particular refrigerator model, the consumer only sees reviews about that specific model number. Whirlpool, on the other hand, knows that all of the various model numbers share a common design and common wiring and, thus, a common Defect. Whirlpool, therefore, has aggregate information and far greater knowledge the Defect which ordinary consumers cannot and would not see by simply reading product reviews.[79]

212. Further, only a fraction of consumers who have experienced the defect take the time and effort to post a review attempting to warn other consumers about the Defect. A far greater number of consumers have contacted Whirlpool directly than have posted negative reviews online.

213. Nevertheless, despite the fact that currently available consumer reviews are limited—in many cases because Whirlpool has taken them down—even the limited body of publicly posted reviews available to Plaintiffs demonstrates that Whirlpool has been aware of the Defect for at least a decade.

214. A large number of these consumer complaints, dating back to 2014 (*e.g.*, *infra* ¶ 217), specifically reference broken wires. Other customer complaints, some of which are set forth below, report symptoms and failure modes consistent with broken wires and the descriptions in

[78] To counsel's knowledge, the only exception is a few KitchenAid models, which share reviews for stainless steel (HPS models) and black stainless (HBS) models.

[79] Additionally, many consumers post reviews shortly after their purchase, often incentivized as "as part of a promotion" by Whirlpool to garner more positive product reviews. Thus, consumer reviews tend to reflect consumer opinions shortly after purchase, and these typically glowing reviews overshadow and far outweigh the reviews of consumers who have owned the Class Refrigerator for a significant time. Reviews identifying the defect are therefore buried within a far greater number of positive reviews. Whirlpool understands this, but ordinary consumers do not have access to the same information that Whirlpool does.

the 2013 blog posts, above, and upon information and belief, these failures too were caused by broken wires.

215. For example, in 2012, consumers were reporting ice maker failures, which were consistent with failure modes caused by broken wires, in Class Refrigerators.

2012, source[80]

**Ice maker is terrible, poor design and cheap!**

"Ice maker didn't work from the moment it arrived!! A&E Factory Service has been out to repair it 4 times. They originally diagnosed the problem to be in the water line, stating that the water was freezing in the line before it reached the ice cube maker. So they installed a heater on the water line...didn't work. They installed a more powerful heater. That seemed to work for 1 day or so. We had a few cubes in the bucket. Then it stopped working. They came out for a third time and decided to order a complete new ice cube maker and mother board for the fridge. No dice! This worked for a few months and now no ice is being made again. They are scheduled to come back again and find out what's wrong this time. It has been a nightmare dealing with these service people and an ice maker that doesn't work. After this upcoming failure, the fridge may have to be replaced!!!"

Helpful (1) Unhelpful (0) Report

**silverstreak60**, Chicago
Posted 12 years ago
Owned Product: 6-12 months

**Performance:**

**Appearance:**

**Value:**

**Recommends: No**

2012, source[81]

**This product is POOR QUALITY**

"We had issues with the Ice maker 4 months after purchase. Don't expect to get it fixed overnight or in one week. Parts are on back order because of the failure rate. We are now one month without an ice maker. Don't waste your money, keep looking..."

Originally posted on whirlpool.com Whirlpool

**gissentl**, Undisclosed
Posted 12 years ago

**Recommends: No**

2012, source[82]

**iced**

"so far the icemaker hasnt worked. within week. i called vendor, and they sent svc call and they couldnt find whey icemaker didnt work. they are to order new one"

Originally posted on whirlpool.com Whirlpool

**undericed**, Undisclosed
Posted 12 years ago

**Recommends: Yes**

216. Consumer complaints to Whirlpool continued in 2013.

---

80 Whirlpool Model GSF26C4EXB, https://www.ajmadison.com/cgi-bin/ajmadison/GSF26C4EXB.html.

81 Whirlpool Model GSS30C6EYF, https://www.ajmadison.com/cgi-bin/ajmadison/GSS30C6EYF.html

82 Whirlpool Model ED2KHAXVS, https://www.ajmadison.com/cgi-bin/ajmadison/ED2KHAXVS.html

2013, source[83]

**Warning: Ice maker is totally unreliable!**

**rickross**, Cary, NC
Posted 11 years ago
**Recommends: No**

"We bought this cabinet-depth Whirlpool WRS965CIAM to replace an older model that was no longer meeting our needs. We studied reviews and were enthusiastic that we had picked a good one, but a year later I'd have to say we were wrong.We have tried all the settings, but things still freeze all the time in the refrigerator side, and nothing we do seems to alter that. We currently have the temperature at the highest setting, and still it is too cold.The worst thing about this model, however, is the ice maker. It is quite simply TERRIBLE! It routinely stops making ice, and even the repairman who came to diagnose the problem couldn't do anything to help.We are extremely frustrated, so if you care about having a reliable ice maker you should stay away from this model."

Originally posted on whirlpool.com Whirlpool

2013, source[84]

**Looks great, faulty ice maker.**

, Undisclosed
Posted 11 years ago
**Recommends: No**

"The fridge looks great. I've had a lot of problems with the ice maker. Had a service tech come and replace the board. Worked for a couple days and then broke again. I will say that Whirlpool and their service company had great customer service."

Originally posted on whirlpool.com Whirlpool

2013, source[85]

**Ice maker does not work.**

**Vicki3**, Undisclosed
Posted 11 years ago
**Recommends: No**

"Purchased 5/18/13. Now 9/07/13, 6 service calls, various parts replaced, including the ice maker but it has still NEVER made ice. No ice, no satisfaction. Don't buy this refrigerator."

Originally posted on whirlpool.com Whirlpool

2013, source[86]

**Very Bad Ice maker, noisy machine, poor quality build**

**johnp1**, Undisclosed
Posted 11 years ago
**Recommends: No**

"If you read other reviews on this site you will note the same problems:Ice maker does not work even though machine is brand newMachine is noisySheet metal used is very thin"

Originally posted on whirlpool.com Whirlpool

2013, source[87]

---

[83] Whirlpool Model WRS965CIAE, https://www.ajmadison.com/cgi-bin/ajmadison/GSS30C6EYF.html
[84] *Supra* note 83.
[85] *Supra* note 83.
[86] *Supra* note 81.
[87] *Supra* note 81.

**Refrigerator good, Freezer door and Ice Maker poor.**

Woodcarver, Undisclosed
Posted 11 years ago

"At the outset the ice maker did not work, on going repair, so far, new icemaker and two new complete freezer doors, still no functioning ice maker."

Recommends: No

Originally posted on whirlpool.com Whirlpool

2013, source[88]

**ice makers**

debbie62, Undisclosed
Posted 11 years ago

"ice maker broke one week ago, the appliance is less than 90 days old. currenly waiting for parts."

Recommends: No

Originally posted on whirlpool.com Whirlpool

2013, source[89]

**Fine fridge and freezer but ice panel doesn't work**

merylnet, Undisclosed
Posted 11 years ago

"This refrigerator/freezer works fine. The apportionment of space is good. However, the panel to get ice or crushed ice does not work. For a new machine, it's pretty annoying. So far no one has been able to tell me how to fix it. THe ice machine itself makes ice, but the dispenser does not work at all."

Recommends: No

Originally posted on whirlpool.com Whirlpool

2013, source[90]

**Constant problems**

BrokenfridgeNY, New York
Posted 11 years ago
Owned Product: 6-12 months

"Food on the top shelf of the refridgerator freezes. The ice maker breaks constantly. It either stops making ice, doesn't dispense ice, or occasionally the ice maker floods the kitchen. Bought the extended service plan, because I need constant repairs. I do not recommend this model."

Performance:
Appearance:
Value:
Recommends: No

Helpful (0) Unhelpful (0) Report

2013, source[91]

---

[88] *Supra* note 82.
[89] *Supra* note 82.
[90] Whirlpool Model GSC25C6EYY, https://www.ajmadison.com/cgi-bin/ajmadison/GSC25C6EYY.html
[91] *Supra* note 90.

> ★★★☆☆ **The ice makers in the door don't work. Do not buy one with i**
>
> "The in door ice makers don't work. Took 24 hours for 6 small ice cubes. Then after a couple of weeks the water over flows and drips down the front of the fridge. Have had the refrigerator replaced once and the ice maker repaired and replaced 3 times in 6 months."
>
> Originally posted on whirlpool.com Whirlpool
>
> **jimandchris**, Undisclosed
> Posted 11 years ago
>
> **Recommends: No**

217. In 2014, for example, a consumer reported multiple failed attempts to repair her ice maker, and she noted that the "[p]roblem was ultimately discovered in the wire harness section going through the lower freezer door hinge. 2 broken wires buried in the harness."[92]

> ★★★☆☆ **Not without its problems..**
>
> "For the first year, everything was working nice...but we noticed some design issues. For starters, the light assembly in the fridge section roof is very big, which then makes it very tight to get a standard gallon of milk onto the shelf. If they had used LED's they could have made a much lower profile housing. This same housing will crack the louver door for the butter shelf at the top of the door if the louver door is left up when the door is closed. Easy to change the filters (air and H20). Relaibility....Ice maker quit after 1.5 years. New icemaker did not solve issue as well as new ice level sensors. Problem was ultimately discovered in the wire harness section going through the lower freezer door hinge. 2 broken wires buried in the harness. Don't ask me how that happened other than it may have been done during the assembly at the plant. Since that has been fixed, all is well 3 years later."
>
> Helpful (0) Unhelpful (0) Report
>
> **Engineer**, Stamford, CT
> Posted 10 years ago
> Owned Product: 2-3 years
>
> **Performance:** ■■■□□
> **Appearance:** ■■■■■
> **Value:** ■■■□□
>
> **Recommends: No**

218. Complaints to Whirlpool continued in 2014.

2014, source[93]

> ★☆☆☆☆ **Hate, Hate, Hate**
>
> "brand new white ice gold fridge, ice maker does not work, refrigerator food freezes, drips water from indoor dispenser.woke up one morning to a flooded kitchen"
>
> Originally posted on whirlpool.com Whirlpool
>
> **sjfzach**, Ohio, United States
> Posted 10 years ago
>
> **Recommends: No**

2014, source[94]

---

[92] *Supra* note 80.
[93] *Supra* note 83
[94] *Supra* note 83

**Side by side fridge**

"The fridge and freezer themselves work great. Our issues have been with the ice maker. Service technicians have come out 4 times in the past 2.5 months. We've had the ice maker replaced twice. Water pours out of the ice dispenser onto our kitchen floor. I wish we never bought this fridge..."

Originally posted on whirlpool.com Whirlpool

, Undisclosed
Posted 10 years ago

**Recommends: No**

2014, source[95]

**Terrible Refrigerator**

"We hadn't had this frig but about 3 months and saw water coming from beneath unit. Called for repair and it was discovered that the ice line had a split in it from the company and you couldn't access the part that was broken. They fixed it however a complaint to the company to fix my ruined wood floor was denied. Another 6 months goes by and now the ice maker won't make ice. I'm through!! Will move this unit to our garage for an expensive extra and will buy another Brand entirely."

Originally posted on whirlpool.com Whirlpool

**crsntn**, Tennessee, United States
Posted 10 years ago

**Recommends: No**

2014, source[96]

**Ice maker hasn't worked since day one.**

"I had serviceman out to repair the water dispenser and ice maker. Door was replaced as the serviceman said some of the water lines were put too close to the freezer side of the door and freezing. The water dispenser worked fine after but still no luck with the ice maker. I just moved, got married then went on a honeymoon(busy last few months!) and haven't had to the time to take off work to meet a repairman. The Refrigerator is great otherwise. Nice storage room and much more energy efficient that it's predecessor."

Originally posted on whirlpool.com Whirlpool

**Ragu**, Kalamazoo MI
Posted 10 years ago

**Recommends: Yes**

2014, source[97]

**ice dispenser never works**

"bought this and the ice dispenser has not worked the majority of the time."

Originally posted on whirlpool.com Whirlpool

**sdel**, San Mateo County, CA, United States
Posted 10 years ago

**Recommends: No**

2014, source[98]

---

95 *Supra* note 81.
96 Whirlpool Model WRS537SIAF, https://www.ajmadison.com/cgi-bin/ajmadison/WRS537SIAF.html.
97 Whirlpool Model WRS321CDBM, https://www.ajmadison.com/cgi-bin/ajmadison/WRS321CDBM.html
98 Whirlpool Model WRS526SIAE, https://www.ajmadison.com/cgi-bin/ajmadison/WRS526SIAE.html

**Very Unhappy Customer**

, North Carolina, United States
Posted 10 years ago

**Recommends: No**

"We bought a new Whirlpool Refrigerator in August, 2014 and have had so many problems with the ice maker not making ice. This has necessitated 3 repair calls to fix it from Island Appliance. Island Appliance is so much more reliable than our refrigerator. They replaced the motor twice and the ice maker twice. They also replaced the computer. Not happy with the new refrigerator at all and on the occasion of another service call, I will demand a new refrigerator."

Originally posted on whirlpool.com Whirlpool

2014, source[99]

**Disappointed**

**dmikew**, Undisclosed
Posted 10 years ago

**Recommends: No**

"I have bought Whirlpool appliances for over 30 years and have had excellent service from them. This refrigerator has been a big let down. It keeps items cool. That's about all I can say for it. The cool water dispenser works poorly, the ice maker is slow, and most of all, the machine is noisy. It has a loud mechanism that whirs and makes noises at various times."

Originally posted on whirlpool.com Whirlpool

2014, source[100]

**Very Unhappy Customer**

, North Carolina, United States
Posted 10 years ago

**Recommends: No**

"We bought a new Whirlpool Refrigerator in August, 2014 and have had so many problems with the ice maker not making ice. This has necessitated 3 repair calls to fix it from Island Appliance. Island Appliance is so much more reliable than our refrigerator. They replaced the motor twice and the ice maker twice. They also replaced the computer. Not happy with the new refrigerator at all and on the occasion of another service call, I will demand a new refrigerator."

Originally posted on whirlpool.com Whirlpool

January 17, 2014, source[101]

---

[99] *Supra* note 98.
[100] *Supra* note 98.
[101] https://www.consumeraffairs.com/homeowners/whirlpool_refrigerators.html?page=3#sort=oldest&filter=1

J

Jeanne
Argyle, TX

Reviewed Jan. 17, 2014

Whirlpool Refrigerator Model # GI6SARXXF 04 Ice Maker - About nine months after purchasing this unit the ice maker began to stop working. I researched what the issue might be. During this time, the ice maker decided to begin working again. This occurred again about 15 months into ownership. At 19 months into ownership, the ice maker no longer works after approximately 5 weeks.

Whirlpool will not allow me to purchase an extended warranty. I was told by a CR on the phone. However, she did offer a Repair +1 service contract that cost $345.55. I advised the CR that on the Whirlpool website, I was offered an extended warranty for 2 years for approximately $165.00. After waiting for her to "check into my claim of being offered the extended warranty" for about 10 minutes, she came back to advise me that no "existing" issues would be covered. In other words, my $2000.00+ Whirlpool refrigerator is so crappy that Whirlpool only offers a 1 year warranty. And unless I pay $345.55 and/or a service tech charging $129 for a trip charge only, I will not have a working ice maker.

Additionally, the capacity for ice storage is extremely small, even for my 2 person household. At times, the ice comes out crushed even though the setting is for cubed ice. The ice shoot is great for taller glasses, but if trying to use a shorter glass, watch out! You will have ice all over your floor every time!

Less

5 Reply

June 24, 2014, source[102]

[102] Jenn-Air Model, https://www.consumeraffairs.com/homeowners/jenn-air_refrigerator.html?#reviews

K

Kathryn
Los Angeles, CA

★☆☆☆☆

Customer Service | Price | Reliability

Reviewed June 24, 2014

I purchased the refrigerator in 2007 and it has been a nightmare. The very first year I had problems and my food spoiled. I was under warranty. The repair person came out several days later and repaired the problem however the company refused to reimbursement me for my loses. The following year the buttons located on the panel that houses the ice maker, crushed ice and water selection has a lock and unlock section and one day no water would dispense and an annoying beeping mechanism beeped for weeks and I could not get water or ice during the period. I called Jenn Air and they wanted to send a repair person. I refused to pay for the service and one day the beeping stopped and the water and ice started to work again.

Every year the beeping starts and I cannot use the water and ice and I just weather the storm. Also every year the panel inside the refrigerator malfunctions and everything freezes in the refrigerator. I troubleshoot and try to push the arrows to get the temperature to 38 degrees and it will after a second go back to freezing mode. I have to throw away all of my vegetables such as lettuce and tomatoes and the like. My eggs freeze, yogurt, milk, cream, jellies and everything else in the refrigerator. I thought that was bad and three days ago the reverse happened the inside refrigerator temperature went up to 70 degrees and of course, my food spoiled and molded. Again I tried adjusting the temperature to 38 degrees and as soon as I released the arrow button it went back to 70 degrees. I tried turning off the fridge and turning it back on. I reset filter after replacing it. The freezer temperature is at 14 degrees.

I called customer service and was told that it seems I had done all the troubleshooting so they could offer me a repair plus one service and it would cost me $369.95 and warrant it for a year. I asked what happens if the same problem happened after 13 months - as I figured I would be up the creek without a paddle. Courtney, the woman I talked to said she was sorry that I had so many problems and said I should call back to schedule the repair because I explained I was retired and I did not have money to pay out each year for the refrigerator. The fridge had cost me several thousand dollars and the most expensive fridge and the worst I had ever had. Also I mentioned that I would never purchase another Jenn Air refrigerator.

The company does not care and not concerned about the customer/consumer. They sell this inferior expensive product and you are left holding the bag for the large purchase when it fails to work. I am going to call the better business bureau. They are just ripping off the consumer with the inferior expensive refrigerator. Their customer relations is the worst I have ever encountered. I hope this will help others to make more informed decisions when they need a refrigerator and not throw their money away without any recourse as I have done.

Less

November 3, 2014, source[103]

**Nice looking refrigerator with good features but...**

★★☆☆☆ ✕ Would Not Recommend

wendylovesGod
November 3, 2014

From whirlpool.com

This is a great looking refrigerator with in-door ice maker, making more space in the freezer available. The ice maker worked well for the first month, but it is now not producing ice at all. The ice bin is incredibly easy to remove and reinstall. The water dispenser is nice too because of separate dispensers for water and ice and the tall cut out for ease of filling up pitchers. Items in the refrigerator are freezing on the top shelf. The rubber gasket on the freezer door is not fitted properly and it will not close with the refrigerator door closed. You have to close the refrigerator door first and then close the freezer door. The water from the dispenser really tastes bad. The water from my kitchen sink faucet tastes better. I believe Whirlpool will stand behind their product but it is a little disappointing to have this many problems with a new refrigerator.

— Read Less

219. Consumers lodged even more complaints to Whirlpool in 2015. Again, these are just examples.

[103] Whirlpool Model WRS576FIDM, https://www.lowes.com/pd/Whirlpool-25-6-cu-ft-Side-by-Side-Refrigerator-with-Ice-Maker-Stainless-Steel/50221157

2015, source[104]

★☆☆☆☆ **Brand new, ice maker doesn't work**

"Brand new refrigerator and the ice maker won't dispense ice, it makes ice but won't come out the door. the little motor inside the door that turns and dispense the ice is either burnt up or not getting power"

Originally posted on whirlpool.com Whirlpool

, IL
Posted 9 years ago

**Recommends: No**

2015, source[105]

★☆☆☆☆ **What a Lemon!**

"I purchased this refrigerator at the end of November 2014 and have had to have repair service 5 times and have one currently scheduled. The door is crooked (they never did get it fixed), had to have the hinges on the door replaced, the ice maker quit working a couple of months after we got it, and now water is dripping into the bottom of the freezer and forming a sheet of ice. I would never buy another Whirlpool refrigerator; it nothing but a piece of junk. Wish I had just gotten the compressor replaced in my last one...it was a much better refrigerator!"

Originally posted on whirlpool.com Whirlpool

**Pittpens**, Pinellas Park, FL
Posted 9 years ago

**Recommends: No**

2015, source[106]

★☆☆☆☆ **ICE CUBE FAILS**

"I had over 9 service calls. The ice maker failed.I had two freezer doors and at least two ice makers replaced. The ice maker quit and poured water inside and outside the freezer door.The refrigerator is being replaced at my expense for setup. I hope their are no problems with the replacement!"

Originally posted on whirlpool.com Whirlpool

, Plymouth, MI
Posted 9 years ago

**Recommends: No**

2015, source[107]

★☆☆☆☆ **Ice maker has been a pure nightmare**

"The freezer and refrigerator work great! Our ice maker on the other hand does not. We have had repair techs out to our house 4 times to fix the ice maker. Three of the service calls were due to the ice maker failing to make ice. The last service call was a bit scarier. I woke up to water leaking and pooling onto my kitchen floor. Luckily it had just run an ice making cycle, but the water did not turn off. I pulled the refrigerator out from the wall and shutoff the water supply. Just wondering if i had not woke up when i did, would my kitchen have been flooded? Would my walls and cabinets be covered for damage? The technician installed two shims on the door and said it was fixed. Lets hope so."

Originally posted on whirlpool.com Whirlpool

**webr**, San Tan Valley, AZ, United States
Posted 9 years ago

**Recommends: No**

2015, source[108]

---

[104] https://www.ajmadison.com/cgi-bin/ajmadison/WRS342FIAW.html
[105] *Supra* note 104.
[106] *Supra* note 83.
[107] *Supra* note 83.
[108] *Supra* note 96.

★★☆☆☆ **Good refrigerator, but we had issues with ice maker**

, Kansas City
Posted 9 years ago
**Recommends: Yes**

"We bought this 1 year ago and it's a great refrigerator/freezer. HOWEVER, we have had numerous issues with the ice maker that still are not resolved after 4 months and 6+ repair visits."

Originally posted on whirlpool.com Whirlpool

2015, source[109]

★★☆☆☆ **stylish but lacks space**

Rebecca Douglas, Mechanicsville MD
Posted 9 years ago
**Recommends: No**

"I bought this fridge a few months ago and already the icemaker isn't working. Took weeks to get service and he showed up without any way to fix the problem. A few more weeks before it will be resolved! The freezer section also lacks shelving - really poor design."

Originally posted on whirlpool.com Whirlpool

June 20, 2015, source[110]

J
Jodi
Farmingdale, NJ

★☆☆☆☆
Staff
Reviewed June 20, 2015

We built our big beautiful house in 2006 and bought all of our appliances from Jenn-Air! Unfortunately we have had problems with our Side by side Refrigerator since the 1st year and our dishwasher. I have had service men come in for these two appliances countless times. Always the same issues, ice not working, loud noise from refrigerator, Refrigerator not cold enough. Our dishwasher always leaks and doesn't drain properly which in return leaves a nasty odor.

Now my $7,000 refrigerator hasn't worked in 4 months. We have replaced every single part in it and spent a ton of money trying to fix it but my service guy had given up! He said this is the same problem he sees with most Jenn-Airs and after paying so much money for this appliance my husband and I are furious. I have a $1,000 15 yr old GE refrigerator in my garage that works like a champ!!! Thank god or my 3 kids would have nothing to eat these last 4 months. This is ridiculous. I feel like I was robbed.

June 30, 2015, source[111]

---

[109] Whirlpool Model no WRS571CIHZ, https://www.ajmadison.com/cgi-bin/ajmadison/WRS571CIHZ.html
[110] *Supra* note 102.
[111] Whirlpool Model WRS586FIEM, https://www.lowes.com/pd/Whirlpool-25-6-cu-ft-Side-by-Side-Refrigerator-with-Ice-Maker-Monochromatic-Stainless-Steel-ENERGY-STAR/50358264.

disappointed

☆☆☆☆☆ Would Not Recommend

Depressed
June 30, 2015
From

Had product 2 weeks nd ice maker quit working. After 2 weeks, and 2 visits from the repair Co., we had ice again. 3 months later the ice maker quit again. After 2 weeks and 2 visits, we had ice again. About 3 weeks ago we began hearing strange noises coming from the freezer compartment that were at different times of the day, and lasted anywhere from 10 to 40 seconds.I called customer service (still under warranty), and expressed my concerns that something was wrong,especially with the previous ice maker history. I was told that if a technician came out and found no problems I would be charged a service fee. I was not in aposition to take that monetary risk, especially since I did not know how well trained the tech. was,so I declined. It is my contention that this noise may indicate a future problem, that could arise ater the warranty expires, leaving me with future expenses. The only other problem is, when ice is dispensed into the ice bin, it make aloud noise.Sadly , I reluctantly feel that buying American made may not be what I had hoped.

— Read Less

Was this Review Helpful ? (26) | (2) | Report

220. Consumer complaints to Whirlpool did not slow down in 2016.

2016, source[112]

ice maker flaw! don't buy whirlpool

debbyq, houston tx
Posted 8 years ago
Recommends: No

"I bought a new refrigerator 3 years ago ... the ice make stopped making ice .. 2 repair guys said there is a flaw in the model and you have to spend $800+ to fix ..NEVER buy Whirlpool again ... the company knows there is a problem and wont pay to fix!!!!"

Originally posted on whirlpool.com Whirlpool

2016, source[113]

Ice maker and chilled water broken after only 2 weeks

, Buckeye AZ
Posted 8 years ago
Recommends: No

"[This review was collected as part of a promotion.] Ice maker and chilled water stopped working after only two weeks"

Originally posted on whirlpool.com Whirlpool

2016, source[114]

Never Again

, Maple Grove, MN
Posted 8 years ago
Recommends: No

"Not only has the water and ice maker completely stopped working twice and the refrigerator is only 3 years old but there is NO customer service at all at Whirlpool despite my constant attempts at getting some satisfaction."

Originally posted on whirlpool.com Whirlpool

2016, source[115]

---

112 *Supra* note 82.
113 https://www.ajmadison.com/cgi-bin/ajmadison/WRS973CIDM.html
114 *Supra* note 113.
115 Whirlpool Model WRS571CIDM, https://www.ajmadison.com/cgi-bin/ajmadison/WRS571CIDM.html

★☆☆☆☆ **Three months and Ice Maker broken**

, Mansfield, TX
Posted 8 years ago

**Recommends: No**

"Had the unit for three months and Ice maker is not making ice. All water supply and filters are OK. Also, the drawers are not made very well, plastic and fragile. My old kitchenaid (same design) counter depth, was made in a much more substantial way and was a very nice unit. Very disappointed that we already have a performance problem. Additionally, the door makes a loud grinding sound when opening."

Originally posted on whirlpool.com Whirlpool

2016, source[116]

★★☆☆☆ **Not what I was hoping for**

**b00ts**, Pittsburgh
Posted 8 years ago

**Recommends: No**

"[This review was collected as part of a promotion.] I owned a Whirlpool Gold counter-depth, side-by-side refrigerators for a number of years and loved it. We moved and left it in our former home. Since the product was discontinued but we liked it so well, we bought this refrigerator instead. We have now owned this refrigerator for about six months, and unfortunately, it is not the same quality as the one we left behind. It is not as spacious inside, items in the refrigerator that are next to the freezer often freeze, the ice maker sporadically stops making ice, and it's very noisy. Every time we open the refrigerator door, there is a loud rattling in the back of the refrigerator for 30 seconds. So, I'm rather disappointed. I hope we will see more and better options for counter-depth refrigerators in the future - I'm guessing we'll need to replace this sooner than I would like."

Originally posted on whirlpool.com Whirlpool

2016, source[117]

★★★☆☆ **Prompt repair service**

, Columbia, MO
Posted 8 years ago

**Recommends: No**

"[This review was collected as part of a promotion.] We bought this four months ago. The model has an ice/water dispenser, which went out already, and had to have the panel replaced on it. They did send a repairman out promptly but then had to wait to get the part that was needed."

Originally posted on whirlpool.com Whirlpool

2016, source[118]

★★☆☆☆ **Ice maker is a problem.**

, Milwaukee WI
Posted 8 years ago

**Recommends: No**

"The ice maker hasn't worked since the first day. Had four service calls so far on it. The last one resulted in the order of a new one to replace the original maker. Still waiting for it. Glad we bought the maintenance agreement. Disappointed, since our last Amana side-by-side with ice & water system in the door was all still working after 22 years. Limited space was the deciding factor for this frig."

Originally posted on whirlpool.com Whirlpool

2016, source[119]

---

[116] *Supra* note 115.
[117] *Supra* note 115.
[118] *Supra* note 115.
[119] Whirlpool Model WRS970CIDM, https://www.ajmadison.com/cgi-bin/ajmadison/WRS970CIDM.html

★★★☆☆ **Good fridge....a little disappointed**

"[This review was collected as part of a promotion.] Love the look. Compared to our last side by side, there's a little less room in this one. The ice maker is a bit noisy, and broke after 3 months. Service due out here tomorrow."

Originally posted on whirlpool.com Whirlpool

**Dbinst**, Streetsboro, OH
Posted 8 years ago

**Recommends: No**

2016, source[120]

★★★☆☆ **It's ok**

"[This review was collected as part of a promotion.] 2 months ago I bought a model home & it came with 2 fridges. On the main kitchen fridge, I already have to order a water filter. The 2nd fridge has had 6 attempts by the repairman, to get the ice maker working - to no avail. Whirlpool IS replacing the fridge on Monday. The top & bottom door shelves have different connectors, so I am unable to completely move them where I want - I am limited. And it needs one more drawer"

Originally posted on whirlpool.com Whirlpool

, Corona, CA
Posted 8 years ago

**Recommends: No**

2016, source[121]

★★★☆☆ **Cheaper Construction**

"I PURCHASED A MONTH AGO AND STILL HAVE AN ICE MAKERV THAT DOESN:T WORK"

Originally posted on whirlpool.com Whirlpool

, IO MA
Posted 8 years ago

**Recommends: No**

2016, source[122]

★☆☆☆☆ **Lasted 1 Month**

"I purchased this product with the hopes it would last me quite a bit of time. Almost 1 month to the day I received it, the fridge stopped cooling, the water stopped dispensing and the ice wasn't being made anymore. A serviceman came out and quickly identified the problem, but said the part is a special order that would take 7 - 12 business days. My fridge was already dead for a week when he came out and that means at least another 2 weeks before its fixed. All my food spoiled and I had just went shopping. I will never buy a Whirlpool again."

Originally posted on whirlpool.com Whirlpool

**Krypt0nite**, Lodi, CA
Posted 8 years ago

**Recommends: No**

April 12, 2016

---

[120] *Supra* note 90.
[121] Whirlpool Model WRS342FIAM, https://www.ajmadison.com/cgi-bin/ajmadison/WRS342FIAM.html
[122] *Supra* note 111.

| | |
|---|---|
| **WORST KitchenAid refrigerator**<br>★☆☆☆☆ ✕ Would Not Recommend<br>Purchased 2 months ago. Too small. Ice maker hasn't worked properly since I first got it. Doors fling open and have no weight. I had a KSBP25INSS before that was wonderful and solid. I was told by KitchenAid that the product would be equal to or better. No where near the quality of my previous KitchenAid Appliance.<br>**Response from**<br>Dear Loyal KitchenAid Customer: Thank you for your review. I would like to inquire further about your review. Please respond back to this email a...<br>+ Read More | **Loyal KitchenAid Customer**<br>April 12, 2016<br>From kitchenaid.com<br>October 1, 2017 |

221. In 2017, one consumer noted that the "wire that determines how much ice is made at a time does not work properly."[123]

| | |
|---|---|
| ★★☆☆☆ **Disappointed**<br>"[This review was collected as part of a promotion.] I have never written a review before but felt i had to on this appliance. I purchased the Whirlpool WRS322FDA side by side refrigerator in white color. I have always purchased Whirlpool appliances but I bought this refrigerator a month ago and have been unhappy with this purchase. Temperature fluctuates the refrigerator temperature is very seldom lower then 40 degrees and somtimes higher. Only a lower temperature first thing in morning after refrigerator having not been opened all night. There is only 2 adults living in household so refrigerator is not opened very often. The freezer is okay small but I have a seperate freezer so that doesn't really effect me. The ice maker is terrible. The wire that determines how much ice is made at a time does not work properly. Open freezer door and ice comes pouring out of ice bin falling all over floor. The water/ ice dispenser is very disappointing. You have to learn how to hold glass just right and sometimes by doing thIs it will go in glass most time ice is flying out and i do mean flying outwards all over your arm and the floor and using the water it goes down front of refrigerator. Also if you select cube you may get crushed. And the final thing is sometime ice falls out of shoot on its own. I hate writing such a negative review because i have alway had confidence in Whirlpool appliances."<br>Originally posted on whirlpool.com Whirlpool | , Illinois<br>Posted 7 years ago<br>**Recommends: No** |

222. Other consumers continued to complain to Whirlpool in 2017.

2017, source[124]

| | |
|---|---|
| ★★☆☆☆ **Defective Ice Despenser**<br>"[This review was collected as part of a promotion.] Ice Machine Broken Never worked. Not a user friendly program on outdoor water and ice."<br>Originally posted on whirlpool.com Whirlpool | , Richmond<br>Posted 7 years ago<br>**Recommends: No** |

---

[123] Whirlpool Model WRS322FDAM, https://www.ajmadison.com/cgi-bin/ajmadison/WRS322FDAM.html

[124] *Supra* note 113.

2017, source[125]

| | |
|---|---|
| ★★★☆☆ **Nice refrigerator**<br>"[This review was collected as part of a promotion.] Ice maker does not work! Water is cold, freezer works. I have not had timeto get this resolved. Otherwise the refrigerator is perfectly satisfactory"<br>Originally posted on whirlpool.com Whirlpool | , Mesa, AZ<br>Posted 7 years ago<br>**Recommends: Yes** |

2017, source[126]

| | |
|---|---|
| ★★★☆☆ **It wont stop clicking**<br>"This fridge is beautiful however we have only had it for 3 years. We have already had to fix the water and the ice maker. *** see the video ***Now out of nowhere this clicking started and we can't get it to stop!"<br>Originally posted on whirlpool.com Whirlpool | **Lori**, Woodstock, Ga<br>Posted 7 years ago<br>**Recommends: No** |

2017, source[127]

| | |
|---|---|
| ★☆☆☆☆ **water line and ice maker issues**<br>"Purchased 2014 model - since I am a family on one it took me just over my warranty to realize the water pan overflowed because of the water line burst, replaced with older cheap water line and works perfect. Freezer ice make issues as well persist, also after year warranty, ice maker overflows into all over the freezer and now the ice dispenser no longer cranks out ice. Investigating that issue. Nice looks but not worth its issues."<br>Originally posted on whirlpool.com Whirlpool | **Lizzylocks**, San Diego<br>Posted 7 years ago<br>**Recommends: No** |

2017, source[128]

| | |
|---|---|
| ★☆☆☆☆ **Defective**<br>"[This review was collected as part of a promotion.] Ice Maker stopped working after 1 week"<br>Originally posted on whirlpool.com Whirlpool | **Tony M**, Ocala Fl<br>Posted 7 years ago<br>**Recommends: No** |

April 11, 2017, source[129]

| | |
|---|---|
| **Ice maker is not working**<br>★★★☆☆ ✕ Would Not Recommend<br>[This review was collected as part of a promotion.] The ice maker is not working, we are in the process contacting for service | April 11, 2017<br>From whirlpool.com |

October 17, 2017, source[130]

---

125 *Supra* note 123.
126 Whirlpool Model WRS588FIHZ, https://www.ajmadison.com/cgi-bin/ajmadison/WRS588FIHZ.html
127 *Supra* note 109.
128 *Supra* note 109.
129 *Supra* note 111.
130 *Supra* note 102

B

Becky
Hamilton, GA

★☆☆☆☆

Reviewed Oct. 17, 2017

We build a home 6 years ago and furnished our kitchen with Jenn Air appliances. What a nightmare! The double oven has been replaced, the ice maker is broken and now the ice maker in the refrigerator doesn't work! I have our old 20 year old refrigerator in the garage and it works perfectly! These products are crap and something should be done!!!

33 Reply

December 13, 2017, source[131]

**Disappointed**

bob
December 13, 2017

★★☆☆☆ Would Not Recommend

Overall decent appliance, but icemaker broke within one week. After 5 months filter light came on. Went to pull filter to get number,filter was missing. Water is not cold until immediate second glass

Was this Review Helpful ? (5) (0) Report

**Response from WhirlpoolTeam**

WhirlpoolTeam
December 14, 2017

Thank you for your review. We would like to inquire further about your review with you. Please respond back to this email address, Whirlpool_Reviews@...

+ Read More

223. In a June 13, 2018 post on Whirlpool's website, a consumer noted that within a year and a half of purchase, the temperature of his refrigerator increased as a result of "the wire harness at the bottom left corner hinge [being] split open and a yellow wire [was] broke." A technician informed him that his refrigerator's failure to keep cool was a result of the broken wire, which could "not be repaired because he has to remove the door." Whirlpool responded.[132]

[131] *Supra* note 111.

[132] Whirlpool Model: WRS571CIHZ, https://web.archive.org/web/20210509172549/https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-counter-depth-side-by-side-refrigerator-21-cu.-ft.wrs571cihz.html

Papabear77

va bch

Review 1

Vote 1

**Very poor manufacturing design <1.5yr old & broken**

5 years ago

Very Very poor manufacturing design. I bought this fridge 1.5 years ago along with a extended warranty(thank God for small favors) we liked the fridge then recently the temps started going up so I called the warranty they sent a tech to look at it, I pointed out that the wire harness at the bottom left corner hinge is split open and a yellow wire is broke, then he told me the reason it's not cooling properly is because the freezer is not defrosting the freezer so it can't cool properly and can not be repaired because he has to remove the door he also told the the warranty co. this and they are sending me a check. What a hassle.

Value 3.0

Design 2.0

Ease of Use 3.0

Innovation 1.0

No, I do not recommend this product.

Helpful? (1) (0) Report

Response from Whirlpool: 5 years ago

**Social Care Team**

Thank you for the review. We are very sorry for the frustration. Unfortunately, since you are under the Extended Warranty we are unable to assist you. Please contact your Extended Warranty for any assistance. We are sorry we were unable to assist you.

224. Like the above complaint, in early 2018, Whirlpool's repair technicians were already informing consumers that the only "repair" would be a cost-prohibitive replacement door.

February 15, 2018, source[133]

Madinpresqueisle

Presque Isle, Mi

Review 1

Votes 14

**Faulty icemaker design**

6 years ago

I bought a side by side almost 4 years ago and at about 3 1/2 years the ice maker stopped working. After a few hundred dollars and multiple attempts to fix, it was determined that the problem was due to a broken wire. The unit wasn't getting any power. The repair man figured it was probably at the hinge where the wires go into the door. Only way to fix is to buy a new door to the tune of over $1000. Whirlpool's solution was to give me a discount on a similar fridge. 2 previous refrigerators have lasted 15-20 years. Don't buy Whirlpool products, they don't stand behind them.

Value 1.0

Design 1.0

Ease of Use 1.0

Innovation 1.0

No, I do not recommend this product.

Helpful? (14) (0) Report

Response from Whirlpool: 6 years ago

**Social Media**

Hi Madinpresqueisle, Thank you for contacting Whirlpool regarding your Refrigerator concern. We are happy to look into your concerns but we will need your model and serial number, your address, your user ID (Madinpresqueisle), your Review ID Number (203931009), and date of purchase emailed to Whirlpool_Reviews@Whirlpool.com.

225. A sampling of other complaints from 2018 posted on Whirlpool's website or its authorized retailers are displayed below, many of which specifically mention broken wires:

February 16, 2018, source[134]

---

[133] Whirlpool Model: WRS588FIHZ, https://web.archive.org/web/20210419173946/https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-28-cu.-ft.wrs588fihz.html

[134] Whirlpool Model: WRS571CIHZ, https://www.lowes.com/pd/Whirlpool-20-6-cu-ft-Counter-depth-Side-by-Side-Refrigerator-with-Ice-Maker-Fingerprint-Resistant-Stainless-

**Icemaker stopped worked**

★☆☆☆☆ ✕ Would Not Recommend

sdecampo
February 16, 2018
From whirlpool.com

As others have said, our icemaker first leaked all over our hardwood floor Even after repair, it stop dispensing ice. Would NOT recommend.

**Response from Social Media**

Social Media
February 20, 2018

Hi sdecampo, thank you for contacting Whirlpool regarding your Refrigerator concern. We are happy to look into your concerns but we will need your model and serial number, your address, your user ID (sdecampo), your Review ID Number (203954887), and date of purchase emailed to Whirlpool_Reviews@Whirlpool.com.

— Read Less

March 4, 2018, source[135]

★☆☆☆☆

**BEWARE-Design Flaw!**

Submited By:JGCharlie-03/04/18

*We chose and purchased this refrigerator on 9/2016 from a reputable appliance store because of the dimensions, look and KitchenAid name. We also purchased the matching KitchenAid dishwasher for the same reason...Very classy looking.*
*On 2/5/2018, the refrigerator stopped making ice and we were not able to troubleshoot the problem and called our authorized repairman. After he was finished diagnosing the issue and made some calls for parts, he told us we would need a WHOLE NEW DOOR @ approx. $1500.00.....The problem was the wiring at the bottom of the freezer door had shredded/broken! We saw it with our own eyes! He described the design flaw. The wires at the bottom corner of the freezer door become stressed when you open and close the door!!!!!! I had a year warranty, but it was expired. I called the company I bought it from who referred me to KitchenAid Customer Service. I described the design flaw issue and, in addition, the drawer of the "crisper" fell apart just that morning! It came off when I tried to open it. I told her I felt we bought a $3,500 lemon......The Customer Service agent was very knowledgeable and understanding. She had to speak with her supervisor first to see what they could do. The answer, NOTHING..."sorry, we have an outlet store you can go to for another refrigerator!"*
*I am very understanding that things can go wrong...I am VERY DISAPPOINTED in KitchenAide that there was no recourse for us due to THEIR DESIGN FLAW. I felt as if they should assume some responsibility. Sounds crazy, but, I feel betrayed by a company that I thought was reputable and had excellent products.*

May 10, 2018, source[136]

Steel/1000356423?idProductFound=false&idExtracted=true

[135] KitchenAid Model: KRSC503ESS, https://www.ajapplianceinc.com/KitchenAid-KRSC503ESS-22-7-Cu-Ft-Counter-Depth-Side-by-Side-Refrigerator-with-Exterior-Ice-and-Water

[136] KitchenAid Model: KRSC503ESS, https://www.lowes.com/pd/KitchenAid-22-7-cu-ft-Counter-depth-Side-by-Side-Refrigerator-with-Ice-Maker-Monochromatic-Stainless-Steel/50398842

KitchenaAid refrigerator is junk

jamie
May 10, 2018

★☆☆☆☆ Would Not Recommend

I purchased this same one but 25 cu. feet. I've had it around 4 years and nothing but trouble.Its junk. At a year and a half the ice maker started randomly messing up. I spend around 400 in parts thinking it may be the controls or ice maker. Came home one day and it had ran water all in my kitchen messing up my hard wood floors. After it went totally out I found there was a broken wire inside the foam door. I trashed KitchenAid after they sent me a Facebook advertisement. They agreed to replace door last year. Now its bad again (12 months later) and my food all trash because it has a refrigeration leak. Yes they will repair but will not replace it. I've work on this stuff for many years and after opening a system its never trustworthy or dependable. They agreed to sell me another one for what I payed for mine. To sum it up I've spent a lot of time and money working on this junk and would be afraid to go on vacation if it was in my house. I've lost around 400 in parts, 400 in food and probably 2,000 in damaged floors. Over the years I've always loved Whirlpool which is KitchenAid and Kenmore for many years. I have bought my last one and want everyone to know the junk and service they have. Virginia

— Read Less

Was this Review Helpful ? (13) | (2) | Report

Response from KitchenAidTeam

KitchenAidTeam
May 14, 2018

jamie, we apologize for all the frustration you experience with the Refrigerator. We will note your concerns.

— Read Less

July 5, 2018, source[137]

Ice maker stopped working after one year

KayJay
July 5, 2018

From whirlpool.com

★☆☆☆☆ Would Not Recommend

I have had this refrigerator for less than 2 years and my ice maker has stopped working. It first began to dispense water into the ice bin and now it has stopped working completely. I also hate that the exterior is not smudge proof and leaves fingerprints all over it. It is a bit noisy and overall I am not very happy with this unit. I will not purchase again nor would I recommend this model to anyone looking for a new refrigerator.

Response from Social Care

Social Care
July 6, 2018

KayJay : Thank you for your review. We would like to inquire further about your review with you. Please respond back to this email address, Whirlpool_Reviews@Whirlpool.com, with your name, your phone number, street address, zip code, model & serial number, and date of purchase on the appliance. We look forward to your reply. Thank you, Whirlpool® Social Care

— Read Less

July 29, 2018, source[138]

[137] Whirlpool Model: WRS571CIDM, https://www.lowes.com/pd/Whirlpool-20-6-cu-ft-Side-by-Side-Refrigerator-with-Ice-Maker-Monochromatic-Stainless-Steel/50218607

[138] Whirlpool Model: WRS588FIHZ, https://www.lowes.com/pd/Whirlpool-28-4-cu-ft-Side-by-Side-Refrigerator-with-Ice-Maker-Fingerprint-Resistant-Stainless-Steel/1000236845

**Ice maker problems**

Eric
July 29, 2018

★★☆☆☆ ✕ Would Not Recommend

After only 6 months, ice maker started making less and less ice. Now, it stopped completely. I see a lot of reviews mentioning ice problems...the fridge is pretty awesome if you're Ok not having ice.

Was this Review Helpful ? (2) | (0) | Report

**Response from WhirlpoolTeam**

WhirlpoolTeam
July 30, 2018

Eric, we thank you for your review, and are sorry to hear of the concerns you're having with your Whirlpool® Refrigerator. We'd like to follow up with you regarding your concerns. Please email us at Whirlpool_Reviews@Whirlpool.com with your name, phone number, address and model/serial number so we may do so. Please include a brief description of your concerns in your email. Thank you Whirlpool Social Care

— Read Less

December 7, 2018, source[139]

**Haven't had it long but...**

mrralph60
December 7, 2018

From whirlpool.com

★★★☆☆ ✓ Would Recommend

[This review was collected as part of a promotion.] Had it about two weeks now and here's the list. Pros:This is a nice looking refrigerator. It is very well lit. The adjustable gallon size door shelves are awesome. The in-the-door ice maker frees up a lot of room in the freezer. The amount of ice it makes is plenty for our household. Once calibrated the measured water dispenser is a fun gimmick. The door and sides attract magnets- but the door will surely scratch easily if you slide magnets on it. The price seemed right (black friday). Cons: This machine is full of electronics that I'm sure will be expensive (as in not worth it to fix) when it breaks once the warranty has expired. The drawers and compartments are not as heavy as I would prefer. The shelves have no drip edge and spills will run over the edge of the flat glass shelves (spoiled by my old GE). The main shelves are not adjustable in height AND are just 1/4 inch shy of fitting a standard U.S. 1 quart canning jar! There Is No Butter Dish. There is NO current temperature display (only the "target" temperature). The water dispenser is quite loud. New users tend to try and push the display instead of the buttons below it. The finish scratches easily (had light scratches from factory). I think the wire harness at the freezer door hinge may be problematic down the road. Summary: I believe the market is ripe for an appliance company to market simple, "get the job done" 40 year+ lifespan units with commonly available parts. Something you can keep going after the apocalypse. My chest freezer is probably 50 years old (was old and came with the house in 1990) . My large capacity Maytag washing machine is OLD and works daily. This refrigerator does not rank for longevity. I don't think anything made currently does.

— Read Less

2018, source[140]

---

139 *Id.*

140 https://www.ajmadison.com/cgi-bin/ajmadison/WRS325FDAM.html

**Horrible ice Maker! Do not buy!**

"I've had it less than 2 years. The ice maker stops working every 3 weeks, like clockwork. Plus, it is so noisy filling and dropping ice it wakes me up. It dribbles water down the door when filling a glass with water."

Originally posted on whirlpool.com Whirlpool

**Response from Social Care**

Posted 6 years ago

Amy2927 , thank you for your review. We would like to inquire about your review with you. Please email us at Whirlpool_Reviews@Whirlpool.com at your earliest convenience with your user name (Amy2927 ) user id (204199027), copy of the review, your name, address, a phone number, model and serial number, and date and purchase. Also please let us know if you have any extended service plan. We look forward to your reply. Thank you, Whirlpool® Social Media Relations Team

**Amy2927**, Richmond, tx

Posted 6 years ago

**Recommends: No**

226. In 2018, consumers were also already reporting ice maker failures shortly after Whirlpool's limited warranty expired. One consumer reported that his ice maker broke "3 times in 3 years . . . . Whirlpool would not honor the warranty because the first breakdown occurred one day after the warranty expired!"[141]

**The icemaker failed 3 times in 3 years**

The icemaker is poor. Broke 3 times in 3 years. I am ready to replace the refrigerator. We have spent more on repairs in 3 years than we paid for the unit in the first place! Whirlpool would not honor the warranty because the first breakdown occured one day after the warranty expired! Plus, due to kitchen remodel, the fridge was not used until it had been delivered 2 months prior. Now the fan is "dented" and is going out. The repairman quoted a price of replacement north of $600.

More Details

**Submitted** 6 years ago
By John
From Highlands Ranch
Colorado

Verified Reviewer

**Bottom Line** No, I would not recommend to a friend

**Was this review helpful to you?** 7 0 Flag this review

227. By early 2019, Whirlpool was undoubtedly aware of the many consumer complaints regarding broken wires and failed functions.

228. For example, in a January 2, 2019 post on Whirlpool's website, which is also displayed on Lowe's and Home Depot's websites, a consumer reported that his ice maker failed within the one-year warranty period due to broken wires: "Wires run up the door hinge and were

---

[141] Whirlpool Model: WRS571CIDM, https://www.consumerreports.org/appliances/refrigerators/whirlpool-wrs571cidm/m285060/#section:user-reviews

being pinched every time the door was opened and closed. Eventually the wires were cut or broke. Can't find my receipt so I'm on the hook for the repair. Would not recommend this product due to the design flaw."[142] Whirlpool responded.

**Ice maker stopped working due to broken wires.**

★☆☆☆☆ ✕ Would Not Recommend

Edlanta
January 2, 2019
From whirlpool.com

Ice maker stopped working and I didn't even have the refrigerator 1 year. Wires run up the door hinge and were being pinched every time the door was opened and closed. Eventually the wires were cut or broke. Can't find my receipt so I'm on the hook for the repair. Would not recommend this product due to the design flaw.

**Response from social care**

social care
January 4, 2019

Hi Edlanta, we're sorry to hear about the Ice Maker not working on the Refrigerator and we'd be glad to review the problem with you. We ask that you email us at Whirlpool_reviews@Whirlpool.com with the model and serial number as well as your contact information and the Review ID. We also ask that you provide us with a brief description of the problem. Thank you for the review!

— Read Less

229. In 2019, complaints on Whirlpool's and its authorized retailers' websites were widespread, as the sampling below shows.

230. On January 16, 2019, one consumer complained of multiple failures ice maker failures within two years of ownership.[143]

[142] Whirlpool Model: WRS571CIHZ, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-counter-depth-side-by-side-refrigerator-21-cu.-ft.wrs571cihz.html; https://www.homedepot.com/p/Whirlpool-20-6-cu-ft-Side-By-Side-Refrigerator-in-Fingerprint-Resistant-Stainless-Steel-Counter-Depth-WRS571CIHZ/303009229; https://www.lowes.com/pd/Whirlpool-20-6-cu-ft-Counter-depth-Side-by-Side-Refrigerator-with-Ice-Maker-Fingerprint-Resistant-Stainless-Steel/1000356423 .

[143] KitchenAid Model: KRSC503ESS, https://www.ajapplianceinc.com/KitchenAid-KRSC503ESS-22-7-Cu-Ft-Counter-Depth-Side-by-Side-Refrigerator-with-Exterior-Ice-and-Water

Ice maker design flaw

Submited By:Ritchie-01/16/19

*Bought this Kitchenaid refrigerator along with all other Kitchenaid kitchen appliances when we moved into new house 2 years ago. This refrigerator has a faulty ice maker. In the past two years, it had had to be repaired several times. The door has had to be replaced. Ultimately the whole appliance was replaced with same model number. Now the replacement is malfunctioning. Why wasn't this model number recalled? It's an expensive appliance that doesn't work !*

231. On January 23, 2019, another consumer reported that the many of the wires were severed, that she had "contacted KitchenAid[,] and [it] said since the door was out of warranty it was not covered." The consumer also posted a picture displaying many broken wires.[144]

1 | What happened to KitchenAid quality.

By : GE-AZ
From: Phoenix, AZ
Submitted : 1/23/2019
Reviewed at: KitchenAid

We purchased our KitchenAid refrigerator a little over two years ago. We have always connected KitchenAid products with quality until now. As you can see by the pictures, the wiring going to the door is completely severed due to poor design/assembly. We contacted KitchenAid and they said since the door was out of warranty it was not covered and they were unwilling to back their product and provide a replacement door. We did read on their website that another customer had the exact same issue, refrigerator was out of warranty, however, he was offered a replacement door. This is clearly a manufacture's defect and should be backed by KitchenAid. They don't seem to care that there are exposed wires which is an obvious safety hazard. The defect in design that cut the wires as a result opening and closing the door could cause a fire, which is very concerning. We posted this review several weeks ago and it did not get posted on KitchenAid's website so are sending for the second time. DO NOT BUY KITCHENAID! YOU WILL BE OUT OVER $2000 AND TAKING IT TO THE DUMP!



232. On January 24, 2019, another consumer reported broken wires, and Whirlpool responded.[145]

[144] KitchenAid Model: KRSC503ESS, https://www.plessers.com/kitchenaid/krsf505ess#cart
[145] Whirlpool Model: WRS571CIDM, https://www.lowes.com/pd/Whirlpool-20-6-cu-ft-Side-by-Side-Refrigerator-with-Ice-Maker-Monochromatic-Stainless-Steel/50218607

**DO NOT BUY THIS UNIT!!!!**

Ryan-K
January 24, 2019

From whirlpool.com

★☆☆☆☆ ✕ Would Not Recommend

Do not buy this unit, search the internet please for this reoccurring issue . . . there is a wire harness at the bottom of the freezer door, it will become severed and various components will stop working. This is a design flaw Whirlpool needs to take ownership of. Look around on the internet there are many reported instances. I bought a full set of Whirlpool appliances, as I thought they were quality. The lack of ownership related to this issue will be the reason I never buy another Whirlpool product again.

— Read Less



**Response from Social Care**

Social Care
January 25, 2019

Ryan-K, we're sorry to hear this. We would like to discuss this further with you. Please email us at Whirlpool_Reviews@Whirlpool.com at your earliest convenience with your review id 214767181, name, address, a phone number and best time to reach you along with your model and serial number. Thank you Social Care Team

— Read Less

233. Another consumer reported ice maker failure within two short years of ownership on March 17, 2019:

**Overall great except ice machine stopped working**

March 17, 2019

From kitchenaid.com

★★★★☆ ✕ Would Not Recommend

We love this fridge. It's the second major kitchen we've remodeled in 3 years. In the last kitchen we did all Kitchenaid alliances except for the fridge and opted for the Samsung with French doors and door in door feature. It was ok but I hated the bottom freezer and the ice output was just weak. When we bought our new home I knew I wanted side by side counter depth fridge and opted for kitchenaid. I liked the model but also we were doing 48inch stove, dishwasher and microwave drawer so I thought it just made sense. I love the fridge A LOT more than the Samsung and find the side by side much more functional. But then the ice maker stopped working and we just ice/water feature in door often throughout the day. Since the appliances are less than 2years old, I'm hoping you guys can help us get this serviced under a warranty. And ASAP. Thanks for your support and guidance. We want to keep being big kitchenaid fans! Best, Katie

— Read Less





234. Another consumer reported a similar failure on May 16, 2019:[146]



R

Roxanne
Littleton, CO

Reviewed May 16, 2019

We bought the Jenn-Air fridge in June 2017 and the icemaker stopped working in April 2019 and the lights blink sporadically when opening the doors. This was supposed to have a 2 year warranty, but Jenn-Air conveniently cannot find my information in their computers, so I have to pay to get it fixed. I know this is a Whirlpool product, but even then, it shouldn't break in less than 2 years. It is only me and my husband, no kids, no reason to break. It's just CRAP! We are building another home and have purchased a Sub Zero this time. Never again will I buy Jenn-Air products.

21 Reply

235. On July 3, 2019, another consumer reported that his Whirlpool refrigerators suffered an electrical short as a result of frayed wiring.[147]



Another Whirlpool side-by-side

✓ Would Recommend

Whirpool customer
July 3, 2019

From whirlpool.com

[This review was collected as part of a promotion.] This is our third Whirlpool side-by-side. First is still working. This one replaces one that failed after about 10 years (appeared to be electrical short that caused an ice-maker problem and was caused by frayed wiring. It would have cost over $1200 to buy new door to repair. Hence the new refrigerator). So far this one has been what we expected; except that it quit cooling after about 3 months in service, while we were out of town, Of course, when we returned, it was easy to discover as the refrigerator contents were at 65 degrees. Repair service under warranty was good, although it took a few days to get part. We have diminished confidence in Whirlpool at this time.

— Read Less

236. On August 5, 2019, a consumer reported her ice maker would not dispense ice, a new freezer door was ordered, and "the door alarm doesn't work."[148]

[146] *Supra* note 102.
[147] Whirlpool Model WRS588FIHZ, https://www.lowes.com/pd/Whirlpool-28-4-cu-ft-Side-by-Side-Refrigerator-with-Ice-Maker-Fingerprint-Resistant-Stainless-Steel/1000236845
[148] https://www.lowes.com/pd/KitchenAid-22-7-cu-ft-Counter-depth-Side-by-Side-Refrigerator-with-Ice-Maker-Monochromatic-Stainless-Steel/50398842

**Disappointed**

Would Not Recommend

Snow girl
August 5, 2019
From kitchenaid.com

[This review was collected as part of a promotion.] My ice maker would make ice but not dispense the ice. A new freezer door was ordered. Now the door alarm doesn't work. Very frustrating! I bought four new Kitchen Aid appliances. I expected better.

**Response from Social Care Team**

Social Care Team
August 6, 2019

Hello Snow girl, thank you for your review. We sincerely apologize for the concerns with your Refrigerator and would like to look further into this for you. Please feel free to reach out to us directly 1-800-422-1230, via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

— Read Less

237. On August 20, 2019, another consumer reported that the whirlpool refrigerators have a "wiring harness design flaw that require replacement of the door to repair." Whirlpool responded.[149]

**The refrigerator that will make me stop buying Whi**

Would Not Recommend

August 20, 2019
From whirlpool.com

This unit has a wiring harness design flaw that require the replacement of the door to repair. Whirlpool will no longer sell just the wiring harness so after about three years of light use the unit is basically trash.

**Response from Social Care Team**

Social Care Team
August 22, 2019

Hey Paul Knoxville, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

— Read Less

238. On August 25, 2019, another consumer complained on HomeDepot, and Whirlpool again responded:

[149] Whirlpool Model: WRS571CIHZ, https://www.lowes.com/pd/Whirlpool-20-6-cu-ft-Counter-depth-Side-by-Side-Refrigerator-with-Ice-Maker-Fingerprint-Resistant-Stainless-Steel/1000356423?idProductFound=false&idExtracted=true



Aug 25, 2019

**We bought this unit a year ago after having so many problems with LG that we took them to small-c...**

We bought this unit a year ago after having so many problems with LG that we took them to small-claims court (and won). Now this Whirlpool unit, which we purchased through Home Depot, has broken wires going from the freezer to the freezer door. Whirlpool and their service provider said it will take 3 MONTHS to get a new freezer door and there is simply nothing they can do to fix our unit any faster. We really thought we were going with a better brand when we switched from LG to Whirlpool, but, nope.

by BrokenDoor3MonthWait

**Response from WhirlpoolTeam** Hide

Aug 30, 2019

Hey BrokenDoor3MonthWait, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

Whirlpool

239. On September 10, 2019, a consumer reported that just beyond the warranty period, broken wires caused the ice maker to fail. Whirlpool responded.[150]

[150] Whirlpool Model: WRS571CIHZ, https://www.lowes.com/pd/Whirlpool-20-6-cu-ft-Counter-depth-Side-by-Side-Refrigerator-with-Ice-Maker-Fingerprint-Resistant-Stainless-Steel/1000356423?idProductFound=false&idExtracted=true

**Whirlpool is garbage**

★☆☆☆☆ ✕ Would Not Recommend

Ryan
September 10, 2019
Sweepstakes

Whirlpool is bottom of the line for cheap crappy appliances. I bought a Whirlpool stove and a refrigerator, within a month the element in the oven had to be replaced!(after less then 5 uses) Luckily it was under warranty otherwise I was ready to return to Lowes. Now after having them just over a year the ice maker in refrigerator quit working. Not under warranty anymore... After further inspection the wires coming out of the freezer door were broken. Terrible design flaw, why run wires next to door hinge so they are pinched every time you open and close it. Contacted Whirlpool customer service and they said they have no knowledge of this issue so they are not going to help fix it. A simple google search shows it is a pretty common issue with the wire harness breaking in the freezer door. Whirlpool discontinued the wire harness part so the only solution is to replace the entire door!!!! Which costs more than half of what a new refridgator would be. Plus mine too has little rust spots all over which stainless steel cleaner won't touch, maybe because it's not really stainless steal!? I guess Whirlpool practices false advertisement along with poor customer service. I guarantee if you buy Whirlpool appliances and use them for a year, you will never buy another Whirlpool again, because you will soon find out they are really a piece of junk wrapped in fake stainless steal. Spend a little more money and buy something that will last more than a couple years.

– Read Less

Was this review helpful? (2) (0) | Report

**Response from WhirlpoolTeam**

Hey Ryan, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

WhirlpoolTeam
October 3, 2019
Whirlpool

240. On September 10, 2019, a complaint on Lowes' website, which again was originally posted to Whirlpool.com, details that a Whirlpool model WRS571CIHZ refrigerator suffered from a "[t]errible design flaw" that caused his "wires coming out of the freezer door [to be] broken." Whirlpool responded.[151]

[151] https://www.lowes.com/pd/Whirlpool-20-6-cu-ft-Counter-depth-Side-by-Side-Refrigerator-with-Ice-Maker-Fingerprint-Resistant-Stainless-Steel/1000356423.



Whirlpool is garbage

Ryan

September 10, 2019

Sweepstakes

★☆☆☆☆ ✕ Would Not Recommend

Whirlpool is bottom of the line for cheap crappy appliances. I bought a Whirlpool stove and a refrigerator, within a month the element in the oven had to be replaced!(after less then 5 uses) Luckily it was under warranty otherwise I was ready to return to Lowes. Now after having them just over a year the ice maker in refrigerator quit working. Not under warranty anymore... After further inspection the wires coming out of the freezer door were broken. Terrible design flaw, why run wires next to door hinge so they are pinched every time you open and close it. Contacted Whirlpool customer service and they said they have no knowledge of this issue so they are not going to help fix it. A simple google search shows it is a pretty common issue with the wire harness breaking in the freezer door. Whirlpool discontinued the wire harness part so the only solution is to replace the entire door!!!! Which costs more than half of what a new refridgator would be. Plus mine too has little rust spots all over which stainless steel cleaner won't touch, maybe because it's not really stainless steal!? I guess Whirlpool practices false advertisement along with poor customer service. I guarantee if you buy Whirlpool appliances and use them for a year, you will never buy another Whirlpool again, because you will soon find out they are really a piece of junk wrapped in fake stainless steal. Spend a little more money and buy something that will last more than a couple years.

— Read Less

Was this Review Helpful ? (2) | (0) | Report

Response from WhirlpoolTeam

WhirlpoolTeam

October 3, 2019

Hey Ryan, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

— Read Less

241. On October 21, 2019, another customer posted a review on Lowe's stating: "The wiring harness in the hinge below the freezer door is made of thin cheap plastic as the conduit. And just from opening the freezer door, the conduit split open and all the wires in that lower left corner were exposed and several were broken. There's not enough slack to repair this thick bundle of wires and the freezer door needs to be replaced for $800."[152] Whirlpool responded.

[152] *Id.*

Good til it was 3 1/2 years old

StephNC
October 21, 2019

★★☆☆☆ Would Not Recommend

Luckily I purchased the 5 year Protection Plan. At 3 1/2 years, the "in the door ice maker" stopped working. Lowe's dispatched their Appliance vendor right away. The problem as it turned out was much more serious and very common with this model. The wiring harness in the hinge below the freezer door is made of thin cheap plastic as the conduit. And just from opening the freezer door, the conduit split open and all the wires in that lower left corner were exposed and several were broken. There's not enough slack to repair this thick bundle of wires and the freezer door needs to be replaced for $800. I'm surprised by Wirlpool as I've owned their fridge and other appliances before.

— Read Less

Was this Review Helpful ? (11) | (0) | Report

Response from WhirlpoolTeam

WhirlpoolTeam
November 6, 2019

Whirlpool

Hey STM, we value your time and would like to look into the concerns with your appliance. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

— Read Less

242. In November 2019, the complaints continued:

November 14, 2019, source[153]

Icemaker issues

Tp22
November 14, 2019
From maytag.com

★★★☆☆ Would Not Recommend

[This review was collected as part of a promotion.] Only had this month and the ice maker is broken already. Repair man coming 11/14

November 18, 2019, source[154]

153 MayTag Model: MSS25C4MGZ, https://www.lowes.com/pd/Maytag-24-5-cu-ft-Side-by-Side-Refrigerator-with-Ice-Maker-Fingerprint-Resistant-Stainless-Steel/1000690940?idProductFound=false&idExtracted=true

154 https://www.lowes.com/pd/KitchenAid-22-7-cu-ft-Counter-depth-Side-by-Side-Refrigerator-with-Ice-Maker-Monochromatic-Stainless-Steel/50398842

**Total disaster**

dmizrahi3
November 18, 2019
From kitchenaid.com

★☆☆☆☆ Would Not Recommend

This refrigerator has given me nothing but problems and expensive repair bills. I've had to change multiple parts including motors, computer boards, wiring, etc... The freezer has stopped cooling multiple times resulting in expensive food going in the garbage and the ice from the freezer door melting and leaking all over my kitchen floor. I purchased a complete set of KitchenAid appliances for my home renovation. NEVER AGAIN!!!

**Response from Social Care**

Social Care
November 20, 2019

Hello dmizrahi3, thank you for your review. We sincerely apologize for the concerns with your appliance and would like to look further into this for you. Please feel free to reach out to us directly at 1-800-422-1230, via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

— Read Less

November 21, 2019, source[155]

**Working well...finally**

Chizmo
November 21, 2019
Sweepstakes

★★★★☆

I think that all of the bugs have been corrected. We had to replace the ice maker twice. Apparently, the problem was misdiagnosed initially. The problem was that the freezer side door was pinching the wire and shorting out the ice maker when opening - sort of like a pinched nerve. Now that it's been corrected, it's been working perfectly. I would definitely recommend it.

Was this Review Helpful ? (0) | (0) | Report

243. On November 26, 2019, a consumer wrote on Whirlpool's website, which was also visible on Home Depot's website: "I would not recommend. I have had this fridge a few years and have the same problem with the wires severing at the base of the freezer door which caused many functions to stop working especially the ice maker. I went to buy the replacement wiring harness, and it has been discontinued. I agree with others that this is a design flaw."[156] Whirlpool responded.

---

[155] Whirlpool Model WRS588FIHZ, https://www.lowes.com/pd/Whirlpool-28-4-cu-ft-Side-by-Side-Refrigerator-with-Ice-Maker-Fingerprint-Resistant-Stainless-Steel/1000236845

[156] https://www.homedepot.com/p/Whirlpool-20-6-cu-ft-Side-By-Side-Refrigerator-in-Fingerprint-Resistant-Stainless-Steel-Counter-Depth-WRS571CIHZ/303009229.

★☆☆☆☆ Nov 26, 2019

**Same issues with severed wiring**

I would not recommend. I have had this fridge for a few years and have the same problem with the wires severing at the base of the freezer door which caused many functions to stop working especially the ice maker. I went to buy the replacement wiring harness, and it has been discontinued. I agree with others this is definitely a design flaw.

by Cla10beck

**Response from Social Care** Hide

Nov 29, 2019

Hey Cla10beck, we value your time and would like to look into the concerns with your appliance. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

Whirlpool

Customer review from whirlpool.com

244. On December 24, 2019, another consumer complained that his KitchenAid refrigerator had to be replaced after just two short years of ownership because the ice maker failed four times. KitchenAid responded.[157]

★☆☆☆☆ Dec 24, 2019

**Constant repairs**

We have had this fridge for just over 2 years and finally decided to replace it with a Subzero. This after 3 repairs. The final straw is the ice maker failing for the fourth time.

by Mark

This review is from 19.8 cu. ft. Side by Side Refrigerator in Black Stainless Steel with Print Shield, Counter Depth

**Response from KitchenAidTeam** Hide

Dec 24, 2019

Hello Mark, thank you for your review. We sincerely apologize for the concerns with your Refrigerator and would like to look further into this for you. Please feel free to reach out to us directly 1-800-422-1230, via Facebook https://www.facebook.com/KitchenAid/ or Twitter @KitchenAidCare. We look forward to speaking with you.

Helpful? 3 found this review helpful

245. December 26, 2019, a consumer reported "ongoing problems with the icemaker" and the only reported repair was a door replacement. Whirlpool responded.[158]

---

[157] Kitchen Aid Models: KRSC700HPS & KRSC700HBS, https://www.homedepot.com/p/KitchenAid-19-8-cu-ft-Side-by-Side-Refrigerator-in-Stainless-Steel-with-PrintShield-Finish-Counter-Depth-KRSC700HPS/311345807

[158] Whirlpool Model: WRS576FIDM, https://www.lowes.com/pd/Whirlpool-25-6-cu-ft-Side-by-Side-Refrigerator-with-Ice-Maker-Stainless-Steel/50221157

**Poor design and reliability**

J. W.
December 26, 2019
From whirlpool.com

★☆☆☆☆ ✕ Would Not Recommend

We bought this refrigerator for our new house in 2017 since we had an older version of it at our previous house. We have had ongoing problems with the icemaker - the ice would frequently melt and then freeze in the bin and not allow the ice to discharge even though the temperature of the freezer and fridge are at the recommended settings. Whenever I called Whirlpool I was told that I need to make sure to use original manufacturer water filters (which I do) but other than that once the unit was out of warranty they could only help by doing a service call. More recently the ice-maker quit completely and I learned that there is an inherent (and well known) problem with the wiring harness at the bottom of the freezer door in that the wires fray and get cut due to the door opening and closing. We were able to make a temporary repair with the wiring, but were told that only other repair is to replace the entire freezer door!! In other words, it is not worth repairing. We have always had and recommended Whirlpool but will no longer be doing that. Be warned- you MUST buy an extended warranty with this product or you are just throwing your money away.

— Read Less

**Response from Digital Care**

Digital Care
December 30, 2019

Hey J. W., we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa/ or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

— Read Less

246. On December 30, 2019, a consumer reported broken wires, failed ice maker, and that Whirlpool offered only an ineffective and cost-prohibitive replacement door as a repair.[159]

**Ice maker stopped working**

Kirk
December 30, 2019

★☆☆☆☆ ✕ Would Not Recommend

Terrible design. Wire harness to ice maker breaks from opening & closing the door because of poor design location. A common problem with this model. Whirlpool doesn't sell the wire harness separately, require you to purchase new freezer door for over $1000.

Was this Review Helpful ? 👍 (10) | 👎 (1) | Report

**Response from WhirlpoolTeam**

WhirlpoolTeam
January 2, 2020
Whirlpool

Hey Kirk, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa/ or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

— Read Less

247. Another consumer reported on December 31, 2019, that his 4-year-old fridge

[159] Whirlpool Model WRS588FIHZ, https://www.lowes.com/pd/Whirlpool-28-4-cu-ft-Side-by-Side-Refrigerator-with-Ice-Maker-Fingerprint-Resistant-Stainless-Steel/1000236845

"already has a broken, irreparable Ice Maker System, because the wire bundle that runs from the base of the Fridge into the base of the Freezer Door has a Manufacturer's Defect."[160]



Have Always Trusted Whirlpool, Ice Maker Issues

Would Not Recommend

Bubba Earl
December 31, 2019

From whirlpool.com

[This review was collected as part of a promotion.] We bought this Fridge in September 2019 for our Vacation home so I have only actually used it for a couple of months. However, I have an almost identical Model WRS 576 we put in our main home in 2015 that also has an identical In-door Ice Maker. This Fridge is 4 years old, and already has a broken, irreparable Ice Maker System, because the wire bundle that runs from the base of the Fridge into the base of the Freezer Door has a Manufacturer's Defect, (Google It for Class A Lawsuit Info) and the exposed wires in the Wire Bundle have cracked and broken wires which disable the Ice Maker Sensors that control the Ice Maker in the Freezer Door. The only resolution for the issue is to replace the Freezer Door at a cost considerable more than a new Fridge cost. I contacted Whirlpool and they deny there is any defect, and do not offer any resolution to help the Consumer correct this problem. I am writing this review, because now I am worried that this new Fridge I just bought will do the same thing in the near future. We have been Whirlpool Customers for all of our Appliances for over 30 years and this is the first time we have ever experienced a Product Issue with any of our purchases. We use Whirlpool Washer and Dryer, Dishwasher, Range, Fridge, everything. Sad experience to have to deal with.

— Read Less

Response from social care

social care
December 31, 2019

HI Bubba Earl, we value your time and would like to look into the concerns with your refrigerator. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa/ or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

— Read Less

248. Additional complaints are visible on Whirlpool's website. For example, in 2019, a consumer learned that his refrigerator was not "cooling properly" as a result of a broken wire in the "wire harness at the bottom left corner hinge," which meant the "freezer is not defrosting the freezer so it can't cool properly."[161]

[160] Whirlpool Model WRS588FIHZ, https://www.lowes.com/pd/Whirlpool-28-4-cu-ft-Side-by-Side-Refrigerator-with-Ice-Maker-Fingerprint-Resistant-Stainless-Steel/1000236845

[161] https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-counter-depth-side-by-side-refrigerator-21-cu.-ft.wrs571cihz.html.

Papabear77

va bch

Review 1

Vote 1

★★☆☆☆

**Very poor manufacturing design <1.5yr old & broken**

5 years ago

Very Very poor manufacturing design. I bought this fridge 1.5 years ago along with a extended warranty(thank God for small favors) we liked the fridge then recently the temps started going up so I called the warranty they sent a tech to look at it, I pointed out that the wire harness at the bottom left corner hinge is split open and a yellow wire is broke, then he told me the reason it's not cooling properly is because the freezer is not defrosting the freezer so it can't cool properly and can not be repaired because he has to remove the door he also told the the warranty co. this and they are sending me a check. What a hassle.

Value 3.0

Design 2.0

Ease of Use 3.0

Innovation 1.0

No, I do not recommend this product.

Helpful? (1) (0) Report

Response from Whirlpool: 5 years ago

**Social Care Team**

Thank you for the review. We are very sorry for the frustration. Unfortunately, since you are under the Extended Warranty we are unable to assist you. Please contact your Extended Warranty for any assistance. We are sorry we were unable to assist you.

2019, source[162]

T West

Kansas City

Review 1

Votes 2

★☆☆☆☆

**DON'T BUY IT - IT'S A PIECE OF JUNK**

5 years ago

Bought this fridge from NFM less than 3 years ago. Ice maker is door is a BAD IDEA, it stopped producing ice. Have an extended warranty thru Assurant, they send Contractor to fix. The wires at the bottom on the door were frayed, they replaced the door and it's never worked right since. NOW, we're on our 4th service call, the fridge portion stopped cooling & the freezer's back wall is iced over. NOW we have leave it off for 48 hours and let it defrost. We've lot a whole lot of food over this and we are NOT HAPPY with this product. Don't waste your money on an extended warranty thru Assurant. It's bull that it says: "If we can't fix it, we'll replace it." NOT TRUE, the Contractor verified today that they never replace. I'll never buy another Whirlpool fridge and NEVER one with ice in the door again!

Value 1.0

Design 1.0

Ease of Use 4.0

Innovation 1.0

No, I do not recommend this product.

Originally posted on 36-inch Wide Counter Depth Side-by-Side Refrigerator - 21 cu. ft.

Helpful? (2) (0) Report

Response from Whirlpool: 5 years ago

**Social Care**

Hey T West, we value your time and would like to look into the concerns with your Whirlpool® Refrigerator. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa/ or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2019, source[163]

**Rubbish**

Based on our experience, avoid this refrigerator. The ice maker broke after 2.5 years and the entire refrigerator was declared unrepairable by our Lowe's EPP warranty because the complete freezer door and control unit had to be replaced which costs $700+. The refrigerator stopped working altogether after just 3 years and 10 months. It's noisy and cooling / freezing is inconsistent. It lacks enough shelves in freezer - had to buy another shelf. The stainless steel shows marks and is hard to clean.

More Details

**Submitted** 5 years ago
**By** FL Mick
**From** Daytona Beach area, FL

Verified Reviewer

2019, source[164]

---

[162] Whirlpool Model: WRS571CIHW, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-counter-depth-side-by-side-refrigerator-21-cu.-ft.wrs571cihw.html

[163] Whirlpool Model: WRS571CIDM, https://www.consumerreports.org/appliances/refrigerators/whirlpool-wrs571cidm/m285060/#section:user-reviews

[164] *Id.*

**Whirlpool model WRS571CIDM02**

After 2 1/2 years the wire harness between the freezer door and the main unit have started to break individual wires. First wire to go took out the ice maker. After 5 months the issue has still not been resolved. A definite design flaw which will happen again. Trying to get a buyout to purchase a different model.

**Bottom Line** No, I would not recommend to a friend

**Was this review helpful to you?** 0 0 Flag this review

**Submitted** 5 years ago
**By** Linda H.
**From** Maryland
Verified Buyer
Reviewed at
whirlpool.com/

249. In addition to the complaints above to Whirlpool and its authorized retailers, consumers also complained in 2019 on other internet forums.

250. Multiple YouTube videos film and discuss the Defect in detail. For example, a video posted on September 15, 2019, and titled "Whirlpool double door refrigerator not making ice and ice dispenser doesn't work" films one consumer's identification of broken wires at the bottom of his model WSF26C3EXF01 Whirlpool refrigerator:




251. Comments on the video evidence consumers' similar experience with their Class

Refrigerators:

> **@lesleighharris9900** 3 years ago
> Thank you! Thank you! Thank you! I have been at my wits end with this ice maker. Without this video, I would have never known that the wires were broken. I had three to fix. Now my ice maker and auger are both working again! Thank you so much for this video! God Bless you!
> 2 Reply

> **@487rn1** 3 years ago (edited)
> Thanks I just went to fix someone's ice maker I checked the wiring on the bottom and all seemed fine but no power to the ice maker and left without fixing it than saw your video went back opened up the covering low and behold 2 wires where ripped
> 3 Reply

252. Consumers also complained on consumer watchdog websites such as ConsumerAffairs.com about the defect and Whirlpool's lack of assistance, which appliance manufacturers, such as Whirlpool, also monitor.

253. On November 19, 2019, one Whirlpool consumer wrote on Consumer Affairs, "Within the 1st year the Ice Maker broke & repairman said the ill design caused the wire to break."[165]

254. On October 14, 2019, a consumer wrote that they called Whirlpool directly regarding the Defect and failed ice dispenser:[166]

| | |
|---|---|
| Posted by JULIA LYNN WADE on October 14, 2019 | *I have a GSS30C6EYY03 side by side and my ice maker just stopped working. I was told after many repair visits that it was the a faulty design in the door. That there is a wire that gets rubbed from opening and closing the door and in order to fix the problem the whole door needs to be replaced. I was also told by another repair man that came to fix my brand new whirlpool microwave where the fan never worked out of the box, that Whirlpool was offering a subsidy for the refrigerator with that design because they were having so many complaints. I called Whirlpool and they said that my refrigerator model number was not on the list. I do also want to mention that when I first got the refrigerator the compressor was bad and they had to give me a new one.* |

165 https://www.consumeraffairs.com/homeowners/whirlpool_refrigerators.html?page=7#sort=oldest&filter=1.

166 https://www.bigclassaction.com/lawsuit/defective-whirlpool-refrigerators.php.

255. Consumer reports of the Defect continued into 2020.

January 4, 2020, source[167]

**Design flaw**

★☆☆☆☆ Would Not Recommend

Shelly72
January 4, 2020

From kitchenaid.com

There is a major design flaw with this refrigerator. The wiring for the ice maker and water dispenser run through the door and right into the crease where it kinks the wires when you open and close the door. After about a year and a half, the wires to the ice maker and water dispenser were broken in half. The only way to replace the wiring harness is to replace the 1600.00 door. What a huge waste of money.

**Response from social care**

social care
January 6, 2020

Hello Shelly72, thank you for your review. We sincerely apologize for the concerns with your appliance and would like to look further into this for you. Please feel free to reach out to us directly at 1-800-422-1230, via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

— Read Less

February 7, 2020, source[168]

★☆☆☆☆

Feb 7, 2020

**I purchased this particular refrigerator in May of 2018, today is Feb 2020. So it is just under 2...**

I purchased this particular refrigerator in May of 2018, today is Feb 2020. So it is just under 2 years old. What did like? It fit the counter depth area in my kitchen. When it worked it was fine. The ice dispenser quit working in December and the ice maker quit working this February. The refrigerator was not abused. I have owned many refrigerators in my lifetime. This one lasted the shortest amount of time. It was also the most expensive refrigerator I had ever bought. So I do not recommend this product.

by Gary

**Response from MaytagTeam** Hide

Feb 10, 2020

Hi Gary, thanks for the review. We regret to hear that your Refrigerator is not living up to your standards and are happy to look into this with you. Please reach out to us directly at 1-800-344-1274, via Facebook https://www.facebook.com/maytag or Twitter @MaytagCare. Let's see what we can do for you!

MAYTAG

February 27, 2020, source[169]

---

[167] KitchenAid Model: KRSC503ESS, https://www.lowes.com/pd/KitchenAid-22-7-cu-ft-Counter-depth-Side-by-Side-Refrigerator-with-Ice-Maker-Monochromatic-Stainless-Steel/50398842

[168] Maytag Model: MSS25C4MGZ, https://www.homedepot.com/p/Maytag-24-5-cu-ft-Side-by-Side-Refrigerator-in-Fingerprint-Resistant-Stainless-Steel-with-Exterior-Ice-and-Water-Dispenser-MSS25C4MGZ/307326840

[169] Maytag Model: MSC21C6MFZ, https://www.homedepot.com/p/Maytag-21-cu-ft-Side-by-

★☆☆☆☆ Feb 7, 2020

**I purchased this particular refrigerator in May of 2018, today is Feb 2020. So it is just under 2...**

I purchased this particular refrigerator in May of 2018, today is Feb 2020. So it is just under 2 years old. What did like? It fit the counter depth area in my kitchen. When it worked it was fine. The ice dispenser quit working in December and the ice maker quit working this February. The refrigerator was not abused. I have owned many refrigerators in my lifetime. This one lasted the shortest amount of time. It was also the most expensive refrigerator I had ever bought. So I do not recommend this product.

by Gary

**Response from MaytagTeam** Hide

Feb 10, 2020

Hi Gary, thanks for the review. We regret to hear that your Refrigerator is not living up to your standards and are happy to look into this with you. Please reach out to us directly at 1-800-344-1274, via Facebook https://www.facebook.com/maytag or Twitter @MaytagCare. Let's see what we can do for you!

MAYTAG

February 27, 2020, source[170]

★★☆☆☆ Feb 27, 2020

**Would not buy again**

I have had this refrigerator for just over 2 years. The ice maker stopped working, and it has been discovered the the wiring in the door wore out in this short of a time period. I will be getting a whole new door just to fix the ice maker issue.

by Kathy312

**Response from social care** Hide

Feb 27, 2020

Hi Kathy312, thanks for the review. We regret to hear that your appliance is not living up to your standards and are happy to look into this with you. Please reach out to us directly at 1-800-344-1274, via Facebook https://www.facebook.com/maytag or Twitter @MaytagCare. Let's see what we can do for you!

MAYTAG

Customer review from maytag.com

March 27, 2020, source[171]

---

Side-Refrigerator-in-Fingerprint-Resistant-Stainless-Steel-Counter-Depth-MSC21C6MFZ/301066300?mtc=SEM-CM-CML-GGL-D29A-029_013_REFRIG-NA-MULTI-NA-DSA-5163653-NA-NA-NA-NBR-NA-NA-NA-MajorAppl&cm_mmc=SEM-CM-CML-GGL-D29A-029_013_REFRIG-NA-MULTI-NA-DSA-5163653-NA-NA-NA-NBR-NA-NA-NA-MajorAppl-71700000032417787-58700003839021362-39700078591423272&gad_source=1&gclid=CjwKCAjwmYCzBhA6EiwAxFwfgPmKbtrNgBjKncRnwhckWfJoNJ-9sjTXipLy3XaVkaiyVNCMzmP1iRoCCWkQAvD_BwE&gclsrc=aw.ds

[170] *Supra* n. 169.

[171] KitchenAid Model: KRSF705HPS, https://www.homedepot.com/p/KitchenAid-36-in-W-24-8-cu-ft-Side-by-Side-Refrigerator-with-Exterior-Ice-and-Water-in-PrintShield-Stainless-Steel-KRSF705HPS/311564186

Mar 27, 2020

**Looks great, but appearances are deceiving**

Beautiful refrigerator. Quiet. LED lighting was great, but then they stopped working. This was just after one year, no warranty! Repair man said it was a controller, that didn't work, money wasted. Produce drawer broke, little cheap plastic tabs holding it together. Next the incredibly slow ice maker broke, no ice! I was checking the water supply line at the base of the freezer door in case it froze or was pinched. No, there are 2 small wires which broke from the stress of opening the door fully. Very disappointed!!

by Brad

**Response from KitchenAidTeam** Hide

Mar 30, 2020

Hello Brad, thank you for your review. We sincerely apologize for the concerns with your appliance and would like to look further into this for you. Please feel free to reach out to us directly at 1-800-422-1230, via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

Helpful? 5 found this review helpful

March 31, 2020, source[172]

Mar 31, 2020 Verified Purchase

**The ice maker and water dispenser do not work. Waiting...**

The ice maker and water dispenser do not work. Waiting to exchange or repair after the corona virus is no longer a danger

by HomeDepotCustomer

**Response from MaytagTeam** Hide

Apr 1, 2020

Hi HomeDepotCustomer, thanks for the review. We regret to hear that your appliance is not living up to your standards and are happy to look into this with you. Please reach out to us directly at 1-800-344-1274, via Facebook https://www.facebook.com/maytag or Twitter @MaytagCare. Let's see what we can do for you!

MAYTAG

Helpful? 1 found this review helpful

256. On May 3, 2020, a consumer reported that she had already had two replacement doors installed, and neither fixed the Defect, and the consumer was getting a third replacement door installed. The consumer noted that replacement doors were taking eight to ten weeks to be received.[173]

---

[172] *Supra* note 168.
[173] Supra note 167.

**Nothing but aggravation!!**

Mare
May 3, 2020

★☆☆☆☆ Would Not Recommend

Our refrigerator is two years old and we have multiple technicians for the last six months trying to get it right!! It is still an on going problem. We had two two freezer doors replaced and are currently waiting for the third replacement. Please note it takes 8-10 weeks for a door to be manufactured.( In addition we had ice makers and lights replaced). Right now we are living with a freezer door from a different model until they figure it out!!!!

Was this Review Helpful ? (1) | (1) | Report

**Response from KitchenAidTeam**

KitchenAidTeam
May 5, 2020

Hello Mare, thank you for your review. We sincerely apologize for the concerns with your appliance and would like to look further into this for you. Please feel free to reach out to us directly at 1-800-422-1230, via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

— Read Less

257. Consumers continued to report the Defect online.

May 26, 2020, source[174]

★★☆☆☆ May 26, 2020

**Ice Maker stopped working**

We've had this refrigerator for a little over two years now and the ice maker has stopped working all of a sudden. There was no misuse, just your regular getting ice out the dispenser. Also the drawers and door shelves are cheaply made, two door shelves broke within the first few months and a drawer cracked. To go along with other reviews, yes food does freeze in fridge. I don't know how much food I've thrown away due to it freezing.
by NoMoreIce

This review is from 21 cu. ft. Side by Side Refrigerator in Fingerprint Resistant Stainless Steel, Counter Depth

**Response from MaytagTeam** Hide

May 29, 2020

Hi NoMoreIce, thanks for the review. We regret to hear that your appliance is not living up to your standards and are happy to look into this with you. Please reach out to us directly at 1-800-344-1274, via Facebook https://www.facebook.com/maytag or Twitter @MaytagCare. Let's see what we can do for you!

MAYTAG

Helpful?

July 29, 2020, source[175]

[174] *Supra* note 168.
[175] Whirlpool Model: WRS571CIHB, https://www.lowes.com/pd/Whirlpool-20-6-cu-ft-Counter-Depth-Side-By-Side-Refrigerator-Black/5013188397

DO NOT BUY

Shannon
July 29, 2020
From 20.6-cu ft Counter-depth Side-by-Side Refrigerator with Ice Maker, Water and Ice Dispenser (Fingerprint Resistant Stainless Steel)

★☆☆☆☆ Would Not Recommend

We've had this fridge 2 years and it's already been repaired 5 times!! The damper has been replaced 4 times - first time was within a few months. The ice maker also stopped working due to frayed wires. Unfortunately, the wires are connected to the left door so you have to replace the entire door (Whirlpool wanted $1700, which is more than we paid for the fridge) to fix this issue. Thankfully, we purchased the extended warranty. The repair guy knew right away to remove the bottom panel to check the wires because he's had other customers with the same issue. It's a really terrible design and very wasteful to replace an entire door for that price for frayed wires that shouldn't even be frayed because they're covered. Please do NOT buy this fridge. When we purchased it, we did not see the bad reviews that are now being posted. Something obviously has changed.

— Read Less

Was this Review Helpful ? (4) | (0) | Report

Response from WhirlpoolTeam

WhirlpoolTeam
August 5, 2020
Whirlpool

Hey Shannon, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

— Read Less

August 16, 2020, source[176]

★★★☆☆ Aug 16, 2020

**Poor Ice Maker Design?**

Always believed that Maytags were the best but may change my mind. Got our fridge on 3-3-2020 and have already had someone out to replace the ice maker because it quit working. Now, a month or so later it is doing the same thing again! It isn't even 6 months old! Now we have to call for repair, then they call a local repair company. They come out...yup, isn't working. Will come back. Then they come back with the replacement ice maker at another time. I am so disappointed....I thought we could count on Maytag, after all, they are the dependability people right?
by DAD

This review is from 25 cu. ft. Side by Side Refrigerator in White with Exterior Ice and Water Dispenser

Helpful? 2 found this review helpful

September 29, 2020, source[177]

The freezer door has to be replaced

soprano
September 29, 2020
From maytag.com

★★★☆☆ Would Not Recommend

[This review was collected as part of a promotion.] My refrigerator, which is less than a year old, has had service on the ice maker twice and I am now waiting on a new door for the freezer as the ice maker doesn't work. I bought this new appliance to replace one that was about 15 years old and had become noisy. I had hoped for a better quality fridge than the one that I received. All of my appliances are Maytags so I expected similar quality, but am disappointed. I hope that after these repairs that it will function without frequent visits from the service tech as the warranty will expire in a few months.

— Read Less

---

[176] Supra note 168.
[177] Maytag Model:MSS25C4MGZ, https://www.lowes.com/pd/Maytag-24-5-cu-ft-Side-by-Side-Refrigerator-with-Ice-Maker-Fingerprint-Resistant-Stainless-Steel/1000690940?idProductFound=false&idExtracted=true

December 30, 2020, source[178]

Ice dispenser broke at 15 months

★☆☆☆☆ Would Not Recommend

Kris
December 30, 2020

We had warranty service come out 2x on this machine for freezer and water dispenser issues. At month 15, ice maker burns out - $1400 to replace

Was this Review Helpful ? (3) | (0) | Report

Response from MaytagTeam

MaytagTeam
January 5, 2021

Hi Kris, thank you for your review. We regret to hear that your appliance is not living up to your standards. To easily schedule service online with ...

+ Read More

MAYTAG

258. Another consumer reported in 2020 that Whirlpool customer service had known about the Defect and told him that "Whirlpool has had [the issue] in the past and that it would cost $1000 for a new freezer door."[179]

Darin T.
WA
Review 1
Votes 0

★☆☆☆☆

DO NOT PURCHASE THIS PIECE OF JUNK!

4 years ago

After having this product in our rental for just over two years, the ice maker quit working. An authroized Whirlpool technician came out to look at the problem. He noticed the wiring for the ice maker was being crimped when the freezer door was opened. After consulting with the Whirlpool technical assistance line, he was told it was an issue that Whirlpool has had in the past and that it would cost $1000 for a new freezer door. He was advised to splice the wires and have me contact Whirlpool for further assistance and repairs since it was out of the original warranty. I spoke with Whirlpool customer service twice to see if they would be able to help with this known issue. They refused to help out since I didn't purchase the extended warranty. Having a product last two years is absurd. You can find much better products for the price that will last longer than two years. DO NOT PURCHASE THIS PRODUCT (or any other Whirlpool product based on their unwillingness to correct known defects of a product after only two years). Cheap manufacturing, defective products, and poor customer service are just a few reasons to avoid Whirlpool products.

Value 1.0
Design 1.0
Ease of Use 1.0
Innovation 1.0

No, I do not recommend this product.

Helpful? (0) (0) Report

Response from Whirlpool: 4 years ago

Social Care

Hey Darin T, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa/ or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

259. Consumer reports from 2020 abound.

2020, source[180]

---

[178] *Supra* note 177.
[179] Whirlpool Model: WRS571CIHZ, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-counter-depth-side-by-side-refrigerator-21-cu.-ft.wrs571cihz.html
[180] Whirlpool model: WRS588FIHZ, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-side-

BumFreezerDoor

Denver, CO

Review 1

Vote 1

**Freezer Door Wires Easily Severed**

4 years ago

I bought this a year ago and recently the ice maker went out. Turns out there are wires going from the freezer to the door that get severed after normal opening and closing the door. This takes out the ice maker completely and WHirlpool has a 3-month wait on new doors.

No, I do not recommend this product.

Helpful? (1) (0) Report

Value 1.0

Design 3.0

Ease of Use 3.0

Innovation 2.0

Response from Whirlpool: 4 years ago

**Digital Care**

Hey BumFreezerDoor, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2020, source[181]

Broken Freezer Door Wires

Reviews 2

Vote 1

**Freezer Door Wires Break resulting in no ice**

4 years ago

I bought this fringe as a sears Kenmore Elite model. Whirlpool makes it for them. October 2016 purchase. 2 years later the wires that go to the freezer door broke and ice maker stopped working. repaired the 2 wires and 6 months later 3 more wires broke. Jan 2020 three more wires broke. Checked on line lots of people have this same problem with both Whirlpool and Kenmore Elite models. Wires can not be bought, you have to buy a $1000+ door. Whirlpool so far has not acknowledged it has a problem. We love this Fringe layout. Its the best on the market but can keep the ice maker going with broken wires. The newer models seem to have the problem as well. I was hoping they fixed the problem by now as I would buy one again if so. I have always been a Whirlpool fan but this model does seem to have a design flaw.

No, I do not recommend this product.

Originally posted on 36-inch Wide Side-by-Side Refrigerator - 28 cu. ft.

Helpful? (1) (0) Report

Value 3.0

Design 1.0

Ease of Use 5.0

Innovation 5.0

Response from Whirlpool: 4 years ago

**Social Care**

Hey Broken Freezer Door Wires, we value your time and would like to look into the concerns with your appliance. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2020, source[182]

by-side-refrigerator-28-cu.-ft.wrs588fihz.html

[181] Whirlpool Model: WRS588FIHV, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-28-cu.-ft.wrs588fihv.html

[182] *Supra* note 181.

samjog

west columbia,sc

Reviews 2

Votes 14

**trouble from start**

4 years ago

bought 7/11/2017..wrs588fihz..the WORST refrigerator i have had and im 72yo..it did not do right from day 1.would ice up..the ice maker did not work right from the day we bought it.lucky i BOUGHT a 5 year warranty.it took 3 years for them to fix it..another words we did not have ice in door for 3 years.not fair as my warranty is over half way gone.they SHOULD have replaced it because of lemon law. after 3 years they found out the door going to controls on freezer had broken wires from factory.just not right. works fine now as it is 3 years old now..it is (was) a piece of trash..makes me wonder what would have happened if i did not have warranty.

Value 1.0

Design 1.0

Ease of Use 2.0

Innovation 1.0

No, I do not recommend this product.

Originally posted on 36-inch Wide Side-by-Side Refrigerator - 28 cu. ft.

Helpful? (14) (0) Report

Response from Whirlpool: 4 years ago

**Social Care**

Hey samjog, we value your time and would like to look into the concerns with your appliance. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

samjog

west columbia,sc

Reviews 2

Votes 15

**terrible**

4 years ago

this is the worst refrigerator i ever owned and im 72yo. had for over 3 years and ice maker has worked 3 months..i have 5 year warranty and that means whirlpool has nothing to do with you they torn it over to AIG.do no buy. they have been out to my house at least 12 times and it is completely out RIGHT now.they have replaced every part in ice maker then whole ice maker and it still did not work. then replaced the whole freezer door and worked 3 weeks for first time in over 3 years(ice maker) now the whole thing is out during virus..in 2 weeks my wife goes on chemotherapy for colon cancer and they dont care..they told me several times what they did before as it is stated in contract???they are now waiting to replace the control panel on front door for third time. these people are heatless and i might have to take them to small claims court..i want to make them send a rep to my town. 8036618400

Value 1.0

Design 1.0

Ease of Use 1.0

Innovation 1.0

No, I do not recommend this product.

Originally posted on 36-inch Wide Side-by-Side Refrigerator - 28 cu. ft.

Helpful? (1) (0) Report

Response from Whirlpool: 4 years ago

**Digital**

Hey samjog, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2020, source[183]

[183] *Supra* note 181.

Whirlpool 28 cu

INCENTIVIZED REVIEW

Review 1

Votes 0

**Side by side refrigerator freezer**

4 years ago

Doors are not designed to close easily, like prior version. Has a history of defective ice maker due to design flaw with wiring. Buy extended warranty, it will be needed.

No, I do not recommend this product.

Originally posted on 36-inch Wide Side-by-Side Refrigerator - 28 cu. ft.

Helpful? (0) (0) Report

Value 1.0

Design 1.0

Ease of Use 3.0

Innovation 2.0

Response from Whirlpool: 4 years ago

**Social Care Team**

Hey Whirlpool 28 cu, we value your time and would like to look into the concerns with your Refrigerator. We actually have a handy Owner Center that can help troubleshoot your issue, taking you through a step-by-step solution. Visit https://producthelp.whirlpool.com/ and select your Refrigerator style to get started. If you need additional assistance, please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa/ or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2020, source[184]

Wish I hadn't

INCENTIVIZED REVIEW

Valrico Florida

Review 1

Vote 1

**Not very impressed.**

4 years ago

I had this fridge 5 months and the ice maker quit. Then I find out that there's a factory defect in the wiring harness in the freezer door. So now iv been waiting for two months for a new Freezer door. So I'm not exactly happy with the machine.

No, I do not recommend this product.

Originally posted on 36-inch Wide Side-by-Side Refrigerator - 28 cu. ft.

Helpful? (1) (0) Report

Value 1.0

Design 1.0

Ease of Use 5.0

Innovation 1.0

Response from Whirlpool: 4 years ago

**Social Care**

Hey Wish I hadn't, we value your time and would like to look into the concerns with your appliance. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2020, source[185]

184 *Supra* note 181.
185 Whirlpool Model: WRS571CIDM, https://www.ajmadison.com/cgi-bin/ajmadison/WRS571CIDM.html

★☆☆☆☆ **Same problem with ice maker**

**Money down the Whirlpool**, San Diego
Posted 4 years ago

**Recommends: No**

"Bought in mid 2017, ice maker broke as of Jan 2019. After reading several reviews here looked at wiring at the bottom of the freezer door and sure enough, same issue in the same spot. Not that mechanical items never fail, but that is pretty poor quality for an appliance at this market point. As other reviews have mentioned, lasts long enough to get out of warranty period. As their corporate slogan states, "Every day, care"... until the warranty expires. Needless to say, I'm disappointed. Cosmetically, it is stainless steel but the fit and finish when it first arrived should have been my first clue that corners were cut in this one. Doors never aligned well and even had repairman tell me he had same complaint on this model and the doors are just not square, so had already been living with that since Whirlpool said it is not affecting function and they would not fix. Congrats on taking my money Whirlpool, I will actively be avoiding your products in the future and recommend anyone reading this do the same."



Originally posted on whirlpool.com Whirlpool

★★☆☆☆ **Not Happy**

**Bear549**, Wilmington, NC
Posted 4 years ago

"After reading some other reviews I see I am not alone. Due to poor design I am having the same problem with no ice due to broken wires at bottom of the freezer door. We really like the refrigerator and have been very pleased up to this point. Its not worth it to pay a repairman to fix it, I would rather put that money towards a new unit. I'm extremely disappointed with Whirlpool & this problem."

Originally posted on whirlpool.com Whirlpool

★★★☆☆ **Same cut wires as other reviewers**

**ryan2k**, CO
Posted 4 years ago

"Owned this fridge for 3 years, then the ice maker stopped working. Upon researching found all these reviews mentioning the cut wires on the ice maker harness. Lo and behold, I discovered the same cut wires as everyone else. Fine fridge otherwise - keeps my food cold."

Originally posted on whirlpool.com Whirlpool

2020, source[186]

[186] Maytag Model: MSC21C6MFZ, https://www.ajmadison.com/cgi-bin/ajmadison/MSC21C6MFZ.html?queryID=37f4079d7b9bf600356d948ddffe8d6a

**Would not buy again**

Kathy312, Illinois
Posted 4 years ago

**Recommends: No**

"I have had this refrigerator for just over 2 years. The ice maker stopped working, and it has been discovered the the wiring in the door wore out in this short of a time period. I will be getting a whole new door just to fix the ice maker issue."

Originally posted on maytag.com MAYTAG

**Response from social care**

Posted 4 years ago

Hi Kathy312, thanks for the review. We regret to hear that your appliance is not living up to your standards and are happy to look into this with you. Please reach out to us directly at 1-800-344-1274, via Facebook https://www.facebook.com/maytag or Twitter @MaytagCare. Let's see what we can do for you!

2020, source[187]

**Like it but ice maker has already quit working**

I bought this appliance 6 1/2 months ago. The ice maker has stopped working and am currently waiting on repair service to come. I would not recommend the side by side refrigerator if you have room for a bigger one. We live in an older home and space for the refrigerator is an issue. For our space this was the best option.

**Bottom Line** Yes, I would recommend to a friend

**Was this review helpful to you?** 0 0 Flag this review

**Submitted** 4 years ago
**By** Allenbuckeyes
**From** Ohio

Verified Buyer

Submitted as part of a sweepstakes entry

Reviewed at
whirlpool.com/

2020, source[188]

[187] Whirlpool Model: WRS571CIDM, https://www.consumerreports.org/appliances/refrigerators/whirlpool-wrs571cidm/m285060/#section:user-reviews

[188] KitchenAid Model: KRSC703HPS/HBS, https://www.kitchenaid.com/major-appliances/refrigeration/refrigerators/side-by-side-refrigerators/p.22.6-cu-ft.-counter-depth-side-by-side-refrigerator-with-exterior-ice-and-water-and-printshield-finish.krsc703hps.html

**NataliefromTexas**

Celina, TX

Review **1**

Votes **2**

★☆☆☆☆

**Refrigerator regrets**

4 years ago

We have had this refrigerator just over 4 years. In that time we have experienced the following: -Our Terminix guy put a soft magnet on the refrigerator door, and it left a dent in the door. Shortly after that, two more large dents appeared. We are a family of three, and have never noticeably bumped into it at any time. -One day we heard a loud crash coming from the kitchen. We opened the fridge door to find that a shelf had completely shattered. No obvious cracks. Not overloaded. Just shattered. -About a year ago, the ice maker quit working. We noticed wires that have been snapped because of the way the freezer door closes. I'm not sure if these two things are related, but it can't be good to have broken wires. -Lastly, this month, the freezer AND refrigerator have completely stopped cooling. We have already been quoted $1000 for our 4 year-old $3000 fridge. Hoping to get a response from Kitchenaid. We never would have expected this. Our GE Profile lasted 14 years with zero issues, and was still going when we got rid of it.

No, I do not recommend this product.



Helpful? (2) (1) Report

Features 1.0

Innovation 1.0

Sound Levels 1.0

Capacity 1.0

Response from KitchenAid: 4 years ago

Social Care

Hello NataliefromTexas. We sincerely apologize for the concerns with your KitchenAid® Refrigerator and would like to look further into this for you. Please feel free to reach out to us directly at 1-800-422-1230, via Facebook https://www.facebook.com/KitchenAid/ or Twitter @KitchenAidCare. We look forward to speaking with you.

260. A consumer also reported in 2020, that broken wires led to a failure of the cooling system in his refrigerator.[189]

★☆☆☆☆ Jul 15, 2020

**BAD PRODUCT**

After 14 months this Refrigerator had broken wires in the door and the cooling system continues to freeze up. We have lost 2 refrigerators full of food and have still not had or Fridge fixed. KitchenAid does not stand behind their junk products. DO NOT BUY THIS!!!

by Lee



**Response from KitchenAidTeam** Hide

Jul 23, 2020

Hello Lee, thank you for your review. We sincerely apologize for the concerns with your appliance and would like to look further into this for you. Please feel free to reach out to us directly at 1-800-422-1230, via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

Helpful? 27 found this review helpful

261. In addition to the consumer reports online to Whirlpool and its authorized retailers,

[189] KitchenAid Models KRSC703HPS/ KRSC703HPSHBS, https://www.homedepot.com/p/KitchenAid-36-in-W-22-6-cu-ft-Side-by-Side-Refrigerator-in-Stainless-Steel-with-PrintShield-Finish-Counter-Depth-KRSC703HPS/310828100

consumers also made reports to consumer watchdog groups, which Whirlpool and other appliance manufacturers monitor.

262. For example, Oon October 29, 2020, a consumer complained of the Defect to a Whirlpool authorized service technician and directly to Whirlpool:[190]

> P
> Peter
> Ridgeland, MS
>
> Reviewed Oct. 29, 2020
>
> We bought model WRS571CID*** which has an in-door ice maker that has stopped working after exactly 3 years. An excellent authorized service rep advised that the wire harness from the freezer to the door was damaged by chafing from normal opening and closing the freezer door, which has caused the ice maker wires to break, thereby disabling the ice maker. The only remedy is replacing entire the door, which would cost $1700 according to Whirlpool's published repair data, which he is obligated to charge. Apparently, the wiring harness is not a replaceable part, because I suspect the labor hours needed to disassemble and reassemble the door is prohibitive. Well, a new fridge costs about the repair. I spoke to the Whirlpool company about whether they acknowledge that the design is faulty and that the door should be replaced at their expense even out of warranty, and they declined. More
>
> Thanks Peter (10) Report

263. Consumer reports and complaints online did not slow down in 2021, nor did Whirlpool's responses thereto.

January 18, 2021, source[191]

[190] https://www.consumeraffairs.com/homeowners/whirlpool_refrigerators.html?page=3.

[191] Kitchen Aid Model: KRSF705HPS, https://www.lowes.com/pd/KitchenAid-24-8-cu-ft-Side-by-Side-Refrigerator-with-Ice-Maker-Fingerprint-Resistant-Stainless-Steel-ENERGY-STAR/1001426452

**Poor Design**

David
January 18, 2021

★★☆☆☆ X Would Not Recommend

The best thing about this refrigerator is that it is attractive, but that's where it stops. We bought the previous model to this one, it's three years old and from the moment we got it home it has been problems. The poor design of the door hinge bolt to adjust and level the doors stripped and required a service call before we could even put food in it. The water and ice dispenser started having all kinds of problems shortly after. The kitchen aid design has a wire bundle running under the freezer door that pinches and eventually cuts the wires controlling water and ice dispenser functions. The make matters worse in an extortion scheme, kitchen aid will not send a tech to fix the problem even after reporting the broken wires. Their policy is to first send a diagnostic tech who can't actually do work, then later (for another fee) send the repair tech.

— Read Less

Was this Review Helpful ? (10) | (0) | Report

**Response from KitchenAidTeam**

KitchenAidTeam
January 19, 2021

Hello David, thank you for your review. We sincerely apologize for the concerns with your appliance and would like to review this further for you. Our repair services will always come out to properly diagnose an appliance before ordering any parts. This ensures they order the correct parts to repair your appliance. We're sorry for the inconvenience this has caused you.

— Read Less

February 1, 2021, source[192]

★☆☆☆☆

Feb 1, 2021

**Beautiful Failure**

Have had it for three years - ice maker broke twice - wiring bundle burn out twice - get a extended warranty if you buy this one.
by Tom

**Response from KitchenAidTeam** Hide

Feb 1, 2021

Hello Tom, thank you for your review. We sincerely apologize for the concerns with your appliance and would like to review this further for you. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

February 25, 2021, source[193]

---

[192] KitchenAid Model KRSC703HPS/ KRSC703HPSHBS, https://www.homedepot.com/p/KitchenAid-36-in-W-22-6-cu-ft-Side-by-Side-Refrigerator-in-Stainless-Steel-with-PrintShield-Finish-Counter-Depth-KRSC703HPS/310828100

[193] MayTag Model: MSC21C6MFZ, https://www.homedepot.com/p/Maytag-21-cu-ft-Side-by-Side-Refrigerator-in-Fingerprint-Resistant-Stainless-Steel-Counter-Depth-MSC21C6MFZ/301066300?mtc=SEM-CM-CML-GGL-D29A-029_013_REFRIG-NA-MULTI-NA-DSA-5163653-NA-NA-NA-NBR-NA-NA-NA-MajorAppl&cm_mmc=SEM-CM-CML-GGL-D29A-029_013_REFRIG-NA-MULTI-NA-DSA-5163653-NA-NA-NA-NBR-NA-NA-NA-MajorAppl-71700000032417787-58700003839021362-

★☆☆☆☆ Feb 25, 2021

**Ice maker fail**

Ice maker fail after 18 months. Per the repair tech, the wiring for the ice maker is under the freezer door and in opening/closing the freezer door, the wiring became detached. Tech was able to reconnect with no guarantee of how long the repair will last as opening/closing the freezer door can again detach the wiring. This is a basic design flaw and a real disappointment in this relatively new refrigerator. Would not recommend!

by Mel

This review is from 24.5 cu. ft. Side by Side Refrigerator in Fingerprint Resistant Stainless Steel with Exterior Ice and Water Dispenser

**Response from MaytagTeam** Hide

Feb 25, 2021

Hi Mel, thanks for the review. We regret to hear that your appliance is not living up to your standards and are happy to look into this with you. Please reach out to us directly via Facebook https://www.facebook.com/maytag or Twitter @MaytagCare. Let's see what we can do for you!

MAYTAG

June 16, 2021, source[194]

★★☆☆☆ Jun 16, 2021

**would not but this one**

my refrigerator is only 3 yrs old and has a broken ice maker that is not able to be fixed. the wires are in the door and the door is not able to be fixed so I have to buy a new door which is 1/2 the price of a brand new refrigerator. The ice maker is in the door to make for more room in the freezer, which is great, but the wires run down at the bottom and inside the door. 3 of my wires are broken from the inside and can't be fixed. This is a very poor design in my opinion and they were not very helpful or concerned. I am not buying a new door for $1200 when I can but an new refrigerator, a non whirlpool brand, for just a little bit more.

by susan

**Response from KitchenAidTeam** Hide

Jun 18, 2021

Hey susan, we completely understand your frustrations and apologize for any inconvenience this situation may have caused you. To easily schedule service online with one of our Local Certified Technicians, please visit the following link and select " Major Appliance Schedule Service" from the options listed. https://bit.ly/3wzhBT0

July 8, 2021, source[195]

---

397000785914232728&gad_source=1&gclid=CjwKCAjwmYCzBhA6EiwAxFwfgPmKbtrNgBjKncRnwhckWfJoNJ-9sjTXipLy3XaVkaiyVNCMzmP1iRoCCWkQAvD_BwE&gclsrc=aw.ds

[194] *Supra* note 192.

[195] Amana Model, https://www.homedepot.com/p/reviews/Amana-24-6-cu-ft-Side-by-Side-Refrigerator-with-Dual-Pad-External-Ice-and-Water-Dispenser-in-Stainless-Steel-ASI2575GRS/304288748/2#hydrator-ratings-and-reviews

★☆☆☆☆ Jul 8, 2021 Verified Purchase

**Refrigerator ice and water dispenser did not work and it...**

Refrigerator ice and water dispenser did not work and it is still not fully functional after the tech came out it need s a new filter, which is disappointing because the refrigerator is brand new.

by KvngAR

**Response from AmanaTeam** Hide

Jul 12, 2021

Hey ALEXANDER, we completely understand your frustrations and apologize for any inconvenience this situation may have caused you. To easily schedule service online with one of our Local Certified Technicians, please visit the following link and select "Service" from the options listed in the top right hand of the website. https://bit.ly/3fhFs3Q

Amana

October 5, 2021, source[196]

★☆☆☆☆ Oct 5, 2021

**The water and ice does not ...**

The water and ice does not work and I cannot get Whirlpool to come out to fix. The service number is not working.

by KAREN

**Response from MaytagTeam** Hide

Oct 5, 2021

Hey KAREN, we completely understand your frustrations and apologize for any inconvenience this situation may have caused you. To easily schedule service online with one of our Local Certified Technicians, please visit the following link and select "Schedule Service" from the options listed. https://bit.ly/34h7fuZ

MAYTAG

December 27, 2021, source[197]

★☆☆☆☆ Dec 27, 2021





**Major Maytag FAIL**

Ice maker stopped working after 4 years due to poor design which caused wires to break at the bottom hinge of the freezer door. Cost to repair? $1091.00 to replace entire door--more than 50% of the cost of a new fridge!! Maytag accepts no responsibility!

by Scott

**Response from MaytagTeam** Hide

Dec 29, 2021

Hi Scott, thanks for the review. We regret to hear that your Refrigerator is not living up to your standards and are happy to look into this with you. Please reach out to us directly via Facebook https://www.facebook.com/maytag or Twitter @MaytagCare. Let's see what we can do for you!

MAYTAG

264. Consumers continued to report the defect directly on Whirlpool.com in 2021, and

---

[196] *Supra* note 193.

[197] *Supra* note 193.

in most instances, Whirlpool responded:

2021, source[198]

cappa

orlando FL

Review 1

Votes 3

★☆☆☆☆

**Manufacturer Defect - freezer door wires**

3 years ago

Purchased this fridge brand new from home depot in May 2018, was professionally installed. About a month later I noticed exposed wires at the bottom freezer door hinge and I thought nothing at the time... Fast forward 1.5yrs later and things are behaving oddly, first the lights on the display won't turn off, then the ice maker stops working and eventually the water dispenser stops. After multiple calls with Whirlpool to discuss the issue (quality of product) they finally agreed to replace the door as an exception. After waiting 15 weeks, the replacement new door was replaced but it was also faulty, now we are waiting for a replacement request. I will say the new door replacement DOES have a thick covering to protect the wires this time. What I think happens is over time the wires at the bottom of the freezer door get crimped or pinched (because they are not protected or bad design) and by just opening/closing the door it causes the wires to break one at a time. Its definately a manufacture defect but they did not admit to it. I would avoid this brand and especially model fridge.

No, I do not recommend this product.



Originally posted on 36-inch Wide Side-by-Side Refrigerator - 28 cu. ft.

Helpful? (3) (0) Report

| | | |
|---|---|---|
| Value | | 3.0 |
| Design | | 1.0 |
| Ease of Use | | 3.0 |
| Innovation | | 2.0 |

Response from Whirlpool: 3 years ago

**Social Care Team**

Hey cappa, we value your time and would like to look into the concerns with your appliance. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2021, source[199]

[198] Whirlpool Model: WRS588FIHB, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-28-cu.-ft.wrs588fihb.html

[199] *Supra* note 198.

**Mr. Horn**

Colorado

Review 1

Vote 1

**Side by side**

3 years ago

It's hard to put a rate on this, but I can say I'm a little disappointed after only owning it for 2 years the ice maker quit working. Couldn't be thankful enough for the guy who posted pictures of the issue that had the same problem (THANK YOU!) This shouldn't of happened for the price of this refrigerator especially after only 2 years. I fixed the broken wire and it's working again, but now in the back of my head I'm wondering what's next with those wires.

No, I do not recommend this product.

Originally posted on 36-inch Wide Side-by-Side Refrigerator - 28 cu. ft.

Helpful? (1) (0) Report

Value 3.0

Design 3.0

Ease of Use 5.0

Innovation 4.0

Response from Whirlpool: 3 years ago

**social care team**

Hey Mr. Horn, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa/ or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2021, source[200]

**Julieanna**

Riverside CA

Review 1

Vote 1

**Apparent Design Flaw! Would like help!**

3 years ago

This refrigerator has been great, however after 2 years all the wiring crimped beneath the freezer door, now wires are breaking and this is a flaw of some sort? I'm shocked and really upset because I loved this refrigerator. Will whirlpool address this? It appears we need it replaced.

No, I do not recommend this product.

Helpful? (1) (0) Report

Response from Whirlpool: 3 years ago

**social care team**

Hey Julieanna, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2021, source[201]

**Eggdrop**

South Carolina

Review 1

Vote 1

**Looks nice**

3 years ago

Don't like it , noisy making ice , can't move the shelves, wire to ice maker keeps breaking every few months got to make a repair

No, I do not recommend this product.

Originally posted on 36-inch Wide Side-by-Side Refrigerator - 28 cu. ft.

Helpful? (1) (0) Report

Value 4.0

Design 1.0

Ease of Use 4.0

Innovation 1.0

Response from Whirlpool: 3 years ago

**social care team**

Hey Eggdrop, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2021, source[202]

---

[200] *Supra* note 198.
[201] *Supra* note 198.
[202] Whirlpool Model: WRS588FIHZ,

**Suburban homeowner**

INCENTIVIZED REVIEW

Philly

Review 1

Votes 0

★★★☆☆

**Nice size but ice maker a problem**

3 years ago

Large side by side that works well but was a replacement because normal operation of freezer door stresses wire garner for ice maker

No, I do not recommend this product.

Helpful? (0) (0) Report

Value 3.0

Design 2.0

Ease of Use 4.0

Innovation 3.0

2021, source[203]

**The force**

Marietta, ga

Review 1

Votes 0

★★☆☆☆

**Needed 2 repairs in first 2 years**

3 years ago

After 1 year, had to have the air circulating fan replaced, cost to fix $437. After 2 years, wiring harness on bottom of freezer that controls ice maker and water dispenser failed due to wires being pinched and split due to freezer door opening and closing. Tech trying to splice wires, cost so far $125. Very poor design and poor quality wires. Whirlpool should take note of wiring harnesses in car doors and model after that.

No, I do not recommend this product.

Helpful? (0) (0) Report

Value 2.0

Design 2.0

Ease of Use 5.0

Innovation 2.0

Response from Whirlpool: 3 years ago

**social care team**

Hey The force, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa/ or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2021, source[204]

---

https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-28-cu.-ft.wrs588fihz.html

[203] *Supra* note 202.

[204] *Supra* note 202.

MickeyLou

Georgetown, TX

Review 1

Votes 0

★☆☆☆☆

**Poorly Constructed**

3 years ago

We bought this 2 years ago through Best Buy along with the Best Buy 5-year extended warranty. In March 2020 the icemaker stopped working. I know we are living in an unprecedented time, HOWEVER, I called Best Buy to get the warranty work done. I was routed to 5 different departments, nobody knew what to do, and finally one person said they would have their warranty department call me in 3 to 5 business days. By the middle of April I hadn't been contacted. Going forward from there after 2 days of about 4 hours each day on hold, I finally spoke with customer service who made arrangements for the repair person. On the day of the service appointment the service man called and said his truck had broken down on the freeway and he would be here the next day between noon and 5:00 p.m. At 4:45 p.m. he called and said his truck was still in for repair and he would see us Monday morning. He showed up on Monday morning, fiddled around with the icemaker for about 5 minutes and said a valve needed to be replaced and said he would order that. Thereafter I called his number once a week for 3 weeks and he never returned our call. To this day (July 15th) he still hasn't returned our call. I got fed up and in June I called a local Whirlpool appliance repair company and they sent a repairman out the next day (to the tune of $125) and he had equipment that tested the refrigerator and said that it was not the valve but the wiring in the door; further, that it would cost less to buy a new refrigerator than to replace the freezer door. I wrote a letter to Best Buy asking for assistance, along with being on the telephone with them about 6 times, once was 4 hours on hold and I was busy working on my computer so I didn't mind being on hold --- the times being what they are. Finally, I was informed that this matter "would be sent up the line for immediate attention," and that I would be hearing from customer service within the next 3 to 5 business days. It's now July 15th and no one has called. After researching this refrigerator I found out that Whirlpool knows that the icemaker in the freezer door is a problem but it's cheaper for them to repair it than to fix the issue. The wiring that makes the icemaker work wears out with the opening and closing of the freezer door and eventually the water dispenser will stop working as well. We have given up and have ordered a Frigidaire without an icemaker in the door of the freezer and one with great reviews and Consumer Reports recommendations. Lately, I noticed that the refrigerator smells of fish and we don't eat fish at home. I got out the instruction manual AGAIN and found no information on an air filter even though there is an "AirFlow" box in the upper portion of the refrigerator. I went online and research indicated that information regarding the AirFlow filter could be found in the Installation Instructions.

| Rating | Score |
| --- | --- |
| Value | 1.0 |
| Design | 1.0 |
| Ease of Use | 1.0 |
| Innovation | 1.0 |

Even though there's an AirFlow box, it isn't on every refrigerator. I opened the door on the AirFlow box and found that it is stuffed with a piece of Styrofoam, however there is an indentation where a filter could be placed. I ordered a filter from Whirlpool and it took 3 weeks to get here (I know, it' the pandemic's fault). There was no way to take the Styrofoam out but I did put the filter in the space where it apparently MAY go. A week later and the refrigerator still smells like fish even though I totally cleaned out every nook and cranny that I could find. So, would I recommend this refrigerator to anyone??? Heck NO.

ⓧ No, I do not recommend this product.

Helpful? (0) (0) Report

Response from Whirlpool: 3 years ago

**social care team**

Hey MickeyLou, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa/ or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2021, source[205]

[205] Whirlpool Model: WRS571CIHZ, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-counter-depth-side-by-side-refrigerator-21-cu.-ft.wrs571cihz.html

DTB33

Northern, MI

Review 1

Votes 0

★★☆☆☆

**Broken wires in door**

3 years ago

I purchased this refrigerator in May 2018. Ice maker stopped working in June 2020. Since it was out of warranty I thought the ice maker was broken and I replaced it, didn't correct the problem. Called a repair man, he couldn't fix it. Looked on the web and I saw many posts talking about broken wires at the base of the freezer door by the hinge. Looked at mine and I found three broken wires. This appears to be a common problem with this side by side but Whirlpool won't address the issue. I can't replace the wire harness since it is molded into the door. Looking for Whirlpool to replace the door or the refrigerator.

Value 3.0

Design 1.0

Ease of Use 5.0

Innovation 2.0

No, I do not recommend this product.

Helpful? (0) (0) Report

Response from Whirlpool: 3 years ago

**social care team**

Hey DTB33, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2021, source[206]

DTB1

Northern MI

Review 1

Votes 0

★☆☆☆☆

**Broken wires at freezer door base**

3 years ago

I bought this refrigerator in May 2018. Within 2 years the wires at the bottom of the freezer door began to break. They are either being cut or stretched. This is a moderate use refrigerator, two adults in the house. This is a common issue based on the amount of other complaints on the web. Whirlpool will not own up to the problem. Very disappointed in the design and lack of concern by Whirlpool.

Value 2.0

Design 1.0

Ease of Use 5.0

Innovation 1.0

No, I do not recommend this product.

Helpful? (0) (0) Report

Response from Whirlpool: 3 years ago

**social care team**

Hey DTB1, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2021, source[207]

**Poor unsafe design**

Anyone want to start a class action lawsuit on whirlpool? They have failed to acknowledge a known product defect that poses safety concerns. They're bot will likely pust. This fridge is a safety hazard. The wiring harness fails and ice maker stops. I have money and I'm willing to sue whirlpool if others join me.

**Submitted** 3 years ago
**By** Ready to litigate
**From** Tulsa oklahoma

Verified Buyer

Reviewed at whirlpool.com/




**Bottom Line** No, I would not recommend to a friend

**Was this review helpful to you?** 1 0 Flag this review

206 *Supra* note 206.

207 Whirlpool Model: WRS571CIDM, https://www.consumerreports.org/appliances/refrigerators/whirlpool-wrs571cidm/m285060/#section:user-reviews

2021, source[208]

**Ice Maker Wiring Problem**

We have had ours for 4.5 yrs and loved it up until yesterday when the ice maker stopped working. I checked out many videos and thought it was a valve issue but then I ran across these reviews and learned how others had the same issue and found the problem to be the wiring harness wire breakage...got down on my knees and found the same thing..one wire, the black one was cut As others have said, this was clearly a design problem and could have easily been changed. Just strange that it happens after different time periods for us. I know it is out of warranty but still wish Whirlpool would do something about it.

**Submitted** 3 years ago
**By** Ozzie
**From** Boise, Idaho
Verified Buyer
Reviewed at whirlpool.com/

**Bottom Line** No, I would not recommend to a friend

**Was this review helpful to you?** 0 0 Flag this review

2021, source[209]

**Do not buy**

Same problem as others wiring broken at bottom of freezer door.NO ICE maker **** poor quality and no help from whirlpool...

**Submitted** 3 years ago
**By** KenR
**From** undisclosed
Verified Buyer
Reviewed at whirlpool.com/

**Bottom Line** No, I would not recommend to a friend

**Was this review helpful to you?** 1 0 Flag this review

2021, source[210]

★☆☆☆☆ **Ice maker stopped working, broken wires**

"Ice maker stopped working, tried everything to troubleshoot problem. Turns out the wiring harness on freezer door has broken wires. The way the harness is installed the wires stretch and break when freezer door is open. I'm apparently not the only one having this issue. I wouldn't recommend this product, and I want Whirlpool to make it right."



Originally posted on whirlpool.com Whirlpool

**Steveo64**, Modesto, CA
Posted 3 years ago
**Recommends: No**

2021, source[211]

[208] *Supra* note 207.
[209] *Supra* note 207.
[210] https://www.ajmadison.com/cgi-bin/ajmadison/WRS571CIDM.html
[211] Kitchen Aid Model KRSF505ESS, https://www.kitchenaid.com/major-appliances/refrigeration/freestanding-refrigerators/freestanding-side-by-side/p.24.8-cu-ft.-side-by-side-refrigerator-with-exterior-ice-and-water-and-printshield-finish.krsf705hps.html

wiring harness
INCENTIVIZED REVIEW
Review 1
Votes 4

**Poorly designed/manufactured wiring harness**

3 years ago

This KitchenAid refrigerator model #KRSF705HPS is a replacement for a 2 year KitchenAid refrigerator model #KRSF505ESS. The 2 year old unit had a manufacturer's defect in the wiring harness (not covered by the manufacturer's warranty). The wiring harness connecting the refrigerator to the freezer door failed. The wiring harness failed, from merely opening and closing the freezer door. The wiring harness cover split open, exposing the wires. The wires, over time, failed from being bent back and forth. Just from merely opening and closing the freezer door. An expensive refrigerator to fail after just 2 years, because of a poorly designed/manufactured wiring harness.

No, I do not recommend this product.

Helpful? (4) (0) Report

Features 4.0
Innovation 3.0
Sound Levels 3.0
Capacity 4.0

Response from KitchenAid: 3 years ago

**social care team**

Hello wiring harnessy, thank you for your review. We sincerely apologize for the concerns with your Refrigerator and would like to review this further for you. Please call us directly at 1(800) 422-1230. Or reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

2021, source[212]

Nitajean02
Centrahoma OK

**PIECE OF JUNK**

3 YEARS AGO

We bought this refrigerator six months ago. The ice maker is a piece of trash. We've already had one service call. We need another service call for it but good luck getting in touch with Customer Service. Every call we make ends up with being on hold for at least 20 minutes. That ends in frustration. We spent a lot of hard earned money for this refrigerator and wish we could get a total refund so we could purchase a dependable brand. So, Maytag, don't brag about dependability and customer service that is non-existent. If we could give negative number of stars, we would.

No, I do not recommend this product.

Helpful? (3) (0) Report

Quality 1.0
Value 1.0
Design 1.0
Ease of Use 1.0

Response from Maytag: 3 YEARS AGO

**social care team**

Hi Nitajean02, thanks for the review. We regret to hear that your Refrigerator is not living up to your standards and are happy to look into this with you. Please reach out to us directly at 1-800-344-1274, via Facebook https://www.facebook.com/maytag or Twitter @MaytagCare. Let's see what we can do for you!

2021, source[213]

[212] MayTag Model MSS25C4MGB, https://www.maytag.com/kitchen/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-with-exterior-ice-and-water-dispenser-25-cu.-ft.mss25c4mgb.html

[213] https://www.bestbuy.com/site/reviews/whirlpool-20-6-cu-ft-side-by-side-counter-depth-refrigerator-stainless-steel/6136704?variant=A&skuId=6136704&searchText=wire&sort=BEST_MATCH


**Junk workmanship**

Verified Purchase | Posted 3 years ago. Owned for 7 months when reviewed.
This reviewer received promo considerations or sweepstakes entry for writing a review.

I bought this frig in April, 2019. Today the ice maker stopped working. I called Whirlpool and they said you bought it you eat it. I called local serviceman and he explained that what was wrong with the ice maker was faulty wiring by Whirlpool. It is a manufacturing defect. The wiring to the ice maker has to be replaced. A $1400 refrigerator that last almost two years is not a good buy. So buy another brand that is not made by Whirlpool.

No, I would not recommend this to a friend

Helpful (0) Unhelpful (1) Report

**Brand response from WhirlpoolTeam**

Posted 3 years ago.

Hi, we value your time and would like to look into the concerns with your appliance. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

Whirlpool

Comment

265. In 2021, one consumer reported that he contacted Whirlpool, and Whirlpool informed him that the broken wires were a "common problem" and that "it has been a discontinued design."[214]


Ron M
INCENTIVIZED REVIEW
Newark, DE
Review 1
Votes 2

**Very disappointed**

3 years ago

I've had this refrigerator for just over 14 months and the freezer door ice maker and water dispenser stopped working. I called and was told that it was not going to be covered. It turned out to be the wiring harness had broken from being opened up. The parts department said that this is a common problem...and it has been a discontinued design. I had to escalate this issue to get some satisfaction I won't by or recommend another Whirlpool product

No, I do not recommend this product.

Originally posted on 36-inch Wide Side-by-Side Refrigerator - 28 cu. ft.

Helpful? (2) (0) Report

Value 1.0
Design 1.0
Ease of Use 3.0
Innovation 1.0

Response from Whirlpool: 3 years ago

**social care team**

Hey Ron M, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

266. Similarly, in 2021, a consumer reported the Defect to Whirlpool, and Whirlpool's "customer service rep has told me this is a problem and they receive call[s]."[215]

---

214 *Supra* note 198.
215 https://www.bestbuy.com/site/reviews/whirlpool-20-6-cu-ft-side-by-side-counter-depth-refrigerator-stainless-

**Freezer Door Design Flaw-Non Functioning Ice Maker**

**Verified Purchase** | Posted 3 years ago. Owned for more than 2 years when reviewed.
This reviewer received promo considerations or sweepstakes entry for writing a review.

At month 14 of owning, the ice maker quit working. After googling, I quickly found other reviews with the same problem. The hard plastic around the freezer door hinge pinches the wiring component and eventually cuts the wires. Initially the ice machine quit working and now the entire mechanics of the ice maker is defective. I have called Whirlpool several times to check on a recall but there are none at this time. The customer service rep has told me this is a problem and they receive call. Unfortunately Whirlpool has been of no help in offering fix and I have a non-functioning ice maker after 1 year. I could never recommend this and would have a hard time recommending or buying future Whirlpool products.



✕ No, I would not recommend this to a friend

Helpful (34) | Unhelpful (0) | Report

**Brand response from WhirlpoolTeam**

Posted 3 years ago.

Hi DKMc, we value your time and would like to look into the concerns with your appliance. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

Whirlpool

Comment | Show comments (4)

267. Similarly, in 2021, one consumer reported that in 2018 she experienced the Defect in her prior 2016 KitchenAid model, and Whirlpool offered that she could pay $1,200 to replace her freezer door or Whirlpool would sell her a new fridge "at wholesale." She opted for the latter and purchased a new KitchenAid in 2018. By 2020, her ice maker in her new refrigerator failed because of the same Defect.[216]

steel/6136704?variant=A&skuId=6136704&searchText=wire&sort=BEST_MATCH

[216] KitchenAid Model: KRSC703HPS/HBS, https://www.kitchenaid.com/major-appliances/refrigeration/refrigerators/side-by-side-refrigerators/p.22.6-cu-ft.-counter-depth-side-by-side-refrigerator-with-exterior-ice-and-water-and-printshield-finish.krsc703hps.html

**P Auerbach**

Columbus, Ohio

Review 1

Vote 1

★☆☆☆☆

**Can't Trust KitchenAid Don't Buy one!**

3 years ago

I purchased model KRSC503 in 2016 (22 CF side by side now different model number) and in 2018 just after the warranty expired the through the door ice maker broke- due to a faulty designed wiring harness. A replacement door was $1200 and KitchenAid graciously offered to sell me a new unit at wholesale and this time I purchased the extended warranty. In December of 2020- guess what? the Ice dispenser broke. In April they shipped out a new door but it was dented so the appliance repair service sent it back- Now its June 14, 2021 and the ice maker broke. I have been on hold with the extended folks for over one hour and have no idea how this is going to turn out!

No, I do not recommend this product.

Originally posted on 22.6 cu ft. Counter-Depth Side-by-Side Refrigerator with Exterior Ice and Water and PrintShield™ finish

Helpful? (1) (0) Report

Features 3.0

Innovation 3.0

Sound Levels 3.0

Capacity 3.0

Response from KitchenAid: 3 years ago

**social care team**

Hello P Auerbach, thank you for your review. We sincerely apologize for the concerns with your Refrigerator and would like to review this further for you. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

268. Other Whirlpool consumers reported the same Defect across multiple Whirlpool refrigerators that they owned within the last several years.[217]

**Sjmick the potato farmer**

Idaho Falls Idaho

Review 1

Votes 0

★☆☆☆☆

**Poor design**

3 years ago

I've owned 2 of KitchenAid's side by side refrigerators. And both of them had the exact same failure. The fridge itself works great but the design where the electrical and water comes from the fridge into the door on the left is terrible. The wires on the bottom far left get pinched and eventually break or get cut by the simple act of opening and closing the freezer door. I had high hopes that KitchenAid had resolved this problem but alas they have not! A housewife could better engineer this electrical issue.

No, I do not recommend this product.

Helpful? (0) (0) Report

Features 1.0

Innovation 1.0

Sound Levels 5.0

Capacity 5.0

Response from KitchenAid: 3 years ago

**social care team**

Hello Sjmick the potato farmer, thank you for your review. We sincerely apologize for the concerns with your Refrigerator and would like to review this further for you. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

[217] *Supra* note 216.

Kitchen junk aid
INCENTIVIZED REVIEW
Sugar Hil
Review 1
Votes 0

★☆☆☆☆
**3rd times a charm**
3 years ago

This is the 3rd refrigerator of this model we have purchased. The first one completely failed after thee years. The second was delivered and the ice maker did not work. Two visits later from the authorized service dealer and a new door needs to be ordered and installed. A new door needs to be installed beach's the ice dispenser cannot be corrected without the replacement of the door due to wiring from the manufacturer. ( I would order another counter depth refrigerator but the kitchen was built around the dimensions to accommodate this KitchenAid.

No, I do not recommend this product.

Helpful? (0) (0) Report

Features 5.0
Innovation 3.0
Sound Levels 5.0
Capacity 5.0

Response from KitchenAid: 3 years ago

**social care team**

Hello Kitchen junk aid, thank you for your review. We sincerely apologize for the concerns with your Refrigerator and would like to review this further for you. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

269. In 2021, Whirlpool repair technicians reported to consumers that the Defect was "common problem that Whirlpool knows about." [218]

RDN1
Bellevue WA
Review 1
Votes 0

★★☆☆☆
**Get the (maximum) Extended Warranty!**
3 years ago

We have had this model since July 30, 2019. Recently the icemaker stopped working. Of course it is out of warranty. I did not buy the extended warranty; in my opinion you should not need to for a quality refrigerator. The repair guy came today, and he knew without looking *exactly* what the problem was; broken wires in the lower freezer hinge. According to him this is a (very) common problem that Whirlpool knows about. The Repair Tech spliced the wires back together, which is a short term fix. The long term fix involves a New Freezer Door, to the tune of about $1000.00 for parts & labor! No thanks, we will wait for Home Depot to have a sale. This time we will get the maximum extended warranty available. What a shame - another example of Poor Engineering.

No, I do not recommend this product.



Helpful? (0) (0) Report

Value 3.0
Design 1.0
Ease of Use 5.0
Innovation 4.0

Response from Whirlpool: 3 years ago

**social care team**

Hey RDN1, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2021, source[219]

---

[218] *Supra* note 202.
[219] *Supra* note 202.

Mr Johns

Las Vegas Nevada

Review 1

Votes 0

**There should be a recall on the freezer door**

3 years ago

I purchased this refrigerator 2 years ago but the Ice Maker stopped working 1 year and 8 months after having this in my home. I had several service appliance company even there certified service company coming to check what was wrong and they all tell me the entire freezer door needs to be ordered because the wiring harnesses at the bottom of the door gets damaged because it travels thru the bottom door pivot. I was told this always happens with this refrigerator so don't call whirlpool they say there is nothing wrong with this refrigerator. They have relocated the wiring to a new location.

No, I do not recommend this product.

Helpful? (0) (0) Report

Value 4.0

Design 1.0

Ease of Use 5.0

Innovation 3.0

Response from Whirlpool: 3 years ago

**social care team**

Hey Mr Johns, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa/ or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2021, source[220]

Frank & Londa

INCENTIVIZED REVIEW

San Jose

Review 1

Votes 0

**Bad design for Ice Maker**

3 years ago

Overall, we like our refrigerator, but were very disappointed that the ice stop working in less than a year, but the warranty didn't apply becasue we bought it on Black Friday 2019 and because of COVID the refrigareator wasn't installed until May 2020. We had to pay an appliance person $480 to fix it. He said it was a bad design. The wires to the ice maker rub against a plastic part on teh bottom and slowly cut them. He said he has done this repair many times.

No, I do not recommend this product.

Originally posted on 24.8 cu ft. Side-by-Side Refrigerator with Exterior Ice and Water and PrintShield™ Finish

Helpful? (0) (0) Report

Features 3.0

Innovation 2.0

Sound Levels 4.0

Capacity 4.0

Response from KitchenAid: 3 years ago

**social care team**

Hello Frank & Londa, thank you for your review. We sincerely apologize for the concerns with your Refrigerator and would like to review this further for you. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

270. Further evidencing that Whirlpool long had knowledge of the defect, a few consumers reported that when the defect arose, Whirlpool offered replacement doors as the only solution, but the cost of the door and/or installation was cost prohibitive.

2021, source[221]

[220] Kitchen Aid Model KRSF705HPS, https://www.kitchenaid.com/major-appliances/refrigeration/freestanding-refrigerators/freestanding-side-by-side/p.24.8-cu-ft.-side-by-side-refrigerator-with-exterior-ice-and-water-and-printshield-finish.krsf705hps.html

[221] *Supra* note 202.

**strangebrew006**

Wisconsin

Review 1

Votes 0

★★★☆☆

**Great until ice maker went out**

3 years ago

Bought in September of 2017. Had been really great but in September of 2020 the ice maker stopped working. Turns out the wires going into the door were severed, this was apparently a design flaw that has since been fixed but the fix was to replace the door. Extended warranty(I usually don't buy but always heard the ice makers going on refrigerators) found that the cost to replace the door was almost as much to replace the whole thing so now we have to go pick out a new fridge. The same model we have is selling for almost $500 more than back then. Yikes!

Helpful? (0) (0) Report

Value 3.0

Design 3.0

Ease of Use 4.0

Innovation 3.0

2021, source[222]

**JCKallie**

Brookfield, WI

Review 1

Vote 1

★☆☆☆☆

**Freezer Door Design Defect**

3 years ago

Purchased this unit in September 2017. Liked the lighting, layout and finger-print resistant cover. A little over two-years into ownership the ice machine stopped working completely. Quickly discovered the plethora of negative reviews with customers experiencing the same problem. Turns out, the wires for the freezer door unit run through the bottom crease of the door and are large, unprotected and susceptible to being pinched upon repeatedly opening the freezer door. This is a design flaw without question. It is also a problem that can only occur after extended usage. While I could see the problem myself, when I called Whirlpool they required a service tech come out and formally diagnose the problem. This cost me $150 out of pocket. After the tech diagnosed the problem I had already reported, Whirlpool quickly and without hesitation offered to pay for the replacement door (the only fix for the problem and a $800 part). However, they refused to pay for the installation cost. Their rationale – the item was out of warranty. This makes no sense. First, this is a design defect, one they have since fixed and redesigned to avoid. So warranty is irrelevant. Second, this is a problem that is incapable of occurring within warranty because it is only after extended usage that you even realize the problem is occurring. So again, warranty is irrelevant as there is no way this problem could have occurred within a one-year period. Third, why offer to pay for an $800 door for an "out of warranty" issue, but then refuse to go the extra customer-service mile and not pay for the $150 installation cost and cite the warranty as the excuse for that particular portion of the cost? Seems like an all or nothing scenario? I called Whirlpool twice, as this all seemed like an obvious decision to me but they insist that they will not cover the installation cost and that I need to bear the burden of some of the cost for their design defect. Conclusion – do NOT buy this unit unless you are prepared to pay $1000 to fix it two to three years after purchase. Refrigerators should last far longer than that without issue. Unfortunately, this has tarnished my perception of Whirlpool.

Helpful? (1) (0) Report

Value 1.0

Design 1.0

Ease of Use 1.0

Innovation 1.0

Response from Whirlpool: 3 years ago

**social care team**

Hey JCKallie, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2021, source[223]

---

[222] *Supra* note 202.
[223] Maytag Model: MSC21C6MFZ, https://www.maytag.com/kitchen/refrigerators/side-by-side/p.36-inch-wide-counter-depth-side-by-side-refrigerator-21-cu.-ft.msc21c6mfz.html

Anonymous

INCENTIVIZED REVIEW

Indiana

**ONLY LASTED 2 YRS**

3 YEARS AGO

I bought this refrigerator in May of 2018 and the wires in the lower-left corner of the freezer side are pinched by the door opening and closing resulting in cut wires. You have to replace the entire door to fix the issue. The door costs as much as the fridge. Don't Buy!

No, I do not recommend this product.

Helpful? (6) (0) Report

Quality 1.0

Value 1.0

Design 1.0

Ease of Use 4.0

Response from Maytag: 3 YEARS AGO

social care team

Hi Brian, thanks for the review. We regret to hear that your Refrigerator is not living up to your standards and are happy to look into this with you. Please reach out to us directly at 1-800-344-1274, via Facebook https://www.facebook.com/maytag or Twitter @MaytagCare. Let's see what we can do for you!

2021, source[224]

bilanchi

Erie, CO

Review 1

Votes 0

**The wire in the door to the ice maker is broken.**

3 years ago

Potential Buyers Beware! The fridge is only 3-1/2 years old and the ice maker stopped working. After two visits from a local service company we were told the wire in the door that controls the ice maker is broken and we'd need a new door to fix the problem. A new door installed is only going to cost $1,800, yes that's right, $1,800. You have to be kidding me!

No, I do not recommend this product.

Helpful? (0) (0) Report

Features 4.0

Innovation 1.0

Sound Levels 3.0

Capacity 3.0

Response from KitchenAid: 3 years ago

Social Care Team

Hello bilanchi, thank you for your review. We sincerely apologize for the concerns with your Refrigerator and would like to look further into this for you. Please feel free to reach out to us directly at 1-800-422-1230, via Facebook https://www.facebook.com/KitchenAid/ or Twitter @KitchenAidCare. We look forward to speaking with you.

2021, source[225]

Amylax

Review 1

Votes 8

**Do not buy!**

3 years ago

I repeat DO NOT BUY THIS! First of all the refrigerator freezes with blocks of ice in the sides for no reason, even when it is set at optimal temperature. The wires on the bottom of the freezer broke out of no where so now the ice machine doesn't work. If you're going to BUY a refrigerator make sure you get the extended warranty because was told to buy a whole new refrigerator because repair cost would be $1600. WHICH IS INSANE. DONT waste your money.

No, I do not recommend this product.

Originally posted on 19.9 cu ft. Counter-Depth Side-by-Side Refrigerator with Exterior Ice and Water and PrintShield™ finish

Helpful? (8) (1) Report

Response from KitchenAid: 3 years ago

social care team

Hello Amylax, thank you for your review. We sincerely apologize for the concerns with your Refrigerator and would like to review this further for you. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

---

224 *Supra* note 216.

225 Kitchen Aid Models KRSC700HPS/HBS, https://www.kitchenaid.com/major-appliances/refrigeration/refrigerators/side-by-side-refrigerators/p.19.9-cu-ft.-counter-depth-side-by-side-refrigerator-with-exterior-ice-and-water-and-printshield-finish.krsc700hps.html

2021, source[226]

**AndyH**

Salem, OR

★☆☆☆☆

**POTENTIAL BUYER BEWARE!!!**

3 YEARS AGO

We owned this refrigerator for 2 years now and it's no longer making ice and the auger in the ice bucket stopped working as well. We paid $109 to have it diagnosed and ended up replacing the main control computer board, the entire ice maker assembly and the front control panel board. None of these factory brand new whirlpool parts resolved the issue. After all that the tech removed the bottom wiring cover and noticed that some of the wiring was damaged due to cheap wiring and bad design. He was able to splice some of the wires together which made the auger motor work now but still no ice is being produced. He basically gave up and said that the entire wiring could be faulty or damaged and the only way to get that resolved is by getting an entire new door assembly. With labor to install that would exceed the cost of a new unit. All this at a ripe age of 2 years old. We read online that lots of people had similar problems, some got lucky and had it fixed under warranty. I'm warning you to stay away from this unit, we definitely won't be purchasing another Maytag or Whirlpool fridge (Maytag is now owned by Whirlpool). They definitely don't make them like they used to. The Maytag service guy is no longer bored, he's busy trying to fix these things.

Quality 1.0

Value 2.0

Design 1.0

Ease of Use 4.0

No, I do not recommend this product.

Helpful? (2) (0) Report

Response from Maytag: 3 YEARS AGO

**Social Care Team**

Hi AndyH, thanks for the review. We regret to hear that your Refrigerator is not living up to your standards and are happy to look into this with you. Please reach out to us directly at 1-800-344-1274, via Facebook https://www.facebook.com/maytag/ or Twitter @MaytagCare. Let's see what we can do for you!

November 29, 2021, source[227]

**major design flaw**

**Amar**

November 29, 2021

★★★☆☆ Would Not Recommend

We chose this refrigerator as part of a new home in February 2018. In October 2021, just about 3.5 years later, the ice dispenser stopped working because of well-reported design flaw in the wiring going into the freezer door. Repeated opening/closing of the freezer door results in wear and tear of the wires. Opting not to repair this (about $1200-$1400 including labor) is not wise because the entire CPU for the fridge runs from that wiring. Do not buy (or get the warranty). Other than this major issue - great fridge LOL. Hoping Kitchen Aid reimburses us for parts. On hold with them now.

271. Even if a customer was willing to pay for the replacement door, the replacement doors were on back order for months on end.

2021, source[228]

[226] MayTag Model MSS25C4MGZ, https://www.maytag.com/kitchen/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-with-exterior-ice-and-water-dispenser-25-cu.-ft.mss25c4mgz.html

[227] KitchenAid Model KRSC503ESS, https://www.lowes.com/pd/KitchenAid-22-7-cu-ft-Counter-depth-Side-by-Side-Refrigerator-with-Ice-Maker-Monochromatic-Stainless-Steel/50398842

[228] *Supra* note 198.

Disappointed

Florida

Review 1

Votes 2

★★★☆☆

**Design Flaws**

3 years ago

Loved the fingerprint black stainless, side by side design and most else about this refrigerator purchased in Feb 2018. However, it has bad design flaws. There is a wiring harness that is exercised everytime the freezer side is opened (You can see if you get on the floor with a flash light and a mirror). In time the wires break. Ours started with ice maker breaking. Got new ice sub assy and replaced the guts that fixed the manufacture of ice. The dispenser has not worked since before XMAS because of the wiring harness issue. And yes under warranty it would be fixed. However, the repair contractor had to order an entire door (!) from out of the country and that was in October 2020 and now in Feb 2021 still no replacement parts and no est delivery date. Oh and it freezes the eggs and is noisier than others we've had but those are minor annoyances. We are not waiting any longer because next wire that breaks the entire fridge goes so we purchased a new different model (not Whirlpool) refrigerator that will be delivered Saturday. Seems like our appliances that used to last DECADES are now only lasting years. . . They should not be disposable items.

No, I do not recommend this product.

Helpful? (2) (0) Report

| | |
|---|---|
| Value | 3.0 |
| Design | 2.0 |
| Ease of Use | 5.0 |
| Innovation | 4.0 |

2021, source[229]

Lane21002

Utah

Review 1

Vote 1

★☆☆☆☆

**Dead after two years**

3 years ago

We've had it for 2 years. The ice maker stopped working and I noticed the wires in the bottom hinge of the freezer are all breaking. A repairman said we have to replace the whole door, and it will cost $900+, and the part won't come for a few months. The manufacturer hasn't responded.

No, I do not recommend this product.

Helpful? (1) (0) Report

| | |
|---|---|
| Value | 2.0 |
| Design | 1.0 |
| Ease of Use | 4.0 |
| Innovation | 1.0 |

Response from Whirlpool: 3 years ago

**social care team**

Hey Lane21002, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly at 1-800-253-1301, via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2021, source[230]

LEA75

York, PA

Review 1

Votes 0

★☆☆☆☆

**Poor design for ice make**

3 years ago

Bought this unit in early 2018. Ice maker stopped working on Chrismas Eve. Three technician visits later we learned that the entire freezer door must be replaced because there Ice maker stopped working on Christmas Eve. After 3 technician visits and 2 mis-diagnoses, we learned that the root cause is attributed to faulty wiring inside the freezer door. We discovered this to be a common problem with this model. The cost of a door is over $1000 and it's out of stock indefinitely due to covid and manufacturing delays coupled with import complications. We've been without ice for over 3 months and have no idea when we'll be able to get this resolved. Very disappointing.

No, I do not recommend this product.

Originally posted on 22.6 cu ft. Counter-Depth Side-by-Side Refrigerator with Exterior Ice and Water and PrintShield™ finish

Helpful? (0) (0) Report

| | |
|---|---|
| Features | 3.0 |
| Innovation | 3.0 |
| Sound Levels | 4.0 |
| Capacity | 4.0 |

Response from KitchenAid: 3 years ago

**social care team**

Hello LEA75, thank you for your review. We sincerely apologize for the concerns with your Refrigerator and would like to review this further for you. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

---

[229] *Supra* note 202.
[230] *Supra* note 216.

2021, source[231]


★☆☆☆☆ Dissatisfied customer · 3 years ago

Avoid this refrigerator and save yourself headache

We have had this for 18 months and ice maker stopped working due to a known defect in the wiring. Fortunately Buying this at Costco, we have a second year of warrenty. It doesn't help much though. We have been waiting for 12 weeks for a replacement door from Whirlpool and the only answer we get is it will be here when it shows up. We have a very expensive refirgerator without an icemaker. Even if Whirlpool decides to finally service its defective product it's gon to break again in a year or two anyway because the wiring is known to be defective in this model. Basically you are buying this for a couple of years of satisfactory service.

**Recommends this product** ✗ No

Helpful? Yes · 25 No · 2 Report

Response from Costco Wholesale:

Moderation Team · 3 years ago

Hello and thank you for your review. We apologize for the ongoing delays. We reached out to Costco Concierge Services for an update. They provided the following response.

"Our member last contacted us in December 2020, where he advised that the icemaker had stopped working. The member was placed in contact with WP and service was set up. Whirlpool manufactures their own doors with a usual turnaround time of 8-10 weeks for manufacturing and shipping. With COVID delays, this has been extended to 12 weeks in more recent cases. We will communicate with WP for an update to be sure things are moving along."

We appreciate your patience as we work with our supplier to get a new door to you as soon as possible. If you need us in the meantime, please contact us at https://customerservice.costco.com/app/answers/detail/a_id/8162

272. Consumers continued to report the Defect online to Whirlpool in 2022.

February 15, 2022, source[232]


★☆☆☆☆ Feb 15, 2022

**Beware the ice maker**

We have has this fridge f or about three years now and the ice maker has broken 4 times . First time tey replaced the door that was under warranty the otger times have been us is to fix.Pure junk dont buy .

by chapman007

**Response from KitchenAidTeam** Hide

Feb 15, 2022

Hello chapman007, thank you for your review. We sincerely apologize for the concerns with your appliance and would like to review this further for you. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

February 18, 2022, source[233]

---

231 https://www.costco.com/whirlpool-21-cu.-ft.-counter-depth-side-by-side-refrigerator-with-frameless-glass-shelves.product.100401792.html.

232 KitchenAid Models KRSC703HPS/ KRSC703HPSHBS, https://www.homedepot.com/p/KitchenAid-36-in-W-22-6-cu-ft-Side-by-Side-Refrigerator-in-Stainless-Steel-with-PrintShield-Finish-Counter-Depth-KRSC703HPS/310828100

233 Whirlpool Model: WRSF588FIH, https://www.lowes.com/pd/Whirlpool-28-4-cu-ft-Side-by-

**Bad design, poorly assembled!**

Avoidthisrefrigerator
February 18, 2022

★☆☆☆☆

21/2 yr old refrigerator, ice maker stopped working due to frayed wires constantly rubbing on bottom hinge! Sure you can solder them but given the location they will just wear out again. One look on the internet & you will see this is a common defect. Even with a door replacement it is just a matter of time, 2k for garbage. Very disappointed.



Was this Review Helpful ? (5) | (1) | Report

**Response from WhirlpoolTeam**

WhirlpoolTeam
February 21, 2022

Hey Avoidthisrefrigerator, we completely understand your frustrations and apologize for any inconvenience this situation may have caused you. To easily schedule service online with one of our Local Certified Technicians, please visit the following link and select "Schedule Service" from the options listed. https://bit.ly/34dxt1A

— Read Less

February 28, 2022, source[234]

Side-Refrigerator-with-Ice-Maker-Fingerprint-Resistant-Stainless-Steel/1000236845

[234] MayTag Model: MSC21C6MFZ, https://www.homedepot.com/p/Maytag-21-cu-ft-Side-by-Side-Refrigerator-in-Fingerprint-Resistant-Stainless-Steel-Counter-Depth-MSC21C6MFZ/301066300?mtc=SEM-CM-CML-GGL-D29A-029_013_REFRIG-NA-MULTI-NA-DSA-5163653-NA-NA-NA-NBR-NA-NA-NA-MajorAppl&cm_mmc=SEM-CM-CML-GGL-D29A-029_013_REFRIG-NA-MULTI-NA-DSA-5163653-NA-NA-NA-NBR-NA-NA-NA-MajorAppl-71700000032417787-58700003839021362-39700078591423272&gad_source=1&gclid=CjwKCAjwmYCzBhA6EiwAxFwfgPmKbtrNgBjKncRnwhckWfJoNJ-9sjTXipLy3XaVkaiyVNCMzmP1iRoCCWkQAvD_BwE&gclsrc=aw.ds

★☆☆☆☆ Feb 28, 2022

**Completely Disappointed by Maytag**

We bought the Maytag appliance suite in Spring 2018. Water leaked from the dispenser from the beginning. I have had issues with the icemaker not making ice. I would unplug the fridge and it seemed to "reset" it. Then, the top hinge on the freezer door broke off in Fall 2021. Now the ice maker doesn't work at all. Repair guy said it may be the wiring in the door to fix the icemaker $3-$400 and it would be $750+ to replace the broken door hinge but it's not in stock so it doesn't matter anyway.

by Disappointed

This review is from 24.5 cu. ft. Side by Side Refrigerator in Black with Exterior Ice and Water Dispenser

**Response from MaytagTeam** Hide

Mar 1, 2022

Hi Disappointed, thanks for the review. We regret to hear that your Refrigerator is not living up to your standards and are happy to look into this with you. Please reach out to us directly via Facebook https://www.facebook.com/maytag or Twitter @MaytagCare. Let's see what we can do for you!

MAYTAG

April 6, 2022, source[235]

★☆☆☆☆ Apr 6, 2022

**waist of money buyer beware**

Had this fridge less than 1 year . Ice maker stopped working . They had to replace whole freezer door because of wirng to the icemaker is on te bottom of door causing the wires to pinch and break two months after warranty expired same thing happened again can replace door for teo thousand indtalled terrible waist of money

by chapman007

**Response from KitchenAidTeam** Hide

Apr 6, 2022

Hello chapman007, thank you for your review. We sincerely apologize for the concerns with your Refrigerator and would like to review this further for you. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

Helpful? 1 found this review helpful

June 7, 2022, source[236]

[235] KitchenAid Models KRSC700HPS/HBS, https://www.homedepot.com/p/KitchenAid-19-8-cu-ft-Side-by-Side-Refrigerator-in-Stainless-Steel-with-PrintShield-Finish-Counter-Depth-KRSC700HPS/311345807

[236] *Supra* note 234.

★☆☆☆☆ Jun 7, 2022

**Ice maker failure**

As reported by multiple reviewers, this model has either a manufacturing or design defect. The wire bundle running underneath the refrigerator and into the left door rubs against a bracket and will eventually wear through the protective jacket and one or more wires. In our case the ice maker stopped dispensing. This is a known problem because the service technician knew what it was right away and found the broken wire in less than 3 minutes. To fix the problem, you have to replace the entire left door assembly. But, it is almost impossible to get a replacement door, which is on backorder. After more than eight months and at least 6 service visits, we were refunded the total price of the refrigerator under Home Depot's extended warranty.

by Mike

Helpful?

July 5, 2022, source[237]

**Whirlpool refrigerator with defective wire design**

Dave
July 25, 2022

★☆☆☆☆ ✕ Would Not Recommend

From whirlpool.com

Wires at bottom of door break leaving no ice maker

**Response from Social Care**

Social Care
August 2, 2022

Hey Dave, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

— Read Less

August 11, 2022, source[238]

**Bad design in wire harness for ice maker**

Truman
August 11, 2022

★☆☆☆☆ ✕ Would Not Recommend

I bought this refrigerator in 2017. Model number is WRS571CIDM02. It stopped making ice this year. Searching from youtube.com, found the reason is ice maker wire harness got cut. Hard to really fix it. Don't buy whirlpool refrigerator.





Was this Review Helpful ? (0) | (0) | Report

August 27, 2022, source[239]

[237] Whirlpool Model: WRS571CIDM, https://www.lowes.com/pd/Whirlpool-20-6-cu-ft-Side-by-Side-Refrigerator-with-Ice-Maker-Monochromatic-Stainless-Steel/50218607

[238] *Supra* note 237.

[239] *Supra* note 234.

★☆☆☆☆ Aug 27, 2022

**Ice maker stopped working after 3 years**

Ice maker stopped working after 3years due to poor design which causing the wires to break at the bottom hinge of the freezer door, cost to repair $1100.00 Maytag refused to split repair cost. John R

by John

This review is from 21 cu. ft. Side by Side Refrigerator in Fingerprint Resistant Stainless Steel, Counter Depth

**Response from MaytagTeam** Hide

Aug 29, 2022

Hey John, we completely understand your frustrations and apologize for any inconvenience this situation may have caused you. To easily schedule service online with one of our Local Certified Technicians, please visit the following link and select "Schedule Service" from the options listed. https://bit.ly/34h7fuZ

MAYTAG

October 18, 2022, source[240]

★☆☆☆☆ Oct 18, 2022



**Fire & Electric Shock Hazard**

I purchased this refrigerator approximately 3 years ago. The ice maker stopped working because the wires at the bottom of the freezer door sheared. The wires sheared due simply to the motion of opening and closing of the freezer door. This is a faulty design and a quick google search shows it's a common problem. The exposed wiring poses a fire and electric shock risk. As a mechanical engineer currently serving as a supplier quality engineer, it is my opinion that this refrigerator should be recalled immediately. Failure to immediately recall this appliance will likely result in a catastrophic failure with potential loss of life. The tepid uncaring response I received from Maytag/Whirlpool will forever tarnish my respect for the company. This product should at least come with a warning label, "Buyer Beware, Opening and Closing the Freezer Door May Result In Fire or Electrical Shock."

by TheLastEagleScout

Helpful? 19 found this review helpful

273. Consumers continued to report the defect directly to Whirlpool in 2022, and in most instances, Whirlpool responded:

2022, source[241]

---

[240] *Supra* note 234.
[241] *Infra* note 252.

Robert

Nashville, TN

Reviews 2

Votes 5

**3 Ice Makers in 2.5 Years**

2 years ago

Wonderful refrigerator! Terrible ice maker. Bought in August 2019. By April, 2022 we are having to replace the ice maker again - that is THREE IN 2 years and 8 months! Also we had to pay to repair broken wires at the bottom of the freezer door (a common problem according to Youtube videos).

No, I do not recommend this product.

Originally posted on 36-inch Wide Side-by-Side Refrigerator - 28 cu. ft.

Helpful? (5) (0) Report

Response from Whirlpool: 2 years ago

**Social Care**

Hey Robert, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2022, source[242]

tharleman

INCENTIVIZED REVIEW

Carmel, IN

Review 1

Votes 3

**Manufacturing defect**

2 years ago

Purchased from Lowes 4/15/2020. Ice maker stopped working around 6/15/2021, 2 months out of warranty. While searching for a new ice maker I found multiple comments that the ice maker may not need replaced. The wiring to the ice maker is bent around the freezer door's hinge and tubing. Every time the door is opened the wiring is bent back and forth until the wires break.

No, I do not recommend this product.



Helpful? (3) (0) Report

Response from Whirlpool: 2 years ago

**Social Care**

Hey tharleman, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2022, source[243]

[242] Whirlpool Model: WRS588FIHZ, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-28-cu.-ft.wrs588fihz.html

[243] *Supra* note 242.

marlee
INCENTIVIZED REVIEW
La Mesa Ca 91941
Review 1
Vote 1

**Design was excellent for me but it was a lemon.**

2 years ago

I bought the same model refrigerator 2 years ago and 2months after my 1year warranty expired, I started having big problems. The first one was the main control board and cost us $687 parts and labor. Five months later we had to replace the Ice Maker Assembly in the amount of $170 parts and labor. 3 months after that our Ice Maker stopped making ice because there were two broken wires at the bottom of the door. We had that fixed but it happened again and our Refrigerator is freezing food again. At that time I called Whirlpool direct and asked for a replacement because we think that refrigerator is a lemon. The person I spoke to could not do that and the best she could do was send a repairman to our house to replace the ice maker but we would have to pay for the labor. We have a built-in space for our Refrigerator and we were limited in height. We liked our old Refrigerator in size and the placement of the shelves so we ended up buying the same model thinking that can't happen again. I do not keep anything in front of the air flow space on the top shelf but today I got something out of the 3rd shelf that was against the back and it was frozen. We did get the extended warranty for 5 years and hope that we have no more problems. Any suggestions? Every one of our old refrigerators have been good and we have had them for up to 20 years and that one was a Whirlpool. We got a new one only because we were remodeling and wanted Stainless Steel.

No, I do not recommend this product.

Helpful? (1) (0) Report

2022, source[244]

alex
Asheville nc
Review 1
Votes 0

**Freezer door wire harness broke**

2 years ago

Bought this refrigerator a few years ago and main wire harness connecting to the freezer door wires have broke. As of right now the ice machine does not work. These wire include the main control panel but has not broke yet. Very displeased with whirlpool with this refrigerator only a couple years old

No, I do not recommend this product.

Helpful? (0) (0) Report

Response from Whirlpool: 2 years ago

**Social Care Team**

Hey alex,
We value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2022, source[245]

Ruben
INCENTIVIZED REVIEW
Whitby Ontario Canada
Review 1
Vote 1

**The door wires broke due to (I think) a bad design**

2 years ago

I bought this fridge about 3 years ago and was very happy that I recommended somebody else to buy one like this mine. However, a couple of months ago, the ice maker stopped making ice and because it was out of warranty, I decided to check by myself what was happening. I found out that the freezer door wires were broken because the cover they had was not corrugated and eventually cut the wires. I put the wires together but the ice maker is still not working. I'm still using it because the rest of fridge is still functioning.

No, I do not recommend this product.



Helpful? (1) (0) Report

Response from Whirlpool: 2 years ago

**Social Care**

Hey Ruben, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

[244] *Supra* note 242.
[245] *Supra* note 242.

2022, source[246]

I hate this fridge

★☆☆☆☆ Would Not Recommend

doctorV
June 16, 2022
Verified Purchaser

I spent weeks looking through reviews and finally chose this refrigerator. Big mistake. I absolutely hate it. If I hadn't spent so much money on it, I would have replaced it already. Fingerprint resistant? Not even close. It ALWAYS has prints all over it and always looks filthy. It is totally banged up and dented and scratched, and yet I have no idea how this even happened. It's just me and my husband and we don't throw silverware at the fridge, but that's what it looks like. The ice machine broke after just a few months. The wires in the back of the fridge that connect to the ice machine are totally frayed. Destroyed (see pic). How does that just happen? My last fridge was a GE and lasted 17 years. I wish I had kept it. Skip this one. Purchase anything else.

— Read Less



Was this Review Helpful ? (0) | (1) | Report

Response from WhirlpoolTeam

WhirlpoolTeam
June 17, 2022
Whirlpool

Hey doctorV, we completely understand your frustrations and apologize for any inconvenience this situation may have caused you. To easily schedule service online with one of our Local Certified Technicians, please visit the following link and select "Schedule Service" from the options listed. https://bit.ly/34dxt1A

— Read Less

2022, source[247]

★☆☆☆☆ **Whirlpool refrigerator with defective wire design**

"Wires at bottom of door break leaving no ice maker"

Originally posted on whirlpool.com Whirlpool

Dave, Jeannette Pennsylvania
Posted 2 years ago

**Recommends: No**

274. In 2022, consumers reported, for example, that the wires had been severed a day after delivery.[248]

BFCC
INCENTIVIZED REVIEW
Westfield, MA
Review 1
Votes 0

★★★☆☆
**It's the little things that matter**

2 years ago

Overall, it seems to be a good fridge. However, there were two issues. When it was delivered, the icemaker didn't work. Whirlpool did send a repair guy who took a couple of hrs to find one small wire that had been severed. It was repaired and now works fine. The other is that the door handles don't line up with each other. The one on the fridge side is about 1/4" higher than the other one.

Helpful? (0) (0) Report

[246] Whirlpool Model: WRS325SDHZ, https://www.lowes.com/pd/Whirlpool-24-5-cu-ft-Side-by-Side-Refrigerator-with-Ice-Maker-Fingerprint-Resistant-Stainless-Steel/1000308681

[247] Whirlpool Model: WRS571CIDM, **https://www.ajmadison.com/cgi-bin/ajmadison/WRS571CIDM.html.**

[248] Whirlpool Model: WRS571CIHZ, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-counter-depth-side-by-side-refrigerator-21-cu.-ft.wrs571cihz.html

275. Consumers in 2022 continued to report that the Defect caused ice maker failures shortly after the warranty period expired.

2022, source[249]

derek533

Edmond, OK

Review 1

Votes 0

**Nice Fridge but Badly Designed Wiring**

2 years ago

The fridge and freezer both work as they should. The problem is, the wiring that goes through the bottom of the freezer door to operate the icemaker is very poorly designed. When you open the freezer door, it immediately pulls on the wiring harness putting stress on it and over time, the wires just flat out break. Two of the wires are broken in half and now the icemaker does not work. My fridge was made in May of 2020 and it's now early July 2021. I bought it in July of last year so hopefully, the warranty will still apply. This is a very common issue and there's a recently posted youtube video showing the design flaw. I'm surprised Whirlpool has not fixed this widespread issue yet. Tons and tons of people are having the exact same issue as me. I passed over LG and Samsung thinking I would get good quality but this is proving me wrong and am now regretting my $1700 mistake. I get that stuff breaks and happens, but this is bad design from the beginning.

Value 4.0

Design 1.0

Ease of Use 5.0

Innovation 4.0

No, I do not recommend this product.

Helpful? (0) (0) Report

Response from Whirlpool: 2 years ago

**social care team**

Hey derek533, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2022, source[250]

Arena

INCENTIVIZED REVIEW

Madison, wi

**ICE MAKER BROKE**

2 YEARS AGO

This is my fourth Maytag refrigerator in my current home. After 4 weeks, the ice maker just quit working. The inconvenience at this time for me is too much to take time away from work to meet the "window" of time for the repair.

Quality 1.0

Value 1.0

Design 5.0

Ease of Use 5.0

No, I do not recommend this product.

Originally posted on 36-Inch Wide Side-by-Side Refrigerator with Exterior Ice and Water Dispenser - 25 Cu. Ft.

Helpful? (1) (0) Report

Response from Maytag: 2 YEARS AGO

**Social Care Team**

Hi Arena,
Thanks for the review. We regret to hear that your Refrigerator not living up to your standards and are happy to look into this with you. Please reach out to us directly via Facebook https://www.facebook.com/maytag or Twitter @MaytagCare. Let's see what we can do for you!

276. As before, Whirlpool instructed its technicians that the only repair was an expensive door replacement, which is on an extended backorder. For example, one consumer was told that

---

[249] *Supra* note 248.

[250] MayTag Model MSS25C4MGB, https://www.maytag.com/kitchen/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-with-exterior-ice-and-water-dispenser-25-cu.-ft.mss25c4mgb.html

the replacement door would cost $1,035, but it was on backorder, another was quoted $1,500. And yet another consumer was told that the backorder for a new door was twelve weeks.

2022, source[251]



SGLT727

INCENTIVIZED REVIEW

Royal Oak Michigan

Review 1

Vote 1

**Ice maker quit**

2 years ago

After less than 15 months the ice maker quit working. Authorized repair person came and discovered that the wires at the bottom of the door were cut and frayed. He called Whirlpool and the fix is a new door! Definitely a design or manufacturing flaw

No, I do not recommend this product.

Helpful? (1) (1) Report

Value 1.0

Design 1.0

Ease of Use 1.0

Innovation 1.0

Response from Whirlpool: 2 years ago

**social care team**

Hey SGLT727, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2022, source[252]



Patrick

St. Clair Shores Mi

Review 1

Votes 5

**Bad ice maker**

2 years ago

Bought this fridge July of 2017. Icemaker fixed/replaced twice. The third time it quit, I was told by the repair company that I needed a new freezer door because of broken chafed wires running into the bottom of the freezer door that power the icemaker. He said it is a known problem that Whirlpool refuses to acknowledge. The cost of the door is $1035.00 which is backordered. I will not be replacing with a Whirlpool. Shame, I wanted to buy from an American company.

No, I do not recommend this product.

Originally posted on 36-inch Wide Side-by-Side Refrigerator - 28 cu. ft.

Helpful? (5) (0) Report

Response from Whirlpool: 2 years ago

**Social Care Team**

Hey Patrick,
We value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2022, source[253]

---

[251] *Supra* note 248.
[252] Whirlpool Model: WRS588FIHB, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-28-cu.-ft.wrs588fihb.html
[253] *Supra* note 242.

Chris
INCENTIVIZED REVIEW
Florida
Review 1
Votes 0

**Good when it works**

2 years ago

The way they have the freezer door it cut the wires to the ice maker. We have had no ice almost 3 months because they have to order a door and they say it's custom made and it takes about 12 weeks. The technician showed me every time you close the door bends the wires and eventually Cuts them. Not very happy right now refrigerator wasn't even 2 years old and they would not replace it. They also said the color may not match so we'll have to wait and see. Still waiting

No, I do not recommend this product.

Helpful? (0) (0) Report

Response from Whirlpool: 2 years ago

**Social Care Team**

Hey Chris,
We value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2022, source[254]

Mmasko13
Charlotte, NC
Review 1
Votes 3

**Broken Ice Maker requires Entire Door Replacement**

2 years ago

Fridge was included in the house we recently purchased. Ice maker stopped working and called in a Whirlpool repair tech. Turns out the wiring harness was essentially cut due to a known design flaw with where harness was placed in the door originally. Looks like many people here reported same issue.Only fix is a full door replacement, and tech said Whirlpool would be willing to help in most cases since they know it's an issue. Well…not in my case. Stated the age of the fridge meant they would not assist. Based on the fact they are not willing to fix a known design issue that results in a $700 replacement door I cannot recommend

No, I do not recommend this product.

Originally posted on 36-inch Wide Side-by-Side Refrigerator - 28 cu. ft.

Helpful? (3) (0) Report

Response from Whirlpool: 2 years ago

**Social Care**

Hey Mmasko13, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2022, source[255]

Pody
Seattle
Review 1
Votes 4

**Unhappy**

2 years ago

Three years old and a single woman, so not a lot of action with freezer door compared to kids, etc. Same issue! Design flaw cutting wires and disabling the ice maker. I called you and got nada! Seattle door replacement is $1700! For a flaw you are totally aware of! AND the door has been shipped! Now, please advise: do I replace the door and deal with THE SAME FLAW or do I replace the fridge! Your customer service is garbage!

No, I do not recommend this product.

Helpful? (4) (0) Report

Response from Whirlpool: 2 years ago

**Social Care Team**

Hey Pody,
We value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2022, source[256]

---

[254] *Supra* note 252.
[255] *Supra* note 252.
[256] *Supra* note 242.

Buster601
Des Moines
Review 1
Votes 4

**Poor freezer door design no help**

2 years ago

Purchased this side by side refrigerator less than 4 years ago never a problem, then ice maker stopped working, Water and other parts still working fine. Called the authorized service company told them the issue, they just left after spending exactly 5 minutes saw the wires were no longer connected, as I had stated on the call, he said that the problem and the ONLY fix is completely new door.. the cost is only $100.00 less than the whole refrigerator cost. The door with another call was over $1150.00. The repair person said nothing he could and charged over $100.00, which I paid. He suggested that I call Whirlpool which I did, the agent was pleasant and tried to assist, but no help on the cost of a new door or discount off a new refrigerator nothing, no offer, just really sorry.. so am I. I do not understand how a company can engineer a product that can be fixed only by replacing the WHOLE freezer door. Really not sure and what we will do now, but not happy and feels likes no good answer.

No, I do not recommend this product.

Helpful? (4) (0) Report

Response from Whirlpool: 2 years ago

**Social Care Team**

Hey Buster601,
We value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2022, source[257]

TattedCat13
Stephens City, VA
Review 1
Vote 1

**Just like many others, wires stripped to ice maker**

2 years ago

Wires to the ice maker stripped/are cut - rendering it useless. Wonderful repair man didn't charge us to open the door to show us the cut wires, said it would be over $1000 to replace the door. My door is not broken, only the wires are cut. Why can Whirlpool not recall these products and find a way for us to replace only the wires. New when I built my home in August 2019 and this is the second problem we have had with our ice maker breaking.

No, I do not recommend this product.

Helpful? (1) (0) Report

Response from Whirlpool: 2 years ago

**social care team**

Hey TattedCat13,
We value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2022, source[258]

Denise
Florida
Review 1
Votes 0

**Cut Wires on Freezer Door**

2 years ago

model WRS588FIHZ. ice make stopped working stripped/cut wires at bottom of door. this is just awful. told i have to buy a new door on a fridge i bought in 2018. warr just ran out from best buy 10-2021. now i have no ice. seeing many complaints about same issue here. Whirlpool should cover this as a recall.

Helpful? (0) (0) Report

Response from Whirlpool: 2 years ago

**Social Care Team**

Hey Denise,
We value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2022, source[259]

---

[257] *Supra* note 242.
[258] *Supra* note 242.
[259] KitchenAid Model: KRSC703HPS/HBS, https://www.kitchenaid.com/major-appliances/refrigeration/refrigerators/side-by-side-refrigerators/p.22.6-cu-ft.-counter-depth-side-by-side-refrigerator-with-exterior-ice-and-water-and-printshield-finish.krsc703hps.html

alexbub5

Review 1

Votes 2

★☆☆☆☆

**Avoid, horrible design breaks ice maker**

2 years ago

Do not purchase this appliance. We purchased this as well as all of our other appliances for our renovated kitchen 3 years ago. Our ice maker just quit working two weeks ago entirely. I troubleshooted and had no success. I then found the wires powering it are fed through the bottom of the door, horrible design! The wires are flimsy and broke in half from simple opening and closing the door effectively rendering the ice maker useless! Customer service refuses to provide ANY assistance. I am now quoted at a $800 repair that I am told requires a full new door to fix the ice maker! Awful. I have never worked with such bad customer service in a premium branded product, at least so they call it. I would recommend avoiding at all costs. Very disappointed in this company and my purchase. Hopefully can lead you to a future issue. All I asked from them was some assistance in this costly repair. $3k dollar plus fridge just to pay close to a grand three years later. No thanks. Never again

Helpful? (2) (0) Report

Response from KitchenAid: 2 years ago

Social Care Team

Hello alexbub5,
Thank you for your review. We sincerely apologize for the concerns with your Refrigerator and would like to review this further for you. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

2022, source[260]

JGB*

Washington DC.

Review 1

Votes 2

★☆☆☆☆

**Loved it until it broke, after only 2 years**

2 years ago

So, here's the problem. When you open the door ( the freezer) it causes the wires at the bottom of the door hinge to break. I can't believe it, and that's not under warranty, and a new door is $1500. I spent the day dealing with this I'm not an expert but this seems like a serious design flaw.

No, I do not recommend this product.

Helpful? (2) (0) Report

Response from KitchenAid: 2 years ago

Social Care Team

Hello JGB*,
Thank you for your review. We sincerely apologize for the concerns with your Refrigerator and would like to review this further for you. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

2022, source[261]

PAYNEMD

Review 1

Vote 1

★★☆☆☆

**Major Design Flaw**

2 years ago

There is a major design flaw in this refrigerator. On the freezer side on the bottom corner is a pinch point for all of the wires that control the ice making function. Three wires have been cut in half and now it will not dispense ice and now it will not make ice. Found out it is about 1200 for the door. Before you buy this product, search for this problem. Major flaw in design. And of course, outside of a warranty (3-5 yrs) they will not back up the product. Don't bother trying, they got your money and will not fix a major flaw.

No, I do not recommend this product.

Helpful? (1) (0) Report

Response from KitchenAid: 2 years ago

Social Care Team

Hello PAYNEMD,
Thank you for your review. We sincerely apologize for the concerns with your Refrigerator and would like to review this further for you. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

---

[260] *Supra* note 259.

[261] Kitchen Aid Model KRSF705HPS, https://www.kitchenaid.com/major-appliances/refrigeration/freestanding-refrigerators/freestanding-side-by-side/p.24.8-cu-ft.-side-by-side-refrigerator-with-exterior-ice-and-water-and-printshield-finish.krsf705hps.html

277. But consumers reported that even when a door was replaced, the replacement door experienced the same Defect.

2022, source[262]

jbmm
INCENTIVIZED REVIEW
Tulsa, OK
Review 1
Vote 1

**Poor wiring design**

2 years ago

When we first bought the fridge were very happy but then things started to go wrong in a matter of months. The wiring harness that goes up through the bottom of the freezer door had no protection on it, just bare wires. Warranty replaced the freezer door once already and now we are having issues again and Whirlpool is not willing to do anything about the poor design or fix the issue.

No, I do not recommend this product.

Helpful? (1) (0) Report

Response from Whirlpool: 2 years ago

**Social Care**

Hey jbmm, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2022, source[263]

granny
INCENTIVIZED REVIEW
Yucaipa Ca
Review 1
Votes 3

**Do not Buy**

2 years ago

We bought this 9 months ago On the 3RD freezer door and they sent the wrong part to hook it up and the part is on back order so we can't use the ice or water feature. also on our second defrost part -fingers crosses Repair man has been here 6 times still not right

No, I do not recommend this product.

Helpful? (3) (0) Report

Response from Whirlpool: 2 years ago

**Social Care**

Hey granny, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2022, source[264]

262 *Supra* note 242.
263 *Supra* note 242.
264 *Supra* note 242.

cyndwn
INCENTIVIZED REVIEW
Central Illinois
Review 1
Votes 0

**If only we had ice!**

2 years ago

We purchased a new construction home in May 2020, well after it had been completed so we had no choice in appliance selections. We were fine with what had been placed in the home, all Whirlpool appliances. And we had no issues for the first 6-9 months. Suddenly the ice maker quit. Fast forward 10 months and 5 warranty service calls, we still have no ice. Parts have been replaced. The entire freezer door has been replaced. And still, no ice. The most recent service call resulted in standing water under the refrigerator for two days before we saw it leaving our wood floors warped and ruined. We have yet a 6th warranty service call scheduled for next week. At this point, we'd really just like a new refrigerator. To say we are dissatisfied is an understatement.

No, I do not recommend this product.

Helpful? (0) (0) Report

Response from Whirlpool: 2 years ago

Social Care

Hey cyndwn, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

278. Consumers also reported that attempts to repair the wire (rather than replace the door) were also nothing more than a temporary fix, which resulted in multiple attempted repairs and expenses. One consumer, for example, reported four repairs costing over $700 in the first 2.5 years of ownership.

2022, source[265]

Robert
Nashville, TN
Reviews 2
Votes 3

**ICE MAKER BROKE 4 TIMES IN 2-1/2 YEARS**

2 years ago

Excellent frig - but after many Whirlpool appliance, I am through with Whirlpool. We are repairing the ice maker, or the wires to it for the FOURTH TIME IN LESS THAN 3 YEARS! The wiring route to the freezer door is a terrible design - the wires frequently break. After this next repair, I will have spent OVER $700 in the first 3 years repairing the ice maker once, and the wires three times. The design is so bad, that Whirlpool should issue a recall and free repair, with a new wire route design. This is a disgrace to the otherwise excellent Whirlpool reputation. Just one example of MANY people with the same problem is here: https://www.applianceblog.com/mainforums/threads/whirlpool-refrigerator-wrs588fihz-ice-maker-wires-cut.87452/

No, I do not recommend this product.

Helpful? (3) (0) Report

Response from Whirlpool: 2 years ago

Social Care Team

Hey Robert,
We value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2022, source[266]

[265] *Supra* note 242.
[266] *Supra* note 242.

TexasMom

Southeast Texas

Review 1

Vote 1

**Faulty Design of Ice Maker!!!!!!!**

2 years ago

Do NOT buy this model fridge if you will be using the ice maker!!!! We bought the Whirlpool Model WRS588FIHZ in February of 2018 after Hurricane Harvey flooded us several months prior, causing us to have to replace all our appliances. The fridge is good, except the fact the shelves aren't adjustable. The ice maker is a disaster!!!! We have had ours repaird THREE TIMES since buying it in February of 2018 and will be calling them out AGAIN to repair it a FOURTH time!!!! Because of the ice maker being in the door, there are some wires near the bottom hinge of the freezer door. After opening and closing the freezer for about a year or year and a half, the wire broke, which set off a string of repairs to it about every 6 months!!!! The dispenser works, but the wire that controls the water pouring into the ice tray and dumping the ice into the bucket keeps breaking over and over again!!! It is Nov 2021 and we are about to have it repaired again (same exact issue) for the FOURTH time!!!!!!!!!!!!!! The technician had a hell of a time fixing it last time so I am not looking forward to having to call them out yet AGAIN!!!!!!!!!!!!!! Last time he came out he said this is a KNOWN design flaw with this model!!! Whirlpool should reimburse people who have spent their hard-earning money on this lemon! I am so upset because I expected MUCH more from a Whirlpool appliance!!!! Also, the ice maker cannot keep up with our average sized family of 4, especially during the Southeast Texas summers! We only use ice in our drinks, no filling of coolers or anything that would decimate the ice supply all at once. Just avoid this model if possible!! The headaches with the ice maker are NOT worth the extra shelf space you get!!!

No, I do not recommend this product.

Helpful? (1) (0) Report

Response from Whirlpool: 2 years ago

**Social Care Team**

Hey TexasMom,
We value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2022, source[267]

ACKS

Paris, KY

Review 1

Vote 1

**poor engineering design on wiring to ice maker**

2 years ago

I bought this in 2018 and have had several issues with it. First was an assembly issue where a water connection wasn't properly seated during assembly behind the panel in the freezer and condensation caused it to freeze the water line. Second was where the wiring routed near the bottom of the freezer door was cut from opening and closing the door. That was repaired but it cut again about 6 months later. The repairmen have said this is a common issue with Whirlpool refrigerators. Whirlpool will not replace the door- only confirmed fix. Very frustrating. Not at all happy with Whirlpool putting a defective product on the market due to engineering design and not rectifying the situation. Very disappointed in this product. A refrigerator should be fully functional a lot more than 3 years.

No, I do not recommend this product.

Originally posted on 36-inch Wide Counter Depth Side-by-Side Refrigerator - 21 cu. ft.

Helpful? (1) (0) Report

Response from Whirlpool: 2 years ago

**Social Care Team**

Hey ACKS,
We value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

2022, source[268]

---

[267] Whirlpool Model: WRS571CIHW, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-counter-depth-side-by-side-refrigerator-21-cu.-ft.wrs571cihw.html

[268] KitchenAid Model KRSC700HPS/HBS, https://www.kitchenaid.com/major-appliances/refrigeration/refrigerators/side-by-side-refrigerators/p.19.9-cu-ft.-counter-depth-side-by-side-refrigerator-with-exterior-ice-and-water-and-printshield-finish.krsc700hps.html

**Mountain Rancher**

Calaveras County, CA

Review 1

Votes 7

**Glad we bought a 5-year service plan**

2 years ago

We bought this model August of 2017 from Lowe's based on the cabinet depth and features. We liked the refrigerator very much but then started having problems in 2020. First, the ice maker stopped making ice. A repair tech isolated it to a broken wire located at the bottom hinge of the freezer door. The tech soldered the wire and all was good. Then several months later the ice maker stopped dispensing ice. This time the service tech said it was another broken wire but it was inside the freezer door and he could not get to it. So, the entire freezer door had to be replaced. After several months of waiting for a door it was installed and the problem was fixed. Okay, we thought, we should be good for a few more years. Wrong. A few months later, food in the freezer started thawing and food in the refrigerator started spoiling. Yet another service call determined the defroster on both sides had stopped working causing the intake vents to ice up. We then had to use an apartment-sized refrigerator we happened to have for several months while we waited for both control boards and the bi-metal thermostat to be replaced. This time the long wait was due to the service company (A&E), which is a long story by itself. The unit is back in operation but we have lost confidence that it will be reliable.

No, I do not recommend this product.

Originally posted on 19.9 cu ft. Counter-Depth Side-by-Side Refrigerator with Exterior Ice and Water and PrintShield™ finish

Helpful? (7) (0) Report

Response from KitchenAid: 2 years ago

Social Care Team

Hello Mountain Rancher,

Thank you for your review. We sincerely apologize for the concerns with your Refrigerator and would like to review this further for you. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

2022, source[269]

**Lori E.**

Greenwich, NY

Review 1

Votes 3

**FAULTY WIRING**

2 years ago

I purchased this refrigerator in 2017. 2 1/2 years later the ice maker wasn't working. Due to poor design, the door opening/closing causes the wire housing to split open exposing the wires and the wire operating the ice maker frayed. The store where I purchases the appliance patched it up with electrical tape on two different occasions and then advised me that the only way to fix it is to order a new freezer door. That was 6 months ago. They said Kitchenaid classifies it as "cosmetic" so it's not priority. I classify it as a fire hazard. The first time I had this issue, a Kitchenaid rep was going to send me an additional freezer shelf as a consolation... never received. I outfitted my kitchen remodel with all new Kitchenaid appliances. For the investment I made this is a real disappointment.

No, I do not recommend this product.



Helpful? (3) (0) Report

Response from KitchenAid: 2 years ago

Social Care Team

Hello Lori E.,

Thank you for your review. We sincerely apologize for the concerns with your Refrigerator and would like to review this further for you. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

2022, source[270]

---

[269] *Supra* note 261.

[270] MayTag Model MSS25C4MGZ, https://www.maytag.com/kitchen/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-with-exterior-ice-and-water-dispenser-25-cu.-ft.mss25c4mgz.html

Brittani13

Yorkville, IL

**DO NOT BUY THIS FRIDGE!!**

2 YEARS AGO

Do yourself a favor and avoid this fridge at all costs! We have always been Maytag customers - our entire house is filled with Maytag and I will never buy one again after our experience with them on this fridge. First of all, the fridge itself is defective and they know it. We started having troubles with our ice machine button not working and had someone come out to look at it. The minute the repair man walked in and saw our fridge he could tell us the problem without looking at it. Essentially, the way the door is built, when you open the freezer door it cuts the wire that makes that button work little by little. He was able to do a quick fix but told us he didn't know how long it would last because it will keep cutting it every time we open the door. He said the only way to fix it is to replace the door but we will have the same issue because it's built the same way and the door itself is almost as much as the fridge. He recommended we contact Maytag directly. We contacted Maytag directly and they legitimately told us that they know about the problem but not enough people have complained for them to recall. ARE YOU KIDDING ME??? Way to stand behind your products Maytag! We know it sucks but until we have more people come forward - deal with it. Of course we were a whopping 3 months past our warranty so they wouldn't replace or fix it. The best they would do is offer us a discount to buy a new one. HA! Ya that's what I want to do - spend more money on this junk fridge that you know has issues. Discounted or not! Since our useless talk with Maytag we have had to repair the wiring 3 more times (thankful for the repair man that showed us how to rig it) but now our ice maker will randomly not work for a couple of days, make minimal ice randomly and makes a knocking noise 24/7. So loud!!! Sounds like someone is banging from the inside. Fair warning - If you are thinking about their side by side fridge with an ice maker DONT DO IT! It's a lemon door and they know it! It's just how long your wiring will last being cut at every time you open the door! Hoping this review will open Maytag's eyes to the way they handle customer service complaints. We had probably over 10k in Maytag products in our home and I seriously want to replace them all after dealing with them.

No, I do not recommend this product.

Helpful? (1) (0) Report

Response from Maytag: 2 YEARS AGO

**Social Care Team**

Hi Brittani13,
Thanks for the review. We regret to hear that your Refrigerator is not living up to your standards and are happy to look into this with you. Please reach out to us directly via Facebook https://www.facebook.com/maytag or Twitter @MaytagCare. Let's see what we can do for you!

279. Another consumer in 2022, who was a mechanical engineer, reported that the Defect poses a "risk of electrical shock and fire." And that he "had reported the concern to Maytag/Whirlpool, and they expressed no interest in addressing this design failure."[271]

**Risk to Health & Safety of your family.....**

"I purchased this refrigerator through AJMadison in October 2018. The AJMadison purchase process was flawless. Unfortunately, this refrigerator has a significant design flaw and should be recalled by the manufacturer immediately. I'm a 50 year old mechanical engineer for a well known company, and I'm telling you it is a mistake to purchase this refrigerator. There is a design flaw in the wiring that passes through the door of the freezer. At the point the wires enter the freezer door, near the bottom left hinge, the wiring pinches and breaks over time. Their is risk of electrical shock and fire. I have reported the concern to Maytag/Whirlpool, and they expressed no interest in addressing this design failure. Therefore, I have reported the issue to U.S. Consumer Product Safety Commission (CPSC). Reference Report No. 20220926-4B9D9-2147353649."



Helpful (1) Unhelpful (0) Report

TheLastEagleScout, Wilmington, NC
Posted 2 years ago
Owned Product: Over 3 years

**Performance:**

**Appearance:**

**Value:**

**Recommends:** No

[271] MayTag Model: MSC21C6MFZ, https://www.ajmadison.com/cgi-bin/ajmadison/MSC21C6MFZ.html?gad_source=1&gclid=CjwKCAjwmYCzBhA6EiwAxFwfgNWrM2jpct0bOsfiqs6BWoAf4hiz6bnSvXma6a8D998MJWJKtWNXfBoCyEMQAvD_BwE.

280. The consumer complaints above on Whirlpool's own websites, and on that of its authorized retailers, including Lowe's, Home Depot, Best Buy, and Costco—many of which Whirlpool directly responded to—are just a small sample of all the complaints online regarding the Defect. By virtue of these online complaints alone, Whirlpool has known of the Defect for over a decade and certainly before Plaintiffs purchased their Class Refrigerators.

281. The complaints above make clear that consumers have not only complained online, but they have also contacted Whirlpool directly, or through its technicians, about the Defect in Class Refrigerators. Indeed, some consumers reported that Whirlpool was aware of the Defect.

282. Despite its superior and exclusive knowledge of the defect, Whirlpool has not disclosed the existence of the Defect to potential consumers. Instead, it willfully concealed the defect from and foisted the costs of ineffective repairs onto unsuspecting consumers. Whirlpool continues to deny the existence of the Defect in Class Refrigerators, at the same time it continues to knowingly sell defective Class Refrigerators to unsuspecting consumers.

283. Even in 2023 and 2024, the Defect remains a problem for consumers, and complaints and reports to Whirlpool continue to accumulate. Consumers continue to express frustration with useless ice makers, water dispensers, and/or control panels; Whirlpool's denial of warranty coverage; and Whirlpool's only proposed solution to be an expensive replacement door at the consumer's expense that suffers the same defect. A sampling of complaints from 2023 and 2024 follow below.

284. Consumers continued to report the Defect to Whirlpool in 2023 and express the same frustrations and issues with the Defect that have been ongoing for a decade, and Whirlpool continues to respond.

January 5, 2023, Source[272]

[272] MayTag Model MSC21C6MFZ, https://www.homedepot.com/p/Maytag-21-cu-ft-Side-by-

★★☆☆☆ Jan 5, 2023

**Maytag**

This fridge has caused nothing but problems for me. First the ice dispenser stopped working, once I got that finally working then it stopped making ice all together. AND it's only 4 years old! I would never recommend anyone purchasing this item!

by NolaMel

**Response from MaytagTeam** Hide

Jan 6, 2023

Thank you for bringing this to our attention; we regret you are having these concerns with your appliance, NolaMel. We value all of our customers and we would like the opportunity to look into this further for you. Please reach out to us directly via Facebook https://bit.ly/3Q9npvS or Twitter @MaytagCare. Let's see what we can do for you!

MAYTAG

January 17, 2023, Source[273]

★☆☆☆☆ Jan 17, 2023

**Loved it Until It DIED in Two years**

Read through these reviews and compare promotional reviews to honest ones. I loved this fridge, but as another reviewer stated, there are major design flaws. The left door (freezer side) has a wire built into the door hinge area. Our ice maker quit, because apparently the wire broke. This has happened to other customers. We didn't even see the wire or know it was there until repair person came. They want to charge tons of money for their own design flaw. Other issues that I can't fit here.

by Caroline

**Response from KitchenAidTeam** Hide

Jan 23, 2023

Thank you for sharing your experience with us, Caroline. We apologize for the concerns that you are experiencing with your Refrigerator, and would like the opportunity to see if we can help. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

Helpful? 1 found this review helpful

June 19, 2023, Source[274]

---

Side-Refrigerator-in-Fingerprint-Resistant-Stainless-Steel-Counter-Depth-MSC21C6MFZ/301066300?mtc=SEM-CM-CML-GGL-D29A-029_013_REFRIG-NA-MULTI-NA-DSA-5163653-NA-NA-NA-NBR-NA-NA-NA-MajorAppl&cm_mmc=SEM-CM-CML-GGL-D29A-029_013_REFRIG-NA-MULTI-NA-DSA-5163653-NA-NA-NA-NBR-NA-NA-NA-MajorAppl-71700000032417787-58700003839021362-39700078591423272&gad_source=1&gclid=CjwKCAjwmYCzBhA6EiwAxFwfgPmKbtrNgBjKncRnwhckWfJoNJ-9sjTXipLy3XaVkaiyVNCMzmP1iRoCCWkQAvD_BwE&gclsrc=aw.ds

[273] KitchenAid Model KRSF705HPS, https://www.homedepot.com/p/KitchenAid-36-in-W-24-8-cu-ft-Side-by-Side-Refrigerator-with-Exterior-Ice-and-Water-in-PrintShield-Stainless-Steel-KRSF705HPS/311564186

[274] Kitchen Aid Model KRSC503ESS, https://www.lowes.com/pd/KitchenAid-22-7-cu-ft-Counter-depth-Side-by-Side-Refrigerator-with-Ice-Maker-Monochromatic-Stainless-

**Ice cube Maker wires frayed**

LGood
June 19, 2023

★★☆☆☆ ✕ Would Not Recommend

This is a known problem for the refrigerator. The freezer wires are placed right below the freezer door, so from opening and closing the wires fray. This product should be recalled or taken off the market. And yes, it cost $1300 for a new door!!!

Was this Review Helpful ? (0) | (0) | Report

June 2023, Source[275]

rdonaldson
Ventura, CA
Reviews 2
Vote 1

★☆☆☆☆

**Horrible Quality - Get ready for Repair Clinic**

a year ago

This is your fair warning. This refrigerator is really shiny and beautiful and you will be tempted to buy it... but this refrigerator has been nothing short of a nightmare. Within the first two months of owning it two of the plastic bins broke. The parts are cheap and the plastic bins come apart. I ordered a replacement and it showed up in the box chipped just as bad as the original. Now I'm dealing with an electrical issue. The freezer drawer electrical cables are thin and in a horrible location. The door pinches them and has completely severed the wires. Now we have no ice maker. I have only owned this refrigerator for 2 years and it's been a complete nightmare. Find a better product that was decently built. You will have regrets on how cheap this unit was manufactured.

No, I do not recommend this product.



Helpful? (1) (0) Report

Response from Whirlpool: a year ago

**Social Care**

Hey rdonaldson, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

June 2023, Source[276]

Steel/50398842

[275] Whirlpool Model WRS571CIHZ, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-counter-depth-side-by-side-refrigerator-21-cu.-ft.wrs571cihz.html?

[276] *Id.*

SEPA

south eastern PA

Review 1

Votes 3

★☆☆☆☆

**Defective wires - dont buy!**

a year ago

The wires for the ice maker and control board run through the hinge of the freezer door. But Whirlpool did not use wire rated to flex repeatedly, so they inevitably break. Repair is often impossible and/or costs more than the fridge because it requires a new freezer door since the wire harness is foamed in. Mine took 2.4 years to break. They will all eventually break. Serious manufacturing defect.

No, I do not recommend this product.

Helpful? (3) (0) Report

Response from Whirlpool: a year ago

**Consumer Care**

Thank you for sharing your insights with us, SEPA. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Twitter @WhirlpoolCare so we can look into this matter further for you. When responding please include your contact information and reference Case # 324870.
We're looking forward to hearing from you.
Marie Q

June 2023, Source[277]

AngieB

Missouri

Review 1

Votes 0

★★★☆☆

**Regret purchase**

a year ago

Have had this refrigerator for less than 2 years. Ice/ frost building up in refrigerator side behind drawers. Wires positioned poorly so they are being damaged with normal door opening and closing which is affecting ice maker/ waterline. 2 person household. So its not abused. Warranty service has had 2 different appliance companies out, parts on back order. Wrong parts ordered. Tech showed up hour late after our 3 hour window, which we were unable to have someone there, then couldnt get another tech out for 3 more weeks. This has been a 3 month ordeal. It is an attractive refrigerator with good space for whatever thats worth.

No, I do not recommend this product.





Helpful? (0) (0) Report

June 2023, Source[278]

277 *Id.*
278 *Id.*

Mark

Longmont, Co

Review 1

Votes 0

**Wires in the door broke off.**

a year ago

Why on earth would they have wires connecting inside the doors of a fridge? The wires will break from all the bending as the doors get open and closed. The fridge just stopped making ice after 2.1 years. We called the local service guy - he said yep, it's a known issue with Whirlpool. Them knuckleheads of engineers at Whirlpool have not thought through a repair kit. They did not allow for ANY slack in the wire cord. Moreover, the repair guy said - you have to replace the entire door $1500. There is no wiring kit that would just plug in. Needless to say my recommendation - steer away from Whirlpool as a brand since they allow for such poor engineering in basic wire connectivity.

No, I do not recommend this product.



Helpful? (0) (0) Report

Response from Whirlpool: a year ago

**Consumer Care**

Thank you for sharing your insights with us, Mark. It's hard for us to hear that you had a negative experience with your Refrigerator, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Facebook http://spr.ly/64243149Y or Twitter @WhirlpoolCare so we can look into this matter further for you. We're looking forward to hearing from you.
Michael D

June 2023, Source[279]

Pads4you

Hallandale Beach, Florida

Review 1

Votes 0

**WHIRLPOOL 36" WIRE BROKE AT FREEZER HINGE**

a year ago

I purchased the model WRS571C1H201 REFRIGERATOR FROM HOME DEPOT AND 2 YEARS LATER THE WIRES BROKE AT THE BOTTOM HINGE OF THE FREEZER. The wiring cord is too short to safely open the door. Whirlpool sent a technician and said the door has to be replaced and it cost the same as replacing the entire refrigerator. I am surprised that there is not a recall as this is a known issue. I am very disappointed to say the least.

No, I do not recommend this product.

Helpful? (0) (0) Report

Response from Whirlpool: a year ago

**Consumer Care**

Thank you for sharing your insights with us, Pads4you. It's hard for us to hear that you had a negative experience with your Refrigerator, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Facebook http://spr.ly/64293JUlh or Twitter @WhirlpoolCare so we can look into this matter further for you. We're looking forward to hearing from you.
Michael D

June 2023, Source[280]

[279] *Id.*
[280] *Id.*

**Alyssa**

Golden, CO

Review 1

Votes 0

**Buyer Beware**

a year ago

I bought this appliance in May 2019 and initially loved it; HOWEVER, it has a major design flaw - the wires at the bottom of the freezer door will eventually break due to poor manufacturing design by Whirlpool and you will be left with a broken ice machine and exposed wires. The only solution is a new door that costs approximately $1,500 installed. I've contacted Whirlpool and they won't stand behind their product to fix it, although it's happening on multiple side-by-side models. So save yourself the trouble and look for another manufacturer. Here are more comments of the same issue with different models: https://www.facebook.com/152290218141343/posts/2658662387504101/?mibextid=kdkkhi

No, I do not recommend this product.



Helpful? (0) (0) Report

Response from Whirlpool: a year ago

**Consumer Care**

Thank you for sharing your insights with us, Alyssa. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare so we can look into this matter further for you.
We're looking forward to hearing from you.
Marie Q

June 2023, Source[281]

**JJ2007**

Ohio

Review 1

Vote 1

**Ice Maker Broke**

a year ago

Such disappointment and frustration with this product that I purchased less than two years ago. The ice maker has stopped working completely after only 21 months of use. We had a serviceman come out to look at it, and he has determined that wires inside the door are completely severed, and we will need an entire new door to fix the problem. The cost for this is $800... PLUS labor. More than half of what we paid for the entire refrigerator! And all Whirlpool offers is 15% off on a new product. We will never buy these appliances again.

No, I do not recommend this product.



Helpful? (1) (0) Report

Response from Whirlpool: a year ago

**Consumer Care**

Thank you for sharing your insights with us, JJ2007. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Twitter @WhirlpoolCare so we can look into this matter further for you. When responding please include your contact information and reference Case # 297349.
We're looking forward to hearing from you.
Marie Q

June 2023, Source[282]

---

281 *Id.*

282 *Id.*

jerry

miami

Review 1

Votes 0

**design flaw in freezer door**

a year ago

freezer door cuts the wires behind the bottom left hinge. ice maker no longer words because the cut yellow wire goes to the power switch. huge design flaw, and was told a new door is needed which costs $968 + $149 in labor, for a $1549 fridge. the freezer door alone is 66% of the entire fridge? what? never buying whirlpool again after this bought the full kitchen package with dishwasher, stove, and range microwave and now regret it.

No, I do not recommend this product.

Helpful? (0) (0) Report

Response from Whirlpool: a year ago

**Consumer Care**

Thank you for sharing your insights with us, jerry. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Twitter @WhirlpoolCare so we can look into this matter further for you. When responding please include your contact information and reference Case # 323666.
We're looking forward to hearing from you.
Marie Q

June 2023, Source[283]

Hagman

Wheatland WY

**MAYTAG REFRIGERATOR NOT RELIABLE**

A YEAR AGO

Constant trouble with ice dispenser not working, had parts replaced and 12 months later not working again

No, I do not recommend this product.

Helpful? (0) (0) Report

Response from Maytag: A YEAR AGO

**Consumer Care**

Thank you for bringing this to our attention.
We regret you are having these concerns with your Refrigerator, Hagman. We value all of our customers and we would like the opportunity to look into this further for you. Please reach out to us directly via Private Message on Facebook https://www.facebook.com/maytag or Direct Message on Twitter @MaytagCare. When responding please include your contact information and reference Case # 289591.
Let's see what we can do for you!
Marie Q

June 2023, Source[284]

[283] MayTag Model MSS25C4MGB, https://www.maytag.com/kitchen/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-with-exterior-ice-and-water-dispenser-25-cu.-ft.mss25c4mgb.html
[284] *Id.*

JonGu

Temperance, Michigan

★☆☆☆☆

DO NOT BUY

A YEAR AGO

I bought this refrigerator 2 years ago and started having ice maker issues almost immediately. The arm on the ice maker routinely builds up ice and the ice maker/water dispenser always has a puddle of water (not to mention the ice that always falls through and onto the floor). Now I am being told that the reason my ice maker is not working is that something is wrong in the door...and it will cost $1,182 and take 8-12 weeks. I would suggest never buying a Maytag appliance ever again. Maybe if the company stopped sending out dozens and dozens of extended warranty letters immediately after you buy the appliance they could put some money into standing behind their products.

No, I do not recommend this product.

Originally posted on 36-Inch Wide Side-by-Side Refrigerator with Exterior Ice and Water Dispenser - 25 Cu. Ft.

Helpful? (1) (0) Report

Response from Maytag: A YEAR AGO

Social Care Team

Thank you for bringing this to our attention. We regret you are having these concerns with your Refrigerator, JonGu. We value all of our customers and we would like the opportunity to look into this further for you. Please reach out to us directly via Facebook https://www.facebook.com/maytag or Twitter @MaytagCare. Let's see what we can do for you!

July 2023, Source[285]

nann63

Columbus, OH

★☆☆☆☆

FAULTY ICE/WATER WIRING DESIGN

11 MONTHS AGO

Although our unit is 5 years old, ice maker quit working 6 months ago. While cleaning this morning, I noticed 3 tiny wires broken on lower freezer door by the hinge. Called Maytag, they wanted $92 to come and diagnose the problem. I told her I already diagnosed it and they have a faulty design where the door pinches and breaks the wiring. Will not be purchasing another Maytag appliance.

No, I do not recommend this product.

Helpful? (1) (0) Report

Response from Maytag: 11 MONTHS AGO

Consumer Care

Hey nann63,
we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/maytag or Twitter @MaytagCare.
Let's see what we can do for you!
Marie Q

June 2023, Source[286]

Kelley

INCENTIVIZED REVIEW

Happy Valley or

Review 1

Votes 0

★★★☆☆

Loved the Fridge but Already Needs Repairs.

a year ago

We love the fridge features. Unfortunately, the dispenser stopped working after 4 months. The first repair guy couldn't fix it. There has been no communication on when the next attempt will be made.

No, I do not recommend this product.

Helpful? (0) (0) Report

June 2023, Source[287]

[285] MayTag Model MSS25C4MGZ, https://www.maytag.com/kitchen/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-with-exterior-ice-and-water-dispenser-25-cu.-ft.mss25c4mgz.html

[286] Whirlpool Model WRS588FIHZ, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-28-cu.-ft.wrs588fihz.html?

[287] *Id.*

jen32

Lititz, PA

Review 1

Vote 1

**Engineered to Wear through Wires and Die**

a year ago

Purchased this refrigerator in February 2020. Worked well for 14 months. Just out of warrantee, motor on ice dispenser broke. We decided not to fix it due to cost. Just over 3 years, ice maker broke. After research, we have found that the wires for both these items have been worn through due to running up the hinge on the left side of the freezer door of the refrigerator. They get pinched when the door opens and over time will deteriorate and finally will be cut. All of the control panel wires run through here, so other systems are also at risk. This will happen to ALL refrigerators after enough use, it just depends on how many times you have opened the freezer door. Fortunately my husband is an electrical engineer and can hopefully splice/fix the wiring. At 3 years without an extended warrantee, Whirlpool would not fix our refrigerator. This failure is entirely their fault, and is without excuse. They should at minimum be providing a free wire repair or a free door replacement to anyone with this issue, with or without a "warrantee." A lesser complaint: cheap plastic was used on the door bins so they started cracking a year into purchase under normal use. I have never experienced this with any refrigerator in my life. Again, faulty product. We will think twice about purchasing Whirlpool in the future and recommend others to do the same. They do not stand by their poorly-engineered products.

No, I do not recommend this product.

Helpful? (1) (0) Report

Response from Whirlpool: a year ago

**Consumer Care**

Thank you for sharing your insights with us, jen32. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Twitter @WhirlpoolCare so we can look into this matter further for you. When responding please include your contact information and reference Case # 320377.
We're looking forward to hearing from you.
Marie Q

June 2023, Source[288]

Jojo

Pa

Review 1

Votes 5

**DO NOT BUY**

a year ago

BUYER BEWARE - DO NOT BUY WHIRLPOOL - Whirlpools side-by-side refrigerator model number WRS588FIHZ00 has an engineering defect known to Whirlpool. The ice maker will soon stop working (my unit is not 2 years yet). The wire harness at the bottom of the freezer door will eventually get cut wires just from opening and closing the door. Whirlpool is aware of the manufacturing defect but does not offer repair or replacement and continues to sell the defective unit. There have been many complaints of this over the years. I will be posting this message on any site that sells the refrigerator so that consumers will make a better choice of product and warn them not to buy from Whirlpool. They DO NOT stand behind their products.

No, I do not recommend this product.

Helpful? (5) (0) Report

Response from Whirlpool: a year ago

**Consumer Care**

Thank you for sharing your insights with us, Jojo. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Twitter @WhirlpoolCare so we can look into this matter further for you. When responding please include your contact information and reference Case # 309053.
We're looking forward to hearing from you.
Marie Q

June 2023, Source[289]

[288] *Id.*
[289] *Id.*

**Michelle**

Michigan

Review 1

Votes 4

**If I could give this product zero stars I would**

a year ago

This refrigerator is incredibly poorly designed. The wiring for All the door features goes through the hinge at the bottom of the freezer door. This means that every time you open the freezer door the plastic rubs against the wires. So after less than 2 years our door features are starting to become non-functional because the wires are being cut due to the hinge. We've had repair people come out, but there's nothing they can do because replacing the door would be over $1,000 and wouldn't solve the issue, the new door would just wear the wires again. We've reached out to Whirlpool to resolve the issue, and they have basically told us, "sucks for you, should have bought an extended warranty". I didn't know I had to have an extended warranty in order to have a product that's designed well enough to withstand less than 2 years of years.

No, I do not recommend this product.

Helpful? (4) (0) Report

Response from Whirlpool: a year ago

**Consumer Care**

Thank you for sharing your insights with us, Michelle. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Twitter @WhirlpoolCare so we can look into this matter further for you. When responding please include your contact information and reference Case # 297455.
We're looking forward to hearing from you.
Marie Q

June 2023, Source[290]

**Chet**

Defiance, MO

Review 1

Votes 5

**DO NOT BUY A WHIRLPOOL SIDE-BY-SIDE REFRIDGERATOR**

a year ago

We have owned our Whirlpool Side-by-side refrigerator for exactly five years this month. Up until now, no complaints all was well with this appliance. The Ice maker recently went out. Following all of the DYI information we could find I replaced the water filter and the ice maker, only to find out this did not resolve our problem. We requested a service call, the technician checked for water flow, ran diagnostics on the system, and replaced the ice maker with one he had, and still no luck. Finally, he was able to determine that there was no power to the ice maker. After removing the service panel below the refrigerator, he noticed that several of the wires in the harness that powers all functions in the door were severed. The solution, we now need a new door, $1,001.58. He stated that this is a design problem with all Whirlpool side-by-side refrigerators. The way the wire harness is positioned at the bottom of the door, every time you open and close the door, it twists all the wires in the harness, causing fatigue and separation over time. Some have gone out in as little as two years. There are only two of us in our home, I can only imagine how many times the door would open/close in a household with children. When I tried to discuss this with Warranty, they simply put me on hold and transferred me to parts. When I ask parts to return/refund the ice maker, they said they do not do refunds on installed parts, even though it was never used. Bottom line, do not buy a Whirlpool side-by-side refrigerator.

No, I do not recommend this product.



Helpful? (5) (0) Report

Response from Whirlpool: a year ago

**Consumer Care**

Thank you for sharing your insights with us, Chet. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Twitter @WhirlpoolCare so we can look into this matter further for you. When responding please include your contact information and reference Case # 285481.

June 2023, Source[291]

[290] *Id.*
[291] *Id.*

| | |
|---|---|
| **Steve in Kansas**<br>Emporia, KS<br>Reviews 2<br>Votes 2 | **Big and beautiful with a massive flaw.**<br>a year ago<br>Bought 3 years ago, it is big and lots if great features. Drawers are fabulous and the ice in the door make freezer bigger feeling. The massive flaw: the left door wiring breaks after 3 years and ice maker not longer works. 1,000's of post and YouTube fixes. Whirlpool knows and I was told there is nothing I can do. I just spent 3 hours soldering 5 wires under the front that completely broke and it was a pain. Now I wait to see if ice maker comes back. Really frustrating.<br>No, I do not recommend this product.<br>Helpful? (2) (0) Report<br>Response from Whirlpool: a year ago<br>**Consumer Care**<br>Thank you for sharing your insights with us, Steve in Kansas. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Twitter @WhirlpoolCare, so we can look into this matter further for you. When responding please include your contact information and reference Case # 279658.<br>We're looking forward to hearing from you.<br>Kristin S |

June 2023, Source[292]

| | |
|---|---|
| Elgin, Ok<br>Review 1<br>Votes 4 | **I DO NOT RECOMMEND!!!**<br>a year ago<br>We have had this refrigerator for just over a year now. We have lost the ability to use the ice maker as a wire has broke near the bottom door hinge. I'm sure Whirlpool is aware of the problem as many others have also had the same. Of course it's just outside the manufacturers limited 1 year warranty, as they want you to purchase an extended warranty because clearly they cannot stand behind their products for even one year. It's ridiculous that a product can't even last a full 365 days. Whirlpool, your engineering department needs to revise how the wiring harness runs into the doors on your side by side units!<br>No, I do not recommend this product.<br>Helpful? (4) (0) Report<br>Response from Whirlpool: a year ago<br>**Consumer Care**<br>Thank you for sharing your insights with us, Mdavis. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Twitter @WhirlpoolCare so we can look into this matter further for you. When responding please include your contact information and reference Case # 269344.<br>We're looking forward to hearing from you.<br>Marie Q |

June 2023, Source[293]

| | |
|---|---|
| **Rach**<br>NC<br>Review 1<br>Votes 2 | **Ice Maker Wires: faulty design not acknowledged**<br>a year ago<br>I bought this refrigerator 3 years ago and right after the warranty expired the ice maker stopped working. I did some trouble shooting online and appears to be a known issue where the door opening and closing eventually cuts the wires. I am not able to get confirmation that there is a way to fix this without creating a safety issue. Wires, water, electricity etc. Shame on Whirlpool for not acknowledging their design flaw.<br>Helpful? (2) (0) Report<br>Response from Whirlpool: a year ago<br>**Consumer Care**<br>Thank you for sharing your insights with us, Rach. It's hard for us to hear that you had a negative experience with your Refrigerator, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Facebook http://spr.ly/64223wol0 or Twitter @WhirlpoolCare so we can look into this matter further for you. We're looking forward to hearing from you.<br>Michael D |

June 2023, Source[294]

---

292 *Id.*
293 *Id.*
294 *Id.*

Andrew

Rochester Hills, MI

Review 1

Votes 0

**Wires will break on freezer door**

a year ago

There is a design flaw in the bottom of the freezer door that causes the icemaker to stop working. There is not enough slack in the wires and they break. There are multiple threads you can find online with many others with the same problem with 2-3 of buying the fridge. The only way to fix is to replace the door which costs more than the fridge. Whirlpool WILL NOT acknowledge this is a design flaw and send someone out without me paying for another service fee. I've already paid for two service calls and a new icemaker only to find out from the second repairman that this is a common problem in this model and he's seen it many times before. He called it before he showed us, "these wires will be broken, happens all the time with this model" sure enough it was. My home is sold and I have to buy a new fridge for the buyer because this stopped working after we reached an agreement. I am beyond frustrated dealing with Whirlpools customer service. DO NOT buy Whirlpool, they DO NOT stand behind their products. Do your research, you will find many others with the same problem and no solution.

No, I do not recommend this product.



Helpful? (0) (0) Report

Response from Whirlpool: a year ago

**Consumer Care**

Thank you for sharing your insights with us, Andrew. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare so we can look into this matter further for you.
We're looking forward to hearing from you.
Marie Q

June 2023, Source[295]

Da-D

San Francisco Bay Area

Review 1

Votes 0

**Fine, but watch out for its Achilles heel**

a year ago

Was great initially but about 15 mo after taking ownership we noticed the ice maker stopped working. After replacing the ice making component itself to no avail we called in a repairman who immediately identified the issue, CUT WIRING DUE TO POOR DESIGN. Effectively, the door acts like a pair of scissors and can cut directly through the wiring that controls and powers the ice maker.

Helpful? (0) (0) Report

Response from Whirlpool: a year ago

**Consumer Care**

Thank you for sharing your insights with us, Da-D. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare so we can look into this matter further for you.
We're looking forward to hearing from you.
Marie Q

June 2023, Source[296]

[295] *Id.*
[296] *Id.*

Bobby
INCENTIVIZED REVIEW
Review 1
Votes 0

**Ice Maker problems**
a year ago
The ice maker has been replaced and still doesn't work. Door has been ordered under warranty 2 months ago due to faulty wiring in door causing ice maker not to work. I think Whirpool should replace the refrigerator.

No, I do not recommend this product.

Helpful? (0) (0) Report

Response from Whirlpool: a year ago

**Social Care**
Thank you for sharing your insights with us, Bobby. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare so we can look into this matter further for you. We're looking forward to hearing from you.

June 2023, Source[297]

Steve
INCENTIVIZED REVIEW
Wake Forest, NC
Review 1
Votes 2

**Not Dependable**
a year ago
I bought this refrigerator and it has a major well known problem that Whirlpool will not provide any help with. The refrigerator stop making ice because the wire harness at the bottom of the freezer door has a major defect and they break and the refrigerator won't make ice. I contacted Whirlpool to get a new door as the wires have been repaired multiple times and their answer was no, sorry for your luck. Stay away from this model.

No, I do not recommend this product.

Originally posted on 36-inch Wide Side-by-Side Refrigerator - 28 cu. ft.

Helpful? (2) (0) Report

Response from Whirlpool: a year ago

**Social Care Team**
Hey Steve,
We value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

June 2023, Source[298]

darand
Friendsville, TN
Review 1
Votes 0

**Faulty wiring design to the freezer door**
a year ago
We purchased in 2017. Great refrigerator features but a poor design in the wiring that passes through the bottom of the freezer door and operates the ice maker features. We have had it repaired three times, but it continues to fail. There is an easy design solution that Whirlpool seems reluctant to address. too bad since the unit is otherwise OK.

No, I do not recommend this product.

Originally posted on 36-inch Wide Side-by-Side Refrigerator - 28 cu. ft.

Helpful? (0) (0) Report

June 2023, Source[299]

---

[297] Whirlpool Model WRS588FIHB, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-28-cu.-ft.wrs588fihb.html?
[298] Whirlpool Model WRS588FIHV, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-28-cu.-ft.wrs588fihv.html
[299] *Id.*

**Michael**

Pittsburgh, PA

Review 1

Votes 6

★☆☆☆☆

**Disappointed**

a year ago

I bought this refrigerator a few years ago. Recently, the ice cube maker just suddenly stopped working. I paid a refrigeration guy on Angie's list to come and take a look and find the problem. He mentioned that the wires that run from left side of the refrigerator door back into the refrigerator proper were severed. It was a poor design because the wires are not protected at all as they run back into the refrigerator unit. My parents always purchased Whirlpool products. I think we had one refrigerator while I grew up. I guess I will be looking for another refrigerator not named Whirlpool.

No, I do not recommend this product.





Originally posted on 36-inch Wide Side-by-Side Refrigerator - 28 cu. ft.

Helpful? (6) (0) Report

Response from Whirlpool: a year ago

**Social Care Team**

Thank you for sharing your insights with us, Michael. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare so we can look into this matter further for you. We're looking forward to hearing from you.

June 2023, Source[300]

**TattedCat**

Winchester, VA

Review 1

Vote 1

★☆☆☆☆

**not even 3 years old**

a year ago

I purchased a new home - new build - in August 2019 and it's now July 2022 and the ice maker is broken and now the motor is so loud I can't even hear myself talking if I am standing next to the fridge. We are just waiting for it to die. How is an $1800 fridge dead within 3 years? They also quoted me over $900 to fix the frayed wires (common problem) and replace the door so we can have ice again.

No, I do not recommend this product.

Originally posted on 36-inch Wide Side-by-Side Refrigerator - 28 cu. ft.

Helpful? (1) (0) Report

Response from Whirlpool: a year ago

**Social Care Team**

Hey TattedCat,
We value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

June 2023, Source[301]

300 *Id.*
301 *Id.*

**Disappointed**

Ohio

Review 1

Votes 0

★☆☆☆☆

**Bad Choice**

a year ago

I bought this refrigerator less than 4 years ago Icemaker quit working called a repair person he told me this model has a history of wiring problems in the bottom of the door mine had two broken wires they told me I would have to replace the door as I read some of the reviews there are a lot of people with the same problem with this frig.whirlpool does not stand behind this product offers no help fixing the problem I can not and do not recommend this product it is junk

No, I do not recommend this product.

Originally posted on 36-inch Wide Side-by-Side Refrigerator - 28 cu. ft.

Helpful? (0) (0) Report

Response from Whirlpool: a year ago

**Social Care**

Hey Disappointed, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

June 2023, Source[302]

**AmyO**

Mississippi

Review 1

Votes 5

★☆☆☆☆

**Design Flaw with icemaker. Do not buy.**

a year ago

There is a design flaw with this refrigerator's icemaker's wiring. The wiring is located under the door and with repeated opening of the freezer, the wires separate, rip apart. The wires are too short. This is a known problem. Do your research. This was one of the reasons I bought this refrigerator. I am so disappointed

No, I do not recommend this product.



Helpful? (5) (0) Report

Response from Whirlpool: a year ago

**Social Care Team**

Hey AmyO,
We value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

June 2023, Source[303]

[302] *Id.*
[303] *Id.*

Aimee

Minnesota

Review 1

Votes 3

★☆☆☆☆

**Ice Maker Issue**

a year ago

I was surprised to see how many people have the same issue we are having with this refrigerator. We remodeled our kitchen 3 1/2 years ago and the ice maker stopped working. We had a repairman come and diagnose the issue as a wire problem because of the wires on the bottom of the freezer door. It would require a new door and cost almost as much as replacing the refrigerator. It upsets me that they obviously know of this issue based on the comments and still offer no resolution. A refrigerator should last much longer than 3 1/2 years!!

No, I do not recommend this product.

Helpful? (3) (0) Report

Response from Whirlpool: a year ago

**Social Care**

Hey Aimee, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. We're looking forward to hearing from you.

June 2023, Source[304]

SEPA

south eastern PA

Review 1

Votes 3

★☆☆☆☆

**Defective wires - dont buy!**

a year ago

The wires for the ice maker and control board run through the hinge of the freezer door. But Whirlpool did not use wire rated to flex repeatedly, so they inevitably break. Repair is often impossible and/or costs more than the fridge because it requires a new freezer door since the wire harness is foamed in. Mine took 2.4 years to break. They will all eventually break. Serious manufacturing defect.

No, I do not recommend this product.

Helpful? (3) (0) Report

Response from Whirlpool: a year ago

**Consumer Care**

Thank you for sharing your insights with us, SEPA. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Twitter @WhirlpoolCare so we can look into this matter further for you. When responding please include your contact information and reference Case # 324870.
We're looking forward to hearing from you.
Marie Q

June 2023, Source[305]

---

[304] Whirlpool Model WRS571CIHW, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-counter-depth-side-by-side-refrigerator-21-cu.-ft.wrs571cihw.html?

[305] *Id.*

Davewil3

Review 1

Votes 0

★☆☆☆☆

**Ice Maker Design Insures Failure**

a year ago

Because the icemaker is in the door, there is a bundle of wires that run from under the refrigerator to where they enter the bottom of the freezer door. The 3 inches that are exposed are in a plastic sheath. Opening and closing the freezer door causes the plastic sheath to crack and the sharp cracked sheath then cuts the wires. On my unit, 5 of the 8 wires became cut. Searching "Whirlpool Double Door Refrigerator Not Making Ice" on YouTube will lead to a detailed video with over 400 comments, many from people with the same failure. Whirlpool must be aware of the design flaw, but has not fixed.

No, I do not recommend this product.





Originally posted on 36-inch Wide Counter Depth Side-by-Side Refrigerator - 21 cu. ft.

Helpful? (0) (0) Report

Response from Whirlpool: a year ago

**Consumer Care**

Thank you for sharing your insights with us, Davewil3. It's hard for us to hear that you had a negative experience with your Refrigerator, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Facebook http://spr.ly/64223p1NE or Twitter @WhirlpoolCare so we can look into this matter further for you. We're looking forward to hearing from you.
Michael D

June 2023, Source[306]

Terrell

INCENTIVIZED REVIEW

Lexington, Kentucky

Review 1

Votes 0

★☆☆☆☆

**Defective**

a year ago

Have had 4 service calls so far. New freezer door on order because door has a short in it. Very time consuming, worrisome and bothersome.

No, I do not recommend this product.

Helpful? (0) (0) Report

Response from Whirlpool: a year ago

**Consumer Care**

Thank you for sharing your insights with us, Terrell. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at http://spr.ly/6422Okszj or Direct Message on Twitter @WhirlpoolCare, so we can look into this matter further for you. When responding please include your contact information and reference Case # 314996.
We're looking forward to hearing from you.
Kristin S.

June 2023, Source[307]

[306] *Id.*

[307] MayTag Model MSC21C6MFZ, https://www.maytag.com/kitchen/refrigerators/side-by-side/p.36-inch-wide-counter-depth-side-by-side-refrigerator-21-cu.-ft.msc21c6mfz.html

Use to be longtime Maytag

INCENTIVIZED REVIEW

Chicago

★☆☆☆☆

**POOR DESIGN**

A YEAR AGO

After two years of average use, the ice maker has stopped working. When service man came out, he told us it was a poor design and there are 10 wires in base of door to control ice and water. 4 of the 10 have snapped and eventually all will snap. The repair is to replace the entire freezer door ($1000+) which Maytag has still not changed the design so in another few years it will more than likely happen again unless I never open the freezer.

No, I do not recommend this product.

Helpful? (0) (0) Report

Response from Maytag: A YEAR AGO

**Consumer Care**

Thank you for bringing this to our attention.
We regret you are having these concerns with your Refrigerator, Use to be longtime Maytag. We value all of our customers and we would like the opportunity to look into this further for you. Please reach out to us directly via Private Message on Facebook https://www.facebook.com/maytag or Direct Message on Twitter @MaytagCare. When responding please include your contact information and reference Case # 317209.
Let's see what we can do for you!
Marie Q

June 2023, Source[308]

Will33

Boston

Review 1

Votes 3

★☆☆☆☆

**DO NOT BUY!**

a year ago

There is a manufacturing defect where the wires that provide power and functionality to the freezer door are too short and end up snapping if the door is opened too wide. This could easily be fixed by adding more slack to wire but they haven't done so. This is the bottom left side of freezer door and you can see the wires snapped so now no ice maker.

No, I do not recommend this product.



Helpful? (3) (0) Report

Response from KitchenAid: a year ago

**Social Care Team**

Hello Will33,
Thank you for your review. We sincerely apologize for the concerns with your Refrigerator and would like to review this further for you. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

June 2023, Source[309]

---

[308] KitchenAid Model KRS703HPS, https://www.kitchenaid.com/major-appliances/refrigeration/refrigerators/side-by-side-refrigerators/p.22.6-cu-ft.-counter-depth-side-by-side-refrigerator-with-exterior-ice-and-water-and-printshield-finish.krsc703hps.html?

[309] *Id.*

RoCaS
Schaumburg, IL
Review 1
Votes 2

**Wiring Flaw**

a year ago

I purchased this refrigerator a little more than 4 years ago. Now it has started to give me problems. I would stay away from this product. My issues are electrical issues with my ice maker and has now stopped working. I had 1 company replace the ice maker and it worked for a week then went out again. Had Abt come out and they replaced the same but did not work at all. They said I needed a whole new door (the cost for the door replacement is $1500) . KitchenAid would not cover the cost of the door. Basically, BE WARNED you are buying a product that is expensive and likely break down.

No, I do not recommend this product.

Helpful? (2) (0) Report

Response from KitchenAid: a year ago

**Social Care Team**

Thank you for sharing your experience with us, RoCaS. We apologize for the concerns that you are experiencing with your Refrigerator and would like the opportunity to see if we can help. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

June 2023, Source[310]

Rich W.
Scottsdale
Review 1
Votes 3

**GARBAGE**

a year ago

Purchased this model 2 ½ years ago. Nothing but problems. All related to the freezer compartment. 6+ service calls already... ice maker replacement (twice), excessive frost in freezer, wiring bundle severed by door (twice). KitchenAid finally decided to offer a "Product Exchange" (polite way to say "lemon") but I was still asked to pay $1,000. Stay away.

No, I do not recommend this product.

Helpful? (3) (0) Report

Response from KitchenAid: a year ago

**Customer Care**

Thank you for sharing your experience with us, Rich W.. We apologize for the concerns that you are experiencing with your Refrigerator and would like the opportunity to see if we can help. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/KitchenAid or Direct Message on Twitter @KitchenAidCare. When responding please include your contact information and reference Case # 292182.
We look forward to speaking with you.
Marie Q

285. A consumer reported in a June 2023 post, that after his ice maker failed the first time, a repair technician reconnected the broken wires. Two weeks later, the ice maker failed again, and the technician again reconnected the broken wires. The technician advised that he would not be able to reconnect the wires a third time "as the wires would be too short to reconnect." And a replacement wire harness would have been cost prohibitive at $1,500.[311]

---

[310] *Id.*
[311] *Id.*

meganford

east wenatchee, wa

Review 1

Votes 5

**terrible wiring harness location for the ice maker**

a year ago

We bought this in early 2018 with high expectations. In August 2022 the ice maker stopped dispensing the cubes. Had it fixed for $225.00. Two weeks later the ice maker stopped making cubes. Had the repair company come back out. Fortunately they did not charge us and were able to once again reconnect the wires to the ice maker/dispenser. They explained to us that it would be impossible to repair the wiring harness again as the wires would be too short to reconnect. Main problem with this design was that the wires are located at the left hand base of the freezer door so every time the door was opened the wires would flex and after time break. Well here we are less than a year after the repair with the ice dispenser no longer dispensing the ice. To replace the harness would be approximately $1500.00. Not worth it. Just a matter of time before the ice cube maker quits. I would not recommend purchasing this unit unless changes were made to the wiring harness. Very disappointed in this Kitchen Aid Model.

No, I do not recommend this product.

Helpful? (5) (0) Report

Response from KitchenAid: 11 months ago

Customer Care

Thank you for sharing your experience with us, meganford. We apologize for the concerns that you are experiencing with your Refrigerator and would like the opportunity to see if we can help. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/KitchenAid or Direct Message on Twitter @KitchenAidCare. When responding please include your contact information and reference Case # 344279.
We look forward to speaking with you.
Marie Q

June 2023, Source[312]

M-Mc

South Dakota

Review 1

Vote 1

**Costly repair due to faulty wiring design**

a year ago

We bought Kitchenaid refrigerator model KRSC703HPS00 just a little over two years ago and the ice dispenser stopped dispensing ice. Within another two weeks, the ice maker stopped making ice. Then we discovered ice and frost had built up across the vent along the lower back of the refrigerator side and it no longer held the set 37° temperature. We were told that Kitchenaid had notified repair businesses that the control panel on this model had failed often enough to warrant a bulletin, but it did not qualify it as a manufacturer's defect so there was no free part replacement. This repair cost us $420.33 and did not repair the issues with the ice maker and its dispenser: Our repairman then informed us that the entire freezer side door will need to be replaced because the wiring running from the bottom of the freezer door into the refrigerator had cracked, split or broken as a result of opening and closing the door over the past two years, and that it will cost $750 or more with taxes, shipping and labor! This is a clearly a poor design. Iit should never happened and Kitchenaid should replace the door at their expense.



Helpful? (1) (0) Report

Response from KitchenAid: a year ago

Customer Care

Thank you for sharing your experience with us, M-Mc. We apologize for the concerns that you are experiencing with your Refrigerator and would like the opportunity to see if we can help. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare.
We look forward to speaking with you.
Marie Q

June 2023, Source[313]

---

[312] *Id.*

[313] Kitchen Aid Model KRSF705HPS, https://www.kitchenaid.com/major-appliances/refrigeration/freestanding-refrigerators/freestanding-side-by-side/p.24.8-cu-ft.-side-by-side-refrigerator-with-exterior-ice-and-water-and-printshield-finish.krsf705hps.html?

psconnolly

INCENTIVIZED REVIEW

SF Bay Area

Review 1

Vote 1

**Great Features but not Reliable**

a year ago

Shortly after one year of using this refrigerator (and after the manufacturer's warranty expired), the ice maker of our KitchenAid KRSF705HBS stopped working. One of the wires in the wiring assembly that connects the freezer door to the rest of the fridge had become severed. This is the 2nd time this has happened to us with this model of fridge. We are now dealing with a 3rd party extended warranty company to resolve the issue since KitchenAid only stands behind their appliances for 1 year.

No, I do not recommend this product.

Originally posted on 24.8 cu ft. Side-by-Side Refrigerator with Exterior Ice and Water and PrintShield™ Finish

Helpful? (1) (0) Report

Response from KitchenAid: a year ago

Consumer Care

Thank you for sharing your experience with us, psconnolly. We apologize for the concerns that you are experiencing with your Refrigerator and would like the opportunity to see if we can help. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare.
We look forward to speaking with you.
Marie Q

June 2023, Source[314]

Lizzy60

Haymarket Va

Review 1

Votes 0

**Poor product Quality**

a year ago

I bought this refrigerator in 2018. The fronts are coming off 3 of the drawers. (The fronts are taped on with packing tape now.) The crushed ice maker has failed 3 times now due to a wire in the freezer door that continually rubs till it breaks. The lights also fail with the ice crusher. The cold is unevern.

No, I do not recommend this product.

Helpful? (0) (0) Report

Response from KitchenAid: a year ago

Social Care Team

Thank you for sharing your experience with us, Lizzy60. We apologize for the concerns that you are experiencing with your Refrigerator and would like the opportunity to see if we can help. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

June 2023, Source[315]

4pmm

Bakersfield CA

Review 1

Vote 1

**Design Flaw**

a year ago

After a couple of years use the ice maker and water dispenser went out. Despite multiple attempts at repair, costing us $$ these problems are not resolved. Technicians said it is a design flaw that amputates the wires running up from the base to the freezer door, where the icemaker and water dispenser are located. Want to replace this refrigerator with another (matching all my other Kitchen Aid appliances) but after reading the reviews, I can't be sure that others won't have the same design flaw.

No, I do not recommend this product.

Originally posted on 24.8 cu ft. Side-by-Side Refrigerator with Exterior Ice and Water and PrintShield™ Finish

Helpful? (1) (0) Report

Response from KitchenAid: a year ago

Social Care Team

Hello 4pmm,
Thank you for your review. We sincerely apologize for the concerns with your Refrigerator and would like to review this further for you. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

314 *Id.*

315 *Id.*

286. In another June 2023 post, a consumer reported that when her ice maker failed, the repair technician informed her that broken wires were the cause, that he "sees this all the time, [and m]any people choose to just buy another refrigerator." And the technician further advised that the repair would be around $900, and "if we fix the issue it is 4-12 weeks for the parts and then it will probably need repair again in two years . . . ."[316]

The Piddler

Review 1

Votes 8

**Worst Refrigerator Purchase I've Ever Made**

a year ago

This refrigerator was exactly two years old when the ice maker quit working. The appliance repairman said it was due to wiring at the bottom of the freezer door wearing, basically a design flaw. The repair part and labor to fix it will be around $900. He said he sees this all the time. Many people choose to just buy another refrigerator. I am so disappointed as we built a new house and went with all Kitchenaid appliances thinking they were an upgrade to the old Whirlpool ones I had in my old house. To top it off, if we fix the issue it is 4-12 weeks for the parts and then it will probably need repair again in two years according to the repairman.

No, I do not recommend this product.

Helpful? (8) (0) Report

Response from KitchenAid: a year ago

Social Care Team

Hello The Piddler,

Thank you for your review. We sincerely apologize for the concerns with your Refrigerator and would like to review this further for you. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

June 2023, Source[317]

[316] *Id.*

[317] Kitchen Aid Model KRSC700HPS, https://www.kitchenaid.com/major-appliances/refrigeration/refrigerators/side-by-side-refrigerators/p.19.9-cu-ft.-counter-depth-side-by-side-refrigerator-with-exterior-ice-and-water-and-printshield-finish.krsc700hps.html?

INCENTIVIZED REVIEW

Niwot, CO

Review 1

Votes 4

**Poor Freezer Door Design - Wiring Harness Failure**

a year ago

There is a loud clicking sound coming from the bottom of the freezer side door whenever it is opened or closed. We traced the sound to a wiring harness conduit at the bottom of the freezer door. A noticeable vibration can be felt with your finger at the location of a tape splice on the conduit. The picture below shows the tape splice exactly as it was delivered on Feb 15, 2023 and as it still is now. In addition, the tape splice is in the exact same location as is shown in reviews of failures of the same harness that are posted on KitchenAid's website. On Feb 23, 2023 a service technician from KitchenAid's local service company arrived at our home and attempted to repair the harness conduit and the clicking noise. He was unable to repair the harness or the clicking noise (which is due to the broken wiring conduit rubbing together when the freezer door is opened or closed). His conclusion was that the only way to fix it was to replace the harness. This would mean changing out the very expensive freezer side door. He left without fixing the problem there has been no follow up from KitchenAid on this problem. Since discovering the harness clicking problem we have researched the reviews of the KitchenAid KRSC700HPS refrigerator on the KitchenAid website and we have discovered that the wiring harness problem is a generic problem for this model and is well known to KitchenAid. Over time the wires inside the harness will break and it require a new door to fix the problem. Most likely the failure will occur after the warranty expires. In addition, the refrigerator arrived with a a major dent on the right side (refrigerator side) door. A new door was ordered under warranty and it arrived about two months later. The replacement door had a dent in it so another one was ordered. We are waiting for its arrival. I would not recommend this model refrigerator until the wiring harness issue is fixed.







Helpful? (4) (0) Report

Response from KitchenAid: a year ago

**Customer Care**

Thank you for sharing your experience with us, Chuck K.. We apologize for the concerns that you are experiencing with your Refrigerator and would like the opportunity to see if we can help. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/KitchenAid or Direct Message on Twitter @KitchenAidCare. When responding please include your contact information and reference Case # 303544.
We look forward to speaking with you.
Marie Q

June 2023, Source[318]

Bmeh80

St. Charles, MO

Review 1

Votes 6

**Could have been great**

a year ago

Buyer beware! Have had the fridge for a couple years and loved up until the ice maker stopped working. Technician discovered the wiring in the door had been stretched so tight they broke. This was a design flaw due to poor engineering. KitchenAid is aware of the chronic issue and does not fix the design or stand behind the product. If you're okay with a defective fridge after two years it's a great product if not I'd recommend purchasing a different brand.

No, I do not recommend this product.



Helpful? (6) (0) Report

Response from KitchenAid: a year ago

**Customer Care**

Thank you for sharing your experience with us, Bmeh80. We apologize for the concerns that you are experiencing with your Refrigerator and would like the opportunity to see if we can help. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare.
We look forward to speaking with you.
Marie Q

June 2023, Source[319]

[318] *Id.*
[319] *Id.*

Duane P
California
Review 1
Votes 15

**Do not purchase this refrigerator**

a year ago

Apparently, in door ice makers are not well thought out at Kitchen Aid. The wiring runs down by the hinge and the opening and closing of the door eventually cuts the wiring and renders the ice make obsolete. The only way to repair it, is to purchase a new door! Which is not cheap. I guess this is not the only model that has this problem, according to the repair company.

No, I do not recommend this product.

Originally posted on 19.9 cu ft. Counter-Depth Side-by-Side Refrigerator with Exterior Ice and Water and PrintShield™ finish

Helpful? (15) (0) Report

Response from KitchenAid: a year ago

Social Care Team

Hello Duane P,
Thank you for your review. We sincerely apologize for the concerns with your Refrigerator and would like to review this further for you. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.

June 2023, Source[320]

MariaRC
Albuquerque,NM
Review 1
Votes 3

**Beautiful design with inherent flaw**

a year ago

Bought this just over 2 years ago. Ice maker stopped working about a year in. Turns out the wires in the freezer door that run the ice maker had torn because the protective coil was broken. Wiring in the bottom of the door are rare these days. The protective coil should have lasted longer than it did. The only way to correct is to replace the whole door. Now we have a beautiful fridge that does not function the way it's supposed to. Soon all the wires will tear as there's no protection which means the water dispenser will stop working as well. I would not recommend this product as I expect to get about 10 years out of a fridge not 2.

No, I do not recommend this product.



Helpful? (3) (0) Report

Response from KitchenAid: a year ago

Customer Care

Thank you for sharing your experience with us, MariaRC. We apologize for the concerns that you are experiencing with your Refrigerator and would like the opportunity to see if we can help. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare. We look forward to speaking with you.
Marie Q

June 2023, Source[321]

[320] *Id.*
[321] *Id.*

**Think-Twice**

Georgetown.MA

Review 1

Votes 12

★☆☆☆☆

**Horrible sesign and super poor customer service!**

a year ago

Please be aware of an extremely poor design on the side by side. The wiring, some of which controls the ice maker is run from the main unit into the bottom left of the freezer door by the hinge. This wiring is known to break. There are about 5 or 6 wires and they end up looking like they have been cut. The only proper solution is Kitchen Aid suggests buying a whole new door. Why a whole new door, because you can just replace the wire harness. You will have to replace the whole door which depending on model is around $1400. Absolute brilliant design flaw. Some have tried to splice the broken wires back together but that has proven to break again or break in a different spot. Unless you are within warranty or extended period, they will do nothing!

No, I do not recommend this product.

Helpful? (12) (0) Report

Response from KitchenAid: a year ago

Consumer Care

Thank you for sharing your experience with us, whiteyma. We apologize for the concerns that you are experiencing with your Refrigerator and would like the opportunity to see if we can help. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare.
We look forward to speaking with you.
Marie Q

June 2023, Source[322]

**bhoff**

St. Charles, MO

Review 1

Votes 9

★☆☆☆☆

**do not buy Kitchen Aid, design could be better**

a year ago

lost functionality in the freezer door. the wires that run by the lower hinge on the freezer were so tight that when the door opens it pulls the wire loom tight. after repeated use the wires broke and we lost functionality of the in door water/ice dispenser, and the ice maker stopped working as well. kitchen aid would not fix and offered a service plan through a horrible warranty plan. do not by Kitchen Aid

No, I do not recommend this product.

Helpful? (9) (0) Report

Response from KitchenAid: a year ago

Customer Care

Thank you for sharing your experience with us, bhoff. We apologize for the concerns that you are experiencing with your Gas Refrigerator and would like the opportunity to see if we can help. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare.
We look forward to speaking with you.
Marie Q

June 2023, Source[323]

[322] *Id.*
[323] *Id.*

mad-in-jackson

Jackson Mississippi

Review 1

Votes 8

**unbelievably bad fridge**

a year ago

We purchased this fridge in 2017 after enjoying an Architect series model for over a decade at our previous house. Since then, on this new fridge, multiple interior lights have stopped working. The ice maker and auger/dispenser no longer work. And now we've gotten to the stage where the bottom of the fridge freezes over and won't cool below about 55 degrees. Moldy food, bad odors, can't store food safely. Maddening. We've had a repair service come and tell us that we can roll the dice and replace the fan motor/condenser but that probably won't fix the issue. The ice maker is a terrible design, and the dispenser/auger issue is due to the door hinge severing the wiring. Just insane. Top to bottom. Unless you have a spare $3k to burn, do not buy this fridge!

No, I do not recommend this product.

Helpful? (8) (0) Report

Response from KitchenAid: a year ago

Customer Care

Thank you for sharing your experience with us, mad-in-jackson. We apologize for the concerns that you are experiencing with your Refrigerator and would like the opportunity to see if we can help. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare.
We look forward to speaking with you.
Marie Q

287. In another June 2023 post, one consumer reported that his wires were broken, and when he spoke with a Whirlpool representative, the "factory service rep said they all fail."[324]

Bruce 19

INCENTIVIZED REVIEW

St Charles, Il

Review 1

Vote 1

**The Fridge is ok**

a year ago

My old Kitchen Aide failed after only 6 1/2 years due to a design problem with a cable that went thru the lower freezer door hinge. The factory service rep said they all fail. In addition the compressor was going bad, making noise. I tried to call thru customer service to get an accommodation but was told there was no such thing. I demanded to talk to a manager and, after checking, I was told nobody was available but someone would call me the next day. Nobody called. I will not buy from a foreign manufacturer so I was stuck with one of the Whirlpool brands. This is not what Americans should get from US companies. The Kitchen Aide model KRSC503ESS00

No, I do not recommend this product.

Helpful? (1) (0) Report

Response from Whirlpool: a year ago

Consumer Care

Thank you for sharing your insights with us, Bruce 19. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Twitter @WhirlpoolCare so we can look into this matter further for you. When responding please include your contact information and reference Case # 286297.
We're looking forward to hearing from you.
Marie Q

June 2023, Source[325]

---

[324] Kitchen Aid Model KRSC503ESS00, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-25-cu.-ft.wrs325sdhz.html?

[325] KitchenAid Model KRSF505ESS, https://www.kitchenaid.com/major-appliances/refrigeration/freestanding-refrigerators/freestanding-side-by-side/p.24.8-cu-ft.-side-by-side-refrigerator-with-exterior-ice-and-water-and-printshield-finish.krsf705hps.html?

**Cub1**

Texas

Review 1

Votes 0

★★☆☆☆

**Very disappointed - Several Issues within 3 years**

a year ago

Very disappointed in our side by side model KRSF505ESS which we bought 3 years ago. Within 2 years we had the following costly issues: 1) ice machine stopped working due to a design flaw that caused the opening/shutting of the door to cut through a wire - whole freezer door had to be replaced, 2) the freezer light stopped working - needed to replace the whole circuit board, 3) the front handle part of the crisper drawer detached - had to buy a whole new drawer. These repairs were time consuming and costly. I hope the design on this refrig. has improved since our purchase in 3/2019, but our version did not stand up to my expectations from KitchenAid.

No, I do not recommend this product.

Helpful? (0) (0) Report

Response from KitchenAid: a year ago

Customer Care

Thank you for sharing your experience with us, Cub1. We apologize for the concerns that you are experiencing with your Refrigerator and would like the opportunity to see if we can help. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Twitter @KitchenAidCare.
We look forward to speaking with you.
Marie Q

June 2023, Source[326]

**Bassbuster**

Johnson County, Kansas

★☆☆☆☆

**TOTAL DESIGN FAILURE**

A YEAR AGO

Two major issues: 1) Water cooler is in the warmest part of the refigerator; 2) wiring from freezer door (includes ice maker controls) to cabinet are unprotected and opening and closing the freezer door fatigues these wires and they break with solution being replacing the entire freezer door at a cost of over $1000 only to look forward to the same failure in about 2 years. On item 1, it means that the dispensed "cold" water is warmer than what comes out of my faucet directly. Maytag/Whirlpool offers a fix (ha!): a discount on a new, comparable Maytag or Whirlpool refigerator, and that results in a cost that is more than replacing the existing freezer door. The offer is actually 40% off of MSRP, or 20% off of sale price. Of course, essentially all of their refrigerators listed online are on sale and 20% off of that price is considerably more than 40% off of the MSRP, but they stick you with the 20%. This model is a total rip off!! Just wondering if the newer models have the same issue. Maytag engineers should all be fired for designing such an obviously faulty wiring configuration. Ridiculous!!!!

No, I do not recommend this product.

Helpful? (0) (0) Report

Response from Maytag: A YEAR AGO

Consumer Care

Thank you for bringing this to our attention.
We regret you are having these concerns with your Refrigerator, Bassbuster. We value all of our customers and we would like the opportunity to look into this further for you. Please reach out to us directly via Facebook https://www.facebook.com/maytag or Twitter @MaytagCare.
Let's see what we can do for you!
Marie Q

June 2023, Source[327]

---

326 *Supra* note 285.

327 While this review was found in the reviews for Whirlpool Model WRS325SDHZ, the consumer refers to "MayTag," so it is likely this review was left for the incorrect model, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-25-cu.-ft.wrs325sdhz.html?

Lisa

Lenexa, KS

Review 1

Vote 1

★☆☆☆☆

**Don't purchase!**

a year ago

We purchased this style fridge in 2018. In 2019, just after the warranty expired, it stopped making ice. We found out via a service call that the wire controlling the ice maker (that goes from the bottom of the freezer area to the bottom of the freezer door) was cut due to normal use. As a courtesy, Maytag replaced the entire door I. It took months to get but we were satisfied with the result. I did ask what would happen if it should happen again. I didn't get a good answer although they said my warranty would re- start as of the installation of the new door. They did make a slight design change on the new door by encasing all the wires in a plastic sheath. Fast forward to October, 2022. Hmmm… The fridge is no longer making ice. We can still get water from the door but no ice. Sure enough, there are 2 wires at the bottom that appear cut. The plastic sheath was not sturdy enough, nor were the wires, to withstand normal use and failed again. It is a design flaw. Maytag told me they would no longer replace it with a new door but could give me a one-time discount on a new fridge. I love the side by side style with ice and water in the door but they need to address the design flaw. My old fridge lasted 25 years without a problem like this. Not too sure I'll buy another Maytag/Whirlpool fridge.

No, I do not recommend this product.



Helpful? (1) (0) Report

Response from Whirlpool: a year ago

**Consumer Care**

Thank you for sharing your insights with us, Lisa. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Twitter @WhirlpoolCare so we can look into this matter further for you. When responding please include your contact information and reference Case # 283628.
We're looking forward to hearing from you.
Marie Q

July 8, 2023, Source[328]

**Do not buy!!**

Njmom1

July 8, 2023

★☆☆☆☆ Would Not Recommend

This is a horribly flawed design! We bought this refrigerator in 2021 and are now faced with buying a new refrigerator. In the past two years we have paid for multiple repairs, received zero support from Kitchen aid, and have been told by repair companies that they know this model well and that the design leads to cooling failure in the refrigerator compartment. On a monthly basis we have to turn it off for 48 hours to dethaw the refrigerator due to ice build up in the cooling mechanism. Additionally, the wires to the the ice maker run alongside the bottom of the freezer door in a way that they become caught in the door and snap in the door, which disconnects the ice maker. Again we were told this is a design flaw and they see frequent repairs of this issue. We are so disappointed with this purchase and will never but kitchen aid again.

— Read Less

Was this Review Helpful ? (0) | (0) | Report

**Response from KitchenAidTeam**

KitchenAidTeam

July 10, 2023

Thank you for sharing your experience with us, Njmom1. We apologize for the concerns that you are experiencing with your Refrigerator, and would like...

+ Read More

328 KitchenAid Model KRSC703HPS, https://www.lowes.com/pd/KitchenAid-22-6-cu-ft-Counter-Depth-Side-by-Side-Refrigerator-with-Ice-Maker-Fingerprint-Resistant-Stainless-Steel/1001254484.

288. In a July 2023 post, a consumer was disappointed that after one month of purchase his ice maker began to fail, which he lamented because—like all other consumers—"[o]ne of the main purposes of purchasing a refrigerator like this is to have Ice."[329]



Andrew

Review 1

Votes 3

**Do not purchase if you expect to have ice**

11 months ago

I purchased this product back in January of 2021. After one month, the ice maker started acting up and was very slow to make ice. One of the main purposes of purchasing a refrigerator like this is to have Ice. I tried multiple things to correct the problem over the last 18 months to no avail. In March of 2023, our Ice Maker stopped working completely. After spending $200 for a service call, I found out that our ice maker stopped working due to the failure of the wire harness at the bottom of the freezer door. Apparently, this is a known design flaw in this unit. I spoke to Whirlpool customer service for assistance due to the fact that I was quoted over $1,250 to purchase a new freezer door to correct the problem by the service entity. Customer Service stated that there is nothing they can do to help and recommended that I purchase a new refrigerator. When purchasing appliances, expecting them to last more than two years is not unreasonable. Most appliances last at least five years with all main features working correctly. I recommend that you do not purchase this refrigerator.

No, I do not recommend this product.

Originally posted on 36-inch Wide Side-by-Side Refrigerator - 28 cu. ft.

Helpful? (3) (0) Report

Response from Whirlpool: 11 months ago

Consumer Care

Hi Andrew,
we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. When responding please include your contact information and appliance model/serial number.
We're looking forward to hearing from you.
Marie Q

July 2023, Source[330]

[329] *Supra* note 298.
[330] *Supra* note 286.

Adam B.

Kansas City, KS

Review 1

Vote 1

**Ice Maker malfunctions, shelves are not removable**

11 months ago

Typically, I skip on 1-star reviews, but I really am giving this rating from the heart..... We started using this refrigerator in Mar/2021. In Jun/2023 the ice maker stopped making ice. Water line is fine, dispensing properly. The ice tray fills, but it never dumps into the container, signaling to the board that the tray is empty and it's time to make more ice. We realize that our warranty is only for 1yr. We contact Diamond Factory Service for repair. They tell us they don't know why it's not making ice because diagnostic tests are all positive, temps are all normal, and the filter is in correctly using an approved filter. Testing proves that the tray fills when empty, it has the ability to dump ice into the container... but it's just not. They think it could be a system board error, but they're not sure because diagnostics show that the board is fine. It was $125 for the service call charge. It's $259.04 for a new board. AND if that doesn't fix it, there's a known issue about wiring that connects from the system board to the ice maker where the wires have a tendency to wear out from opening and shutting the door to the freezer. The only fix for that is a new door. I didn't ask the cost on that because I'm certain it will exceed the $374.04 that they're already trying to charge me. For that money, I could buy a really nice countertop ice maker instead. It's very disappointing that I've only had this appliance for a little over 2yrs and I'm already having these issues. I've never had a problem with a Whirlpool appliance in the past, but this is really making me second guess buying another. Oh... and the fridge shelves are not removable. You can move the drawers and the door shelves, but not the shelves in the box itself... a big engineering "miss", in my book. I took it for granted that you could arrange them to your liking, as I have been able to in any other fridge.

No, I do not recommend this product.

Helpful? (1) (0) Report

Response from Whirlpool: 11 months ago

**Consumer Care**

Thank you for sharing your insights with us, Adam B.. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at http://spr.ly/6428ONe9a or Direct Message on Twitter @WhirlpoolCare, so we can look into this matter further for you. When responding please include your contact information and reference Case # 344411.
We're looking forward to hearing from you.
Kristin S

July 2023, Source[331]

JIM DALE

SHAVERTOWN, PA

Review 1

Votes 2

**WHIRLPOOL WRS588FIHV00**

11 months ago

I will never buy another Whirlpool product! A year and a half after purchasing my 28 cu. ft. WRS588FIHV00 catastrophe, all of the wires leading to the freezer (ice maker, auger and control panel) door broke and I was told by Whirlpool to replace the entire freezer $800. door by myself. I have to keep splicing the low voltage wires back together as they keep breaking. It is almost impossible to splice those thin low voltage wires. As least I have my 20 year old Whirlpool Gold GS5SVAXVB00 25 cu. ft. refrigerator in my garage is on standby to transfer all my frozen and refrigerated food into when the WRS588FIHV00 stops working. I always bought Whirlpool Gold refrigerators because they were indestructible. My current three year old Whirlpool has self destructed several times but at least I still have my 20 year old Whirlpool Gold GS5SVAXVB00 as back-up while resurrecting my three year old WRS588FIHV00. I should never had removed my Whirlpool Gold GS5SVAXVB00 from my kitchen. My wife wanted a new refrigerator and all I got was a giant headache. Whirlpool does not make refrigerators like they used to!

No, I do not recommend this product.

Helpful? (2) (0) Report

Response from Whirlpool: 11 months ago

**Consumer Care**

Hi JIM DALE,
we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. When responding please include your contact information and appliance model/serial number.
We're looking forward to hearing from you.
Marie Q

July 2023, Source[332]

[331] *Supra* note 286.
[332] *Supra* note 283.

ME57

Nebraska

Review 1

Vote 1

**Beware, there is a design flaw for ice maker wires**

11 months ago

We absolutely love this fridge, BUT, and it's a BIG BUT, there is a serious design flaw in the wiring for the ice maker at the bottom of the freezer door. The wires will crimp and pull apart with everyday use. Our ice maker stopped working 2 years after purchase. We've had it 5 years now and except for no ice we love the features, size and layout of this side by side BUT Whirlpool has to address this design flaw.

No, I do not recommend this product.



Helpful? (1) (0) Report

Response from Whirlpool: 11 months ago

**Consumer Care**

Hi ME57, we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. When responding please include your contact information and appliance model/serial number.
We're looking forward to hearing from you.
Marie Q

July 2023, Source[333]

MAPe

Belton, TX

Review 1

Votes 3

**Horrible Wiring Design - Freezer Door**

11 months ago

The wiring in the freezer door specifically has a horrible design. Over time, with opening and closing the door, the wires become spliced, and your ice maker will stop working. Whirlpool has never seen this problem however I am reading a lot of similar reviews. Anyone who has this unit and this problem, please leave a review. Let's advocate so we can have working units not be left to go buy a new one instead. If you do buy this, make sure you purchase the longest extended warranty because you will have issues.

No, I do not recommend this product.

Helpful? (3) (0) Report

Response from Whirlpool: 11 months ago

**Consumer Care**

Hi MAPe,
we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. When responding please include your contact information and appliance model/serial number.
We're looking forward to hearing from you.
Marie Q

July 2023, Source[334]

333 *Supra* note 283.
334 *Supra* note 283.

"no choice"

INCENTIVIZED REVIEW

kansas

Review 1

Vote 1

**problem with two "never seen before" by Whirlpool**

11 months ago

The wiring loom's sheathing eventually breaks at bottom hinge of freezer door. The sharp edge of the broken sheathing then cuts wiring. I had two and each had the same problem. I replaced previous two with these two new despite knowing of this inherent problem because they are the only ones that fit the size of my cabinet openings. I am searching out an extended warranty for the two new ones. Whirlpool's repair is new wiring loom and loom comes with the freezer door. The loom with door repair cost is almost the cost of a new refrigerator. Whirlpool's service technicians and call center tech advisors had "never seen the problem before." Others have, and they repair with tedious soldering but caution that their repair is short term as ongoing use of freezer door will eventually break the solder; and it does.

No, I do not recommend this product.

Helpful? (1) (0) Report

Response from Whirlpool: 11 months ago

**Consumer Care**

Hi "no choice",
we value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. When responding please include your contact information and appliance model/serial number.
We're looking forward to hearing from you.
Marie Q

August 30, 2023, Source[335]

Aug 30, 2023

**Buyer beware wiring issues**

This product has a known issue the causes the wiring to fray at the base of the unit that makes the ice maker inoperable. We have been told by two different service advisors that are only option to get the icemaker to work again is a brand new door had a cost of $2000. KitchenAid refuses to accommodate our request for meaningful assistance to buy a new unit. Shame on KitchenAid for not standing by their product
by ScottAStl

**Response from KitchenAidTeam** Hide

Aug 31, 2023

Thank you for sharing your experience with us, ScottAStl. We apologize for the concerns that you are experiencing with your Refrigerator, and would like the opportunity to see if we can help. Please reach out to us via Facebook https://www.facebook.com/KitchenAid or Instagram https://www.instagram.com/kitchenaidusa/?hl=en We look forward to speaking with you.

August 2023, Source[336]

[335] Kitchen Aid Model KRSC700HPS, https://www.homedepot.com/p/KitchenAid-19-8-cu-ft-Side-by-Side-Refrigerator-in-Stainless-Steel-with-PrintShield-Finish-Counter-Depth-KRSC700HPS/311345807

[336] *Supra* note 298.

| | |
|---|---|
| rodzilla<br>INCENTIVIZED REVIEW<br>Midlothian, tx<br>Review 1<br>Votes 0 | **ice maker quit**<br>10 months ago<br>manufacturer defect, wiring under door. They wanted $900 to replace door<br>No, I do not recommend this product.<br>Originally posted on 36-inch Wide Side-by-Side Refrigerator - 28 cu. ft.<br>Helpful? (0) (0) Report<br>Response from Whirlpool: 10 months ago<br>**Consumer Care**<br>Thank you for sharing your insights with us, rodzilla. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Twitter @WhirlpoolCare so we can look into this matter further for you. When responding please include your contact information and reference Case # 360258.<br>We're looking forward to hearing from you.<br>Marie Q |

August 2023, Source[337]

| | |
|---|---|
| T1401<br>INCENTIVIZED REVIEW<br>Hodgenville KY | **POOR ENGINEERING**<br>10 MONTHS AGO<br>Bought a month ago. Ice maker already broke. Apparently this is a known issue with wires breaking in door because wires are ran inappropriately causing them to break. It's bad enough that it is on YouTube detailing the problem. So much for Maytag dependability. They keep selling them with no recall and if it's out of warranty you have to pay . So every 2 or 3 years you need to get a new door. Bad engineering . 101<br>No, I do not recommend this product.<br>Helpful? (1) (0) Report<br>Response from Maytag: 10 MONTHS AGO<br>**Consumer Care**<br>Thank you for bringing this to our attention.<br>We regret you are having these concerns with your Refrigerator, T1401. We value all of our customers and we would like the opportunity to look into this further for you. Please reach out to us directly via Private Message on Facebook https://www.facebook.com/maytag or Direct Message on Twitter @MaytagCare. When responding please include your contact information and reference Case # 365733.<br>Let's see what we can do for you!<br>Marie Q |

August 2023, Source[338]

| | |
|---|---|
| Rosie<br>Pembroke Pines, FL<br>Review 1<br>Votes 0 | **Wire Harness on the freezer side is a failure**<br>10 months ago<br>I just had the same issue. Ice maker stopped working due to the wires in the freezer door being pinched. My refrigerator is only 2 years old. Luckily I bought and extended warranty and they are replacing the refrigerator.<br>No, I do not recommend this product.<br>Helpful? (0) (0) Report |

August 2023, Source[339]

---

337 *Supra* note 285.
338 *Supra* note 283.
339 *Supra* note 283.

bd4bay soccer

Ohio

Review 1

Votes 0

**Wire Harness on the freezer side is a failure**

10 months ago

6 years old. The wire harness is too tight on the freezer door at the floor, when you open and close the door over time the wires inside the harness will crack and fail. The only service is a new door due to the harness not having a replacement part.

No, I do not recommend this product.

Helpful? (0) (0) Report

Response from Whirlpool: 10 months ago

**Consumer Care**

Thank you for sharing your insights with us, bd4bay soccer. We value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa or Twitter @WhirlpoolCare. When responding please include your contact information and appliance model/serial number.
We're looking forward to hearing from you.
Marie Q

August 2023, Source[340]

LouBM

Florida

Reviews 2

Votes 4

**Horrible product!!!!**

10 months ago

I bought this product less than 2 years ago...... both Ice Maker and freezer light stopped working ..... I had service come out to replace both modules .... neither worked. They stated the wiring harness cracked and the door needs to be replaced. KitchenAid Customer Service said they will not cover it.

No, I do not recommend this product.

Helpful? (4) (0) Report

Response from KitchenAid: 10 months ago

**Consumer Care**

Thank you for sharing your experience with us, LouieB. We apologize for the concerns that you are experiencing with your Refrigerator and would like the opportunity to see if we can help. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/KitchenAid or Direct Message on Twitter @KitchenAidCare. When responding please include your contact information and reference Case #361258. We look forward to speaking with you.
Denise M.

September 2023, Source[341]

[340] *Supra* note 308.
[341] *Supra* note 298.

Straz
INCENTIVIZED REVIEW
Lake Tahoe, California
Review 1
Votes 0

**Horrible Fridge and Customer Service**

9 months ago

I was suggested by Lowes this was a good fridge. After two years, the ice maker stopped working and a repair man came out to say the freezer doors have two wires that broke. He later said they don't even sell Whirlpool because they are made so poorly and get alot of calls for them. The experience when I called was not helpful and whirlpool avoided responsibiltiy and gleefully told me it was out of warranty. Never again, its too bad, because I have bought at least 5 or six fridges and never had issues like this product and have a company not back it's product like this. Shelves broke in the fridge, this is a terrible experience overall. Do your research, but stay away from whirlool there are better brands then this.

No, I do not recommend this product.

Originally posted on 36-inch Wide Side-by-Side Refrigerator - 28 cu. ft.

Helpful? (0) (0) Report

Response from Whirlpool: 9 months ago

**Consumer Care**

Thank you for sharing your insights with us, Straz. It's hard for us to hear that you had a negative experience as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Instagram at https://www.instagram.com/whirlpoolusa/, so we can look into this matter further for you. When responding please include your contact information and reference Case # 375343.
We're looking forward to hearing from you.
Marie Q

September 2023, Source[342]

OneAndDone
Maple Grove, MN

**YEAR AND A HALF OLD... ICE MAKER STOPPED WORKING**

9 MONTHS AGO

We had the new fridge installed in December of 21. 20 months later the icemaker has no power. I'm guessing the cause is the same as what dozens of other customers have experienced detailed in this youtube video: https://www.youtube.com/watch?v=oe7PXeB3mMg I am not handy enough nor have the tools to do all the things done in the video to make the icemaker operable. Nor am I willing to spend huge money for a new freezer door. Very frustrating to have purchased something with such an obvious design flaw. There should be a recall.

No, I do not recommend this product.

Originally posted on 36-Inch Wide Side-by-Side Refrigerator with Exterior Ice and Water Dispenser - 25 Cu. Ft.

Helpful? (0) (0) Report

Response from Maytag: 9 MONTHS AGO

**Consumer Care**

Thank you for bringing this to our attention.
We regret you are having these concerns with your Refrigerator, OneAndDone. We value all of our customers and we would like the opportunity to look into this further for you. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/maytag or Direct Message on Instagram at https://www.instagram.com/maytag/. When responding please include your contact information and reference Case # 377600.
Let's see what we can do for you!
Marie Q

September 2023, Source[343]

[342] *Supra* note 283.
[343] *Supra* note 286.

Brian

Maryland

Review 1

Votes 2

**Dangerous Design Flaw**

9 months ago

I bought this refrigerator about 4 years ago. It worked well to recently It stopped making ice about 3 weeks ago. A tech came in today and showed me where live wires were completely broken in the wiring harness under the freezer door ( behind a metal panel ). I of course called whirlpool customer service and asked what they could do. They put me on hold while checking on the model and of course told me no know flaws. I asked if they wanted me to send the pic and they de lined. Went online this evening and see many other examples of same flaw. See attached pic. I cannot sleep soundly until I get it replaced

No, I do not recommend this product.



Helpful? (2) (0) Report

Response from Whirlpool: 9 months ago

**Consumer Care**

Thank you for sharing your insights with us, Brian. It's hard for us to hear that you had a negative experience as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Instagram at https://www.instagram.com/whirlpoolusa/, so we can look into this matter further for you. When responding please include your contact information and reference Case # 377306.
We're looking forward to hearing from you.
Marie Q

289. In an October 23, 2023 post, a consumer reported having installed three replacement freezer doors, each of which resulted in the same Defect.[344]

**First Name Basis with the Appliance Repair Company**

larryAZ
October 23, 2023

From kitchenaid.com

This refrigerator has been such a disappointment. I am on a first name basis with the appliance repair company. Poorly designed & built. In four years the freezer door has had be replaced three times under the extended warranty luckily & now on third door the refrigerator section is not cooling to the setpoint of 37F & the extended warranty has ended. On first door the wires between the refrigerator & the freezer door broke due to the poor design. The second door had issues with the ice maker water fill line.

— Read Less

**Response from Consumer Care**

Consumer Care
October 24, 2023

Thank you for sharing your experience with us, larryAZ. We apologize for the concerns that you are experiencing with your Refrigerator and would like the opportunity to see if we can help. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/KitchenAid or Direct Message on Instagram at https://www.instagram.com/kitchenaidusa/. When responding please include your contact information and reference Case # 416373. We look forward to speaking with you. Marie Q

— Read Less

October 25, 2023, Source[345]

[344] *Supra* note 328.
[345] *Id.*

**Wiring to Freezer Door Defect**

KitchenAidNever
October 25, 2023

★☆☆☆☆ X Would Not Recommend

The wiring to the freezer door enters at the bottom of the door. The wires are so tight and short they ultimately break from opening door, so no ice or water. The only fix is new unit. Repair man said they all ultimately break and KitchenAid will not address the defect.

Was this Review Helpful ? (0) | (0) | Report

**Response from KitchenAidTeam**

KitchenAidTeam
October 27, 2023

Thank you for sharing your experience with us. We apologize for the concerns that you are experiencing with your Refrigerator, and would like the opp...

+ Read More

October 2023, Source[346]

**R Scott**

Raleigh, NC
Review 1
Votes 6

★☆☆☆☆
**Buyer Beware**

8 months ago

This is fundamentally a poorly designed, and built product. The first issue was the water stopped dispensing (in less than 2 years of ownership). the pump on the water filter had to be replaced ($300). With the water issue fixed we waited for the ice maker to start making ice. That didn't happened because the repair tech found that the wires in the base of the door (see photo) had been cut by the door frame. We would need to replace the entire door ($500) to correct the problem with no guarantee it wouldn't happen again. The repair tech couldn't believe the the electric was wired this way. I called the Kitchenaid and told them the issue and, of course, it was beyond the warranty and they don't stand behind their product. Now the water dispenser leaks constantly. Initially, we were very happy with the refrigerator and decided to purchase a matching Kitchenaid dishwasher. This has been such a disappointment. We probably purchase a half dozen refrigerators over the year, this by far is the worst. Poorly design, built and supported. Even the company that builds it won't stand behind it.

No, I do not recommend this product.



Helpful? (6) (0) Report

Response from KitchenAid: 8 months ago

**KitchenAid Team**

Thank you for sharing your experience with us,
R Scott. We apologize for the concerns that you are experiencing with your Refrigerator and would like the opportunity to see if we can help. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/KitchenAid or Direct Message on Instagram at https://www.instagram.com/kitchenaidusa/. When responding please include your contact information and reference Case # 402473.
We look forward to speaking with you.
Marie Q

October 2023, Source[347]

346 *Supra* note 308.
347 *Supra* note 298.

Nick2450

Utah

Review 1

Votes 0

**Wires will break at bottom of freezer**

8 months ago

Do not buy. The wires that come up from the bottom of the refrigerator into the freezer door WILL EVENTUALLY BREAK, rendering the ice maker and dispenser useless. Every time the freezer door opens and closes the wires that go into the bottom of the freezer door flex . The more the freezer door opens/closes the sooner the wires will break. It's not a matter of IF they will break, it's a matter of WHEN. Ours broke in 2.5 years. Despite this being a definite design flaw and Whirlpool is well aware, Whirlpool will not help whatsoever. Google "wires broken whirlpool refrigerator" and you will see tons of complaints, pictures and videos.

No, I do not recommend this product.

Originally posted on 36-inch Wide Side-by-Side Refrigerator - 28 cu. ft.

Helpful? (0) (0) Report

Response from Whirlpool: 7 months ago

**Consumer Care**

Nick2450Thank you for sharing your insights with us, Nick2450. It's hard for us to hear that you had a negative experience as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Instagram at https://www.instagram.com/whirlpoolusa/, so we can look into this matter further for you. When responding please include your contact information and reference Case # 406290.
We're looking forward to hearing from you.
Marie Q

October 2023, Source[348]

Unhappymomma

INCENTIVIZED REVIEW

Greenwich, OH

**WISH I COULD GET MY MONEY BACK**

8 MONTHS AGO

This is the worst appliance we have ever bought. We have only owned it for 5 mo this and it has been a nightmare. I've NEVER works. The door with ice maker has already been replaced twice. The ice maker motor has been replaced once. I'm on a first name basis with the repair company. At this point I just wish I could exchange it or get my money back.

No, I do not recommend this product.

Originally posted on 36-Inch Wide Side-by-Side Refrigerator with Exterior Ice and Water Dispenser - 25 Cu. Ft.

Helpful? (1) (0) Report

Response from Maytag: 8 MONTHS AGO

**Consumer Care**

Thank you for bringing this to our attention.
We regret you are having these concerns with your Refrigerator, Unhappymomma. We value all of our customers, and we would like the opportunity to look into this further for you. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/maytag or Direct Message on Instagram at https://www.instagram.com/maytag/. When responding please include your contact information and reference Case # 405321.
Let's see what we can do for you!
Marie Q

October 2023, Source[349]

Jimbo

INCENTIVIZED REVIEW

Geneva Illinois

Review 1

Votes 0

**Whirlpool refrigerator**

8 months ago

I purchased this due to a design flaw with my other whirlpool four year old fridge. I understand the new one had the same design flaw with the wiring harness in the door

No, I do not recommend this product.

Helpful? (0) (0) Report

October 2023, Source[350]

---

348 *Supra* note 283.
349 *Supra* note 275.
350 *Supra* note 275.

RobW

INCENTIVIZED REVIEW

Herndon, VA

Review 1

Votes 2

**Broke in 2 years**

8 months ago

This refrigerator is not extremely well made or designed. It was an okay refrigerator until the ice maker stopped working right at the 2 year mark. The freezer door has a design flaw which centers around the bundle of wires which run from a connection under the refrigerator up the door to the control panel located above the ice and water dispensers. Opening and closing the freezer door pinches this bundle of wires and eventually breaks some of them causing the ice maker to stop functioning. In order to repair this issue you must either purchase a new door which costs about the same price as the entire new refrigerator or mend the wires and hope they stay connected. Whirlpool needs to offer a solution to fix this due to it being a design flaw. There is no reason why a brand new refrigerator should last a couple of years!! efrigerator should only last a couple

No, I do not recommend this product.

Helpful? (2) (0) Report

Response from Whirlpool: 7 months ago

**Consumer Care**

Thank you for sharing your insights with us, RobW. It's hard for us to hear that you had a negative experience as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Instagram at https://www.instagram.com/whirlpoolusa/, so we can look into this matter further for you. When responding please include your contact information and reference Case # 404410.
We're looking forward to hearing from you.
Marie Q

November 2023, Source[351]

Shell_Bell

Littleton, CO

Review 1

Votes 0

**Enjoy Look and Capacity, icemaker quit working**

7 months ago

Have had the refrigerator for a while, purchased October 2018. In 2022, the ice maker stopped working. My husband who is a commercial HVAC service person, removed the front grill, close to the floor and found a couple broken wires in the wiring harness. He used the wiring diagram that came with the fridge and traced out that the broken wires were for the icemaker. The wires are so small that he did not have butt connectors small enough to repair them. We decided to call for service, thinking the service person would have the tools and supplies to work on residential appliances. Found service repair person via Whirlpool website. The guy showed up, I mentioned that we had left the grill off. He lay on the floor in front of the fridge to look at the wiring harness. He confirmed what my husband found and stated that it was a bad design and instructed me to call the manufacturer and tell them that you need a new door under warranty. He stated that all the wires for everything in the door ran up inside and you can't change the wiring, the entire door needs to be replaced. It took him longer to fill out paperwork than it did to look at the fridge. I called like he stated, I was told they did not see a warranty item for the model. I could purchase a replacement door for $1,400. I told them I would need to think about it, as that was about the amount we paid when we purchased it. After a few months of buying ice, we purchased a countertop icemaker at the end of 2022 and hope that none of the other wires break. Making ice is getting a little old now. Reluctantly, I started looking online for possible replacement refrigerators. I went on Whirlpool website and entered the model number of the current refrigerator. To allow me to compare. While browsing the reviews, I found that others had the same issue as us. So, I am entering my review. I enjoy the look and capacity of the refrigerator. It just stinks that we cannot use the icemaker and the cost to repair it is so much.

Helpful? (0) (0) Report

November 2023, Source[352]

---

[351] *Supra* note 275.
[352] *Supra* note 275.

Matt S

Mount Pleasant, SC

Review 1

Votes 2

**2-1/2 yr old - wire harness failure, no fix**

7 months ago

My unit is 2 years and 5 months old. The ice makers stopped working. I contacted Whirlpool, the sent out a locate appliance repair tech (at a cost of $175 to me) to look at the issue. The tech was about to go straight to the cause of the problem. At the base of the left/freezer door, there is a wire harness that stretches each time the door is opened. Over time the wires scretch and break. There is no replacement harness availble. The entire door must be replaced (at at cost of about $1,400. Around the price of a new fridge). I contacted Whirlpool and was offered a 20% discount code of could to purchase a new Whirlpool appliance (good for 30 days). I've alway know Whirlpool to be a reputable company and expected them to stand behind their product more than just a "sorry, here's 20% a new one." Possably offering a new door with updated harness at no charge, leaving me to only cover the cost of labor would be nice. I guess a new fridge will be my fix, but i don't know if i can trust another Whirlpool device after this experience.



Helpful? (2) (0) Report

Response from Whirlpool: 7 months ago

**Consumer Care**

Thank you for sharing your insights with us, Matt S. It's hard for us to hear that you had a negative experience as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Instagram at https://www.instagram.com/whirlpoolusa/, so we can look into this matter further for you. When responding please include your contact information and reference Case # 416337.
We're looking forward to hearing from you.
Marie Q

November 2023, Source[353]

Kimberly

Atlanta Georgia

Review 1

Votes 2

**Ice maker problem**

7 months ago

I bought 3 years ago and the freezer door has a flaw. The wiring at the door split because of opening and closing freezer door. It's a manufactured flaw in design and was told by repairman that door has to be replaced in order for ice maker to work. I called whirlpool only to get shut down with resounding not whirlpools problem. 3 years and door is no good and replacing it is $1400. No words

No, I do not recommend this product.

Helpful? (2) (0) Report

Response from Whirlpool: 7 months ago

**Consumer Care**

Thank you for sharing your insights with us, Kimberly. It's hard for us to hear that you had a negative experience as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Instagram at https://www.instagram.com/whirlpoolusa/, so we can look into this matter further for you. When responding please include your contact information and reference Case # 414744.
We're looking forward to hearing from you.
Marie Q

November 2023, Source[354]

[353] *Supra* note 275.
[354] *Supra* note 307.

Donna17

Dacula, GA

★☆☆☆☆

**DESIGN FLAW DO NOT PURCHASE**

7 MONTHS AGO

If I could give this a zero, I would. Bought this refrigerator 6 years ago, along with Maytag stove, microwave, dishwasher, washer and dryer. Apparently, this refrigerator has a design flaw. The wires are at the bottom of the freezer door. These wires become weak and break into. There is no fix to correct the issue. I am so disappointed, and have received no help from Maytag. Maytag has just lost a loyal customer.



Helpful? (0) (0) Report

Response from Maytag: 7 MONTHS AGO

Consumer Care

Thank you for bringing this to our attention.
We regret you are having these concerns with your Refrigerator, Donna17. We value all of our customers, and we would like the opportunity to look into this further for you. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/maytag or Direct Message on Instagram at https://www.instagram.com/maytag/. When responding please include your contact information and reference Case # 410229.
Let's see what we can do for you!
Marie Q

December 3, 2023, Source[355]

★★☆☆☆ Dec 3, 2023

**Ice maker stops working**

Three problems with this refrigerator : first the big one. There is a design flaw in the wiring for the ice maker. The wires go into the bottom of the freezer door and over a short time ( 2 years for mine) they rub against the door and are cut disabling the ice maker. Out of warranty out of luck!! MANY complaints online about this .Very expensive to fix!! : second, On the top two shelves of my refrigerator on the left side(freezer side)items have a tendency to freeze if not moved often. The temp is set at factory settings! Probably not enough insulation in the wall.: third, the stainless steel tends to rust and yes I do keep the refrigerator clean! Poor quality stainless steel ? Look online, the wire problem is very real and repair is $$$.
by Rich

This review is from 21 cu. ft. Side by Side Refrigerator in Fingerprint Resistant Stainless Steel, Counter Depth

**Response from MaytagTeam** Hide

Dec 6, 2023

Thank you for bringing this to our attention; we regret you are having these concerns with your appliance, Rich. We value all of our customers and we would like the opportunity to look into this further for you. Please contact us directly via Facebook https://bit.ly/3Q9npvS or Instagram bit.ly/3qZoRdR. Let's see what we can do for you!

MAYTAG

December 2023, Source[356]

---

[355] MayTag Model MSS25C4MGZ, https://www.homedepot.com/p/Maytag-24-5-cu-ft-Side-by-Side-Refrigerator-in-Fingerprint-Resistant-Stainless-Steel-with-Exterior-Ice-and-Water-Dispenser-MSS25C4MGZ/307326840
[356] *Supra* note 286.

FAULTY DESIGN
New Jersey
Review 1
Vote 1

**ICE MAKER**

6 months ago

I purchased this refrigerator in 2018 and loved it until my icemaker no longer makes ice. It started in 2020 and we soldered the wires which seemed to fix it. However now the wires broke again, in the door and can't be repaired. Whirlpool and PSEG told me that I need to purchase a new door . The cost for the new door is more than the sales price for a new refrigerator. I am totally disappointed that Whirlpool has done nothing to remedy. My GE refrigerator is still working and is 28 years old. I will not purchase another Whirlpool product after my experience.

No, I do not recommend this product.

Helpful? (1) (0) Report

Response from Whirlpool: 6 months ago

**Consumer Care**

Thank you for sharing your insights with us, FAULTY DESIGN. It's hard for us to hear that you had a negative experience as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Instagram at https://www.instagram.com/whirlpoolusa/, so we can look into this matter further for you. When responding please include your contact information and reference Case # 432931.
We're looking forward to hearing from you.
Marie Q

December 2023, Source[357]

Fromer Whirlpool Customer
Review 1
Vote 1

**Stay Away From This Model**

6 months ago

Absolutely stay away from this refrigerator!! After five years the ice maker quit working. After some research I found out that due to a design error the electrical harness that runs into the freezer door at the base of the unit is too short. So every time you open the door it stresses the wires until they finally break. A repair person for a national repair company said that the problem was pretty common with this refrigerator. The repair solution is to install a new door which would cost about a thousand dollars. I contacted Whirlpool and they refused to acknowledge that there is a design problem and offered a small discount on a replacement purchase. After this experience, why would I buy another one from them?

Helpful? (1) (0) Report

Response from Whirlpool: 5 months ago

**Consumer Care**

Thank you for sharing your insights with us, Fromer Whirlpool Customer. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Instagram https://www.instagram.com/whirlpoolusa/ , so we can look into this matter further for you. When responding please include your contact information and reference Case # 439700.
We're looking forward to hearing from you.
Michael D

290. Consumers continue to report the Defect in 2024, express the same frustrations and issues with the Defect that have been ongoing for over a decade, and Whirlpool continues to respond.

January 2024, Source[358]

[357] *Supra* note 286.
[358] Whirlpool Model, WRS588FIHZ, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-28-cu.-ft.wrs588fihz.html?

**BP104**

Illinois

Review 1

Vote 1

**Do not buy**

5 months ago

Would not recommend this refrigerator. It has a manufacturer design flaw in that when you open and close the door, the wiring harness is at the base of the freezer, and it will slice the wire over time. We have had ours repaired 3 times now and are still having issues. Whirlpool has been no help at all. Have been on hold for 45 minutes and hung up on. Very disappointed in Whirlpool

No, I do not recommend this product.



Helpful? (1) (0) Report

Response from Whirlpool: 4 months ago

**Consumer Care**

Thank you for sharing your insights with us, BP104. It's hard for us to hear that you had a negative experience as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Instagram at https://www.instagram.com/whirlpoolusa/, so we can look into this matter further for you. When responding please include your contact information and reference Case # 459758.
We're looking forward to hearing from you.
Marie Q

January 2024, Source[359]

**Disappointed**

Review 1

Vote 1

**I used to love my refrigerator until....**

5 months ago

At first, I was very impressed with my new Whirlpool refrigerator; it seemed very solid and well built, ran quietly, kept food at a constant temperature, and seemed to be a good value for the money. In short, it seemed to be a great refrigerator. Shortly after the one year factory warranty expired, I noticed water pooling in the bottom of the refrigerator under the produce drawers. I called Whirlpool customer service to inquire what might be causing the problem. The person I spoke to volunteered that, although my warranty had expired, Whirlpool would repair the refrigerator at no cost to me. I was very impressed with Whirlpool's customer service and its willingness to stand behind its product. I remained convinced I had made a good decision purchasing a Whirlpool refrigerator. Then, around a year later, when the refrigerator was about two years old, the ice maker stopped making ice. I have owned enough refrigerators to know that ice makers are notorious for having problems, so - expecting to incur a somewhat expensive but still reasonable repair charge - I called the local factory authorized repairman who had previously come out to repair the plugged drainage line. However, when he arrived to fix the ice maker, he told me that the problem was what he referred to as a "design defect" - the wires to the control panel in the door are installed in such a way that every time the freezer door is opened or closed, the wires bend and pinch, causing them to prematurely break. He said this was a common problem with this model. And - even more disturbing - the only way to fix the broken ice maker would be to replace the entire freezer door - at a cost equal to well more than half the cost of the new refrigerator. Not only that, the "design defect" would still be there and there was no guarantee that the problem wouldn't occur again in a year or two. I decided to contact Whirlpool customer service to see if they would again stand behind their product. Unfortunately, I was told that they would not do so. Nevertheless, I made arrangements to have the door replaced. Several weeks later, the repairman arrived to replace the door. When he took the door out of the box, he discovered it was the wrong door. So, another several week delay for a new door to arrive. The day of the repair appointment to install the second door, the repairman called to say the new door arrived damaged and they would have to again order another door. At this point I was totally frustrated and I cancelled the repair order. I am now looking for a new refrigerator on the assumption that the remaining control wires will eventually break and the entire refrigerator will be inoperable. In effect, I have to replace a refrigerator after a little more than two years. If this really is as common a problem as the repairman said it was, I couldn't imagine ever buying this refrigerator. This is really too bad, because it otherwise seemed like a great unit and, until this problem, Whirlpool seemed to stand behind its product.

Helpful? (1) (0) Report

Response from Whirlpool: 5 months ago

**Consumer Care**

Thank you for sharing your insights with us, Disappointed. It's hard for us to hear that you had a negative experience as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Instagram at https://www.instagram.com/whirlpoolusa/, so we can look into this matter further for you. When responding please include your contact information and reference Case # 445031.

January 2024, Source[360]

---

[359] Whirlpool Model WRS571CIHZ, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-counter-depth-side-by-side-refrigerator-21-cu.-ft.wrs571cihz.html

[360] KitchenAid Model KRSC700HPS, https://www.kitchenaid.com/major-appliances/refrigeration/refrigerators/side-by-side-refrigerators/p.19.9-cu-ft.-counter-depth-side-

Rita1235

Illinois

Review 1

Votes 2

★☆☆☆☆

**Manufacturing defective flaw design**

5 months ago

This refrigerator is defective. My freezer door no longer produces ice. The design flaw is that from opening and closing the freezer door the wires on bottom get fraid. Definitely stay away. A manufacturer defect that kitchen aid unfortunately doesn't want to stand behind their products. My refrigerator is ONLY 4 years old. And my freezer doesn't produce ice!!!

No, I do not recommend this product.



Helpful? (2) (0) Report

Response from KitchenAid: 4 months ago

Consumer Care

Thank you for sharing your experience with us, Rita1235. We apologize for the concerns that you are experiencing with your Refrigerator and would like the opportunity to see if we can help. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/KitchenAid or Direct Message on Instagram at https://www.instagram.com/kitchenaidusa/. When responding please include your contact information and reference Case # 469100.

We look forward to speaking with you.

Marie Q

March 21, 2024, Source[361]

by-side-refrigerator-with-exterior-ice-and-water-and-printshield-finish.krsc700hps.html?

[361] Whirlpool Model WRS571CIHZ, https://www.lowes.com/pd/Whirlpool-20-6-cu-ft-Counter-depth-Side-by-Side-Refrigerator-with-Ice-Maker-Fingerprint-Resistant-Stainless-Steel/1000356423

**Beware: Design Flaw**

★☆☆☆☆ ✕ Would Not Recommend

BEWARE OF DESIGN FLAW. The wires for this unit are taut and run under the freezer door. Opening and closing the door eventually severs the wires. Our ice maker stopped working only 2 years after purchase. Tech came out and took picture of severed wire. Can solder back together, but it will only happen again. Can replace door, but it will only happen again. Information is being collected for possible Class Action Law Suit. https://chimicles.com/whirlpool-refrigerator-broken-wires-investigation/

— Read Less



**Hoodwinked21**
March 21, 2024

From whirlpool.com

**Response from Consumer Care**

Thank you for sharing your insights with us, Hoodwinked21. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Instagram https://www.instagram.com/whirlpoolusa/ , so we can look into this matter further for you. When responding please include your contact information and reference Case # 505654. We're looking forward to hearing from you. Marcos O

— Read Less

**Consumer Care**
March 26, 2024

March 30, 2024, Source[362]

[362] MayTag Model MSS25C4MGZ, https://www.homedepot.com/p/Maytag-24-5-cu-ft-Side-by-Side-Refrigerator-in-Fingerprint-Resistant-Stainless-Steel-with-Exterior-Ice-and-Water-Dispenser-MSS25C4MGZ/307326840

★☆☆☆☆ Mar 30, 2024

**Ice machine broke**

ice machine broke just after two year warranty was told the whole door needs replaced because it's a wiring issue. Light switch for freezer broke off because of poor location. Pizza shelf is Garbage doesn't sit flat. Fridge drawers do not easily pull in and out. Very disappointed in Maytag quality and planning of this product was horrible.

by Kady

**Response from MaytagTeam** Hide

Apr 1, 2024

Thank you for bringing this to our attention; we regret you are having these concerns with your appliance, Kady. We value all of our customers and we would like the opportunity to look into this further for you. Please contact us directly via Facebook https://bit.ly/3Q9npvS or Instagram bit.ly/3qZoRdR. Let's see what we can do for you!

MAYTAG

Helpful? 1 found this review helpful

March 2024, Source[363]

Eagle525

Review 1

Vote 1

★☆☆☆☆

**Do not purchase this model under any circumstance**

3 months ago

Two years old and Ice make fails due to fatigued broken wire harness under the freezer door. Whirlpools says "no problems reported with this model' and 1 year warranty is expired. This failed an broken wire harness is not replaceable as a part thus Whirlpool service recommends new 'special order' freezer door @ about $800 + a new gasket + shipping and installation labor by a Whirlpool certified service company. Minimum repair estimate thru Whirlpool service is just shy of $1,500. This was addressed by letter to Whirlpool Corp (Benton Harbor MI) which has not responded and appears to have no interest in a customer accomodation for what now is known as design and/or an assembly defect. This same defect is reported by other owners. Do not purchase this model or any other Whirlpool product without an extended warranty contract . That is the extra cost you pay to cover Whirlpools poor design and or assembly problems.

Helpful? (1) (0) Report

Response from Whirlpool: 3 months ago

**Consumer Care**

Thank you for sharing your insights with us, Eagle525. It's hard for us to hear that you had a negative experience as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Instagram at https://www.instagram.com/whirlpoolusa/, so we can look into this matter further for you. When responding please include your contact information and reference Case # 478117.
We're looking forward to hearing from you.
Marie Q

March 2024, Source[364]

[363] *Supra* note 359.
[364] *Supra* note 358.

Parris

INCENTIVIZED REVIEW

Review 1

Votes 2

**Freezer Door Poor Construction**

3 months ago

I bought this refrigerator because I thought it was the perfect size and the construction outside and inside was what I was looked for until I noticed the on the bottom of the freezer door, the lower hinge holds wires for the ice maker and when the freezer door closes it pinches these wires and eventually these wires will break. From my research, the only way to fix it is to buy another door which will cost almost as much as a new refrigerator. Very poor construction on whirlpool.

Helpful? (2) (0) Report

Response from Whirlpool: 3 months ago

**Consumer Care**

Hello Parris,
Thank you for your review. We regret to hear that your Refrigerator is not living up to your standards. If you have any questions or concerns with your Refrigerator please reach out to us directly via Facebook https://www.facebook.com/whirlpoolusa/ or Instagram https://www.instagram.com/whirlpoolusa/. When responding please include your contact information and reference case # 480469.
We're looking forward to hearing from you.
Marie Q

March 2024, Source[365]

Andy

Review 1

Votes 0

**Beware of Icemaker!**

3 months ago

We bought this unit 3 1/2 years ago and I've had consistent issues with the icemaker. We had service out to replace the icemaker that didn't work and it was discovered there was a broken wire in the cable that goes between the main box and the door. That worked for a brief period of time and the icemaker quit working again this time they replaced the entire door and harness. The unit then worked for a short period of time and failed again and they replaced the controller. That worked for about a year and a half , and now we are back with no icemaker. Unfortunately, now that our warranty has expired, we are on the hook for the repairs which means most likely we are going to buy a new refrigerator and it probably will not be a whirlpool. Very disappointed that the manufacturer knows they have a problem with the icemaker on these units and they will not stand behind it.

Originally posted on 36-inch Wide Side-by-Side Refrigerator - 28 cu. ft.

Helpful? (0) (0) Report

Response from Whirlpool: 3 months ago

**Consumer Care**

Thank you for sharing your insights with us, Andy. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Instagram https://www.instagram.com/whirlpoolusa/ , so we can look into this matter further for you. When responding please include your contact information and reference Case # 493198.
We're looking forward to hearing from you.
Marcos O

291. In one March 2024 report, a Whirlpool technician informed the customer that the technician "had seen this happen about 100 times (in [the local] area alone)."[366]

---

365 Whirlpool Model WRS588FIHB, https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-28-cu.-ft.wrs588fihb.html

366 Kitchen Aid Model KRSC703HPS, https://www.kitchenaid.com/major-appliances/refrigeration/refrigerators/side-by-side-refrigerators/p.22.6-cu-ft.-counter-depth-side-by-side-refrigerator-with-exterior-ice-and-water-and-printshield-finish.krsc703hps.html?

**Engineerflaw - don't buy**

Wilmington NC

Review 1

Vote 1

★☆☆☆☆

**Design flaw - do not purchase**

3 months ago

Don't buy Kitchenaid products. My unit was purchased just abut 5 years ago. I have had several problems with the unit was repaired under warranty - painful but maybe i just had a lemon unit. Now the problem of the failure is due to the design - as indicated by the repair service person. Wires run through door hinge area, and after time wear out causing system failure. The repair person said he has seen this happen about a 100 times (in my area alone) over the last year or so. He suggested I call customer support and ask them for manufacture part replacement claim (don't recall the term he used). So we did but without luck - they refused any support, even considering the engineering flaw in the design. After a long conversation he offered a 20% discount on a new purchase - we did not what it. We then asked - and eventually insisted on talking to his manager or someone more senior than him. HE REFUSED THEN HUNG UP ON US. We called back a week later, got a new person, same answers. Asked to the 20% discount and this person refused. BOTTOM LINE - COMPANY DOES NOT STAND BY THEIR PRODUCT - EVEN WITH DESIGN FLAWS. If i had the patience I call the Better Business Bureau but I have already spent enough time on the company. Goodbye for life.

No, I do not recommend this product.

Helpful? (1) (0) Report

Response from KitchenAid: 3 months ago

**Social Care**

Thank you for sharing your experience with us, Engineerflaw - don't buy. We apologize for the concerns that you are experiencing with your Refrigerator and would like the opportunity to see if we can help. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/KitchenAid or Direct Message on Instagram https://www.instagram.com/kitchenaidusa/ . When responding please include your contact information and reference Case # 487138.
We look forward to speaking with you.
Marcos O

April 19, 2024, Source[367]

★☆☆☆☆ Apr 19, 2024 Recommended

**Door hinge cuts wires to freezer**

DO NOT BUY THIS SIDE BY SIDE REFRIGERATOR! There is a class action suit against KitchenAid about the poor design of the wiring harness being cut by the freezer door hinge. It broke just after that one year warranty. We have had to have 5 different wires soldered. We have had it for 5 years, over 4 repairs. People have complained about this problem for 10 years and no improvements have been made.
by Gwen



**Response from KitchenAidTeam** Hide

Apr 22, 2024

Thank you for sharing your experience with us. We apologize for the concerns that you are experiencing with your Refrigerator, and would like the opportunity to see if we can help. Please feel free to contact us directly via Facebook bit.ly/47Ys9Pm or Instagram bit.ly/45VKWcf We look forward to speaking with you.

Helpful? 3 found this review helpful

April 2024, Source[368]

[367] Kitchel Aid Model KRSF705HPS, https://www.homedepot.com/p/KitchenAid-36-in-W-24-8-cu-ft-Side-by-Side-Refrigerator-with-Exterior-Ice-and-Water-in-PrintShield-Stainless-Steel-KRSF705HPS/311564186

[368] *Supra* note 366.

**MG/MG**

LA, CA

Review **1**

Votes **5**

★☆☆☆☆

**Wiring design defect?**

2 months ago

I usually find merchants are willing to help. We purchased 5 new KitchenAid appliances in 2021 which included a refrigerator (KRSC703HPS01). All was fine until the ICE MAKER stopped making ice. Please read on. I read the owner's manual and watched several u tube videos hoping there was an easy fix. Nope, so I called Whirlpool and explained our less than 2 ½ year old refrigerator's ice maker stopped making ice. I was informed our frig is no longer under warranty. I agreed to have a Whirlpool trained repair company come out, at our cost, to diagnose the problem. The tech came out today, and after taking a picture of the refrigerator, he opened the freezer door, knelt down, and took a picture of the bottom hinge area where a few wires travel from the refrigerator into the freezer door. Seems he has seen this issue discussed below before. He ran a few diagnostics tests, and said the ice maker is fine although the wire controlling the ice maker is damaged, and the freezer door needs to be replaced, approx. $1,150. He said the area where the wires are exposed by the lower hinge is a design issue. These wires move and weaken the insulating coating every time the freezer door is opened and closed. Whirlpool made $19 billion in sales in 2023 per a site on the internet. Have to wonder how much it would cost to come up with better way to route the wires. Guess I missed the part in the owner's manual that said avoid opening and closing your freezer door. After the tech left, I called customer service again and was told Whirlpool will not accept responsibility for the damaged wiring as the problem is outside the warranty. Currently waiting for a call back. Check out the exposed wires at your appliance store before you purchase, and you decide. There are other 1 and 2 star ratings addressing the exact same issue.

No, I do not recommend this product.

Helpful? (5) (0) Report

Response from KitchenAid: 2 months ago

**Consumer Care**

Thank you for sharing your experience with us. We apologize for the concerns that you are experiencing with your Refrigerator and would like the opportunity to see if we can help. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/KitchenAid or Direct Message on Instagram at https://www.instagram.com/kitchenaidusa/. When responding please include your contact information and reference Case # 513655.
We look forward to speaking with you.
Marie Q

April 2024, Source[369]

**kava01**

FL

Review **1**

Votes **0**

★★☆☆☆

**Has some issues**

2 months ago

After 4 years, ice maker stopped working. Icemaker is on the door. According to technician, many stop working as the wires go through the door, with exposure and pivoting at the bottom of the door every time the freezer door is opened. Wires break inside and cannot be repaired. The only fix is REPLACING THE ENTIRE DOOR at a cost of $1000+ or replacing the refrigerator. After about 6 months, the plastic drawers broke - very poor quality. Cost to replace is ridiculous. Mine are now hot glued together. Will not buy Kitchenaid again.

No, I do not recommend this product.

Helpful? (0) (0) Report

Response from KitchenAid: 2 months ago

**Consumer Care**

Thank you for sharing your experience with us. We apologize for the concerns that you are experiencing with your Refrigerator and would like the opportunity to see if we can help. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/KitchenAid or Direct Message on Instagram at https://www.instagram.com/kitchenaidusa/. When responding please include your contact information and reference Case # 517272.
We look forward to speaking with you.
Marie Q

April 2024, Source[370]

[369] *Supra* note 366.
[370] *Supra* note 359.

Nikki

Review 1

Votes 0

**BEWARE THIS IS A LEMON!!!**

2 months ago

Ice maker only last a little more than a couple years. HUGE design flaw: ice maker electric wiring is at the bottom of the freezer door right in the HINGE! The opening and closing of the door causes the wires the bend back and forth and eventually break. THIS IS A LEMON! Dont know how this made it to market. WHIRLPOOL PLEASE STOP SELLING THIS TO YOUR CUSTOMERS. There is a pending class action lawsuit against this fridge and similar models. Whirlpool didn't want to help me bc I didn't buy the warranty, even though my fridge is only a little over 2 years old. Had to complain to BBB and only then would Whirlpool help. Someone came to look at the fridge yesterday and right away said "all we can do is replace the door. It will take 3-6 months to deliver" and basically it will just happen again because the placement of the wires haven't changed. Now I'm stuck with this stupid, DEFECTIVE fridge. Shame on you Whirlpool. This is a KNOWN defect, all over the internet. Please save yourself the hassle and learn from my mistake.

No, I do not recommend this product.



Helpful? (0) (0) Report

Response from Whirlpool: 2 months ago

**Consumer Care**

Thank you for sharing your insights with us, Nikki. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Instagram https://www.instagram.com/whirlpoolusa/ , so we can look into this matter further for you. When responding please include your contact information and reference Case # 510931.
We're looking forward to hearing from you.
Marcos O

April 2024, Source[371]

[371] *Supra* note 359.

Tom D.

Review 1

Votes 0

★☆☆☆☆

**Do Not Purchase!**

3 months ago

After recommendations and plenty of research, I purchased this Whirlpool refrigerator. This was my first time purchasing a side-by-side model with an ice maker. I loved it until after just 2.5 years, the ice maker broke. After having the ice maker replaced without warranty left, I learned a few weeks after that the problem was from broken wires in the harness causing the ice maker to short out. Several calls to Whirlpool Customer Service later, I was told that since the model was out of it's 1 year warranty, their only solution was to give me a 25% off coupon to purchase a new Whirlpool refrigerator. Customer Service claims this model was not being recalled while other owners have complained about the same defect. The wires are located at the bottom of the door and exposed every time the freezer door is opened/closed (picture attached)- even the copper wire was severed. A new door for this model costs at least $800 without installation, and I am not guaranteed that this will not happen again. Additionally, there is a six month wait for the new door, so there is an obvious problem with this model. My concern is that the wires for the whole motor board will sever and the fridge will no longer work, or even worse, catch fire or shock someone. I'm extremely disappointed in the handling of this matter and Whirlpool's non-backing for this product. This was an expensive purchase and unreasonable that I need to replace this product after 2 years due to faculty design. Do not buy this product! Sadly, I will no longer buy a Whirlpool product again after years of being a loyal customer.

No, I do not recommend this product.



Helpful? (0) (0) Report

Response from Whirlpool: 2 months ago

**Consumer Care**

Thank you for sharing your insights with us, Tom D.. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Instagram https://www.instagram.com/whirlpoolusa/ , so we can look into this matter further for you. When responding please include your contact information and reference Case # 506792.
We're looking forward to hearing from you.
Marcos O

April 2024, Source[372]

Hoodwinked21

New Jersey

Review 1

Votes 0

★☆☆☆☆

**Beware: Design Flaw**

3 months ago

BEWARE OF DESIGN FLAW. The wires for this unit are taut and run under the freezer door. Opening and closing the door eventually severs the wires. Our ice maker stopped working only 2 years after purchase. Tech came out and took picture of severed wire. Can solder back together, but it will only happen again. Can replace door, but it will only happen again. Information is being collected for possible Class Action Law Suit. https://chimicles.com/whirlpool-refrigerator-broken-wires-investigation/

No, I do not recommend this product.

Helpful? (0) (0) Report

Response from Whirlpool: 2 months ago

**Consumer Care**

Thank you for sharing your insights with us, Hoodwinked21. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Instagram https://www.instagram.com/whirlpoolusa/ , so we can look into this matter further for you. When responding please include your contact information and reference Case # 505654.
We're looking forward to hearing from you.
Marcos O

April 2024, Source[373]

---

[372] *Supra* note 359.

[373] MayTag Model MSS25C4MGB, https://www.maytag.com/kitchen/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-with-exterior-ice-and-water-dispenser-25-cu.-ft.mss25c4mgb.html

Lfphelps

★☆☆☆☆

**ICE MAKER DOESN'T WORK!**

2 MONTHS AGO

Ice maker didn't work right after installation. Tech came to fix it.. stopped working. Another tech. Stopped working. Replaced the door and now it stopped working again and out of warranty. I always thought Maytag was the best. Guess not anymore.

Originally posted on 36-Inch Wide Side-by-Side Refrigerator with Exterior Ice and Water Dispenser - 25 Cu. Ft.

Helpful? (0) (0) Report

Response from Maytag: 2 MONTHS AGO

**Consumer Care**

Thank you for bringing this to our attention.
We regret you are having these concerns with your Refrigerator. We value all of our customers, and we would like the opportunity to look into this further for you. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/maytag or Direct Message on Instagram at https://www.instagram.com/maytag/. When responding please include your contact information and reference Case # 516604.
Let's see what we can do for you!
Marie Q

April 2024, Source[374]

Unhappy in Sloan

Sloan NY

★☆☆☆☆

**DISAPPOINTED**

2 MONTHS AGO

My Ice Maker stop working in the first year, luckily I took the extended warranty. The whole door had to be replaced. 18 months later and the ice maker stop working again. Can't afford to have it fixed. Before buying the Maytag refrigerator I had a Kenmore side by side with an ice maker had it for 30 years and never had any issues, not 1 single repair. the only reason I replaced my 30 year old frig is because I thought it would go soon. Now I'm regretting it.

Originally posted on 36-Inch Wide Side-by-Side Refrigerator with Exterior Ice and Water Dispenser - 25 Cu. Ft.

Helpful? (0) (0) Report

Response from Maytag: 2 MONTHS AGO

**Maytag Team**

Thank you for bringing this to our attention.
We regret you are having these concerns with your Refrigerator. We value all of our customers, and we would like the opportunity to look into this further for you. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/maytag or Direct Message on Instagram at https://www.instagram.com/maytag/. When responding please include your contact information and reference Case # 511227.
Let's see what we can do for you!
Marie Q

April 2024, Source[375]

---

374 *Supra* note 373.

375 Model KRSF705HPS, https://www.kitchenaid.com/major-appliances/refrigeration/freestanding-refrigerators/freestanding-side-by-side/p.24.8-cu-ft.-side-by-side-refrigerator-with-exterior-ice-and-water-and-printshield-finish.krsf705hps.html?

An American Tragedy

Reviews 3

Votes 3

**Design Flaw in the Wiring Harness, no support!**

2 months ago

Terrible experience all around. Multiple service calls both in and out of warranty. there is a design flaw in the wiring harness that supports all of the freezer door functions, ice maker, water dispenser, ice dispenser and lighting. Contacted customer care before posting this review and there offer of support was wholly inadequate. even spoke to a supervisor. we were forced to by and LG which we are3 very happy with. such as shame that an American company has gone downhill so badly.

Helpful? (3) (0) Report

Response from KitchenAid: a month ago

**Consumer Care**

Thank you for sharing your experience with us. We apologize for the concerns that you are experiencing with your Refrigerator and would like the opportunity to see if we can help. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/KitchenAid or Direct Message on Instagram at https://www.instagram.com/kitchenaidusa/. When responding please include your contact information and reference Case # 522035.

We look forward to speaking with you.

Marie Q

May 2024, Source[376]

TLM12

Utah

Review 1

Votes 0

**Should offer recall**

26 days ago

Our ice maker failed due to the wiring in the bottom of the door broke the wires Apparently this is a common failure. The cost to replace the door is over $1000 which is astronomical. Also twice we have also had to repair the motor? That opens and closes the vent between refrigerator and freezer as it started to freeze the refrigerator. And the noise has been awe full, sounding like a jack hammer for months before it goes out. Twice fixed and again starting to make sound again So overall we are very disappointed with the unit. Will you replace it?

No, I do not recommend this product.

Originally posted on 36-inch Wide Side-by-Side Refrigerator - 28 cu. ft.

Helpful? (0) (0) Report

Response from Whirlpool: 10 days ago

**Social Care**

Thank you for sharing your insights with us. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Instagram https://www.instagram.com/whirlpoolusa/ , so we can look into this matter further for you. When responding please include your contact information and reference Case # 533166.

We're looking forward to hearing from you.

Marcos O

May 2024, Source[377]

[376] *Supra* note 365.

[377] *Supra* note 358.

Ice!

Review 1

Votes 0

★☆☆☆☆

**POOR DESIGN**

27 days ago

I purchased this and now ice maker is not working . I researched and found the wires going to ice maker are ran through freezer door and are broken fron opening and closing and I would need a completely new door which I have to pay for . There are several post about this engineering flaw.

Helpful? (0) (0) Report

Response from Whirlpool: 26 days ago

**Consumer Care**

Thank you for sharing your insights with us. It's hard for us to hear that you had a negative experience as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Instagram at https://www.instagram.com/whirlpoolusa/, so we can look into this matter further for you. When responding please include your contact information and reference Case # 531575.
We're looking forward to hearing from you.
Marie Q

May 2024, Source[378]

snewman

New Jersey

★☆☆☆☆

**MAJOR DESIGN FLAW IN DOOR**

27 DAYS AGO

MAJOR DESIGN FLAW IN THE DOOR. Had the fridge for 4 years and the ice machine stopped working. Called a repairman to look at it and it took him 15 seconds to diagnose the issue and basically tell me that we need a new door. He also noted that he's seen this countless times. And that Maytag had this issue years ago, then they fixed the design, then went back to it. The wires are not protected in the bottom of the door and they get completely ripped apart the more you open and close the door. New door costs as much as a new fridge. We'll be staying away from Maytag next time around since we'd like a fridge that last longer than 4 years. https://www.youtube.com/watch?v=oe7PXeB3mMg

No, I do not recommend this product.





Helpful? (0) (0) Report

Response from Maytag: 4 DAYS AGO

**Social Care**

Thank you for bringing this to our attention.
We regret you are having these concerns with your refrigerator. We value all of our customers and we would like the opportunity to look into this further for you. Please reach out to us directly via Private Message on Facebook https://www.facebook.com/maytag or Direct Message on Instagram https://www.instagram.com/maytag/ . When responding please include your contact information and reference Case # 533371.
Let's see what we can do for you!
Marcos O

May 2024, Source[379]

---

[378] MayTag Model MSC21C6MFZ, https://www.maytag.com/kitchen/refrigerators/side-by-side/p.36-inch-wide-counter-depth-side-by-side-refrigerator-21-cu.-ft.msc21c6mfz.html

[379] *Supra* note 358.

MIles G

Oakdale,PA.

Review 1

Vote 1

**Whirlpool does not back their products**

a month ago

Very disappointed in this appliance and Whirpool's response. The icemaker quit six months ago due to broken wires on a stressed wiring harness on the freezer door. Clearly a design or build issue and a common problem among owners of these refrigerators. The refrigerator is only two years in a household of three and Whirlpool's response was we can offer you a 15% discount on a new appliance. Pretty awful response !

No, I do not recommend this product.



Helpful? (1) (0) Report

Response from Whirlpool: a month ago

**Whirlpool Team**

Thank you for sharing your insights with us. It's hard for us to hear that you had a negative experience as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Instagram at https://www.instagram.com/whirlpoolusa/, so we can look into this matter further for you. When responding please include your contact information and reference Case # 516245.
We're looking forward to hearing from you.
Marie Q

May 2024, Source[380]

Ft. Lauderdale

Florida

Review 1

Votes 0

**Wire cable cracks and ice maker can't be repaired**

a month ago

I grew up with whirlpool and continued to buy whirlpool products. I've put in at least 10 whirlpool kitchens in my years and even have working appliances that are 30 years old in my parents house. I bought a condo in Florida and bought whirlpool appliances. On 4/2/21 I spoke with Britney to explain that the side by side ice maker stopped working. I hired a whirlpool appliance technician to come out and he said the electrical bundle below the Frezzer had cracked from opening a closing as there isn't enough slack. He told me this was causing the problem and to look online as there are plenty of complaints. Brittney told me she would order a new door and to wait as it must be made( I think in Mexico and this was around Covid time ). I was told roughly 12 weeks. I called on 5/18 and spoke with Lisa who said to wait, on 7/14, on 7/15, on 8/2, on 8/3 and spoke to Aliyssa who suggested I buy a counter ice maker(no way ), on 9/2 with Precious telling me to wait and a supervisor Kayla who said it's coming. On 9/7 spoke with Dinah. Then I was told door would not be coming and Brittney said I could bet a 20% discount and 20% visa gift card. I told her that was ok but I need it in writing. I was in dc for most of the time so was occupied. I'm back in florida now and called this morning. Precious called me back and said she can only offer me 20% off. She said I was offered the 40% but didn't take the deal and she can no longer offer it. I told her I was not going to order anything till I had the 20/20 in writing. I told her I never received a written offer so had nothing to respond to. I'm now in florida and want a working ice maker. I said if you send a new door I can switch it out or prove that I received this offer in writing. If your motto on the website is "there's no right way to do a wrong thing" then there is a right way to correct a wrong. I'm enclosing pictures and very disappointed that this couldn't be resolved in an easier way. Enclosed are pictures of the isssues. I have 4 whirlpool/ Maytag kitchens and you can even look up as I register my products. Please assist in this matter. Thanks

No, I do not recommend this product.





Helpful? (0) (0) Report

Response from Whirlpool: a month ago

292. In one May 2024 report, a consumer contacted Whirlpool nearly a dozen times regarding the status of a replacement door, and one representative advised the consumer to simply

[380] *Supra* note 359.

"buy a counter ice maker."[381]

Jflorida

Review 1

Votes 2

**Wires break- beware**

a month ago

Loyal whirlpool but don't buy this. Wires break and design flaw in side by side. Love whirlpool but not this. Ice maker wires cracked. Read design flaw as opening it open causes wires to break as not enough slack. Called Brittney on 4/2 last and she said would send me a new freezer door,, didn't happen, spoke to Lisa on 5/18, it's coming from Mexico, called agin on 7/14,7/15, 8/2, alyissa8/3, precious9/2, supervisor Kayla 9/5 and told wont be sending door. Called Dinah on 9/7 and told they know there is a problem but the door won't come and offered 200 off their price. Very disappointed as I've bought 4 different kitchens of whirlpool, Maytag,kitchenaid as I'm loyal. Had an appliance guy over for $300 and he couldn't fix it. Was told by agent to buy a counter ice maker- really. Whirlpool ( Btittney ) are being as loyal to their customers as they wasn't us to be. Replaced one refrigerator with an LG and happy. Still waiting for a solution. Internet comments are numerous about this refrigerator ( side by side problems) very disappointed..

Helpful? (2) (0) Report

Response from Whirlpool: a month ago

**Whirlpool Team**

Thank you for sharing your insights with us. It's hard for us to hear that you had a negative experience as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Instagram at https://www.instagram.com/whirlpoolusa/, so we can look into this matter further for you. When responding please include your contact information and reference Case # 518503.
We're looking forward to hearing from you.
Marie Q

May 2024, Source[382]

dtg24

Review 1

Votes 0

**Junk**

a month ago

Absolute piece of junk. As described by others, there is a design flaw with the wiring harness in the door. I've repaired it three times, but I'm out of patience and there is no more wire slack to make a repair. The design team should be fired... looking at the harness one can tell it is only a matter of time. Unbelievable. In addition, two of the plastic drawers have broken. Replacements for those are $150-200. LOL. The fact that this fridge is $2500 is laughable.

Helpful? (0) (0) Report

Response from KitchenAid: a month ago

**Consumer Care**

Thank you for sharing your experience with us. We apologize for the concerns that you are experiencing with your Refrigerator and would like the opportunity to see if we can help. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/KitchenAid or Direct Message on Instagram at https://www.instagram.com/kitchenaidusa/. When responding please include your contact information and reference Case # 530089.
We look forward to speaking with you.
Marie Q

June 2024, Source[383]

[381] *Supra* note 359.
[382] *Supra* note 360.
[383] *Supra* note 365.

Tk5897

South Bend

Review 1

Votes 0

**Terrible don't buy! Junk!**

5 days ago

The wires that connect the ice and water in the door are so fragile and run under the refrigerator. At only 3 years old we no longer have ice or water. For the price of these appliances this should not be happening! I am disgusted and will not buy whirlpool again.

No, I do not recommend this product.

Originally posted on 36-inch Wide Side-by-Side Refrigerator - 28 cu. ft.

Helpful? (0) (0) Report

Response from Whirlpool: 4 days ago

**Social Care**

Thank you for sharing your insights with us. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Instagram https://www.instagram.com/whirlpoolusa/ , so we can look into this matter further for you. When responding please include your contact information and reference Case # 543974.
We're looking forward to hearing from you.
Marcos O

June 2024, Source[384]

KitchenAidCust1244

INCENTIVIZED REVIEW

Chicago, IL

Review 1

Votes 0

**Terrible - lasts 2 years before major defects**

6 days ago

DO NOT BUY! We purchased this refrigerator in January 2021 during Covid. The first thing I noticed once the fridge was installed, was the cheap manufacturing for the drawers. They slide and do not have solid rollers. The freezer is also poorly designed, leading to items constantly falling out when you open it. But KitchenAid wasn't done disappointing...Last summer, the LED lights went out one-by-one in our freezer. These are LEDs that are supposed to last 18-20 years. Then the icemaker failed. Chicago electronics retailer, ABT, came out to fix and told us this was a common defect with these refrigerators - the door and wiring usually went out after a couple years. To fix it would be 800 dollars! We asked Kitchenaid to fix and they told us to go take a hike. Give a company a monopoly and this is the kind of product and support you can expect? Terrible experience.

No, I do not recommend this product.

Helpful? (0) (0) Report

Response from KitchenAid: 5 days ago

**Consumer Care**

Thank you for sharing your experience with us. We apologize for the concerns that you are experiencing with your Refrigerator and would like the opportunity to see if we can help. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/KitchenAid or Direct Message on Instagram at https://www.instagram.com/kitchenaidusa/. When responding please include your contact information and reference Case # 550152.
We look forward to speaking with you.
Marie Q

June 2024, Source[385]

[384] *Supra* note 360.
[385] *Supra* note 359.

CWay

Review 1

Votes 0

★☆☆☆☆

**Works great for a couple years. Design flaw**

10 days ago

Don't buy this unless you are fine without the water and ice working in 3 years. There is a design flaw that Whirlpool refuses to acknowledge with the wiring at the base hinge of the freezer. This wiring is put under stress every time you open the freezer door and will break over time. In my case, it took just 3 years. And now I don't have an ice maker. The only fix is a $1000 freezer door replacement. This is true for all Whirlpool, Kitchenaid, and Frigidaire side-by-side refrigerators.

No, I do not recommend this product.



Helpful? (0) (0) Report

Response from Whirlpool: 5 days ago

**Consumer Care**

Thank you for sharing your insights with us. It's hard for us to hear that you had a negative experience as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Instagram at https://www.instagram.com/whirlpoolusa/, so we can look into this matter further for you. When responding please include your contact information and reference Case # 541285.
We're looking forward to hearing from you.
Marie Q

June 2024, Source[386]

Diane

Baton Rouge La

Review 1

Votes 0

★☆☆☆☆

**Ice maker defect**

10 days ago

I bought this refrigerator 11/20 . The ice maker stopped working.. the repair man said it has a Design Flaw . The wires that connect to the door are severed from regular opening and closing of the door.. it would need a whole new door for $1500 to repair!!! I will never buy whirlpool again . It is not even 4 yrs old !!

No, I do not recommend this product.

Helpful? (0) (0) Report

Response from Whirlpool: 10 days ago

**Consumer Care**

Thank you for sharing your insights with us. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Instagram https://www.instagram.com/whirlpoolusa/ , so we can look into this matter further for you. When responding please include your contact information and reference Case # 341351.
We're looking forward to hearing from you.
Marcos O

June 2024, Source[387]

[386] *Supra* note 359.
[387] *Supra* note 359.

Anonymous

Ellicott City, Maryland

Review 1

Vote 1

**Can you hear my loud fridge?**

a month ago

I'm on my 2nd side by side counter depth Whirlpool fridge and the new model is worse. Fridge #1; wires under freezer door sliced within a few years. No ice/water. I had to splice them back together and then it happened again. Whirlpool shipped a new door (8 weeks). Same issue happened again. I spliced them again. I wrote a letter and they gave me 30% off my next fridge. I bought the new model. One would think it would be new and improved. I'll start by saying the new one has less space, they took out some LED lights, took out one drawer in freezer, didn't include butter tray on fridge door, runs 80% of the time, AND.....it's MUCH LOUDER!!! It's driving us nuts. Look at the other reviews and you will see the same feedback. How can the smart engineers at Whirlpool produce a worse product? The only answer is likely "cost savings initiatives" and/or they want you to buy a new fridge. I asked for a replacement fridge within their 15 day return policy and they said no that it was "used". Who doesn't use a new fridge??? For the "socially responsible" team that respond to this feedback, you can take action/initiative and email me at Tonypech@hotmail.com if you truly want to fix this issue. Last thing... Your call center was probably one of worst I've ever had to use. They were not friendly, long hold times, and passed me off to others as fast as possible. Why should people buy Whirlpool?

No, I do not recommend this product.



Helpful? (1) (0) Report

Response from Whirlpool: 26 days ago

**Social Care**

Thank you for sharing your insights with us. It's hard for us to hear that you had a negative experience, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/whirlpoolusa or Direct Message on Instagram https://www.instagram.com/whirlpoolusa/ , so we can look into this matter further for you. When responding please include your contact information and reference Case # 538325.
We're looking forward to hearing from you.
Marcos O

June 2024, Source[388]

jody55

Timonium, MD

Review 1

Vote 1

**Broken Wire that serves icemaker**

18 days ago

The refrigerator was exactly 2 years old when the icemaker quit working last May 2023. The KitchenAid authorized repairman ($100 fee) knew exactly what was wrong. The electric wire that feeds it runs through the door and it was too short and narrow and it broke. In order to repair it the entire freezer door will have to be replaced to the tune of $900! This is a known problem at the factory and apparently the newer designs have resolved the problem. Doesn't help me any. When I contacted customer service I was offered 15% discount on a new appliance good for 90 days. Gee thanks. This refrigerator should have been recalled.

No, I do not recommend this product.

Helpful? (1) (0) Report

Response from KitchenAid: 18 days ago

**KitchenAid Team**

Thank you for sharing your experience with us. We apologize for the concerns that you are experiencing with your Refrigerator and would like the opportunity to see if we can help. Please reach out to us directly via Private Message on Facebook at https://www.facebook.com/KitchenAid or Direct Message on Instagram at https://www.instagram.com/kitchenaidusa/. When responding please include your contact information and reference Case # 544290.
We look forward to speaking with you.
Marie Q

June 2024, Source[389]

---

[388] *Supra* note 366.
[389] *Supra* note 375.

Indiana
Review 1
Vote 1

**Wires in harness broken in freezer door.**

a month ago

If I could give this appliance zero stars that would be more accurate. I purchased this refrigerator in may/june 2021 and had heard this brand was top of the line. I had it serviced in October 2023 because the ice maker wasn't working and paid almost $200 for the call plus parts. Few months later the ice and water line started freezing I called the servicer and they said to ask KitchenAid for a concession to come back and look at it again. KitchenAid said no to the concession and sent someone out to look at it. Repair guy came in and said it was the ice maker which he switched it out for a new one and that wasn't the problem. He did some more looking and it was the bottom of the freezer door wire harness. He said what he did to clip the 3 broke wires back together is a temporary fix and ultimately will need to replace the freezer door. I called whirlpool warranty department and asked if there was a recall on this unit because the repair guy said it is a very common problem because they use the least amount of wiring they can with the cheapest amount of materials they can. The lady told me that she looked into it and didn't see very many complaints about this being an issue and that she could offer me 20% off a new appliance. Which I kindly declined because I won't be purchasing or recommending their appliances to anyone. Also, all the fronts of the refrigerator interior doors have broken off because it's 2 little bits of plastic holding them onto the actual drawer

No, I do not recommend this product.



Helpful? (1) (0) Report

Response from KitchenAid: a month ago

**KitchenAid Team**

Hi,
We value your time and would like to look into the concerns with your Refrigerator. Please reach out to us directly via Facebook https://www.facebook.com/KitchenAid or Instagram https://www.instagram.com/kitchenaidusa/. You may also email directly by visiting https://www.kitchenaid.com/resources/contact-us.html. When responding, please include your contact and model/serial information, and reference Review ID # 280404883.
We look forward to speaking with you.
Marie Q

293. Whirlpool has knowledge of the Defect, yet it continues to deny its existence and actively conceal it from consumers.

## TOLLING OF STATUTES OF LIMITATION

294. Any applicable statute of limitations has been tolled by Defendant's knowing and active concealment of the Defect and misrepresentations and omissions alleged herein. Through no fault or lack of diligence, Plaintiffs and members of the Class were deceived regarding the Class Refrigerators and could not reasonably discover the Defect or Defendant's deception with respect to the Defect. Defendant continues to deny the existence and extent of the Defect, even when questioned by Plaintiffs and members of the Class.

295. Plaintiffs and members of the Class did not discover and did not know of any facts that would have caused a reasonable person to suspect that the Defendant was concealing a defect

and/or that the Class Refrigerators contained the Defect and the corresponding safety risk. As alleged herein, the existence of the Defect was material to Plaintiffs and members of the Class at all relevant times. Within the time period of any applicable statutes of limitations, Plaintiffs and members of the Class could not have discovered through the exercise of reasonable diligence the existence of the Defect or that the Defendant was concealing the Defect.

296. At all times, Defendant is and was under a continuous duty to disclose to Plaintiffs and members of the Class the true standard, quality, and grade of the Class Refrigerators and to disclose the Defect and corresponding safety risk due to its exclusive and superior knowledge of the existence and extent of the Defect in Class Refrigerators.

297. Defendant knowingly, actively, and affirmatively concealed the facts alleged herein. Plaintiffs and members of the Class reasonably relied on Defendant's knowing, active, and affirmative concealment.

298. For these reasons, all applicable statutes of limitation have been tolled based on the discovery rule and Defendant's fraudulent concealment, and Defendant is estopped from relying on any statutes of limitations in defense of this action.

## CLASS DEFINITIONS AND ALLEGATIONS

299. Plaintiffs bring this action and seek to certify and maintain it as a class action under Fed. R. Civ. P. 23(a), (b)(1), (b)(2), and (b)(3), individually and on behalf of the following Classes.

> **Nationwide Class:** All persons in the United States who purchased one or more Class Refrigerators.
>
> **Arizona Subclass:** All persons in Arizona who purchased one or more Class Refrigerators.
>
> **California Subclass**: All persons in California who purchased one or more Class Refrigerators.
>
> **Florida Subclass**: All persons in Florida who purchased one or more Class Refrigerators.

**Illinois Subclass**: All persons in Illinois who purchased one or more Class Refrigerators.

**Massachusetts Subclass**: All persons in Massachusetts who purchased one or more Class Refrigerators.

**Michigan Subclass**: All persons in Michigan who purchased one or more Class Refrigerators.

**Missouri Subclass**: All persons in Missouri who purchased one or more Class Refrigerators.

**Nevada Subclass**: All persons in Nevada who purchased one or more Class Refrigerators.

**New Jersey Subclass**: All persons in New Jersey who purchased one or more Class Refrigerators.

**North Carolina Subclass**: All persons in North Carolina who purchased one or more Class Refrigerators.

**Tennessee Subclass:** All persons in Tennessee who purchased one or more Class Refrigerators.

300. Excluded from the Classes are: (i) Whirlpool; (ii) Whirlpool's employees, officers, directors, legal representatives, heirs, successors, and wholly or partly owned subsidiaries or affiliates; (iii) governmental entities; (iv) all persons who make a timely election to be excluded from the Classes; and (v) the Judge and staff to whom this case is assigned, and any member of the Judge's immediate family.

301. Plaintiffs reserve the right to modify or amend the definitions of the proposed Classes and/or to add Subclasses if necessary, before the Court determines whether certification is appropriate and as the Court may otherwise allow.

302. Certification of Plaintiffs' claims for class-wide treatment is appropriate because Plaintiffs can prove the elements of their claims on a class-wide basis using the same evidence as would be used to prove those elements in individual actions alleging the same claim.

303. This action has been brought and may be properly maintained on behalf of each of the Classes proposed herein under Fed. R. Civ. P. 23.

304. *Numerosity*: The members of the proposed Classes are so numerous and geographically dispersed that the individual joinder of all Class members is impracticable. Plaintiffs believe that the Class contains thousands of purchasers of Class Refrigerators who have been damaged by Whirlpool's conduct. While the exact number of Class members is unknown to Plaintiffs at this time, it is in Whirlpool's control, and it is ascertainable by appropriate discovery including through Whirlpool's sophisticated databases.

305. *Commonality and Predominance*: This action involves common questions of law or fact, which predominate over any questions affecting individual Class members, including, but not limited to:

i. Whether Defendant engaged in the conduct alleged herein;

ii. Whether Defendant placed the Class Refrigerators into the stream of commerce in the United States with knowledge of the Defect;

iii. Whether Defendant knew or should have known of the Defect, and if so, for how long;

iv. When Defendant became aware of the Defect in the Class Refrigerators;

v. Whether Defendant knowingly failed to disclose the existence and cause of the Defect in the Class Refrigerators;

vi. Whether Defendant's claims about the Defect are true or reasonably likely to deceive with regards to the functionality and expected longevity of the Class Refrigerators;

vii. Whether Defendant's omissions about the Class Refrigerators were reasonably likely to deceive with regards to the functionality and expected longevity of the Class Refrigerators.

viii. Whether Defendant's conduct alleged herein violates consumer protection laws, warranty laws, and other laws as asserted herein;

ix. Whether Plaintiffs and Class Members overpaid for their Class Refrigerators as a result of the Defect;

x. Whether Plaintiffs and Class Members have suffered an ascertainable loss as a result of their loss of use of their Class Refrigerators;

xi. Whether Plaintiffs and Class Members are entitled to damages, including punitive damages, as a result of Defendant's conduct alleged herein, and if so, the amount or proper measure of those damages; and

xii. Whether Plaintiffs and Class Members are entitled to injunctive relief.

306. *Typicality*: Plaintiffs' claims are typical of the claims of all Class members. Plaintiffs, like all Class members, purchased Whirlpool Class Refrigerators that contain a Defect. Plaintiffs, like all Class members, would not have purchased, or would have paid substantially less for, the Class Refrigerators had they known of the Defect or that Whirlpool would respond inadequately when the Defect manifested.

307. *Adequacy of Representation*: Named Plaintiffs are adequate representatives of the Classes because their interests do not conflict with the interests of the other Class members they seek to represent; they have retained counsel competent and experienced in complex class action litigation, and Plaintiffs will prosecute this action vigorously. The Class members' interests will be fairly and adequately protected by Plaintiffs and their counsel.

308. *Superiority*: A class action is superior to all other available means of fair and efficient adjudication of the claims of Plaintiffs and members of the Class. The injury suffered by each individual Class Member is relatively small in comparison to the burden and expense of individual prosecution of these claims, including from the need for expert witness testimony on the technical and economic aspects of the case. Individualized litigation also would risk inconsistent or contradictory judgments and increase the delay and expense to all parties and the courts. By contrast, a class action presents far fewer management difficulties and provides the

benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

309. *Injunctive Relief*: Whirlpool has acted, and refuses to act, on grounds generally applicable to the Class, thereby making appropriate final equitable relief with respect to the Class as a whole.

## CLAIMS FOR RELIEF

### COUNT 1
### Violations of the Arizona Consumer Fraud Act ("ACFA")
### Ariz. Rev. Stat. Ann. §§ 44-1521 – 44-1534
### Plaintiff Fiorucci Individually and on Behalf of the Arizona Subclass

310. Plaintiffs reallege and incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

311. Plaintiff Fiorucci brings this cause of action individually and on behalf of the Arizona Subclass.

312. Plaintiff and Whirlpool are "persons" as defined by Ariz. Rev. Stat. § 44-1521(6).

313. The Class Refrigerators are "merchandise" as defined by Ariz. Rev. Stat. § 44-1521(5).

314. Whirlpool advertised, offered, or sold goods or services in Arizona and engaged in trade or commerce directly or indirectly affecting the people of Arizona.

315. The ACFA prohibits the "act, use or employment by any person of any deception, deceptive or unfair act or practice, fraud, false pretense, false promise, misrepresentation, or concealment, suppression or omission of any material fact with intent that others rely on such concealment, suppression or omission, in connection with the sale or advertisement of any merchandise whether or not any person has in fact been misled, deceived or damaged thereby." Ariz. Rev. Stat. Ann. § 44-1522(A).

316. As alleged herein, Whirlpool engaged in deception, deceptive and unfair acts or practices, misrepresentation, concealment, and omission in connection with the sale and advertisement of its Class Refrigerators

317. In the course of doing business, as alleged herein, Whirlpool knowingly failed to disclose, suppressed, concealed, suppressed and/or omitted material facts about the quality, characteristics, performance, and reliability of its Class Refrigerators, which contain the Defect and pose a safety hazard. These unfair and deceptive acts and practices have a capacity, tendency, and/or likelihood to deceive or mislead reasonable consumers.

318. Whirlpool knowingly and intentionally misrepresented, omitted, and concealed material facts regarding the Class Refrigerators and intended for Plaintiffs and the Arizona Subclass to rely on these material misrepresentations and omissions when choosing to purchase a Class Refrigerator instead of refrigerators marketed and sold by Defendant's competitors.

319. Plaintiff and members of the Arizona Subclass justifiably relied on these material misrepresentations and, as a result, are entitled to damages in an amount to be proven at trial.

320. Whirlpool had the duty to Arizona Plaintiffs and the Arizona Subclass members to disclose the Defect and the defective nature of the Class Refrigerators because:

A. Whirlpool possessed exclusive knowledge that they were manufacturing, selling, and distributing refrigerators throughout the United States that contained the Defect;

B. Plaintiff and the Arizona Subclass members could not reasonably have been expected to learn or discover that the Class Refrigerators had the Defect defects until the defect manifested; and

C. Whirlpool knew that Plaintiff and the Arizona Subclass members could not reasonably have been expected to learn about or discover the Defect and the effect it would have on the Class Refrigerators.

321. The facts that Whirlpool concealed or did not disclose to Plaintiff and the Arizona Subclass members are material in that a reasonable consumer would have considered them to be important in deciding whether to purchase the Class Refrigerators or pay a lesser price. Had Plaintiff and the Arizona Subclass members known the Class Refrigerators were defective, they would not have purchased the Class Refrigerators or would have paid less for them.

322. Defendant's violations present a continuing risk to Arizona Plaintiffs as well as to the general public. Defendant's unlawful acts and practices complained of herein affect the public interest.

**COUNT 2**
**Breach of Implied Warranty of Merchantability (Arizona)**
**Ariz. Rev. Stat. Ann. § 47-2314**
**Plaintiff Fiorucci Individually and on Behalf of the Arizona Subclass**

323. Plaintiffs reallege and incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

324. Plaintiff Fiorucci brings this cause of action individually and on behalf of the Arizona Subclass.

325. Whirlpool is and was at all relevant times a "merchant" and a "seller" with respect to refrigerators under Ariz. Rev. Stat. Ann. § 47-2314(A).

326. The Class Refrigerators are and were at all relevant times "goods" within the meaning of Ariz. Rev. Stat. Ann. § 47-2105(A).

327. A warranty that the Class Refrigerators were in merchantable condition and fit for the ordinary purpose for which refrigerators are used is implied by law under Ariz. Rev. Stat. Ann.

§ 47-2314.

328. Whirlpool knew or had reason to know of the specific use for which the Class Refrigerators were purchased. Whirlpool directly sold and marketed Class Refrigerators to customers through its own website as well as authorized retailers, like those from whom Plaintiff Fiorucci and the Arizona Subclass members bought their Class Refrigerators. Whirlpool knew that the Class Refrigerators would and did pass unchanged from the authorized retailers to Plaintiff and the Arizona Subclass members, with no modification to the defective Class Refrigerators.

329. Whirlpool provided Plaintiff and the Arizona Subclass members with an implied warranty that the Class Refrigerators and their components and parts are merchantable and fit for the ordinary purposes for which they were sold.

330. This implied warranty included, among other things: (i) a warranty that the Class Refrigerators that were manufactured, supplied, distributed, and/or sold by Whirlpool were safe and reliable; and (ii) a warranty that the Class Refrigerators would be fit for their intended use.

331. Contrary to the applicable implied warranties, the Class Refrigerators at the time of sale and thereafter were not fit for their ordinary and intended purpose. Instead, the Class Refrigerators were and are defective at the time of sale and thereafter as more fully described above. Whirlpool knew of this defect at the time the sale transactions occurred.

332. As a result of Whirlpool's breach of the applicable implied warranties, Plaintiff Fiorucci and the Arizona Subclass members suffered an ascertainable loss of money, property, and/or value of their Class Refrigerators. Additionally, as a result of the Defect, Plaintiff Fiorucci and the Arizona Subclass members were harmed and suffered actual damages in that the Class Refrigerators are substantially certain to fail before their expected useful life has run.

333. Whirlpool's actions, as complained of herein, breached the implied warranty that the Class Refrigerators were of merchantable quality and fit for such use in violation of the Uniform Commercial Code and relevant state law.

334. Plaintiff Fiorucci and the Arizona Subclass members have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of Whirlpool's conduct described herein.

335. Plaintiff Fiorucci and the Arizona Subclass members were not required to notify Whirlpool of the breach because it would have been futile. Nevertheless, Plaintiff Fiorucci sent a demand letter to Whirlpool on March 12, 2024, notifying it of the Defect. *See supra* ¶ 14. Whirlpool was also on notice of the Defect, as alleged above. Whirlpool has received adequate notice of its breaches and opportunity to cure, but it has failed to do so.

336. Plaintiff and the Arizona Subclass have had sufficient dealings with Whirlpool or its authorized retailers or agents to establish privity of contract. Notwithstanding this, Plaintiffs and Class members are intended third-party beneficiaries of contracts between Defendant and its authorized retailers, and specifically, of Defendant's implied warranties. Defendant's retailers and distributors are intermediaries between Defendant and consumers. These intermediaries sell Refrigerators to consumers and are not, themselves, consumers of Refrigerators, and therefore have no rights against Defendant with respect to Plaintiffs' and Class members' purchases of Refrigerators. Defendant's warranties were designed for the benefit of consumers who purchased Refrigerators.

337. In its capacity as a supplier and/or warrantor, and by the conduct described herein, any attempt by Whirlpool to limit the implied warranty in a manner that would exclude or limit coverage for the Defect would be unconscionable. Whirlpool's warranties were adhesive and did

not permit negotiations. Whirlpool possessed superior and exclusive knowledge of the Defect, which is a latent defect, prior to offering the refrigerators for sale. Whirlpool concealed and did not disclose this Defect, and Whirlpool did not remedy the Defect prior to sale (or afterward).

338. Additionally, Whirlpool's attempts to disclaim or limit the implied warranty were ineffectual pursuant to Ariz. Rev. Stat. Ann. § 47-2316.

339. As a direct and proximate cause of Whirlpool's breach, Plaintiff Fiorucci and the Arizona Subclass members suffered damages and continue to suffer damages, including economic damages at the point of sale and diminution of value of their Class Refrigerators. Additionally, Plaintiff Fiorucci and the Arizona Subclass members have incurred or will incur additional economic damages, including for repairs.

340. As a direct and proximate result of Whirlpool's breach of the implied warranty of merchantability, Plaintiff and the Arizona Subclass members have been damaged in an amount to be proven at trial.

**COUNT 3**
**Violations of the California Consumers Legal Remedies Act ("CLRA")**
**Cal. Civ. Code §§ 1750–1785**
**Plaintiffs Guerrero, Gandara, & LaManna Individually and on Behalf of the California Subclass**

341. Plaintiffs reallege and incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

342. Plaintiffs Guerrero, Gandara, and LaManna bring this cause of action individually and on behalf of the California Subclass.

343. Whirlpool is a "person" as defined under the CLRA. *See* Cal. Civ. Code § 1761(c).

344. Plaintiffs and members of the Class are "consumers" as defined under the CLRA. *See* Cal. Civ. Code § 1761(d).

345. Class Refrigerators are "goods" as defined under the CLRA. *See* Cal. Civ. Code § 1761(a).

346. The CLRA prohibits "unfair methods of competition and unfair or deceptive acts or practices undertaken by any person in a transaction intended to result or which results in the sale or lease of goods or services to any consumer . . ." Cal. Civ. Code § 1770(a).

347. Whirlpool engaged in unfair and deceptive acts in violation of the CLRA by the practices described above and by knowingly and intentionally concealing from Plaintiffs and the California Subclass members that the Class Refrigerators suffer from the Defect (and the costs, risks, and diminished value of the Class Refrigerators as a result of this Defect). Whirlpool's conduct violated at least the following enumerated CLRA provisions:

a. Whirlpool represented that Class Refrigerators have characteristics, uses, or benefits that they do not have in violation of section 1770(a)(5);

b. Whirlpool represented that Class Refrigerators are of a particular standard, quality, or grade but are of another in violation of section 1770(a)(7);

c. Whirlpool advertised Class Refrigerators with the intent not to sell them as advertised in violation of section 1770(a)(9);

d. Whirlpool represented that Class Refrigerators have been supplied in accordance with a previous representation when they have not in violation of section 1770(a)(16); and

e. Whirlpool inserts an unconscionable provision into its warranty in violation of section 1770(a)(19).

348. Whirlpool's unfair or deceptive acts or practices occurred repeatedly in its trade or business, were capable of deceiving a substantial portion of the purchasing public, and created a safety hazard for the public.

349. Whirlpool knew, should have known, or was reckless in not knowing that the Class Refrigerators were defective, posed a safety hazard, would fail prematurely, and were not suitable for their intended use.

350. Whirlpool was under a duty to Plaintiffs and the California Subclass members to disclose the defective nature of the Class Refrigerators and the Defect because:

a. Whirlpool knew of but actively concealed the Defect from Plaintiffs and the California Subclass;

b. Whirlpool was in a superior and exclusive position to know the true facts about the Defect, which poses safety hazards and affects the central functionality of the refrigerators, and Plaintiffs and the Subclass members could not reasonably have been expected to discover that the Class Refrigerators contained the Defect until it manifested, which Whirlpool knew; and

c. Whirlpool made partial representations regarding the reliability, safety, and quality but suppressed facts regarding the Defect.

351. The facts that Whirlpool misrepresented to and concealed from Plaintiffs and the other California Subclass members are material because a reasonable consumer would have considered them to be important in deciding whether to purchase their Class Refrigerators or pay a lesser price for them.

352. The Defect poses a safety risk and affects the central functionality of a Refrigerator because it renders essential functions of the refrigerator completely useless.

353. In failing to disclose the material Defect, Whirlpool has knowingly and intentionally concealed material facts in breach of its duty to disclose.

354. Plaintiffs Guerrero, Gandara, and LaManna and the California Subclass have suffered injury in fact and actual damages resulting from Whirlpool's material misrepresentations and omissions, including by paying an inflated purchase price for their Class Refrigerators and incurring additional out-of-pocket expenses to deal with the Defect. Had Plaintiffs Guerrero, Gandara, and LaManna and the Subclass known about the defective nature of the Class Refrigerators and the Defect, they would not have purchased their Class Refrigerators or would have paid less in doing so.

355. As a direct and proximate result of Whirlpool's unfair and deceptive conduct, therefore, Plaintiffs and the California Subclass members have been harmed.

356. Pursuant to Cal. Civ. Code § 1782(a), on November 10, 2023, Plaintiff Guerrero sent a demand letter to Whirlpool notifying it of its CLRA violations and providing it with an opportunity to correct its business practices. Whirlpool did not correct its business practices. Accordingly, Plaintiff Guerrero, on behalf of himself and the California Subclass, seeks monetary relief, including for actual, restitutionary, and punitive damages under the CLRA.

357. Pursuant to Cal. Civ. Code § 1782(a), on March 19, 2024, Plaintiff Gandara sent a demand letter to Whirlpool notifying it of its CLRA violation and providing it with an opportunity to correct its business practices. Whirlpool did not correct its business practices. Accordingly, Plaintiff Gandara, on behalf of himself and the California Subclass, seeks monetary relief, including for actual, restitutionary, and punitive damages under the CLRA.

358. Similarly, pursuant to Cal. Civ. Code § 1782(a), on February 15, 2024, Plaintiff LaManna sent a notice letter to Whirlpool, which informed Whirlpool of Plaintiff LaManna's

intent to bring the claims alleged herein unless Whirlpool remedied its misconduct. Whirlpool did not correct its business practices. Accordingly, Plaintiff LaManna, on behalf of herself and the California Subclass, seeks monetary relief, including for actual, restitutionary, and punitive damages under the CLRA.

359. Pursuant to Cal. Civ. Code § 1780(a), Plaintiffs Guerrero, Gandara, and LaManna, individually and on behalf of the California Subclass, seek injunctive relief for Whirlpool's violation of the CLRA.

360. Additionally, pursuant to Cal. Civ. Code §§ 1780 and 1781, Plaintiffs Guerreo, Gandara, and LaManna, individually and on behalf of the California Subclass, seek compensatory and punitive damages under the CLRA and to recover attorneys' fees and costs.

361. Plaintiffs Guerrero, Gandara, and LaMannas' CLRA venue declarations are attached as Exhibits A–C to this complaint in accordance with Cal. Civ. Code § 1780(d).

**COUNT 4**
**Violation of the California Unfair Competition Law ("UCL")**
**Cal. Bus. & Prof. Code §§ 17200–17210**
**Plaintiffs Guerrero, Gandara, & LaManna Individually and on Behalf of the California Subclass**

362. Plaintiffs reallege and incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

363. Plaintiffs Guerrero, Gandara, and LaManna bring this cause of action individually and on behalf of the California Subclass.

364. The UCL broadly proscribes "any unlawful, unfair or fraudulent business act or practice and unfair, deceptive, untrue or misleading advertising." Cal. Bus. & Prof. Code § 17200.

**Unlawful Conduct**

365. Whirlpool's conduct is unlawful, in violation of the UCL, because, as set forth

herein, it violates the Song–Beverly Consumer Warranty Act, the MMWA, the FAL, and the CLRA.

**Unfair Conduct**

366. Whirlpool's conduct is unfair because it violated California public policy, legislatively declared in the Song–Beverly Consumer Warranty Act, which requires a manufacturer to ensure that goods it places on the market are fit for their ordinary and intended purposes. The Defect renders the Class refrigerators unsafe, unreliable, and inoperable.

367. Whirlpool acted in an immoral, unethical, oppressive, and unscrupulous manner, in at least the following respects:

a. Knowingly selling Plaintiffs Guerrero, Gandara, and LaManna and California Subclass members Class Refrigerators with the Defect;

b. Directing and furnishing replacement parts it knew would not adequately remedy the Defect, and repairing defective parts with more defective parts and otherwise failing to adequately remedy the Defect during the warranty period;

c. Refusing to repair or replace the Class Refrigerators when the known Defect manifested outside the warranty period;

d. Failing to exercise adequate quality control and due diligence over the Class Refrigerators before placing them on the market; and

e. Failing to acknowledge the scope and severity of the Defect, which poses safety concerns, refusing to acknowledge the Class Refrigerators are defective, and failing to provide adequate relief.

368. The gravity of the harm resulting from Whirlpool's unfair conduct outweighs any potential utility of the conduct. The practice of selling defective Class Refrigerators without

providing an adequate remedy to cure the Defect harms the public at large and is part of a common and uniform course of wrongful conduct.

369. There are reasonably available alternatives that would further Whirlpool's business interests of increasing sales and preventing false warranty claims. For example, Whirlpool could have: (a) acknowledged the Defect and provided a permanent, effective fix for the Defect; and/or (b) disclosed the Defect prior to prospective consumers' purchases.

370. The harm from Whirlpool's unfair conduct was not reasonably avoidable by consumers. The Class Refrigerators all suffer from the latent Defect, and Whirlpool has failed to disclose it. Plaintiffs and California Subclass members did not know of, and had no reasonable means of discovering, the Defect.

**Fraudulent Conduct**

371. Whirlpool's conduct is fraudulent in violation of the UCL. Whirlpool's fraudulent acts include knowingly and intentionally concealing from Plaintiffs and the California Subclass members the existence of the Defect and falsely marketing and misrepresenting the Class Refrigerators as being functional, reliable, and safe.

372. Whirlpool's misrepresentations and omissions alleged herein caused Plaintiffs and the California Subclass members to purchase their Class Refrigerators or pay more than they would have had Whirlpool not misrepresented the refrigerators or disclosed the Defect.

373. At all relevant times, Whirlpool had a duty to disclose the Defect because it had superior and exclusive knowledge of the Defect, which affects the central functionality of the refrigerator and creates a safety risk, and because Whirlpool made partial representations about the reliability, quality, and safety of the Class Refrigerators but failed to disclose the Defect.

374. Accordingly, Plaintiffs Guerrero, Gandara, and LaManna and California Subclass members have suffered injury in fact, including lost money or property, as a result of Whirlpool's unlawful, unfair, and fraudulent acts. Absent these acts, Plaintiffs Guerrero, Gandara, and LaManna and California Subclass members would not have purchased their Class Refrigerators at the prices they paid or would not have purchased them at all.

375. Plaintiffs Guerrero, Gandara, and LaManna seek appropriate relief under the UCL, including such orders as may be necessary: (a) to enjoin Whirlpool from continuing its unlawful, unfair, and fraudulent acts or practices, and (b) to restore Plaintiff and California Subclass members any money Whirlpool acquired by its unfair competition, including restitution. Plaintiff also seeks reasonable attorneys' fees and expenses under applicable law.

**COUNT 5**
**Violation of the California False Advertising Law ("FAL")**
**Cal. Bus. & Prof. Code §§ 17500, *et seq*.**
**Plaintiffs Guerrero, Gandara, & LaManna Individually and on Behalf of the California Subclass**

376. Plaintiffs reallege and incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

377. Plaintiffs Guerrero, Gandara, and LaManna bring this claim on behalf of themselves and the California Subclass.

378. Cal. Bus. & Prof. Code § 17500 states: "It is unlawful for any . . . corporation . . . with intent directly or indirectly to dispose of real or personal property . . . to induce the public to enter into any obligation relating thereto, to make or disseminate or cause to be made or disseminated . . . from this state before the public in any state, in any newspaper or other publication, or any advertising device, . . . or in any other manner or means whatever, including over the Internet, any statement . . . which is untrue or misleading, and which is known, or which

by the exercise of reasonable care should be known, to be untrue or misleading.

379. Whirlpool caused to be made or disseminated through California and the United States, through advertising, marketing, and other publications, statements that were untrue or misleading, and which were known, or which by the exercise of reasonable care, Whirlpool should have known to be untrue and misleading to consumers, including Plaintiffs and other class members.

380. Whirlpool has advertised to consumers that the Class Refrigerators are of high quality, reliable, and safe and contain functioning ice makers/dispensers and water dispensers that are expected to work well into the Class Refrigerators' life expectancy. As alleged herein, the Class Refrigerators are not of the quality or standard as advertised to the public, and Whirlpool knew this at the time of sale.

381. Whirlpool has violated Section 17500 because its misrepresentations and omissions regarding the safety, reliability, functionality, and performance of the Class Refrigerators were material and likely to deceive a reasonable consumer.

382. At all relevant times, Whirlpool had a duty to disclose the Defect because it had superior and exclusive knowledge of the Defect, which affects the functionality of the Class Refrigerators and creates a safety risk for the public, and because Whirlpool made partial representations about the reliability, quality, and safety of the Class Refrigerators but failed to fully disclose the Defect.

383. As a direct and proximate result of Whirlpool's acts, Plaintiffs Guerrero, Gandara, and LaManna and the California Subclass members have suffered injuries in fact, including the loss of money or property, resulting from Whirlpool's unfair, unlawful, and/or deceptive practices. In purchasing the Class Refrigerators, Plaintiffs and the other Class members relied on Whirlpool's

misrepresentations and/or omissions with respect to the safety and reliability of the Class Refrigerators. Whirlpool's representations were untrue because it distributed Class Refrigerators with the Defect, and Whirlpool did not provide adequate remedies since it is unable to replace Class Refrigerators with comparable products and is not offering cash refunds. Had Plaintiffs and the other class members known this, they would not have purchased the Class Refrigerators or would not have paid as much for them. Accordingly, Plaintiffs and the class members did not receive the benefit of their bargain.

384. Whirlpool's wrongful conduct is part of a pattern or generalized course of conduct that is still perpetuated and repeated, both in the state of California and nationwide.

385. Plaintiffs, individually and on behalf of the other class members, request that the Court enter such orders or judgments as may be necessary to enjoin Whirlpool from continuing its unfair, unlawful, and/or deceptive practices, and restore to Plaintiffs and the other class members any money Whirlpool acquired by unfair competition, including restitution and/or disgorgement, and for such other applicable relief provided by the FAL.

**COUNT 6**
**Violations of Song–Beverly Consumer Warranty Act**
**For Breach of Express Warranty**
**Cal. Civ. Code §§ 1790–1795.8**
**Plaintiffs Guerrero, Gandara, & LaManna Individually and on Behalf of the California Subclass**

386. Plaintiffs incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

387. Plaintiffs Guerrero, Gandara, and LaManna bring this claim individually and on behalf of the California Subclass who purchased a Class Refrigerator for personal, family or household Purposes.

388. Plaintiff Guerrero and the California Subclass members who purchased the Class Refrigerators are "buyers" within the meaning of Cal. Civ. Code. § 1791(b).

389. The Class Refrigerators are "consumer goods" within the meaning of Cal. Civ. Code § 1791(a).

390. Whirlpool is a "manufacturer" of the Class Refrigerators within the meaning of Cal. Civ. Code § 1791(j).

391. Whirlpool made express warranties to Plaintiffs Guerrero, Gandara, and LaManna and the California Subclass members within the meaning of Cal. Civ. Code §§ 1791.2 & 1793.

392. Whirlpool breached these express warranties by selling defective Class Refrigerators that required repair or replacement within the applicable warranty period and failing to adequately repair the alleged Defect.

393. As a direct and proximate result of Defendant's breach of its express warranties, Plaintiffs Guerrero, Gandara, and LaManna and the California Subclass members received goods in a condition that substantially impairs their value to Plaintiffs and the other Subclass members. Plaintiffs and the California Subclass members have been damaged as a result of, *inter alia*, overpaying for the Class Refrigerators, the diminished value of the Class Refrigerators, the Class Refrigerators' malfunctioning, out-of-pocket costs incurred, and actual and potential increased maintenance and repair costs.

394. Pursuant to Cal. Civ. Code §§ 1793.2 & 1794, Plaintiffs Guerrero, Gandara, and LaManna and the California Subclass members who purchased for personal, family, or household purposes are entitled to damages and other legal and equitable relief, including, at their election, the purchase price of their Class Refrigerators or the overpayment or diminution in value of their

Class Refrigerators as well as reimbursement of out-of-pocket expenses incurred as a result of the Defect.

395. Plaintiff Guerrero's demand letter sent to Whirlpool on November 10, 2023, and Plaintiff Gandara's demand letter sent to Whirlpool on March 19, 2024, notified Whirlpool of its class-wide breaches of its express warranties and demanded adequate class-wide relief. Whirlpool has received adequate notice of its breaches and opportunity to cure, but it has failed to do so.

396. Pursuant to Cal. Civ. Code § 1794(d), (e), Plaintiffs Guerrero, Gandara, and LaManna and the California Subclass members are entitled to reasonable costs and attorneys' fees.

**COUNT 7**
**Violations of Song–Beverly Consumer Warranty Act**
**For Breach of Implied Warranty**
**Cal. Civ. Code §§ 1790–1795.8**
**Plaintiffs Guerrero, Gandara, & LaManna Individually and on Behalf of the California Subclass**

397. Plaintiffs incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

398. Plaintiffs Guerrero, Gandara, and LaManna bring this claim individually and on behalf of the California Subclass who purchased for personal, family, or household purposes.

399. Plaintiffs Guerrero, Gandara, and LaManna and the California Subclass members who purchased the Class Refrigerators are "buyers" within the meaning of Cal. Civ. Code. § 1791(b).

400. The Class Refrigerators are "consumer goods" within the meaning of Cal. Civ. Code § 1791(a).

401. Defendant is a "manufacturer" of the Class Refrigerators within the meaning of Cal. Civ. Code § 1791(j).

402. Defendant impliedly warranted to Plaintiffs Guerrero, Gandara, and LaManna and the California Subclass members that Class Refrigerators were "merchantable" within the meaning of Cal. Civ. Code §§ 1791.1(a) & 1792.

403. Section 1791.1(a) provides that: "Implied warranty of merchantability" or "implied warranty that goods are merchantable" means that the consumer goods must meet each of the following:

(1) Pass without objection in the trade under the contract description.

(2) Are fit for the ordinary purposes for which such goods are used.

(3) Are adequately contained, packaged, and labeled.

(4) Conform to the promises or affirmations of fact made on the container or label.

404. The Defect in the Class Refrigerators is present in them when sold and is substantially certain to manifest. The Class Refrigerators would not pass without objection in the appliance and refrigeration trade because the Defect causes all, or substantially all, of the Class Refrigerators to experience ice maker/dispenser failures, water dispenser failures, and/or control panel failures, and it causes a safety risk. The Defect thus affects the central functionality of the refrigerator, poses a safety risk, and causes increased maintenance costs.

405. Because the Class Refrigerators are unfit for their ordinary purpose due to the Defect and because the Defect creates a safety risk to consumers, the Class Refrigerators are not fit for the ordinary purposes for which such refrigerators are used.

406. Class Refrigerators are not adequately labeled because the labeling fails to disclose the Defect and does not advise the California Subclass members of the Defect.

407. Any attempt by Defendant to disclaim its implied warranty obligations under the Song–Beverly Act is ineffective due to its failure to adhere to Sections 1792.3, 1792.4, and 1793.

Those sections of the Civil Code provide, among others, that, in order to validly disclaim the implied warranty of merchantability, a manufacturer must "in simple and concise language" state each of the following: "(1) The goods are being sold on an 'as is' or 'with all faults' basis. (2) The entire risk as to the quality and performance of the goods is with the buyer. (3) Should the goods prove defective following their purchase, the buyer and not the manufacturer, distributor, or retailer assumes the entire cost of all necessary servicing or repair." Cal. Civ. Code § 1792.4(a). Defendant's attempted implied warranty disclaimer does not conform to these requirements.

408. The Defect deprived Plaintiffs Guerrero, Gandara, and LaManna and the California Subclass members of the benefit of their bargain and have resulted in Class Refrigerators being worth less than what Plaintiffs and other California Subclass members paid.

409. As a direct and proximate result of Defendant's breach of its implied warranties, Plaintiffs Guerrero, Gandara, and LaManna and the California Subclass members received goods that contain a defect that substantially impairs their value. Plaintiffs Guerrero, Gandara, and LaManna and the California Subclass members have been damaged by the diminished value of the refrigerators, the refrigerators' malfunctioning, out-of-pocket costs incurred, and actual and potential increased maintenance and repair costs.

410. Under Cal. Civ. Code §§ 1791.1(d) & 1794, Plaintiffs Guerrero, Gandara, and LaManna and the California Subclass members are entitled to damages and other legal and equitable relief, including, *inter alia*, benefit-of-the-bargain damages, overpayment or diminution in value of their Class Refrigerators, and reasonable attorneys' fees and costs.

411. Plaintiff Guerrero's Demand Letter sent to Whirlpool on November 10, 2023, and Plaintiff Gandara's demand letter sent to Whirlpool on March 19, 2024, notified Whirlpool of its class-wide breaches of its implied warranties and demanded adequate class-wide relief. Plaintiff

LaManna also sent a demand letter on February 15, 2024. Whirlpool has received adequate notice of its breaches and opportunity to cure, but it has failed to do so.

**COUNT 8**
**Violations of the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA)**
**Fla. Stat. §§ 501.201–.213**
**Plaintiff Costa Individually and on Behalf of the Florida Subclass**

412. Plaintiffs reallege and incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

413. Plaintiff Costa brings this cause of action individually and on behalf of the Florida Subclass.

414. Plaintiff Costa and the Florida Subclass members are "consumers" within the meaning of Fla. Stat. § 501.203(7).

415. Whirlpool engaged in "trade or commerce" within the meaning of Fla. Stat. § 501.203(8).

416. The FDUTPA prohibits "[u]nfair methods of competition, unconscionable acts or practices, and unfair or deceptive acts or practices in the conduct of any trade or commerce." Fla. Stat. § 501.204(1).

417. Whirlpool's acts and practices, described herein, are unfair in violation of Florida law because it violates Florida public policy and warranty laws requiring a manufacturer to ensure that goods it places on the market are fit for their ordinary and intended purposes.

418. Whirlpool acted in an unfair, deceptive, unethical, unscrupulous, outrageous, oppressive, and substantially injurious manner, in at least the following respects:

a. Whirlpool promoted and sold Class Refrigerators it knew were defective;

b. Whirlpool failed to disclose the Defect;

c. Whirlpool represented through advertising that Class Refrigerators possess particular qualities and functions that were inconsistent with Whirlpool's actual knowledge of them;

d. Whirlpool failed to make repairs or made repairs and provided replacements that caused Plaintiff and the Florida Subclass members to experience repeated instances of failure; and

e. Whirlpool minimized the scope and severity of the problems with the Class Refrigerators, refused to acknowledge that they are defective, and failed to provide adequate relief to consumers.

419. The gravity of harm resulting from Whirlpool's unfair conduct outweighs any potential utility. The practice of selling defective Class Refrigerators without providing an adequate remedy to cure the defect harms the public at large and is part of a common and uniform course of wrongful conduct.

420. The harm from Whirlpool's conduct was not reasonably avoidable by consumers. Even after receiving a large volume of consumer complaints, Whirlpool did not disclose the Defect. Plaintiff Costa and Florida Subclass members did not know of, and had no reasonable means of discovering, that Class Refrigerators are defective.

421. Whirlpool also engaged in deceptive trade practices in violation of Florida law by promoting and advertising the Class Refrigerators' as having reliable and durable ice makers/dispensers and water dispensers while willfully failing to disclose and actively concealing their true defective nature.

422. Whirlpool's deceptive and unfair trade practices, including its misrepresentations and omissions described herein, were likely to mislead consumers acting reasonably under the

circumstances.

423. Plaintiff Costa and the Florida Subclass members suffered ascertainable losses as a direct and proximate result of Whirlpool's unfair and deceptive acts or practices. Had Plaintiff Costa and the Florida Subclass members known that the Class Refrigerators contained the Defect, they would not have purchased the Class Refrigerators or would have paid significantly less for the them. Among other injuries, they overpaid for their Class Refrigerators, and their Class Refrigerators suffered a diminution in value.

424. Plaintiff Costa and the Florida Subclass members are entitled to recover their actual damages under Fla. Stat. § 501.211(2) and reasonable attorneys' fees under Fla. Stat. § 501.2105(1).

425. Plaintiffs Costa also seeks an order enjoining Whirlpool's unfair and deceptive acts or practices pursuant to Fla. Stat. § 501.211, and any other just and proper relief available under the FDUTPA.

**COUNT 9**
**Breach of Implied Warranty of Merchantability (Florida)**
**Fla. Stat. §§ 672.314 and 680.212**
**Plaintiff Costa Individually and on Behalf of the Florida Subclass**

426. Plaintiffs reallege and incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

427. Plaintiff Costa brings this cause of action individually and on behalf of the members of the Florida Subclass.

428. Whirlpool is and was at all relevant times a "merchant" with respect to refrigerators under Fla. Stat. § 672.104(1) and a "seller" of refrigerators under § 672.103(1)(d ).

429. The Class Refrigerators are and were at all relevant times "goods" within the meaning of Fla. Stat. § 672.105(1).

430. A warranty that the Class Refrigerators were in merchantable condition and fit for the ordinary purpose for which refrigerators are used is implied by law under Fla. Stat. § 672.314.

431. Whirlpool knew or had reason to know of the specific use for which the Class Refrigerators were purchased. Whirlpool directly sold and marketed Class Refrigerators to customers through its own website as well as authorized retailers, like those from whom Plaintiff Costa and the Florida Subclass members bought their Class Refrigerators. Whirlpool knew that the Class Refrigerators would and did pass unchanged from the authorized retailers to Plaintiff Costa and the Florida Subclass members, with no modification to the defective Class Refrigerators.

432. Whirlpool provided Plaintiff Costa and the Florida Subclass members with an implied warranty that the Class Refrigerators and their components and parts are merchantable and fit for the ordinary purposes for which they were sold.

433. This implied warranty included, among other things: (i) a warranty that the Class Refrigerators that were manufactured, supplied, distributed, and/or sold by Whirlpool were safe and reliable; and (ii) a warranty that the Class Refrigerators would be fit for their intended use.

434. Contrary to the applicable implied warranties, the Class Refrigerators at the time of sale and thereafter were not fit for their ordinary and intended purpose. Instead, the Class Refrigerators were and are defective at the time of sale and thereafter as more fully described above. Whirlpool knew of this defect at the time the sale transactions occurred.

435. As a result of Whirlpool's breach of the applicable implied warranties, Plaintiff Costa and the Florida Subclass members suffered an ascertainable loss of money, property, and/or value of their Class Refrigerators. Additionally, as a result of the Defect, Plaintiff Costa and the Florida Subclass members were harmed and suffered actual damages in that the Class Refrigerators are substantially certain to fail before their expected useful life has run.

436. Whirlpool's actions, as complained of herein, breached the implied warranty that the Class Refrigerators were of merchantable quality and fit for such use in violation of the Uniform Commercial Code and relevant state law.

437. Plaintiff Costa and the Florida Subclass members have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of Whirlpool's conduct described herein.

438. Plaintiff Costa and the Florida Subclass members were not required to notify Whirlpool of the breach because it would have been futile. Nevertheless, Plaintiff Costa served Whirlpool with a demand letter notifying it of its breaches of implied warranty on January 30, 2024. Whirlpool was also on notice of the Defect, as alleged above. Whirlpool has received adequate notice of its breaches and opportunity to cure, but it has failed to do so.

439. Plaintiff Costa and the Florida Subclass have had sufficient dealings with Whirlpool or its authorized retailers or agents to establish privity of contract. Notwithstanding this, Plaintiffs and Class members are intended third-party beneficiaries of contracts between Defendant and its authorized retailers, and specifically, of Defendant's implied warranties. Defendant's retailers and distributors are intermediaries between Defendant and consumers. These intermediaries sell Refrigerators to consumers and are not, themselves, consumers of Refrigerators, and therefore have no rights against Defendant with respect to Plaintiffs' and Class members' purchases of Refrigerators. Defendant's warranties were designed for the benefit of consumers who purchased Refrigerators.

440. In its capacity as a supplier and/or warrantor, and by the conduct described herein, any attempt by Whirlpool to limit the implied warranty in a manner that would exclude or limit coverage for the Defect would be unconscionable. Whirlpool's warranties were adhesive and did

not permit negotiations. Whirlpool possessed superior and exclusive knowledge of the Defect, which is a latent defect, prior to offering the refrigerators for sale. Whirlpool concealed and did not disclose this Defect, and Whirlpool did not remedy the Defect prior to sale (or afterward).

441. Additionally, Whirlpool's attempts to disclaim or limit the implied warranty were ineffectual pursuant to Fla. Stat. § 672.316.

442. As a direct and proximate cause of Whirlpool's breach, Plaintiff Costa and the Florida Subclass members suffered damages and continue to suffer damages, including economic damages at the point of sale and diminution of value of their Class Refrigerators. Additionally, Plaintiff Costa and the Florida Subclass members have incurred or will incur additional economic damages, including for repairs.

443. As a direct and proximate result of Whirlpool's breach of the implied warranty of merchantability, Plaintiff Costa and the Florida Subclass members have been damaged in an amount to be proven at trial.

**COUNT 10**
**Violation of the Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFDBP")**
**815 Ill. Cop. Stat. §§ 505/1–505/12**
**Plaintiffs Rombach & McDuffey Individually and on Behalf of the Illinois Subclass**

444. Plaintiffs reallege and incorporate by reference all preceding allegations as though fully set forth herein.

445. Plaintiffs Rombach & McDuffey bring this cause of action individually and on behalf of the Illinois Subclass.

446. Whirlpool is a "person" as defined in 815 Ill. Comp. Stat. 505/1(c).

447. Whirlpool is involved in the "trade or commerce" of "merchandise" as defined in 815 Ill. Comp. Stat. 505/1(b) and (f).

448. Plaintiffs Rombach McDuffey and the Illinois Subclass class members are "consumer(s)" as defined in 815 Ill. Comp. Stat. 505/1(e).

449. The ICFDBP prohibits "unfair methods of competition and unfair or deceptive acts or practices, including, but not limited to the use or employment of any deception fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact, or the use or employment of any practice described in Section 2 of the 'Uniform Deceptive Trade Practices Act', … whether any person has in fact been misled, deceived or damaged thereby." 815 Ill. Comp. Stat. 505/2.

450. Whirlpool's acts and practices, described herein, are unfair and deceptive in violation of Illinois law because it violates Illinois consumer protection laws, common law, and warranty laws requiring a manufacturer to ensure that goods it places on the market are fit for their ordinary and intended purposes.

451. Whirlpool acted in an unfair and deceptive manner in at least the following respects:

a. Whirlpool promoted and sold Class Refrigerators it knew were defective;

b. Whirlpool failed to disclose the Defect;

c. Whirlpool represented that Class Refrigerators possess particular qualities, functions characteristics, uses, or benefits that were inconsistent with Whirlpool's actual knowledge of them;

d. Whirlpool failed to make repairs or made repairs and provided replacements that caused Plaintiff and the Illinois Subclass members to experience instances of failure; and

e. Whirlpool minimized the scope and severity of the problems with the Class

Refrigerators, refused to acknowledge that they are defective, and failed to provide adequate relief to consumers.

452. Whirlpool's unfair or deceptive acts or practices occurred repeatedly in its trade or business, were capable of deceiving a substantial portion of the purchasing public, and created a safety hazard for the public.

453. Whirlpool knew, should have known, or was reckless in not knowing that the Class Refrigerators were defective, posed a safety hazard, would fail prematurely, and were not suitable for their intended use.

454. Whirlpool was under a duty to Plaintiffs and the Illinois Subclass members to disclose the defective nature of the Class Refrigerators and the Defect because:

a. Whirlpool knew of but actively concealed the Defect from Plaintiffs and the Illinois Subclass;

b. Whirlpool was in a superior and exclusive position to know the true facts about the Defect, which poses safety hazards and affects the central functionality of the refrigerators, and Plaintiffs and the Subclass members could not reasonably have been expected to discover that the Class Refrigerators contained the Defect until it manifested, which Whirlpool knew; and

c. Whirlpool made partial representations regarding the reliability, safety, and quality but suppressed facts regarding the Defect.

455. Whirlpool also engaged in deceptive trade practices in violation of Illinois law by promoting and advertising the Class Refrigerators' as having reliable and durable ice makers/dispensers and water dispensers while willfully failing to disclose and actively concealing their true defective nature.

456. The facts that Whirlpool misrepresented to and concealed from Plaintiffs and the other Illinois Subclass members are material because a reasonable consumer would have considered them to be important in deciding whether to purchase their Class Refrigerators or pay a lesser price for them.

457. The Defect poses a safety risk and affects the central functionality of a Refrigerator because it renders essential functions of the refrigerator completely useless.

458. In failing to disclose the material Defect, Whirlpool has knowingly and intentionally concealed material facts in breach of its duty to disclose.

459. Plaintiffs Rombach and McDuffey and the Illinois Subclass members have suffered injury in fact and actual damages resulting from Whirlpool's material misrepresentations and omissions, including by paying an inflated purchase price for their Class Refrigerators and incurring additional out-of-pocket expenses to deal with the Defect. Had Plaintiffs Rombach and McDuffey and the Illinois Subclass known about the defective nature of the Class Refrigerators and the Defect, they would not have purchased their Class Refrigerators or would have paid less in doing so.

460. As a direct and proximate result of Whirlpool's unfair and deceptive conduct, therefore, Plaintiff and the Illinois Subclass members have been harmed.

461. The gravity of harm resulting from Whirlpool's unfair conduct outweighs any potential utility. The practice of selling defective Class Refrigerators without providing an adequate remedy to cure the defect harms the public at large and is part of a common and uniform course of wrongful conduct.

462. The harm from Whirlpool's conduct was not reasonably avoidable by consumers. Even after receiving a large volume of consumer complaints, Whirlpool did not disclose the

Defect. Plaintiffs Rombach and McDuffey and the Illinois Subclass members did not know of, and had no reasonable means of discovering, that Class Refrigerators are defective.

463. Whirlpool's deceptive and unfair trade practices, including its misrepresentations and omissions described herein, were likely to mislead consumers acting reasonably under the circumstances.

464. Plaintiffs Rombach and McDuffey and the Illinois Subclass members are entitled to recover their actual damages and reasonable attorneys' fees under 815 Ill. Comp. Stat. 505/2S; 815 Ill. Comp. Stat. 505/10a(a).

465. Plaintiffs Rombach and McDuffey and the Illinois Subclass members also seek injunctive relief under 815 Ill. Comp. Stat. 505/10a(c),.

466. Plaintiffs Rombach and McDuffey and the Illinois Subclass members are also seek punitive damages for Whirlpool's willful violations of the ICFDBP under 815 Ill. Comp. Stat. 505/2AA .

467. Accordingly, Plaintiffs and Class members are entitled to relief under the ICFDBP, including restitution and reasonable attorneys' fees, as well as any other relief the Court may deem just or proper.

468. Pursuant to 815 Ill. Comp. Stat. Ann. § 505/10a(d), Plaintiffs will serve the Illinois Attorney General with a copy of this Complaint within 10 days of filing.

## COUNT 11
**Violation of the Illinois Uniform Deceptive Trade Practices Act ("IUDTPA")**
**815 Ill. Comp. Stat. §§ 510/1–510/7**
**Plaintiffs Rombach & McDuffey Individually and on Behalf of the Illinois Subclass**

469. Plaintiffs reallege and incorporate by reference all preceding allegations as though fully set forth herein.

470. Plaintiffs Rombach and McDuffey bring this cause of action individually and on

behalf of the Illinois Subclass.

471. Whirlpool is a "person" as defined in 815 Ill. Comp. Stat. 510/1(5).

472. Whirlpool operates using a "trademark" within the meaning of 815 Ill. Comp. Stat. 510/1(7) to identify its goods, including the Class Refrigerators.

473. Whirlpool uses a "trade name" within the meaning of 815 Ill. Comp. Stat. 510/1(8) to identify its business.

474. The IUDTPA states: "A person engages in a deceptive trade practice when, in the course of his or her business, violation, or occupation, the person … represents that the goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have …represents that goods or services are of a particular standard, quality, or grade or that goods are a particular style or model, if they are of another … advertises goods or services with the intent not to sell them as advertised … engages in any other conduct which similarly creates a likelihood of confusion or misunderstanding. " *See* 815 Ill. Comp. Stat. 510/2(a)(5), (7), (9), and (12).

475. Whirlpool engaged in deceptive practices in violation of the IUDTPA by the practices described above and by knowingly and intentionally concealing from Plaintiff and the Illinois Subclass members that the Class Refrigerators suffer from the Defect (and the costs, risks, and diminished value of the Class Refrigerators as a result of this Defect). Whirlpool's conduct violated at least the following enumerated IUDTPA provisions:

a. Whirlpool represented that Class Refrigerators have sponsorship, approval, characteristics, uses, or benefits that they do not have in violation of section 510/2(a)(5);

b. Whirlpool represented that Class Refrigerators are of a particular standard, quality,

or grade but are of another in violation of section 510/2(a)(7);

c. Whirlpool advertised Class Refrigerators with the intent not to sell them as advertised in violation of section 510/2(a)(9); and

d. Whirlpool made representations about the Class Refrigerators, and advertised about the same in a way that created confusion or misunderstanding amongst Plaintiff and class members in violation of section 510/2(a)(12).

476. Whirlpool's deceptive practices occurred repeatedly in its trade or business, were capable of deceiving a substantial portion of the purchasing public, and created a safety hazard for the public.

477. Whirlpool knew, should have known, or was reckless in not knowing that the Class Refrigerators were defective, posed a safety hazard, would fail prematurely, and were not suitable for their intended use.

478. Whirlpool was under a duty to Plaintiff and the Illinois Subclass members to disclose the defective nature of the Class Refrigerators and the Defect because:

a. Whirlpool knew of but actively concealed the Defect from Plaintiffs and the Illinois Subclass;

b. Whirlpool was in a superior and exclusive position to know the true facts about the Defect, which poses safety hazards and affects the central functionality of the refrigerators, and Plaintiffs and the Subclass members could not reasonably have been expected to discover that the Class Refrigerators contained the Defect until it manifested, which Whirlpool knew; and

c. Whirlpool made partial representations regarding the reliability, safety, and quality but suppressed facts regarding the Defect.

479. The facts that Whirlpool misrepresented to and concealed from Plaintiffs and the other Illinois Subclass members are material because a reasonable consumer would have considered them to be important in deciding whether to purchase their Class Refrigerators or pay a lesser price for them.

480. The Defect poses a safety risk and affects the central functionality of a Refrigerator because it renders essential functions of the refrigerator completely useless.

481. By failing to disclose the material Defect and the harm that may result from it, Whirlpool has knowingly and intentionally concealed material facts and breached its duty to disclose this material information to consumers.

482. Plaintiffs Rombach and McDuffey and the Illinois Subclass have suffered injury in fact and actual damages resulting from Whirlpool's misrepresentations and omissions, including by paying an inflated purchase price for their Class Refrigerators and incurring additional out-of-pocket expenses to deal with the Defect. Had Plaintiffs Rombach and McDuffey and the Illinois Subclass known about the defective nature of the Class Refrigerators and the Defect, they would not have purchased their Class Refrigerators or would have paid less in doing so.

483. As a direct and proximate result of Whirlpool's deceptive conduct, Plaintiffs Rombach and McDuffey and the Illinois Subclass have been harmed.

484. Pursuant to 815 Ill. Comp. Stat. 510/3, Plaintiffs Rombach and McDuffey, individually and on behalf of the Illinois Subclass, seek injunctive relief, attorneys' fees, costs, as well as any other relief the Court may deem just or proper for Whirlpool's violation of the IUDTPA.

**COUNT 12**
**Breach of Implied Warranty of Merchantability (Illinois)**
**Ill. Comp. Stat. § 5/2-314**
**Plaintiffs Rombach & McDuffey Individually and on Behalf of the Illinois Subclass**

485. Plaintiffs reallege and incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

486. Plaintiffs Rombach and McDuffey bring this cause of action individually and on behalf of the members of the Illinois Subclass.

487. Whirlpool is and was at all relevant times a “merchant” with respect to refrigerators under Ill. Comp. Stat. § 5/2-104(1) and a “seller” of refrigerators under § 5/2-103(1)(d ).

488. The Class Refrigerators are and were at all relevant times “goods” within the meaning of Fla. Stat. § 5/2-105(1).

489. A warranty that the Class Refrigerators were in merchantable condition and fit for the ordinary purpose for which refrigerators are used is implied by law under Ill. Comp. Stat § 5/2-314.

490. Whirlpool knew or had reason to know of the specific use for which the Class Refrigerators were purchased. Whirlpool directly sold and marketed Class Refrigerators to customers through its own website as well as authorized retailers, like those from whom Plaintiffs Rombach and McDuffey and the Illinois Subclass members bought their Class Refrigerators. Whirlpool knew that the Class Refrigerators would and did pass unchanged from the authorized retailers to Plaintiffs Rombach and McDuffey and the Illinois Subclass members, with no modification to the defective Class Refrigerators.

491. Whirlpool provided Plaintiffs Rombach and McDuffey and the Illinois Subclass members with an implied warranty that the Class Refrigerators and their components and parts are merchantable and fit for the ordinary purposes for which they were sold.

492. This implied warranty included, among other things: (i) a warranty that the Class Refrigerators that were manufactured, supplied, distributed, and/or sold by Whirlpool were safe

and reliable; and (ii) a warranty that the Class Refrigerators would be fit for their intended use.

493. Contrary to the applicable implied warranties, the Class Refrigerators at the time of sale and thereafter were not fit for their ordinary and intended purpose. Instead, the Class Refrigerators were and are defective at the time of sale and thereafter as more fully described above. Whirlpool knew of this defect at the time the sale transactions occurred.

494. As a result of Whirlpool's breach of the applicable implied warranties, Plaintiffs Rombach and McDuffey and the Illinois Subclass members suffered an ascertainable loss of money, property, and/or value of their Class Refrigerators. Additionally, as a result of the Defect, Plaintiffs Rombach and McDuffey and the Illinois Subclass members were harmed and suffered actual damages in that the Class Refrigerators are substantially certain to fail before their expected useful life has run.

495. Whirlpool's actions, as complained of herein, breached the implied warranty that the Class Refrigerators were of merchantable quality and fit for such use in violation of the Uniform Commercial Code and relevant state law.

496. Plaintiffs Rombach and McDuffey and the Illinois Subclass members have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of Whirlpool's conduct described herein.

497. Plaintiffs Rombach and McDuffey and the Illinois Subclass members were not required to notify Whirlpool of the breach because it would have been futile. Nevertheless, Plaintiff Rombach served Whirlpool with a demand letter notifying it of its breaches of implied warranty on November 10, 2023. Likewise, Plaintiff McDuffey served Whirlpool with a demand letter notifying it of its breaches of implied warranty on March 12, 2024. Whirlpool was also on notice of the Defect, as alleged above. Whirlpool has received adequate notice of its breaches and

opportunity to cure, but it has failed to do so.

498. Plaintiffs Rombach and McDuffey and the Illinois Subclass have had sufficient dealings with Whirlpool or its authorized retailers or agents to establish privity of contract. Notwithstanding this, Plaintiffs and Class members are intended third-party beneficiaries of contracts between Defendant and its authorized retailers, and specifically, of Defendant's implied warranties. Defendant's retailers and distributors are intermediaries between Defendant and consumers. These intermediaries sell Refrigerators to consumers and are not, themselves, consumers of Refrigerators, and therefore have no rights against Defendant with respect to Plaintiffs' and Class members' purchases of Refrigerators. Defendant's warranties were designed for the benefit of consumers who purchased Refrigerators.

499. In its capacity as a supplier and/or warrantor, and by the conduct described herein, any attempt by Whirlpool to limit the implied warranty in a manner that would exclude or limit coverage for the Defect would be unconscionable. Whirlpool's warranties were adhesive and did not permit negotiations. Whirlpool possessed superior and exclusive knowledge of the Defect, which is a latent defect, prior to offering the refrigerators for sale. Whirlpool concealed and did not disclose this Defect, and Whirlpool did not remedy the Defect prior to sale (or afterward).

500. Additionally, Whirlpool's attempts to disclaim or limit the implied warranty were ineffectual pursuant to Ill. Comp. Stat. § 5/2-316.

501. As a direct and proximate cause of Whirlpool's breach, Plaintiffs Rombach and McDuffey and the Illinois Subclass members suffered damages and continue to suffer damages, including economic damages at the point of sale and diminution of value of their Class Refrigerators. Additionally, Plaintiffs Rombach and McDuffey and the Illinois Subclass members have incurred or will incur additional economic damages, including for repairs.

502. As a direct and proximate result of Whirlpool's breach of the implied warranty of merchantability, Plaintiffs Rombach and McDuffey and the Illinois Subclass members have been damaged in an amount to be proven at trial.

**COUNT 13**
**Violations of the Massachusetts Consumer Protection Act**
**Mass. Gen. Laws ch. 93A, §§ 1-11**
**Plaintiff Tata Individually and on Behalf of the Massachusetts Subclass**

503. Plaintiffs reallege and incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

504. Plaintiff Tata brings this claim individually and on behalf of the Massachusetts Subclass.

505. Plaintiff Tata, members of the Massachusetts Subclass, and Whirlpool are "persons" under the Mass. Gen. Laws ch. 93A, § 1(a).

506. Whirlpool is engaged in "trade" or "commerce" within the meaning of Mass. Gen. Laws ch. 93A, § 1(b).

507. In accordance with Mass. Gen. Laws ch. 93A, § 9(3), on March 6, 2024, a written demand for relief was made on Whirlpool on behalf of Plaintiff Tata and the Massachusetts Subclass. Whirlpool did not make a reasonable offer of relief to the Massachusetts Subclass.

508. Massachusetts law (the "Massachusetts Act") prohibits "unfair or deceptive acts or practices in the conduct of any trade or commerce." Mass. Gen. Laws ch. 93A, § 2. The Massachusetts Act permits any person injured by a violation of § 2 to bring a civil action, including a class action, for damages and injunctive relief. Mass. Gen. Laws ch. 93A, § 9.

509. Whirlpool engaged in unfair and deceptive acts and/or practices in the conduct of trade or commerce in violation of the Massachusetts Act, § 2.

510. In the course of doing business, Whirlpool misrepresented material facts

concerning the Class Refrigerators. As alleged herein, Whirlpool misrepresented through its advertisements that the Class Refrigerators were safe, reliable, and had reliable and functioning ice makers/dispensers and water dispensers.

511. In the course of doing business, Whirlpool knowingly failed to disclose, suppressed, concealed, and/or omitted material facts regarding the Class Refrigerators and the Defect and the safety hazards associated with it, and misrepresented the standard, quality, or grade of the Class Refrigerators, which directly caused harm to Plaintiff Tata and the Massachusetts Subclass.

512. Whirlpool thus violated the Massachusetts Act by, at a minimum: (1) representing that the Class Refrigerators have characteristics, uses, benefits, and qualities which they do not have; (2) representing that the Class Refrigerators are of a particular standard and quality when they are not; (3) advertising the Class Refrigerators with the intent not to sell them as advertised; (4) willfully using, in any oral or written representation, of exaggeration, falsehood, innuendo or ambiguity as to a material fact; (5) willfully failing to state a material fact, or the willfully concealing, suppressing or omitting a material fact; and (6) otherwise engaging in an unconscionable act or practice in connection with a consumer transaction.

513. Whirlpool's conduct, as alleged herein, violates various regulations promulgated by the Massachusetts Attorney General pursuant to Mass. Gen. Laws ch. 93A, § 2(c), including the following:

- 940 Mass. Code Regs. § 3.02 (prohibiting, among other things, statements or illustrations used in advertisements which create a false impression of the grade, quality, value, or usability of the product offered);

- 940 Mass. Code Regs. § 3.05(1) (prohibiting claims or representations "made by any means concerning a product which, directly, or by implication, or by failure to adequately disclose additional relevant information, has the capacity or tendency or effect of deceiving buyers or prospective buyers in any material respect");

- 940 Mass. Code Regs. §3.05(2) (prohibiting the use of any advertisement "which would mislead or tend to mislead buyers or prospective buyers, through pictorial representations or in any other manner, as to the product being offered for sale");

- 940 Mass. Code Regs. § 3.08(2) (providing that it "shall be an unfair and deceptive act or practice to fail to perform or fulfill any promises or obligations arising under a warranty");

- 940 Mass. Code Regs. § 3.16(2) (providing that it is a violation of ch. 93A, § 2 to "fail to disclose to a buyer or prospective buyer any fact, the disclosure of which may have influenced the buyer or prospective buyer to enter into the transaction"); and

- 940 Mass. Code Regs. § 3.16(3) (providing that an act or practice violates ch. 93A, § 2 if it "fails to comply with existing statutes, rules, regulations or laws, meant for the protection of the public's health, safety or welfare promulgated by the Commonwealth or any political subdivision thereof intended to provide consumers of this Commonwealth protection").

514. Whirlpool's violations of the Massachusetts Act were willful and knowing.

515. As a direct and proximate result of Whirlpool's unfair and deceptive acts, Plaintiff Tata and the Massachusetts Subclass were injured and suffered damages and are entitled to actual or statutory damages, treble damages, attorneys' fees and costs. The injuries suffered by Plaintiff Tata and the Massachusetts Subclass include, but are not limited to, purchasing a Class Refrigerator they otherwise would not have, or, alternatively, paying a premium price for Whirlpool's falsely advertised HVAC systems, and by the unlawful profits Whirlpool earned from the sales of these falsely advertised products.

516. Had Plaintiff Tata and the Massachusetts Subclass members known that the Class Refrigerators contained a material defect that creates a safety risk and causes advertised functions, such as the ice makers/dispensers and water dispensers, to fail and necessitates expensive yet ineffective repairs, Plaintiff and the class members would not have purchased the refrigerators or would have paid significantly less for them. And, thus, Whirlpool's misrepresentations and omissions were material because they had the capacity to mislead and caused a reasonable

consumer to act differently from the way she otherwise would have acted.

517. Pursuant to the Massachusetts Act, § 9, Plaintiff Tata, and each of the other members of the Massachusetts Subclass are entitled to recover statutory damages or actual damages, including recovery of double or treble the amount of their actual damages, plus reasonable attorneys' fees and the costs of the action.

518. Plaintiff Tata and the other members of the Massachusetts Subclass are also entitled to injunctive relief in the form of an order directing Whirlpool to cease its deceptive practices.

**COUNT 14**
**Massachusetts Breach of Implied Warranty of Merchantability**
**Mass. Gen. Laws ch. 106, § 2-314**
**Plaintiff Tata Individually and on Behalf of the Massachusetts Subclass**

519. Plaintiffs reallege and incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

520. Plaintiff Tata brings this claim individually and on behalf of the Massachusetts Subclass.

521. Whirlpool is and was all at all relevant times a "merchant" with respect to refrigerators under Mass. Gen. Laws ch. 106 § 2-104(1), and a "seller" of refrigerators under § 2-103(1)(d).

522. The Class Refrigerators are and were at all relevant times "goods" within the meaning of Mass. Gen. Laws Ch. 106 §§ 2-105(1).

523. A warranty that the Class Refrigerators were in merchantable condition and fit for the ordinary purpose for which refrigerators are used is implied by law pursuant to Mass. Gen. Laws ch. 106 §§ 2-314.

524. Whirlpool knew or had reason to know of the specific use for which the Class Refrigerators were purchased. Whirlpool directly sold and marketed Class Refrigerators to

customers through its own website as well as authorized retailers, like those from whom Plaintiff Tata and the Massachusetts Subclass members bought their Class Refrigerators. Whirlpool knew that the Class Refrigerators would and did pass unchanged from the authorized retailers to Plaintiff Tata and the Massachusetts Subclass members, with no modification to the defective Class Refrigerators.

525. Whirlpool provided Plaintiff Tata and the Massachusetts Subclass members with an implied warranty that the Class Refrigerators and their components and parts are merchantable and fit for the ordinary purposes for which they were sold.

526. This implied warranty included, among other things: (i) a warranty that the Class Refrigerators that were manufactured, supplied, distributed, and/or sold by Whirlpool were safe and reliable; and (ii) a warranty that the Class Refrigerators would be fit for their intended use.

527. Contrary to the applicable implied warranties, the Class Refrigerators at the time of sale and thereafter were not fit for their ordinary and intended purpose. Instead, the Class Refrigerators were and are defective at the time of sale and thereafter as more fully described above. Whirlpool knew of this defect at the time the sale transactions occurred.

528. As a result of Whirlpool's breach of the applicable implied warranties, Plaintiff Tata and the Massachusetts Subclass members suffered an ascertainable loss of money, property, and/or value of their Class Refrigerators. Additionally, as a result of the Defect, Plaintiff Tata and the Massachusetts Subclass members were harmed and suffered actual damages in that the Class Refrigerators are substantially certain to fail before their expected useful life has run.

529. Whirlpool's actions, as complained of herein, breached the implied warranty that the Class Refrigerators were of merchantable quality and fit for such use in violation of the Uniform Commercial Code and relevant state law.

530. Plaintiff Tata and the Massachusetts Subclass members have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of Whirlpool's conduct described herein.

531. Plaintiff Robinson and the North Carolina Subclass members were not required to notify Whirlpool of the breach because it would have been futile. Nevertheless, Plaintiff Tata served Whirlpool with a demand letter notifying it of its breaches of implied warranty on March 6, 2024. *See supra* ¶ 122. Whirlpool was also on notice of the Defect, as alleged above. Whirlpool has received adequate notice of its breaches and opportunity to cure, but it has failed to do so.

532. Plaintiff Tata and the Massachusetts Subclass have had sufficient dealings with Whirlpool or its authorized retailers or agents to establish privity of contract. Notwithstanding this, Plaintiffs and Class members are intended third-party beneficiaries of contracts between Defendant and its authorized retailers, and specifically, of Defendant's implied warranties. Defendant's retailers and distributors are intermediaries between Defendant and consumers. These intermediaries sell Refrigerators to consumers and are not, themselves, consumers of Refrigerators, and therefore have no rights against Defendant with respect to Plaintiffs' and Class members' purchases of Refrigerators. Defendant's warranties were designed for the benefit of consumers who purchased Refrigerators.

533. In its capacity as a supplier and/or warrantor, and by the conduct described herein, any attempt by Whirlpool to limit the implied warranty in a manner that would exclude or limit coverage for the Defect would be unconscionable. Whirlpool's warranties were adhesive and did not permit negotiations. Whirlpool possessed superior and exclusive knowledge of the Defect, which is a latent defect, prior to offering the refrigerators for sale. Whirlpool concealed and did not disclose this Defect, and Whirlpool did not remedy the Defect prior to sale (or afterward).

534. As a manufacturer of consumer goods, Whirlpool's attempts to exclude or limit the implied warranties are unenforceable. Mass. Gen. Laws ch. 106, § 2-316A(2).

535. As a direct and proximate result of the breach of the implied warranty, Plaintiff Tata and the Massachusetts Subclass sustained the damages set forth herein.

536. Plaintiff Tata and the Massachusetts Subclass members are, therefore, entitled to damages in an amount to be proven at the time of trial.

**COUNT 15**
**Violations of the Michigan Consumer Protection Act ("MCPA")**
**Mich. Comp. Laws §§ 445.901 – .922**
**Plaintiff Butler Individually and on Behalf of the Michigan Subclass**

537. Plaintiffs reallege and incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

538. Plaintiff Butler brings this claim individually and on behalf of the Michigan Subclass.

539. Plaintiff Butler, Michigan Subclass members, and Whirlpool fall within the definition of "person" under the MCPA. Mich. Comp. Laws § 445.902(d).

540. The MCPA is designed to provide a remedy for consumers who are injured by deceptive business practices. The MCPA expressly allows for class actions on behalf of consumers who have suffered a loss as a result of a violation of the act. Mich. Comp. Laws § 445.911(3).

541. Defendant's conduct alleged herein constitutes unfair, unlawful, unconscionable, and deceptive acts in violation of the MCPA, including, but not necessarily limited to, the following sections:

a. Section 445.903(1)(c): Defendant represented that its Class Refrigerators have characteristics, uses, or benefits that they do not have;

b. Section 445.903(1)(e): Defendant represented that its Class Refrigerators were of a particular standard, quality, or grade, when they were of another.

c. Section 445.903(1)(s): Defendant failed to reveal material facts, the omission of which tended to mislead or deceive the consumers, and which fact could not reasonably be known by the consumers;

d. Section 445.903(1)(bb): Defendant made representations of fact material to the transaction such that consumers reasonably believed the represented state of affairs to be other than it actually was; and

e. Section 445.903(1)(cc): Defendant failed to reveal facts that were material to the purchase and lease of Class Refrigerators in light of the representations of fact made in a positive manner.

542. Specifically, as alleged herein, Defendant knowingly or recklessly made material misrepresentations and omissions about the quality, characteristics, performance, and reliability of its Class Refrigerators, which contain the Defect and pose a safety hazard. These unfair and deceptive acts and practices have a capacity, tendency, and/or likelihood to deceive or mislead reasonable consumers.

543. As discussed herein, Defendant had a duty to disclose the material defect because of partial but misleading affirmative representations and because it had exclusive knowledge of the Defect and such information was not reasonably accessible to Plaintiffs and the Michigan Subclass.

544. Had Plaintiff Butler and the Michigan Subclass members known about the Defect, Plaintiff and the class members would not have purchased their Class Refrigerators or would have paid significantly less for them.

545. As a direct and proximate result of Whirlpool's business practices, Plaintiff Butler and proposed class members suffered injury in fact and lost money or property because they purchased and paid for Class Refrigerators that they otherwise would not have purchased or would have paid significantly less for them.

546. Plaintiff Butler and proposed Subclass members are entitled to actual or statutory damages, attorneys' fees, an injunction, and other equitable relief, including restitutionary disgorgement of all profits accruing to Defendant because of its unfair and deceptive practices and such other orders as may be necessary to prevent the future use of these practices. Mich. Comp. Laws § 445.911.

**COUNT 16**
**Michigan Breach of Implied Warranty of Merchantability**
**Mich. Comp. Laws § 440.2314**
**Plaintiff Butler Individually and on Behalf of the Michigan Subclass**

547. Plaintiffs reallege and incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

548. Plaintiff Butler brings this claim individually and on behalf of the Michigan Subclass.

549. Whirlpool is and was at all relevant times a "merchant" with respect to refrigerators under Mich. Comp. Laws § 440.2104(1) and a "seller" of refrigerators under § 440.103(1)(c).

550. The Class Refrigerators are and were at all relevant times "goods" within the meaning of Mich. Comp. Laws § 440.105(1).

551. A warranty that the Class Refrigerators were in merchantable condition and fit for the ordinary purpose for which refrigerators are used is implied by law under Mich. Comp. Laws § 440.2314.

552. Whirlpool knew or had reason to know of the specific use for which the Class Refrigerators were purchased. Whirlpool directly sold and marketed Class Refrigerators to customers through its own website as well as authorized retailers, like those from whom Plaintiff Butler and the Michigan Subclass members bought their Class Refrigerators. Whirlpool knew that the Class Refrigerators would and did pass unchanged from the authorized retailers to Plaintiff Butler and the Michigan Subclass members, with no modification to the defective Class Refrigerators.

553. Whirlpool provided Plaintiff Butler and the Michigan Subclass members with an implied warranty that the Class Refrigerators and their components and parts are merchantable and fit for the ordinary purposes for which they were sold.

554. This implied warranty included, among other things: (i) a warranty that the Class Refrigerators that were manufactured, supplied, distributed, and/or sold by Whirlpool were safe and reliable; and (ii) a warranty that the Class Refrigerators would be fit for their intended use.

555. Contrary to the applicable implied warranties, the Class Refrigerators at the time of sale and thereafter were not fit for their ordinary and intended purpose. Instead, the Class Refrigerators were and are defective at the time of sale and thereafter as more fully described above. Whirlpool knew of this defect at the time the sale transactions occurred.

556. As a result of Whirlpool's breach of the applicable implied warranties, Plaintiff Butler and the Michigan Subclass members suffered an ascertainable loss of money, property, and/or value of their Class Refrigerators. Additionally, as a result of the Defect, Plaintiff Butler and the Michigan Subclass members were harmed and suffered actual damages in that the Class Refrigerators are substantially certain to fail before their expected useful life has run.

557. Whirlpool's actions, as complained of herein, breached the implied warranty that the Class Refrigerators were of merchantable quality and fit for such use in violation of the Uniform Commercial Code and relevant state law.

558. Plaintiff Butler and the Michigan Subclass members have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of Whirlpool's conduct described herein.

559. Plaintiff Butler and the Michigan Subclass members were not required to notify Whirlpool of the breach because it would have been futile. Nevertheless, Plaintiff Butler contacted Whirlpool directly in December 2023. *See supra* ¶ 28. Whirlpool was also on notice of the Defect, as alleged above. Whirlpool has received adequate notice of its breaches and opportunity to cure, but it has failed to do so.

560. Plaintiff Butler and the Michigan Subclass have had sufficient dealings with Whirlpool or its authorized retailers or agents to establish privity of contract. Notwithstanding this, Plaintiffs and Class members are intended third-party beneficiaries of contracts between Defendant and its authorized retailers, and specifically, of Defendant's implied warranties. Defendant's retailers and distributors are intermediaries between Defendant and consumers. These intermediaries sell Refrigerators to consumers and are not, themselves, consumers of Refrigerators, and therefore have no rights against Defendant with respect to Plaintiffs' and Class members' purchases of Refrigerators. Defendant's warranties were designed for the benefit of consumers who purchased Refrigerators.

561. In its capacity as a supplier and/or warrantor, and by the conduct described herein, any attempt by Whirlpool to limit the implied warranty in a manner that would exclude or limit coverage for the Defect would be unconscionable. Whirlpool's warranties were adhesive and did

not permit negotiations. Whirlpool possessed superior and exclusive knowledge of the Defect, which is a latent defect, prior to offering the refrigerators for sale. Whirlpool concealed and did not disclose this Defect, and Whirlpool did not remedy the Defect prior to sale (or afterward).

562. Additionally, Whirlpool's attempts to disclaim or limit the implied warranty were ineffectual pursuant to Mich. Comp. Laws § 440.316.

563. As a direct and proximate cause of Whirlpool's breach, Plaintiff Butler and the Michigan Subclass members suffered damages and continue to suffer damages, including economic damages at the point of sale and diminution of value of their Class Refrigerators. Additionally, Plaintiff Butler and the Michigan Subclass members have incurred or will incur additional economic damages, including for repairs.

564. As a direct and proximate result of Whirlpool's breach of the implied warranty of merchantability, Plaintiff Butler and the Michigan Subclass members have been damaged in an amount to be proven at trial.

**COUNT 17**
**Violation of Missouri Merchandising Practices Act ("MMPA")**
**Mo. Rev. Stat. §§ 407.005–407.2090**
**Plaintiff Kempf Individually and on Behalf of the Missouri Subclass**

565. Plaintiffs reallege and incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

566. Plaintiff Kempf brings this claim individually and on behalf of the Missouri Subclass.

567. Plaintiff Kempf, the Missouri Subclass, and Whirlpool are "persons" within the meaning of Mo. Rev. Stat. § 407.010(5).

568. Whirlpool's Class Refrigerators are "merchandise" within the meaning of Mo. Rev. Stat. § 407.010(4).

569. Whirlpool engaged in "trade" or "commerce" within the meaning of Mo. Rev. Stat. § 407.010(7).

570. The Missouri Merchandising Practices Act ("MMPA") makes unlawful the "act, use or employment by any person of any deception, fraud, false pretense, false promise, misrepresentation, unfair practice or the concealment, suppression, or omission of any material fact in connection with the sale or advertisement of any merchandise in trade or commerce." Mo. Rev. Stat. § 407.020.

571. In the course of its business, Whirlpool knew but omitted, suppressed, and concealed that its Class Refrigerators were defective as described herein. By failing to disclose the defect or the facts about the defect described herein known to Defendant or knowable to it upon reasonable inquiry, Defendant deprived consumers, such as Plaintiff Kempf and the Missouri Subclass, of all material facts about the reliability, safety, and advertised functions of the Class Refrigerators.

572. In the course of its business Whirlpool misrepresented the quality, reliability, safety and advertised functions, including ice maker/dispensers and water dispensers, of its Class Refrigerators as described herein.

573. Whirlpool's misrepresentations and omissions of its Class Refrigerators concerned the refrigerators' quality, reliability, and safety and, thus, have a tendency or capacity to deceive reasonable consumers. Whirlpool's misrepresentations and omissions were important to consumers' in deciding whether to purchase Class Refrigerators.

574. Whirlpool knew or should have known that its conduct violated the MMPA.

575. Defendant owed Plaintiff Kempf and the Missouri Subclass a duty to disclose the reliability, quality, and safety of its Class Refrigerators because Defendant: (a) Possessed

exclusive and superior knowledge that its refrigerators contained the Defect; and (b) made incomplete, false, or misleading representations about the quality, reliability, and safety of the Class Refrigerators while withholding material facts from Plaintiff Kempf and the Missouri Subclass that contradicted these representations.

576. Had Plaintiff Kempf and the Missouri Subclass members known that the Class Refrigerators had the Defect, they would not have purchased the Class Refrigerators or would have paid less for them.

577. As a direct and proximate result of Whirlpool's violations of the MMPA, Plaintiff Kempf and the Missouri Subclass have suffered injury-in-fact and/or actual damage.

578. Pursuant to Mo. Rev. Stat. § 407.025, Plaintiff Kempf and the Missouri Subclass seek actual damages, attorneys' fees, and any other just and proper relief available under the MMPA.

579. Plaintiffs will serve the Missouri Attorney General with a copy of this Complaint within 10 days of filing. *See* Mo. Rev. Stat. § 407.025(10).

**COUNT 18**
**Missouri Breach of Implied Warranty**
**Mo. Rev. Stat. § 400.2-314**
**Plaintiff Kempf Individually and on Behalf of the Missouri Subclass**

580. Plaintiffs reallege and incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

581. Plaintiff Kempf brings this claim individually and on behalf of the Missouri Subclass.

582. Whirlpool is and was at all relevant times a "merchant" with respect to refrigerators under Mo. Rev. Stat. § 400.2-104(1) and a "seller" of refrigerators under § 400.2-103(1)(d).

583. The Class Refrigerators are and were at all relevant times "goods" within the meaning of Mo. Rev. Stat. § 400.2-105(1).

584. A warranty that the Class Refrigerators were in merchantable condition and fit for the ordinary purpose for which refrigerators are used is implied by law under Mo. Rev. Stat. 400.2-314.

585. Whirlpool knew or had reason to know of the specific use for which the Class Refrigerators were purchased. Whirlpool directly sold and marketed Class Refrigerators to customers through its own website as well as authorized retailers, like those from whom Plaintiff Kempf and the Missouri Subclass members bought their Class Refrigerators. Whirlpool knew that the Class Refrigerators would and did pass unchanged from the authorized retailers to Plaintiff Kempf and the Missouri Subclass members, with no modification to the defective Class Refrigerators.

586. Whirlpool provided Plaintiff Kempf and the Missouri Subclass members with an implied warranty that the Class Refrigerators and their components and parts are merchantable and fit for the ordinary purposes for which they were sold.

587. This implied warranty included, among other things: (i) a warranty that the Class Refrigerators that were manufactured, supplied, distributed, and/or sold by Whirlpool were safe and reliable; and (ii) a warranty that the Class Refrigerators would be fit for their intended use.

588. Contrary to the applicable implied warranties, the Class Refrigerators at the time of sale and thereafter were not fit for their ordinary and intended purpose. Instead, the Class Refrigerators were and are defective at the time of sale and thereafter as more fully described above. Whirlpool knew of this defect at the time the sale transactions occurred.

589. As a result of Whirlpool's breach of the applicable implied warranties, Plaintiff Kempf and the Missouri Subclass members suffered an ascertainable loss of money, property, and/or value of their Class Refrigerators. Additionally, as a result of the Defect, Plaintiff Kempf and the Missouri Subclass members were harmed and suffered actual damages in that the Class Refrigerators are substantially certain to fail before their expected useful life has run.

590. Whirlpool's actions, as complained of herein, breached the implied warranty that the Class Refrigerators were of merchantable quality and fit for such use in violation of the Uniform Commercial Code and relevant state law.

591. Plaintiff Kempf and the Missouri Subclass members have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of Whirlpool's conduct described herein.

592. Plaintiff Kempf and the Missouri Subclass members were not required to notify Whirlpool of the breach because it would have been futile. Nevertheless, on March 11, 2024, Plaintiff Kempf sent Whirlpool a message on its website saying that his ice maker failed as a result of broken wires. *See supra* ¶ 74. Whirlpool was also on notice of the Defect, as alleged above. Whirlpool has received adequate notice of its breaches and opportunity to cure, but it has failed to do so.

593. Plaintiff Kempf and the Missouri Subclass have had sufficient dealings with Whirlpool or its authorized retailers or agents to establish privity of contract. Notwithstanding this, Plaintiffs and Class members are intended third-party beneficiaries of contracts between Defendant and its authorized retailers, and specifically, of Defendant's implied warranties. Defendant's retailers and distributors are intermediaries between Defendant and consumers. These intermediaries sell Refrigerators to consumers and are not, themselves, consumers of

Refrigerators, and therefore have no rights against Defendant with respect to Plaintiffs' and Class members' purchases of Refrigerators. Defendant's warranties were designed for the benefit of consumers who purchased Refrigerators.

594. In its capacity as a supplier and/or warrantor, and by the conduct described herein, any attempt by Whirlpool to limit the implied warranty in a manner that would exclude or limit coverage for the Defect would be unconscionable. Whirlpool's warranties were adhesive and did not permit negotiations. Whirlpool possessed superior and exclusive knowledge of the Defect, which is a latent defect, prior to offering the refrigerators for sale. Whirlpool concealed and did not disclose this Defect, and Whirlpool did not remedy the Defect prior to sale (or afterward).

595. Additionally, Whirlpool's attempts to disclaim or limit the implied warranty were ineffectual pursuant to Mo. Rev Stat. § 400.2-316.

596. As a direct and proximate cause of Whirlpool's breach, Plaintiff Kempf and the Missouri Subclass members suffered damages and continue to suffer damages, including economic damages at the point of sale and diminution of value of their Class Refrigerators. Additionally, Plaintiff Kempf and the Missouri Subclass members have incurred or will incur additional economic damages, including for repairs.

597. As a direct and proximate result of Whirlpool's breach of the implied warranty of merchantability, Plaintiff Costa and the Missouri Subclass members have been damaged in an amount to be proven at trial.

**COUNT 19**
**Violation of the Nevada Deceptive Trade Practices Act ("NDTPA")**
**Nev. Rev. Stat. §§ 598.0901-598.0999**
**Plaintiff Hayden Individually and on Behalf of the Nevada Subclass**

598. Plaintiffs reallege and incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

599. Plaintiff Hayden brings this claim individually and on behalf of the Nevada Subclass.

600. Plaintiff Hayden and the Nevada Subclass members are victims of consumer fraud within the meaning of Nev. Rev. Stat. § 41.600(1).

601. "Consumer Fraud" means any "deceptive trade practice as defined in Nev. Rev. Stat. § 598.0915 to § 598.0925. *See* Nev. Rev. Stat. § 41.600(2)(e).

602. Whirlpool operates using a "collective mark" within the meaning of Nev. Rev. Stat. § 598.091.

603. The Nevada Uniform Deceptive Trade Practices Act states that "A person engages in a 'deceptive trade practice' if, the course of his or her business or occupation, he or she … Knowingly makes a false representation as to the source, sponsorship, approval or certification of goods or services for sale or lease … Knowingly makes a false representation as to the characteristics, ingredients, uses, benefits, alterations or quantities of goods or services for sale or lease or a false representation as to the sponsorship, approval, status, affiliation or connection of a person therewith … Represents that goods or services for sale or lease are of a particular standard, quality or grade, or that such goods are of a particular style or model, if he or she knows or should know that they are of another standard, quality, grade, style or model … Advertises goods or services with intent not to sell or lease them as advertised …" *See* Nev. Rev. Stat. § 598.0915(2), (5), (7) and (9).

604. The NDTPA also states that: "A person engages in a 'deceptive trade practice' when in the course of his or her business or occupation he or she knowingly: . . . Fails to disclose a material fact in connection with the sale or lease of goods or services." Nev. Rev. Stat. Ann. § 598.0923(1)(b).

605. Whirlpool engaged in deceptive practices in violation of the NDTPA by the practices described above and by knowingly and intentionally concealing from Plaintiff and the Nevada Subclass members that the Class Refrigerators suffer from the Defect (and the costs, risks, and diminished value of the Class Refrigerators as a result of this Defect). Whirlpool's conduct violated at least the following enumerated NDTPA provisions:

a. Whirlpool represented that Class Refrigerators have characteristics, uses, or benefits that they do not have in violation of section 598.0915(5);

b. Whirlpool represented that Class Refrigerators are of a particular standard, quality, or grade but are of another in violation of section 598.0915(7);

c. Whirlpool advertised Class Refrigerators with the intent not to sell them as advertised in violation of section 598.0915(9);

d. Whirlpool failed to disclose the known Defect in violation of section 598.0923(1)(b); and

e. otherwise knowingly made representations and omissions about the Class Refrigerators' safety, performance, and reliability at the point of sale and otherwise in violation the NDTPA.

606. Whirlpool's deceptive practices occurred repeatedly in its trade or business, were capable of deceiving a substantial portion of the purchasing public, and created a safety hazard for the public.

607. Whirlpool knew, should have known, or was reckless in not knowing that the Class Refrigerators were defective, posed a safety hazard, would fail prematurely, and were not suitable for their intended use.

608. Whirlpool was under a duty to Plaintiff and the Nevada Subclass members to

disclose the defective nature of the Class Refrigerators and the Defect because:

a. Whirlpool knew of but actively concealed the Defect from Plaintiff and the Nevada Subclass;

b. Whirlpool was in a superior and exclusive position to know the true facts about the Defect, which poses safety hazards and affects the central functionality of the refrigerators, and Plaintiff and the Subclass members could not reasonably have been expected to discover that the Class Refrigerators contained the Defect until it manifested, which Whirlpool knew; and

c. Whirlpool made partial representations regarding the reliability, safety, and quality but suppressed facts regarding the Defect.

609. The facts that Whirlpool misrepresented to and concealed from Plaintiff and the other Nevada Subclass members are material because a reasonable consumer would have considered them to be important in deciding whether to purchase their Class Refrigerators or pay a lesser price for them.

610. The Defect poses a safety risk and affects the central functionality of a Refrigerator because it renders essential functions of the refrigerator completely useless.

611. By failing to disclose the material Defect and the harm that may result from it, Whirlpool has knowingly and intentionally concealed material facts and breached its duty to disclose this material information to consumers.

612. Plaintiff Hayden and the Nevada Subclass members have suffered injury in fact and actual damages resulting from Whirlpool's misrepresentations and omissions, including by paying an inflated purchase price for their Class Refrigerators and incurring additional out-of-pocket expenses to deal with the Defect. Had Plaintiff Hayden and the Nevada Subclass known about the

defective nature of the Class Refrigerators and the Defect, they would not have purchased their Class Refrigerators or would have paid less in doing so.

613. As a direct and proximate result of Whirlpool's deceptive conduct, Plaintiff Hayden and the Nevada Subclass have been harmed.

614. Accordingly, Plaintiff Hayden and the Nevada Subclass members seek actual damages; reasonable attorneys' fees and costs, and any equitable relief the Court deems just and proper under Nev. Rev. Stat. § 41.600(3).

**COUNT 20**
**Nevada Breach of Implied Warranty of Merchantability**
**Nev. Rev. Stat. § 104.2314**
**Plaintiff Hayden Individually and on Behalf of the Nevada Subclass**

615. Plaintiffs reallege and incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

616. Plaintiff Hayden brings this cause of action individually and on behalf of the members of the Nevada Subclass.

617. Whirlpool is and was at all relevant times a "merchant" with respect to refrigerators under Nev. Rev. Stat. § 104.2104 and a "seller" of refrigerators under § 104.2103(c).

618. The Class Refrigerators are and were at all relevant times "goods" within the meaning of Nev. Rev. Stat. § 104.2105.

619. A warranty that the Class Refrigerators were in merchantable condition and fit for the ordinary purpose for which refrigerators are used is implied by law under Nev. Rev. Stat. § 104.2314.

620. Whirlpool knew or had reason to know of the specific use for which the Class Refrigerators were purchased. Whirlpool directly sold and marketed Class Refrigerators to customers through its own website as well as authorized retailers, like those from whom Plaintiff

Hayden and the Nevada Subclass members bought their Class Refrigerators. Whirlpool knew that the Class Refrigerators would and did pass unchanged from the authorized retailers to Plaintiff Hayden and the Nevada Subclass members, with no modification to the defective Class Refrigerators.

621. Whirlpool provided Plaintiff Hayden and the Nevada Subclass members with an implied warranty that the Class Refrigerators and their components and parts are merchantable and fit for the ordinary purposes for which they were sold.

622. This implied warranty included, among other things: (i) a warranty that the Class Refrigerators that were manufactured, supplied, distributed, and/or sold by Whirlpool were safe and reliable; and (ii) a warranty that the Class Refrigerators would be fit for their intended use.

623. Contrary to the applicable implied warranties, the Class Refrigerators at the time of sale and thereafter were not fit for their ordinary and intended purpose. Instead, the Class Refrigerators were and are defective at the time of sale and thereafter as more fully described above. Whirlpool knew of this defect at the time the sale transactions occurred.

624. As a result of Whirlpool's breach of the applicable implied warranties, Plaintiff Hayden and the Nevada Subclass members suffered an ascertainable loss of money, property, and/or value of their Class Refrigerators. Additionally, as a result of the Defect, Plaintiff Hayden and the Nevada Subclass members were harmed and suffered actual damages in that the Class Refrigerators are substantially certain to fail before their expected useful life has run.

625. Whirlpool's actions, as complained of herein, breached the implied warranty that the Class Refrigerators were of merchantable quality and fit for such use in violation of the Uniform Commercial Code and relevant state law.

626. Plaintiff Hayden and the Nevada Subclass members have complied with all

obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of Whirlpool's conduct described herein.

627. Plaintiff Hayden and the Nevada Subclass members were not required to notify Whirlpool of the breach because it would have been futile. Whirlpool was also on notice of the Defect, as alleged above. Whirlpool has received adequate notice of its breaches and opportunity to cure, but it has failed to do so.

628. Plaintiff Hayden and the Nevada Subclass have had sufficient dealings with Whirlpool or its authorized retailers or agents to establish privity of contract. Notwithstanding this, Plaintiffs and Class members are intended third-party beneficiaries of contracts between Defendant and its authorized retailers, and specifically, of Defendant's implied warranties. Defendant's retailers and distributors are intermediaries between Defendant and consumers. These intermediaries sell Refrigerators to consumers and are not, themselves, consumers of Refrigerators, and therefore have no rights against Defendant with respect to Plaintiffs' and Class members' purchases of Refrigerators. Defendant's warranties were designed for the benefit of consumers who purchased Refrigerators.

629. In its capacity as a supplier and/or warrantor, and by the conduct described herein, any attempt by Whirlpool to limit the implied warranty in a manner that would exclude or limit coverage for the Defect would be unconscionable. Whirlpool's warranties were adhesive and did not permit negotiations. Whirlpool possessed superior and exclusive knowledge of the Defect, which is a latent defect, prior to offering the refrigerators for sale. Whirlpool concealed and did not disclose this Defect, and Whirlpool did not remedy the Defect prior to sale (or afterward).

630. Additionally, Whirlpool's attempts to disclaim or limit the implied warranty were ineffectual pursuant to Nev. Rev. Stat. § 104.2316.

631. As a direct and proximate cause of Whirlpool's breach, Plaintiff Hayden and the Nevada Subclass members suffered damages and continue to suffer damages, including economic damages at the point of sale and diminution of value of their Class Refrigerators. Additionally, Plaintiff Hayden and the Nevada Subclass members have incurred or will incur additional economic damages, including for repairs.

632. As a direct and proximate result of Whirlpool's breach of the implied warranty of merchantability, Plaintiff Hayden and the Nevada Subclass members have been damaged in an amount to be proven at trial.

## COUNT 21
**Violation Of The New Jersey Consumer Fraud Act ("NJCFA")**
**N.J. Stat. Ann. §§ 56:8-1–228**
**Plaintiff Middlebrooks Individually and on Behalf of the New Jersey Subclass**

633. Plaintiffs reallege and incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

634. Plaintiff Middlebrooks brings this claim individually and on behalf of the New Jersey Subclass.

635. The NJCFA protects consumers against "any unconscionable commercial practice, deception, fraud, false pretense, false promise, misrepresentation, or the knowing, concealment, suppression, or omission of any material fact with intent that others rely upon such concealment, suppression, or omission, in connection with the sale or advertisement of any merchandise . . . ." N.J. Stat. Ann. § 56:8-2.

636. Plaintiff Middlebrooks and the New Jersey Subclass members are consumers who purchased Class Refrigerators for personal, family, or household use.

637. At all relevant times, Defendant conducted trade and commerce in New Jersey within the meaning of the NJCFA.

638. Whirlpool violated the NJCFA by engaging in at least the following unconscionable, fraudulent, and/or deceptive trade practices:

a. affirmatively representing the quality, reliability, and safety of the Class Refrigerators, despite knowledge about the Defect;

b. omitting and concealing the Defect, which was known to Whirlpool prior to sale, as alleged herein;

c. failing to provide adequate warranty relief and repairs; and

d. forcing consumers to incur expenses caused by the Defect.

639. Plaintiffs and the New Jersey Class Members reasonably expected that the Class Refrigerators would not be defective.

640. Whirlpool knew, or, in the exercise of diligence, should have known, that the Class Refrigerators contained the Defect, posed a safety risk, and rendered essential and advertised functions useless. Whirlpool also knew that attempted repairs and fixes would not fully remedy or eliminate the Defect.

641. In failing to disclose and omitting the Defect, Defendant omitted material facts it was under a duty to disclose.

642. The injury to consumers by this conduct greatly outweighs any alleged countervailing benefit to consumers or competition under all the circumstances.

643. Had Plaintiff Middlebrooks and the New Jersey Subclass members known about the Defect at the time of purchase, they would not have bought the Class Refrigerators or would have paid much less for them.

644. As a direct and proximate result of Whirlpool's actions, Plaintiff Middlebrooks and the New Jersey Subclass have suffered economic damages including, but not limited to, repair

costs, substantial losses in value, and other damages.

645. Pursuant to N.J. Stat. Ann. § 56:8-19, Plaintiff Middlebrooks and the New Jersey Subclass request monetary damages, trebled, punitive damages, injunctive and equitable relief, reasonable attorneys' fees, filing fees, and costs of suit.

646. Pursuant to N.J. Stat. Ann. § 56:8-20, Plaintiffs will serve the New Jersey Attorney General with a copy of this Complaint within 10 days of filing.

**COUNT 22**
**New Jersey Breach of Implied Warranty of Merchantability**
**N.J. Stat. § 12A:2-314**
**Plaintiff Middlebrooks Individually and on Behalf of the New Jersey Subclass**

647. Plaintiffs reallege and incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

648. Plaintiff Middlebrooks brings this claim individually and on behalf of the New Jersey Subclass.

649. Whirlpool is and was at all relevant times a "merchant" with respect to refrigerators under N.J. Sta. § 12A:2-104(1) and a "seller" of refrigerators under § 12A:2-103(1)(d).

650. The Class Refrigerators are and were at all relevant times "goods" within the meaning of N.J. Stat. § 12A:2-105(1).

651. A warranty that the Class Refrigerators were in merchantable condition and fit for the ordinary purpose for which refrigerators are used is implied by law under N.J. Stat. § 12A:2-314.

652. Whirlpool knew or had reason to know of the specific use for which the Class Refrigerators were purchased. Whirlpool directly sold and marketed Class Refrigerators to customers through its own website as well as authorized retailers, like those from whom Plaintiff Middlebrooks and the New Jersey Subclass members bought their Class Refrigerators. Whirlpool

knew that the Class Refrigerators would and did pass unchanged from the authorized retailers to Plaintiff Middlebrooks and the New Jersey Subclass members, with no modification to the defective Class Refrigerators.

653. Whirlpool provided Plaintiff Middlebrooks and the New Jersey Subclass members with an implied warranty that the Class Refrigerators and their components and parts are merchantable and fit for the ordinary purposes for which they were sold.

654. This implied warranty included, among other things: (i) a warranty that the Class Refrigerators that were manufactured, supplied, distributed, and/or sold by Whirlpool were safe and reliable; and (ii) a warranty that the Class Refrigerators would be fit for their intended use.

655. Contrary to the applicable implied warranties, the Class Refrigerators at the time of sale and thereafter were not fit for their ordinary and intended purpose. Instead, the Class Refrigerators were and are defective at the time of sale and thereafter as more fully described above. Whirlpool knew of this defect at the time the sale transactions occurred.

656. As a result of Whirlpool's breach of the applicable implied warranties, Plaintiff Middlebrooks and the New Jersey Subclass members suffered an ascertainable loss of money, property, and/or value of their Class Refrigerators. Additionally, as a result of the Defect, Plaintiff Middlebrooks and the New Jersey Subclass members were harmed and suffered actual damages in that the Class Refrigerators are substantially certain to fail before their expected useful life has run.

657. Whirlpool's actions, as complained of herein, breached the implied warranty that the Class Refrigerators were of merchantable quality and fit for such use in violation of the Uniform Commercial Code and relevant state law.

658. Plaintiff Middlebrooks and the New Jersey Subclass members have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of Whirlpool's conduct described herein.

659. Plaintiff Middlebrooks and the New Jersey Subclass members were not required to notify Whirlpool of the breach because it would have been futile. Nevertheless, on March 18, 2024, Plaintiff Middlebrooks sent a letter to Whirlpool notifying it of its breach of implied warranties. *See supra* ¶ 102. Whirlpool was also on notice of the Defect, as alleged above. Whirlpool has received adequate notice of its breaches and opportunity to cure, but it has failed to do so.

660. In its capacity as a supplier and/or warrantor, and by the conduct described herein, any attempt by Whirlpool to limit the implied warranty in a manner that would exclude or limit coverage for the Defect would be unconscionable. Whirlpool's warranties were adhesive and did not permit negotiations. Whirlpool possessed superior and exclusive knowledge of the Defect, which is a latent defect, prior to offering the refrigerators for sale. Whirlpool concealed and did not disclose this Defect, and Whirlpool did not remedy the Defect prior to sale (or afterward).

661. Additionally, Whirlpool's attempts to disclaim or limit the implied warranty were ineffectual pursuant to N.J. Stat. § 12A:2-316.

662. As a direct and proximate cause of Whirlpool's breach, Plaintiff Middlebrooks and the New Jersey Subclass members suffered damages and continue to suffer damages, including economic damages at the point of sale and diminution of value of their Class Refrigerators. Additionally, Plaintiff Middlebrooks and the New Jersey Subclass members have incurred or will incur additional economic damages, including for repairs.

663. As a direct and proximate result of Whirlpool's breach of the implied warranty of merchantability, Plaintiff Middlebrooks and the New Jersey Subclass members have been

damaged in an amount to be proven at trial.

**COUNT 23**
**Violations of the North Carolina Unfair and Deceptive Acts and Practices Act**
**(North Carolina UDAPA)**
**N.C. Gen. Stat. § 75-1.1, *et seq.***
**Plaintiff Robinson Individually and on Behalf of the North Carolina Subclass**

664. Plaintiffs reallege and incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

665. Plaintiff Robinson brings this cause of action individually and on behalf of the North Carolina Subclass.

666. Whirlpool sells refrigerators under the brand name KitchenAid.

667. Whirlpool engaged in "commerce" as defined in § 75-1.1(b).

668. The North Carolina UDAPA broadly prohibits "unfair or deceptive acts or practices in or affecting commerce." N.C. Gen. Stat. § 75-1.1(a). Whirlpool willfully committed unfair or deceptive acts or practices in violation of North Carolina UDAPA.

669. Whirlpool engaged in misleading, false, or deceptive acts that violated the North Carolina UDAPA as described below and alleged throughout the Complaint.

670. By failing to disclose the Defect, by concealing the Defect, by marketing Class Refrigerators as safe, reliable, and of high quality and as having reliable key functions, such as an ice maker/dispenser and water dispenser, Whirlpool knowingly and intentionally misrepresented and omitted material facts in connection with the sale the Class Refrigerators. Whirlpool's misrepresentations and omissions had the tendency and capacity to deceive.

671. Whirlpool's unfair and deceptive acts or practices occurred repeatedly in Whirlpool's trade or business, were capable of deceiving a substantial portion of the purchasing public, and imposed a safety risk on the public.

672. Whirlpool knew that the Class Refrigerators suffered from an inherent, latent Defect, were defectively manufactured, and were not suitable for their intended use.

673. Whirlpool knew or should have known that its conduct violated the North Carolina UDAPA.

674. Plaintiff Robinson and the North Carolina Subclass Members reasonably relied on Whirlpool's misrepresentations and omissions of material facts in its advertisements of the Class Refrigerators and in the purchase of the Class Refrigerators.

675. Had Plaintiff Robinson and the North Carolina Subclass Members known that the Class Refrigerators had the Defect, they would not have purchased the Class Refrigerators or would have paid less for them. Plaintiff Robinson and the North Carolina Subclass Members did not receive the benefit of their bargain as a result of Whirlpool's misconduct.

676. Whirlpool owed to Plaintiff and the members of the North Carolina Subclass a duty to disclose the defect because (a) Whirlpool, with its exclusive and superior knowledge of the defect, affirmatively concealed material facts from them; or (b) Whirlpool has knowledge of the latent Defect, which renders functions that were the basis of the bargain inoperable, and Plaintiff and North Carolina Subclass Members did not know and could not discover through reasonable diligence; or (c) made incomplete representations regarding the quality, functions, and durability of the Class Refrigerators, while purposefully withholding material facts from Plaintiff and the North Carolina Subclass Members that contradicted these representations.

677. The facts that Whirlpool omitted and concealed were material because they directly impacted the value of the Class Refrigerators purchased by Plaintiff Robinson and the North Carolina Subclass Members. The existence of and reliability of key functions, such as an ice maker/dispenser and water dispenser, and safety are material to Whirlpool's consumers. Whirlpool

represented to Plaintiff Robinson and the North Carolina Subclass Members that they were purchasing refrigerators that had operable and reliable key functions, including ice maker/dispenser and water dispenser, when in fact their refrigerators suffer from the Defect, which in many cases necessitated costly, ineffective repairs.

678. Plaintiff Robinson and the North Carolina Subclass Members suffered injury in fact to a legally protected interest. As a result of Whirlpool's conduct, Plaintiff Robinson and the North Carolina Subclass Members were harmed and suffered actual damages in the form of the diminished value of their refrigerators and/or paid for out-of-pocket repair expenses.

679. As a direct and proximate result of Whirlpool's unfair or deceptive acts or practices, Plaintiff Robinson and the North Carolina Subclass Members suffered and will continue to suffer injury in fact and/or actual damages.

680. Defendant's violations present a continuing risk to Plaintiff Robinson and the North Carolina Subclass Members as well as to the general public. Defendant's unlawful acts and practices complained of herein affect the public interest.

681. Because Whirlpool's actions and conduct were willful, Plaintiff Robinson seeks an order for treble her actual damages, an order enjoining Whirlpool's unlawful acts, court costs, attorneys' fees, and any other just and proper relief available under the North Carolina Act, N.C. Gen. Stat.§ 75-16.

**COUNT 24**
**Breach of Implied Warranty of Merchantability (North Carolina)**
**N.C. Gen. Stat. Ann. § 25-2-314**
**Plaintiff Robinson Individually and on Behalf of the North Carolina Subclass**

682. Plaintiffs reallege and incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

683. Plaintiff Robinson brings this cause of action individually and on behalf of the

North Carolina Subclass.

684. Whirlpool is and was at all relevant times a "merchant" with respect to refrigerators under N.C. Gen. Stat. § 25-2-104(1) and a "seller" of refrigerators under § 25-2-103(1)(d).

685. The Class Refrigerators are and were at all relevant times "goods" within the meaning of N.C. Gen. Stat. § 25-2-105(1).

686. A warranty that the Class Refrigerators were in merchantable condition and fit for the ordinary purpose for which refrigerators are used is implied by law under N.C. Gen. Stat. § 25-2-314.

687. Whirlpool knew or had reason to know of the specific use for which the Class Refrigerators were purchased. Whirlpool directly sold and marketed Class Refrigerators to customers through its own website as well as authorized retailers, like those from whom Plaintiff Robinson and the North Carolina Subclass members bought their Class Refrigerators. Whirlpool knew that the Class Refrigerators would and did pass unchanged from the authorized retailers to Plaintiff Robinson and the North Carolina Subclass members, with no modification to the defective Class Refrigerators.

688. Whirlpool provided Plaintiff Robinson and the North Carolina Subclass members with an implied warranty that the Class Refrigerators and their components and parts are merchantable and fit for the ordinary purposes for which they were sold.

689. This implied warranty included, among other things: (i) a warranty that the Class Refrigerators that were manufactured, supplied, distributed, and/or sold by Whirlpool were safe and reliable; and (ii) a warranty that the Class Refrigerators would be fit for their intended use.

690. Contrary to the applicable implied warranties, the Class Refrigerators at the time of sale and thereafter were not fit for their ordinary and intended purpose. Instead, the Class

Refrigerators were and are defective at the time of sale and thereafter as more fully described above. Whirlpool knew of this defect at the time the sale transactions occurred.

691. As a result of Whirlpool's breach of the applicable implied warranties, Plaintiff Robinson and the North Carolina Subclass members suffered an ascertainable loss of money, property, and/or value of their Class Refrigerators. Additionally, as a result of the Defect, Plaintiff Robinson and the North Carolina Subclass members were harmed and suffered actual damages in that the Class Refrigerators are substantially certain to fail before their expected useful life has run.

692. Whirlpool's actions, as complained of herein, breached the implied warranty that the Class Refrigerators were of merchantable quality and fit for such use in violation of the Uniform Commercial Code and relevant state law.

693. Plaintiff Robinson and the North Carolina Subclass members have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of Whirlpool's conduct described herein.

694. Plaintiff Robinson and the North Carolina Subclass members were not required to notify Whirlpool of the breach because it would have been futile. Nevertheless, after filing a BBB complaint, Plaintiff Robinson communicated to Whirlpool the defective nature of her Refrigerator, yet Whirlpool informed her that it would not provide any coverage for the defect. *See supra* ¶ 107. Whirlpool was also on notice of the Defect, as alleged above.

695. Plaintiff Robinson and the Massachusetts Subclass have had sufficient dealings with Whirlpool or its authorized retailers or agents to establish privity of contract. Notwithstanding this, Plaintiffs and Class members are intended third-party beneficiaries of contracts between Defendant and its authorized retailers, and specifically, of Defendant's implied warranties.

Defendant's retailers and distributors are intermediaries between Defendant and consumers. These intermediaries sell Refrigerators to consumers and are not, themselves, consumers of Refrigerators, and therefore have no rights against Defendant with respect to Plaintiffs' and Class members' purchases of Refrigerators. Defendant's warranties were designed for the benefit of consumers who purchased Refrigerators.

696. In its capacity as a supplier and/or warrantor, and by the conduct described herein, any attempt by Whirlpool to limit the implied warranty in a manner that would exclude or limit coverage for the Defect would be unconscionable. Whirlpool's warranties were adhesive and did not permit negotiations. Whirlpool possessed superior and exclusive knowledge of the Defect, which is a latent defect, prior to offering the refrigerators for sale. Whirlpool concealed and did not disclose this Defect, and Whirlpool did not remedy the Defect prior to sale (or afterward).

697. Any attempt by Whirlpool to disclaim or otherwise limit the implied warranty of merchantability is not in compliance with N.C. Gen. Stat. § 25-2-316.

698. As a direct and proximate cause of Whirlpool's breach, Plaintiff Robinson and the North Carolina Subclass members suffered damages and continue to suffer damages, including economic damages at the point of sale and diminution of value of their Class Refrigerators. Additionally, Plaintiff Robinson and the North Carolina Subclass members have incurred or will incur additional economic damages, including for repairs.

699. As a direct and proximate result of Whirlpool's breach of the implied warranty of merchantability, Plaintiff Robinson and the North Carolina Subclass members have been damaged in an amount to be proven at trial.

**COUNT 25**
**Violations of the Tennessee Consumer Protection Act ("TNCPA")**
**Tenn. Code §§ 47-18-101 – 47-18-135**
**Plaintiff Kincaid Individually and on Behalf of the Tennessee Subclass**

700. Plaintiffs reallege and incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

701. Plaintiff Kincaid brings this claim individually and on behalf of Tennessee Subclass.

702. Plaintiff Kincaid and the Tennessee Subclass members are "natural persons" and "consumers" within the meaning of Tenn. Code § 47-18-103(2).

703. Whirlpool are "persons" within the meaning of Tenn. Code § 47-18-103(2).

704. Whirlpool's conduct complained of herein affected "trade," "commerce" or "consumer transactions" within the meaning of Tenn. Code § 47-18-103(19).

705. The TNCPA prohibits "[u]nfair or deceptive acts or practices affecting the conduct of any trade or commerce," including but not limited to: "Representing that goods or services have . . . characteristics, [or] . . . benefits . . . that they do not have . . . ."; "Representing that goods or services are of a particular standard, quality or grade . . . if they are of another"; and "Advertising goods or services with intent not to sell them as advertised." Tenn. Code § 47-18-104.

706. As described herein, Whirlpool engaged in deceptive practices in violation of the TNCPA by the practices described above and by knowingly and intentionally concealing from Plaintiff and the Tennessee Subclass members that the Class Refrigerators suffer from the Defect (and the costs, risks, and diminished value of the Class Refrigerators as a result of this Defect). Whirlpool's conduct violated at least the following enumerated TNCPA provisions:

a. Whirlpool represented that Class Refrigerators have sponsorship, approval, characteristics, uses, or benefits that they do not have;

b. Whirlpool represented that Class Refrigerators are of a particular standard, quality, or grade but are of another;

c. Whirlpool advertised Class Refrigerators with the intent not to sell them as advertised; and

d. Whirlpool made representations about the Class Refrigerators, and advertised about the same, in a way that created confusion or misunderstanding amongst Plaintiff and class members.

707. Whirlpool's deceptive practices occurred repeatedly in its trade or business, were capable of deceiving a substantial portion of the purchasing public, and created a safety hazard for the public.

708. Whirlpool knew, should have known, or was reckless in not knowing that the Class Refrigerators were defective, posed a safety hazard, would fail prematurely, and were not suitable for their intended use.

709. Whirlpool was under a duty to Plaintiff and the Tennessee Subclass members to disclose the defective nature of the Class Refrigerators and the Defect because:

e. Whirlpool knew of but actively concealed the Defect from Plaintiffs and the Tennessee Subclass;

f. Whirlpool was in a superior and exclusive position to know the true facts about the Defect, which poses safety hazards and affects the central functionality of the refrigerators, and Plaintiffs and the Subclass members could not reasonably have been expected to discover that the Class Refrigerators contained the Defect until it manifested, which Whirlpool knew; and

g. Whirlpool made partial representations regarding the reliability, safety, and quality but suppressed facts regarding the Defect.

710. The facts that Whirlpool misrepresented to and concealed from Plaintiff and the

other Tennessee Subclass members are material because a reasonable consumer would have considered them to be important in deciding whether to purchase their Class Refrigerators or pay a lesser price for them.

711. The Defect poses a safety risk and affects the central functionality of a Refrigerator because it renders essential functions of the refrigerator completely useless.

712. By failing to disclose the material Defect and the harm that may result from it, Whirlpool has knowingly and intentionally concealed material facts and breached its duty to disclose this material information to consumers.

713. Plaintiff Kincaid and the Tennessee Subclass have suffered injury in fact and actual damages resulting from Whirlpool's misrepresentations and omissions, including by paying an inflated purchase price for their Class Refrigerators and incurring additional out-of-pocket expenses to deal with the Defect. Had Plaintiff Kincaid and the Tennessee Subclass known about the defective nature of the Class Refrigerators and the Defect, they would not have purchased their Class Refrigerators or would have paid less in doing so.

714. As a direct and proximate result of Whirlpool's deceptive conduct, Plaintiff Kincaid and the Tennessee Subclass have been harmed and suffered an ascertainable loss of money and property.

715. Pursuant to Tenn. Code § 47-18-109, Plaintiff Kincaid, individually and on behalf of the other Class members, seeks monetary relief against Defendant measured as actual damages in an amount to be determined at trial, treble damages as a result of Defendant's willful or knowing violations, award of reasonable attorneys' fees and expenses, and any other just and proper relief available under the TNCPA.

**COUNT 26**

**Tennessee Breach of Implied Warranty**
**Tenn. Code § 47-2-314**
**Plaintiff Kincaid Individually and on Behalf of the Tennessee Subclass**

716. Plaintiffs reallege and incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

717. Plaintiff Kincaid brings this claim individually and on behalf of the Tennessee Subclass.

718. Whirlpool is and was at all relevant times a "merchant" with respect to Class Refrigerators under Tenn. Code §§ 47-2-104(1) and "seller" of Class Refrigerators under § 47-2-103(1)(d).

719. The Class Refrigerators are and were at all relevant times "goods" within the meaning of Tenn. Code § 47-2-105(1).

720. A warranty that the Class Refrigerators were in merchantable condition and fit for the ordinary purpose for which refrigerators are used is implied by law under Tenn. Code § 47-2-314.

721. Whirlpool knew or had reason to know of the specific use for which the Class Refrigerators were purchased. Whirlpool directly sold and marketed Class Refrigerators to customers through its own website as well as authorized retailers, like those from whom Plaintiff Kincaid and the Tennessee Subclass members bought their Class Refrigerators. Whirlpool knew that the Class Refrigerators would and did pass unchanged from the authorized retailers to Plaintiff Kincaid and the Tennessee Subclass members, with no modification to the defective Class Refrigerators.

722. Whirlpool provided Plaintiff Kincaid and the Tennessee Subclass members with an implied warranty that the Class Refrigerators and their components and parts are merchantable and

fit for the ordinary purposes for which they were sold.

723. This implied warranty included, among other things: (i) a warranty that the Class Refrigerators that were manufactured, supplied, distributed, and/or sold by Whirlpool were safe and reliable; and (ii) a warranty that the Class Refrigerators would be fit for their intended use.

724. Contrary to the applicable implied warranties, the Class Refrigerators at the time of sale and thereafter were not fit for their ordinary and intended purpose. Instead, the Class Refrigerators were and are defective at the time of sale and thereafter as more fully described above. Whirlpool knew of this defect at the time the sale transactions occurred.

725. As a result of Whirlpool's breach of the applicable implied warranties, Plaintiff Kincaid and the Tennessee Subclass members suffered an ascertainable loss of money, property, and/or value of their Class Refrigerators. Additionally, as a result of the Defect, Plaintiff Kincaid and the Tennessee Subclass members were harmed and suffered actual damages in that the Class Refrigerators are substantially certain to fail before their expected useful life has run.

726. Whirlpool's actions, as complained of herein, breached the implied warranty that the Class Refrigerators were of merchantable quality and fit for such use in violation of the Uniform Commercial Code and relevant state law.

727. Plaintiff Kincaid and the Tennessee Subclass members have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of Whirlpool's conduct described herein.

728. Plaintiffs Kincaid and the Tennessee Subclass members were not required to notify Whirlpool of the breach because it would have been futile. Nevertheless, Plaintiff Kincaid served Whirlpool with a demand letter notifying it of the Defect on March 12, 2024. Whirlpool was also on notice of the Defect, as alleged above. Whirlpool has received adequate notice of its breaches

and opportunity to cure, but it has failed to do so.

729. Plaintiff Kincaid and the Tennessee Subclass have had sufficient dealings with Whirlpool or its authorized retailers or agents to establish privity of contract. Notwithstanding this, Plaintiffs and Class members are intended third-party beneficiaries of contracts between Defendant and its authorized retailers, and specifically, of Defendant's implied warranties. Defendant's retailers and distributors are intermediaries between Defendant and consumers. These intermediaries sell Refrigerators to consumers and are not, themselves, consumers of Refrigerators, and therefore have no rights against Defendant with respect to Plaintiffs' and Class members' purchases of Refrigerators. Defendant's warranties were designed for the benefit of consumers who purchased Refrigerators.

730. In its capacity as a supplier and/or warrantor, and by the conduct described herein, any attempt by Whirlpool to limit the implied warranty in a manner that would exclude or limit coverage for the Defect would be unconscionable. Whirlpool's warranties were adhesive and did not permit negotiations. Whirlpool possessed superior and exclusive knowledge of the Defect, which is a latent defect, prior to offering the refrigerators for sale. Whirlpool concealed and did not disclose this Defect, and Whirlpool did not remedy the Defect prior to sale (or afterward).

731. Additionally, Whirlpool's attempts to disclaim or limit the implied warranty were ineffectual pursuant to Tenn. Code § 47-2-316.

732. As a direct and proximate cause of Whirlpool's breach, Plaintiff Kincaid and the Tennessee Subclass members suffered damages and continue to suffer damages, including economic damages at the point of sale and diminution of value of their Class Refrigerators. Additionally, Plaintiff Kincaid and the Tennessee Subclass members have incurred or will incur additional economic damages, including for repairs.

733. As a direct and proximate result of Whirlpool's breach of the implied warranty of merchantability, Plaintiff Kincaid and the Tennessee Subclass members have been damaged in an amount to be proven at trial.

**COUNT 27**
**UCC Breach of Express Warranty**
**Breaches of Affirmations of Facts and Descriptions**
**On Behalf of Plaintiffs and the Nationwide Class, or in the Alternative, the State Subclasses**

734. Plaintiffs reallege and incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

735. Plaintiffs bring this claim on behalf of themselves and the Nationwide Class, or, in the alternative, on behalf of the Arizona, California, Florida, Illinois, Massachusetts, Michigan, Missouri, Nevada, New Jersey, North Carolina, and Tennessee Subclasses under the laws of those states.

736. Each of the aforementioned states has adopted the portions of the Uniform Commercial Code ("UCC") concerning warranty claims into its state statutory system.

737. Whirlpool is a "merchant" and "seller" as defined under the Uniform Commercial Code ("UCC").

738. The Class Refrigerators are "goods" as defined under the UCC.

739. Whirlpool provided all purchasers of the Class Refrigerators with the express warranties described herein, which became material parts of the bargain.

740. Pursuant to UCC § 2-313, an affirmation of fact, promise, or description made by the seller to the buyer which relates to the goods and becomes a part of the basis of the bargain creates an express warranty that the goods will conform to the affirmation, promise, or description.

741. Plaintiffs and each member of the Class formed contracts with Defendant at the time they purchased their Class Refrigerators. The terms of that contract include the Defendant's

claims regarding the Refrigerators had reliable and key functions including a functional ice maker/dispenser and water dispenser, as described above. This product advertising constitutes express warranties, became part of the basis of the bargain, and is part of a standardized contract between Plaintiffs and the members of the Class on the one hand, and Defendant on the other.

742. Whirlpool breached the terms of these contracts, including the express warranties, by failing to provide Class Refrigerators that provided the benefits advertised by Defendant—namely, Refrigerators that had reliable and functional ice makers/dispensers and water dispensers.

743. Any attempt by Defendant to disclaim or limit its express warranties is unconscionable and unenforceable under the circumstances here. Defendant knew or should have known that the Class Refrigerators are plagued by the Defect; Defendant had unequal bargaining power and misrepresented the reliability, quality, performance, and qualities of the Class Refrigerators; and the limited remedies in Defendant's warranty unreasonably favors Defendant and fail Plaintiffs' reasonable expectations concerning product performance.

744. Specifically, Defendant's warranty limitations are unenforceable because it knowingly sold a defective product without informing consumers about the Defect. Because Defendant had knowledge of the Defect and failed to disclose it prior to selling Class Refrigerators to Plaintiffs and Class members, and because Defendant knew that the Class Refrigerators were defective and likely to fail shortly after the warranties purportedly expired, but failed to disclose the Defects to Plaintiffs and the other Class members, and because the remedy provided for under the terms of Defendant's warranty is inadequate and fails of its essential purpose, the one year durational warranty limitation (and all other limitations) is unenforceable because it is both procedurally and substantively unconscionable. Accordingly, consumers who have experienced Class Refrigerator failures due to the Defect should not be precluded from bringing warranty

claims under Whirlpool's warranty.

745. Any purported warranty limitations excluding or limiting (a) labor and costs of labor and (b) incidental and consequential damages, are also procedurally and substantively unconscionable and thus fail under U.C.C. § 2-302.

746. Plaintiffs and Class members have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of Defendant's conduct described herein.

747. Defendant was provided notice of these issues by complaints lodged by consumers—including Plaintiffs as described above—directly over the phone and on internet consumer complaint boards, and elsewhere—which appliance manufacturers like Defendant routinely monitor—and further through reports by repair technicians and/or others, and internal investigations that must have occurred to allow Defendant to address problems brought to them by customers.

748. Plaintiffs sent demand letters to Whirlpool, which specifically put Whirlpool on notice of its class-wide breaches of its express warranties and demanded adequate class-wide relief. Whirlpool has received adequate notice of its breaches and opportunity to cure, but it has failed to do so.

749. As a direct and proximate cause of Whirlpool's breach, Plaintiffs and class members bought Class Refrigerators they otherwise would not have, overpaid for the Class Refrigerators, did not receive the benefit of their bargain, and their Class Refrigerators suffered a diminution in value and Whirlpool has not offered an adequate remedy.

**COUNT 28**
**UCC Breach Of Express Warranty**
**Failure To Repair Or Replace**
**On Behalf of Plaintiffs and the Nationwide Class, or in the Alternative, the State Subclasses**

750. Plaintiffs reallege and incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

751. Plaintiffs bring this claim on behalf of themselves and the Nationwide Class, or, in the alternative, on behalf of the Arizona, California, Florida, Illinois, Massachusetts, Michigan, Missouri, Nevada, New Jersey, North Carolina, and Tennessee Subclasses under the laws of those states.

752. Each of the aforementioned states has adopted the portions of the Uniform Commercial Code ("UCC") concerning warranty claims into its state statutory system.

753. Whirlpool is a "merchant" and "seller" as defined under the Uniform Commercial Code ("UCC").

754. The Class Refrigerators are "goods" as defined under the UCC.

755. Whirlpool provided all purchasers of the Class Refrigerators with the express warranties described herein, which became material parts of the bargain.

756. Pursuant to UCC § 2-313, an affirmation of fact, promise, or description made by the seller to the buyer which relates to the goods and becomes a part of the basis of the bargain creates an express warranty that the goods will conform to the affirmation, promise, or description.

757. Whirlpool provided Plaintiffs and the Class members with a limited warranty for repair or replacement of Class Refrigerators:

> For one year from the date of purchase, when this major appliance is installed, operated and maintained according to instructions attached to or furnished with the product, Whirlpool Corporation or Whirlpool Canada LP (hereafter "Whirlpool") will pay for Factory Specified Replacement Parts and repair labor to correct defects in materials or workmanship that existed when this major appliance was purchased, or at its sole discretion replace the product. In the event of product replacement, your appliance will be warranted for the remaining term of the original unit's warranty period.

758. Whirlpool breached its warranty by selling to Plaintiffs and Class members the Class Refrigerators that contain a defect in materials or workmanship (i.e., the Defect), which Defendant knew and knows, that makes the Class Refrigerators susceptible to failure within and just outside of the warranty period, and which causes the refrigerators' central functions to fail prematurely and well before the expiration of the refrigerators' useful life.

759. Defendant further breached its warranty by failing to adequately repair and/or replace Plaintiffs' and other Class members' defective Class Refrigerators or parts necessary to adequately repair the Defect. Instead of an adequate repair, Defendant routinely provides inadequate repairs that result in subsequent failures and warrant additional repairs and result in expenses to consumers.

760. Accordingly, Defendant's limited remedy of repair or replacement is an inadequate remedy under the terms of the warranty such that the warranty fails of its essential purpose.

761. Any attempt by Defendant to disclaim or limit its express warranties is unconscionable and unenforceable under the circumstances here. Defendant knew or should have known that the Class Refrigerators are plagued by the Defect; Defendant had unequal bargaining power and misrepresented the reliability, quality, performance, and qualities of the Class Refrigerators; and the limited remedies in Defendant's warranty unreasonably favors Defendant and fail Plaintiffs' reasonable expectations concerning product performance.

762. Specifically, Defendant's warranty limitations are unenforceable because it knowingly sold a defective product without informing consumers about the Defect. Because Defendant had knowledge of the Defect and failed to disclose it prior to selling Class Refrigerators to Plaintiffs and Class members, and because Defendant knew that the Class Refrigerators were defective and likely to fail shortly after the warranties purportedly expired, but failed to disclose the Defects to Plaintiffs and the other Class members, and because the remedy provided for under the terms of Defendant's warranty is inadequate and fails of its essential purpose, the one year durational warranty limitation (and all other limitations) is unenforceable because it is both procedurally and substantively unconscionable. Accordingly, consumers who have experienced Class Refrigerator failures due to the Defect should not be precluded from bringing warranty claims under Whirlpool's warranty.

763. Any purported warranty limitations excluding or limiting (a) labor and costs of labor and (b) incidental and consequential damages, are also procedurally and substantively unconscionable and thus fail under U.C.C. § 2-302.

764. Plaintiffs and Class members have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of Defendant's conduct described herein.

765. Defendant was provided notice of these issues by complaints lodged by consumers—including Plaintiffs as described above—directly over the phone and on internet consumer complaint boards, and elsewhere—which appliance manufacturers like Defendant routinely monitor—and further through reports by repair technicians and/or others, and internal investigations that must have occurred to allow Defendant to address problems brought to them by customers.

766. Plaintiffs sent demand letters to Whirlpool, which specifically put Whirlpool on notice of its class-wide breaches of its express warranties and demanded adequate class-wide relief. Whirlpool has received adequate notice of its breaches and opportunity to cure, but it has failed to do so.

767. As a direct and proximate cause of Whirlpool's breach, Plaintiffs and class members bought Class Refrigerators they otherwise would not have, overpaid for the Class Refrigerators, did not receive the benefit of their bargain, and their Class Refrigerators suffered a diminution in value and Whirlpool has not offered an adequate remedy.

**COUNT 29**
**Violation of the Magnuson-Moss Warranty Act (MMWA)**
**15 U.S.C. § 2301, *et seq.***
**By Plaintiffs Individually and on behalf of the Nationwide Class**

768. Plaintiffs reallege and incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

769. This claim is brought by Plaintiffs individually and on behalf of the Nationwide class.

770. This Court has jurisdiction to decide claims brought under 15 U.S.C. § 2301 by virtue of 28 U.S.C. §§ 1332(a) and (d).

771. 15 U.S.C. 2301(d)(1) provides a cause of action for any consumer who is damaged by the failure of a warrantor to comply with a written warranty.

772. Plaintiffs and members of the class are "consumers" as defined in 15 U.S.C. § 2301(3).

773. Whirlpool is a "supplier" and "warrantor" within the meaning of 15 U.S.C. §§ 2301(4)-(5).

774. The Class Refrigerators constitute "consumer products" as defined in 15 U.S.C. §

2301(1).

775. The Class Refrigerators are tangible personal property owned by Plaintiffs and members of the class.

776. The Class Refrigerators were distributed in commerce.

777. The Class Refrigerators are normally used for personal and/or household purposes in that they are used by individual persons for refrigeration of food and beverages, often in the home.

778. Plaintiffs and members of the class are buyers of the Class Refrigerators and are persons entitled to the terms of the warranties to enforce against Whirlpool the obligations of the warranties.

779. Whirlpool was and is engaged in the business of making the Class Refrigerators, which are consumer products, and of making other consumer products, directly or indirectly available to consumers, including through its contracted distributors.

780. As discussed herein, Whirlpool made express and implied warranties to Plaintiffs and class members with respect to the Class Refrigerators.

781. The warranties made by Whirlpool pertained to consumer products costing the consumer more than five dollars. See 15 U.S.C. § 2302(e).

782. Defendant provided Plaintiffs and Class members with “express warranties” as that term is defined by 15 U.S.C. § 2301(6).

783. The terms of that contract include the Defendant’s claims regarding the Refrigerators had reliable and key functions including a functional ice maker/dispenser and water dispenser, as described above. This product advertising constitutes express warranties, became part of the basis of the bargain, and is part of a standardized contract between Plaintiffs and the

members of the Class on the one hand, and Defendant on the other.

784. As noted above, Whirlpool also provided an express limited warranty to all purchasers of Class Refrigerators.

785. Plaintiffs and the Class members relied on these express warranties in Defendant's advertising and warranties as being a part of the bargain between the parties.

786. Defendant provided Plaintiffs and Class members with "implied warranties" as that term is defined by 15 U.S.C. § 2301(7).

787. All conditions precedent to Defendant's liability under the contract have been performed by Plaintiffs and the Class members.

788. Whirlpool breached the terms of this contract, including the express and implied warranties with Plaintiffs and the Nationwide Class members, by failing to provide Class Refrigerators that provided the benefits advertised by Defendant—namely, Refrigerators that had reliable and functional ice makers/dispensers and water dispensers.

789. Whirlpool breached its implied warranties with the members of the Class by failing to provide Class Refrigerators that were fit for their ordinary purposes and the purposes for which Defendant knew that Class members intended to use them, including reliable ice making/ dispensing and water dispensing, and by failing to provide Refrigerators that would pass without objection in the trade under their description.

790. There is privity between Defendant, Plaintiffs and the members of the Nationwide Class by Defendant's direct warranties and/or because Plaintiffs and the Class were intended third-party beneficiaries of the implied warranty made by Defendant.

791. Any efforts to limit the implied warranties in a manner that would exclude coverage of the Refrigerators is unconscionable, and any such effort to disclaim, or otherwise limit, liability

for the Refrigerators is null and void.

792. Any limitations on the warranties are procedurally unconscionable. There was unequal bargaining power between the Defendant, on the one hand, and Plaintiffs and the other Class members, on the other.

793. Any limitations on the warranties are substantively unconscionable. Defendant knew that the Class Refrigerators were defective and likely to fail shortly after the warranties purportedly expired. Defendant failed to disclose the Defects to Plaintiffs and the other Class members. Thus, Defendant's enforcement of the durational limitations on those warranties is harsh, unconscionable and shocks the conscience.

794. As a result of its breaches of express and implied warranties, Plaintiffs and the members of the Nationwide Class have been damaged in an amount to be proven at trial.

**COUNT 30**
**Unjust Enrichment/Quasi Contract**
**On Behalf of Plaintiffs and the Nationwide Class, or in the Alternative, the State Subclasses**

795. Plaintiffs reallege and incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

796. Plaintiffs bring this claim on behalf of themselves and the Class.

797. This claim is pleaded in the alternative to the other warranty-based claims set forth herein should the Court deem the warranty claims unenforceable.

798. As a result of Defendant's material deceptive advertising, marketing and/or sale of its Class Refrigerators, Defendant was enriched at the expense of Plaintiffs and all other Nationwide Class members through their purchase of the Refrigerators, because the Refrigerators did not provide the benefits as represented.

799. Whirlpool has voluntarily accepted and retained these profits and benefits, with full

knowledge and awareness that, as a result of Whirlpool's misconduct alleged herein, Plaintiff and the Class were not receiving products of the quality, nature, fitness, or value that had been represented by Whirlpool, and that a reasonable consumer would expect. Specifically, Plaintiff and the Class members expected that when they purchased their Class Refrigerators, they would not be manufactured with defective wiring.

800. Whirlpool has been unjustly enriched by its fraudulent, deceptive, unlawful, and unfair conduct, and its withholding of benefits and unearned monies from Plaintiffs and the Class, at the expense of these parties.

801. Equity and good conscience militate against permitting Whirlpool to retain these profits and benefits.

**COUNT 31**
**Common Law Fraud**
**On Behalf of Plaintiffs and the Nationwide Class, or in the Alternative, the State Subclasses**

802. Plaintiffs reallege and incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

803. Plaintiffs bring this case of action on behalf of themselves and the Nationwide Class against Whirlpool as there are no true conflicts among the states' laws of fraud. In alternative, Plaintiffs bring this claim on behalf of each of the State Subclasses against Whirlpool.

804. Whirlpool manufactured, designed, advertised, and sold the Class Refrigerators in all 50 states. Whirlpool also drafted, distributed, and disseminated the same advertising materials in all 50 states, including on the website it maintains to advertise Class Refrigerators. Those materials misrepresented, failed to disclose, and omitted any mention of the Defect and its associated safety concern.

805. Additionally, Whirlpool made other material misrepresentations of facts regarding

the ice maker/dispenser and water dispenser and/or fraudulently concealed from and/or intentionally failed to disclose the Defect to Plaintiff and Class Members.

806. Whirlpool knew that the Class Refrigerators suffered from an inherent defect, specifically that the wires running through the doors were made with a defective material, and thus were defectively designed and/or manufactured and were not suitable for their intended use. Whirlpool knew this at the time of sale.

807. Whirlpool concealed from and failed to disclose to Plaintiffs and Class Members the defective nature of the Class Refrigerators.

808. Whirlpool charged a premium for the falsely represented features in the Class Refrigerators.

809. The Defect is latent and not something Plaintiffs and Class Members in the exercise of reasonable diligence could have discovered independently prior to purchase. The Defect is incapable of becoming exposed by reasonable inspection by purchasers.

810. Whirlpool knew the omitted facts regarding the Defect were not known to or reasonably discoverable by Plaintiffs and Class Members.

811. Whirlpool was under a duty to Plaintiffs and Class Members to disclose the defective nature of the Class Refrigerators because Whirlpool was in an exclusive and superior position to know the true state of facts about the Defect contained in the Class Refrigerators; intentionally and actively concealed the Defect; and made incomplete or partial representations regarding the Class Refrigerators while withholding material facts from Plaintiffs and the Class members.

812. Whirlpool had the capacity, and did, deceive Plaintiffs and Class Members into believing that the Class Refrigerators they purchased were of high quality and had functional ice

makers and water dispensers.

813. The facts misrepresented, concealed, or not disclosed by Whirlpool to Plaintiffs and Class Members were material in that a reasonable person would have considered them to be important in deciding whether to purchase the Class Refrigerators, or pay a lesser price for them, and were likely to deceive a reasonable person. The misrepresented and omitted facts also affected the basic advertised functions of the Class Refrigerators. The Defect also poses a safety risk.

814. Had Plaintiffs and Class Members known about the defective nature of the Class Refrigerators, they would not have purchased the Class Refrigerators or would have paid less for them.

815. Whirlpool misrepresented, concealed, or failed to disclose the true nature of the Defect contained in the Class Refrigerators to induce Plaintiffs and Class Members to act thereon. Plaintiffs and the other Class Members justifiably relied on Whirlpool's misrepresentations omissions to their detriment. This detriment is evident from Plaintiffs' and Class Members' purchases of the defective Class Refrigerators.

816. Whirlpool continued to conceal the defective nature of the Class Refrigerators even after Plaintiffs and Class Members began to report the problems. Indeed, Whirlpool continues to conceal the true nature of the Defect today.

817. As a direct and proximate result of Whirlpool's misconduct, Plaintiffs and Class Members have suffered and will continue to suffer actual damages. Plaintiffs and the Class reserve their right to elect either to (a) rescind their purchase the defective Class Refrigerators and obtain restitution or (b) affirm their purchase of the Class Refrigerators and recover damages.

## COUNT 32
## Negligent Misrepresentation
## On Behalf of Plaintiffs and the Nationwide Class, or in the Alternative, the State Subclasses

818. Plaintiffs reallege and incorporate by reference all preceding and succeeding allegations as though fully set forth herein.

819. Plaintiffs bring this claim individually and on behalf of the members of the Nationwide Class. In alternative, Plaintiffs bring this claim on behalf of each of the State Subclasses against Whirlpool.

820. As set forth herein, Whirlpool routinely and uniformly represented that the Class Refrigerators “key features” included reliable and functional ice maker/dispensers and water dispensers. To communicate these representations and to convince Plaintiffs and members of the Classes, Defendant supplied information, including through its website, the website of its authorized retailers, its printed materials, its repair warranties, and its point-of-sale documentation. Defendant knew, or should have known, that this information was false and/or misleading and fraught with material omissions.

821. The misrepresentations concerned material facts that influenced Plaintiffs’ and members of the Class’s decisions to purchase the Class Refrigerators.

822. Defendant negligently made the misrepresentations and omissions with the understanding the Plaintiffs and Class members would rely on them.

823. Plaintiffs and members of the Classes reasonably, justifiably, and detrimentally relied on the misrepresentations and omissions, and, as a direct and proximate result thereof, have and will continue to suffer damages in an amount to be determined at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, individually and on behalf of members of the Class, respectfully request that the Court certify the proposed Class, designate Plaintiffs as Class representatives, appoint the undersigned as Class Counsel, and enter an Order providing for the following:

a.) An Order that Whirlpool notify Class Refrigerator owners of the Defect;

b.) An Order permanently enjoining Defendant from continuing the unlawful, deceptive, fraudulent, and unfair business practices alleged in this Complaint;

c.) Injunctive relief in the form of a recall or a free replacement/repair program;

d.) Equitable relief, including in the form of a buyback of the Class Refrigerators;

e.) Compensatory damages – including for overpayment at the point of sale to Plaintiffs and class members in an amount to be proven at trial;

f.) Compensating Class Refrigerator owners for incurred costs and/or labor to repair the defective Class Refrigerators;

g.) Other costs, restitution, damages, including punitive damages, penalties, and disgorgement in an amount to be determined at trial;

h.) An Order that Whirlpool correct its manufacturing process to ensure that all Class Refrigerators are manufactured with adequate materials and design;

i.) An Order that Whirlpool replace the defective Class Refrigerators or all such parts as are necessary to eliminate the defect or perform sufficient repair to correct the defect;

j.) An Order that Whirlpool cease the sale of Class Refrigerators and otherwise cease to engage in violations of state consumer protection laws.

k.) An Order requiring Whirlpool to pay both pre- and post- judgement interest on any amounts awarded;

l.) An award for reasonable attorneys' fees and costs as permitted by law; and

m.) An Order entering such other relief as the Court may deem just and proper.

## JURY TRIAL DEMANDED

Plaintiffs hereby demand a trial by jury for all claims so triable.

Dated: June 28, 2024

Respectfully submitted,

**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**

*By: /s/ Scott M. Tucker*
Scott M. Tucker (Del. Bar No. 4925)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
2711 Centerville Rd., Suite 201
Wilmington, DE 19808
Tel.: 302-656-2500
smt@chimicles.com

Timothy N. Mathews *(pro hac vice)*
Zachary P. Beatty *(pro hac vice)*
Alex M. Kashurba *(pro hac vice)*
Marissa N. Pembroke *(pro hac vice)*
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue
Haverford, PA 19041
Phone: 610-642-8500
Fax: 610-649-3633
tnm@chimicles.com
amk@chimicles.com
zpb@chimicles.com
mnp@chimicles.com

***Interim Lead Class Counsel***

Peter Bradford deLeeuw
**DELEEUW LAW LLC**
1301 Walnut Green Road
Wilmington, DE 19807
(302) 274-2180
brad@deleeuwlaw.com

Daniel C. Levin
Nicholas J. Elia
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
dlevin@lfsblaw.com
dmagagna@lfsblaw.com
nelia@lfsblaw.com

D. Aaron Rihn
Sara Watkins
**ROBERT PEIRCE & ASSOCIATES**
707 Grant Street, Suite 125
Pittsburgh, PA 15219
Tel: (844) 383-0565
arihn@peircelaw.com
swatkins@peircelaw.com

Nicholas A. Migliaccio
Jason S. Rathod
**MIGLIACCIO & RATHOD LLP**
412 H Street N.E., Suite 302
Washington, D.C. 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

***Additional Plaintiffs' Counsel***